Grievant's Address: 164 West 147th St Apt 2D
New York, NY 10039
Grievant's Phone Number: (212) 562-1653
Date: 12/15/2015

162410
M59848

Lawrence Becker
Acting Chief Executive Officer
Division of Human Resources
65 Court Street
Brooklyn, NY 11201

Dear Mr. Becker:

Pursuant to the terms enumerated under Article 11 of the Collective Bargaining Agreement covering Day-To-Day Substitute Teachers, I request a conference to discuss the following complaint:

I have been covering the same assignment since April 2012 to the present. I have never been made a regular sub and have only been paid as a per diem the entire time.

The above is a violation of Articles 3, 5, and 11.

As a remedy I request all monies owed plus interest and to be made whole in all ways.

I shall be accompanied to this conference by a representative from the UFT Manhattan Borough Office.

Grievant's Signature: AK
Grievant's Name: Konteye, Amadou
File/EIS #: 2595157
School: M499 District: 05

Submitted by: Nick Sckrulz
Case#: DD-004-M59848   AKONTEYE@SCHOOLS.NYC.GOV

D_00014