**APPEAL TO THE CHIEF EXECUTIVE OFFICER FOR AMADOU KONTEYE,
A SUBSTITUTE TEACHER AT M499, DISTRICT 05, FILE #2595157
OLR # 162410, UFT #M59848**

The conference was held on March 1, 2016

| | | |
|---|---|---|
| PRESENT: | Amadou Konteye | Grievant |
| | John Marvul | UFT Representative |

GRIEVANCE:    The grievant claims he was covering the same assignment from April 2012 to February 12, 2016.  He was paid "O" status instead of "Q" status. The UFT states this is a violation of Articles 3, 5 and 11. The grievant would like to be paid the difference between the "O" and "Q" status.

FINDINGS:    This grievance was filed on 12/15/15.  Article 22B3 of the UFT Agreement states that "the grievance shall be filed within a reasonable time not to exceed three months after the grievant has knowledge of the act or condition which is the basis of the complaint."  This grievance did not meet the aforementioned criteria.  Therefore, it must be considered untimely in part for the period 4/2012 through 6/26/2015.  The grievance is sustained from 9/8/15 through 2/12/16. The principal confirmed that the grievant worked in the vacancy during this time.

This grievance is denied in part and sustained in part.

Respectfully submitted,
Robin Kittrell
Chief Executive Officer's Representative

APPROVED:

Karen Solimando,
(As designee for Lawrence Becker,
Chief Executive Officer, Division of Human Resources)

3/22/2016
Date

RK

GRIEV_00012