GRWPFR
5/05/16 15:53:31                    Step1 Grievance Form
                                                                        PRICHARD

AMADOU KONTEYE                      SS#: XXX-XX-0441  File#...: 2595157
164 W 147TH ST APT 2D               Member Type: PDO/TRTRD/
NEW YORK, NY 10039-3806             School: M499      District: 05      School Type: JH

646-842-9184                        Case #: M000060660
E-Mail: AMADOUKONTEYE@YAHOO.COM
-----------------------------------------------------------------------------
Step1 Filing Date..:  5/05/16           Et Al Case.....: N
Step1 Deadline Date:  5/12/16           Summer Case....: N
Decision/Date......:                     Step1 Board Rep:
Received Date......:                     Step1 UFT Rep..: MARQUIS A HARRISON
Grievance Type.....: BREG ALL OTHERS    Grieve. School.: M499  FREDERICK DOUGLASS ACAD-M
Status.............: O    OPEN          School District: 05    Type.: JH
Description........: REG. SUB

Contract..........: A    TEACHERS       Contract Dates.: 10/13/07 - 10/31/09
Articles..........: 20,22,3,5

Comments
I HAVE BEEN STAFFED BY THE DEPARTMENT OF EDUCATION AS A TEACHER-
SUBSTITUTE ASSIGNMENT AT M499. PRINICPAL GATES HAS NOT RESPONDED
TO MY REQUEST FOR A START DATE.
REMEDY: TO BE PLACED IN A TEACHING POSITION AT M499 AND MADE WHOLE IN
ALL WAYS.


Grievant's Signature: _____

** END OF REPORT **

GRIEV_00015