May 16, 2016

Ms. Jerilyn Bryant
c/o NYC Department of Education
Office of Labor Relations & Collective Bargaining
Scheduling Unit
49-51 Chambers Street Fl 6
New York, NY 10007

RE: FFT
A-005 M-60660
Amadou Konteye
164 W 147th ST Apt 2D
New York,, NY 10039
File# 2595157
School: M499


Dear Ms. Bryant:

Please do not schedule the attached grievance for the above case.

If you do not hear from us by September 26, 2016 please consider this case closed.

Thank you for your consideration.

Sincerely,

*Parniece Richardson*
Parniece Richardson
Special Representative

Enclosures


CC: Ellen Procida
    Zina Burton-Myrick
    Saul Zalkin