UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AMADOU KONTEYE,

                              Plaintiff,

          -against-

NEW YORK CITY DEPTARMENT OF EDUCATION;
JOSEPH D. GATES

                              Defendants.
-------------------------------------------------------------------X

**Plaintiff's** ~~██████████~~
~~████████~~ **Opposition to
Defendant's Motion for
Summary Judgment**

Civil Action No.:  1:17-cv-02876

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/17/18

    Plaintiff, Amadou Konteye, specifically responds to each numbered paragraph set forth in

Defendant's Local Civil Rule 56.1 statement in the corresponding numbered paragraphs below

and sets forth additional undisputed material facts in the subsequently numbered paragraphs:[1]

1. Plaintiff disputes. Such Employees serving as needed on day-to-day basis are referred as

   to occasional per diem substitute. *See* <u>Konteye Decl. Ex. 1.</u>

   There are various types of substitute teachers.

2. Plaintiff disputes. An occasional per diem means a person employed to replace an absent

   staff member who is expected to return. *See* <u>Konteye Decl. Ex. 1.</u>

   There is a limitation that occasional per diem substitutes can only work for "intermittent

   or short-term basis." *See* <u>Konteye Decl. Ex. 2.</u>

3. Plaintiff disputes. There is no negotiated contract for Occasional Per Diem. The reason

   being the UFT does not recognize occasional per diem substitutes. *See* <u>Konteye Decl. Ex.

   3.</u>

4. Plaintiff dispute. Only there is "a flat rate" for occasional per diem. *See* <u>Konteye Decl.</u>

---

[1]     This document was prepared with the assistance of the New York Legal Assistance
Group Legal Clinic for Pro Se Litigants in the SDNY.

Ex. 1.

Occasional per diem gets a "fixed rate." *See* Konteye Decl. Ex. 4.

5.  Plaintiff disputes. Occasional Per Diem is a person employed to replace an absent staff

    member who is expected to return. *See* Konteye Decl. Ex. 1.

    Full term regular substitutes and long term per diem substitutes are paid on the regular

    payroll. *See* Konteye Decl. Ex. 5.

    The vacancy held by the per diem substitute in which there is no appointed teacher, such

    per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See*

    Konteye Decl. Ex. 6.

6.  Plaintiff disputes. Only long term per diem substitute teachers and regular substitute

    teachers are paid through the regular payroll and receive a higher rate of pay. *See*

    Konteye Decl. Ex. 5.

    The vacancy held by the per diem substitute in which there is no appointed teacher, such

    per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See*

    Konteye Decl. Ex. 6.

7.  Plaintiff disputes. Only long term per diem substitute teachers and regular substitute

    teachers are paid through the regular payroll and receive a higher rate of pay. *See*

    Konteye Decl. Ex. 5.

    The vacancy held by the per diem substitute in which there is no appointed teacher, such

    per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See*

    Konteye Decl. Ex. 6.

8.  Plaintiff disputes. Only long term per diem substitute teachers and regular substitute

    teachers are paid through the regular payroll and receive a higher rate of pay. *See*

<u>Konteye Decl. Ex. 5.</u>

The vacancy held by the per diem substitute in which there is no appointed teacher, such per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See* <u>Konteye Decl. Ex. 6; Konteye Decl. Ex. 7.</u>

9. Plaintiff disputes. Only long term per diem substitute teachers and regular substitute teachers are paid through the regular payroll and receive a higher rate of pay. *See* <u>Konteye Decl. Ex. 5.</u>

The vacancy held by the per diem substitute in which there is no appointed teacher, such per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See* <u>Konteye Decl. Ex. 6.</u>

Q-Bank: Payroll bank includes: "Teachers, Principals, Assistant Principals, Guidance counselors, school social workers, School Psychologists, School payroll Secretaries, Laboratory Specialists, Regularly Appointed Substitute Teachers, Pedagogic Managers, School supervisors, Teacher-assigned, Principal-assigned, Assistant Principal-assigned, Education Administrators not staffed at a CFN, and CFN-based Education Administrators." *See* <u>Konteye Decl. Ex. 8.</u>

10. Plaintiff disputes. An encumbered vacancy does not exist in the Teacher's Contract. Instead there are various types of leave: sick leave, annual leave, sabbatical leave, maternity leave and leave of absence with pay and without pay. *See* <u>Konteye Decl. Ex. 9; Konteye Decl. Ex. 10; Konteye Decl. Ex. 11.</u>

According to the New York City Department of Education, there are anticipated teacher vacancies, which also includes 'carryover' vacancies, and unanticipated teacher vacancies. *See* <u>Konteye Decl. Ex. 12.</u>

The Teacher Contract stated that, "a vacancy is defined as an unencumbered position, an anticipated vacancy, or a position currently held by a substitute." *See* Konteye Decl. Ex. 13.

In addition, the unencumbered vacancy is unfilled due to teacher transferring, getting promoted. In case of resignation, retirement, or death of the teacher. *See* Konteye Decl. Ex. 14.

11. Plaintiff disputes. Only substitutes that are long term per diem substitute teachers and regular substitute teachers are paid through the regular payroll and receive a higher rate of pay. *See* Konteye Decl. Ex. 5.

The vacancy held by the per diem substitute in which there is no appointed teacher, such per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See* Konteye Decl. Ex. 6; Konteye Decl. Ex. 7.

This change from O-status to Q-status is though the principal's decision. The principal is in charge of the school base budget (Galaxy), and it all depends on the classification and code the principal enter for the teacher, which includes teacher's name, I.D. number and the subject that the teacher will be teaching. *See* Konteye Decl. Ex. 15.

12. Plaintiff disputes. In either case, there is a 40 days limitation such that if you are certified or seeking certification and have worked 40 days or more, you must be employed in that position. *See* Konteye Decl. Ex. 16.

13. Plaintiff disputes. In either case, employment is limited to 40 days, and if it passed the 40 days, the persons will be employed in that area for which they are certified or seeking certification. *See* Konteye Decl. Ex. 16; Konteye Decl. Ex. 17.

14. Plaintiff disputes. The limit of employment is 40 days, and if it passed the 40 days, the

persons will be employed in that area for which they are certified or seeking certification. *See* <u>Konteye Decl. Ex. 16; Konteye Decl. Ex. 17.</u>

The vacancy held by the per diem substitute in which there is no appointed teacher, such per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See* <u>Konteye Decl. Ex. 6; Konteye Decl. Ex. 7.</u>

15. Plaintiff disputes. The final decision rest with the principal after the teacher completed all state certifications, submitted the application for professional license, and had a satisfactory service in the academic subject the teacher taught. I am entitled to Jarema Credit, and it has to be signed by Principal Joseph D. Gates. *See* <u>Konteye Decl. Ex. 18.</u>

16. Plaintiff disputes. The limit of employment is 40 days, and if it passed the 40 days, the persons will be employed in that area for which they are certified or seeking certification. *See* <u>Konteye Decl. Ex. 16; Konteye Decl. Ex. 17.</u>

New York City Department of Education has its own alternative teacher certification program called New York City Teaching Fellows. The individuals selected by New York City Department of Education's alternative program are given a Transitional B certificate, then placed in a subsidized Master's degree program, and received regular teacher's salary and benefits at the school in which they are hired by the principal. Furthermore the individuals with the Transitional B are given an extension of 3 years to complete New York State Initial Certification. *See* <u>Konteye Decl. Ex. 19.</u>

While teaching French full time at Frederick Douglass Academy, I applied for the New York City Teaching Fellows and was rejected by New York City Department of Education. *See* <u>Konteye Decl. Ex. 20.</u>

For the individuals to be granted an internship certificate by New York State, they shall

be enrolled in a collegiate program, and I was approved by New Paltz University Graduate School's Master of Arts French Teaching program; however, I could not afford the tuition. *See* <u>Konteye Decl. Ex. 21.</u>

Finally, I took online classes and one Saturday class in the fall of 2013 while teaching French full time at Frederick Douglass Academy. *See* <u>Konteye Decl. Ex. 22.</u>

I was able to obtain my New York State initial certification through the Pathway: Individual Evaluation within two years. *See* <u>Konteye Decl. Ex. 23.</u>

The New York State Initial Certification is valid for 5 years. However, to avoid loosing the teaching certification, the teacher with the initial certification is mandated to get a master degree leading to the professional certificate. *See* <u>Konteye Decl. Ex. 24.</u>

17. Plaintiff disputes. Principal Joseph D. Gates constantly discriminated me due to my national origin. Principal Joseph D. Gates intentionally singled me out, and treated me worse by not giving me the same opportunity as other teachers. *See* <u>Konteye Decl. Ex. 25.</u>

18. Plaintiff disputes. The active New York City Department of Education pedagogical personnel was fingerprinted and went through the back background checks before any commencement of teaching service within the New York City Department of education. The principal would enter the name of the pedagogical personnel and the nomination of the academic subject to be taught by the pedagogical personnel in Galaxy. *See* <u>Konteye Decl. Ex. 15.</u>

I was fingerprinted; New York State Department of Education Office of Teaching Initiatives got it from New York City Department of Education. *See* <u>Konteye Decl. Ex. 26.</u>

19. Plaintiff disputes. Principal Joseph Gates served as the Principal of the Fredrick Douglass Academy, located at 2581 Adam Clayton Powell Jr. Boulevard, New York, NY 10039 from November 2011 until July 2017. *See* Konteye Decl. Ex. 27.

20. Plaintiff partially disputes. The school code has appeared different ways in the DOE system: 05M499, or M499. *See* Konteye Decl. Ex. 28.

21. Plaintiff disputes. I was not hired as a student teacher for the Fredrick Douglass Academy. I attended Frederick Douglass Academy as a student from grades 7-12 from 2001 until 2007. During my sophomore year in 2005 until my senior year 2007, Teacher/Coach Patrick Mangan and Principal Dr. Gregory Hodge selected me to become a student leader in Frederick Douglass Academy's Schwartz Program. *See* Konteye Decl. Ex. 29.

22. Plaintiff disputes. The Frederick Douglass Academy's Schwartz Program was designed for honor students like myself to provide assistance for teachers, such as Ms. Bell and Mr. Patrick Mangan in tutoring incoming students, and in sports on Saturdays. Mr. Patrick Mangan, who is also a teacher and the Athletic Director of Frederick Douglass Academy, still working at Frederick Douglass Academy. School phone number is (212) 491-4107.

    In my service file years 2005-2007 coded as, "COOPN" is Cooperative Student ("co-op"). *See* Konteye Decl. Ex. 30; Konteye Decl. Ex. 31.

23. Plaintiff disputes. Ms. Katerina Souliopoulos' Ex. 'E' indicated, "For Office Use Only" and the dates have been crossed out. In addition I never met or communicated with Peter Ianniello.

Before joining New York City Department of Education, as a teacher, I took the first required New York State Teacher Certification Examinations: 001 Liberal Arts And Sciences Test dated February 18, 2012. On April 7, 2012 I initiated the application for New York State teacher certification, and I took the rest of the teacher examinations while teaching full time French. *See* Konteye Decl. Ex. 32.

School year 2011-2012, specifically on April 2012, Principal Joseph D. Gates called me to come work for him at Frederick Douglass Academy to cover Mr. Torey Williams' 8th grade class from April 2012 until June 27, 2012. *See* Konteye Decl. Ex. 33.

24. Plaintiff disputes. I did not work as an occasional per diem substitute teacher at various DOE schools. *See* Konteye Decl. Ex. 34.

I worked at the Frederick Douglass Academy as a full time substitute teacher in April of 2012 until June 27, 2012 for the school year 2011-2012 covering Mr. Torey Williams' 8th grade classes. *See* Konteye Decl. Ex. 33.

25. Plaintiff disputes. Principal Joseph D. Gates and New York City Department of Education coded me as a Social Studies occasional per diem substitute teacher, but Principal Joseph D. Gates gave me a French program in which I served in that French vacancy as a full time French teacher beginning September 2012 until February 12, 2016. *See* Konteye Decl. Ex. 35; Konteye Decl. Ex. 36.

26. Plaintiff disputes. I was seeking these New York State certifications starting February 2012. While working as a full time French teacher at Frederick Douglass Academy starting September 2012. New York State issued me French and Social Studies initial certifications on March 18, 2015. *See* Konteye Decl. Ex. 32.

I was not an occasional per diem, Principal Joseph D. Gates gave me a French teaching

program, which I taught and was evaluated every school years: 2012-2013, 2013-2014,2014-2015, and 2015-2016 by Mr. Thomas Ajibola, the Supervisor for the Department of Foreign language at Frederick Douglass Academy. *See* <u>Konteye Decl. Ex. 37</u>; <u>Konteye Decl. Ex. 38.</u>

27. Plaintiff disputes. I was seeking certification from the State of New York starting February 2012. I had worked at Frederick Douglass Academy under Principal Joseph D. Gates for over 40 days and I had filled the French vacancy starting September 2012 until February 12, 2016. *See* <u>Konteye Decl. Ex. 39.</u>

28. Plaintiff disputes. I was not compensated accordingly. Principal Joseph D. Gates kept me at lowest pay rate 746 Per Diem Payroll while I filled the French vacancy starting September 2012 until February 12, 2016. Despite teaching French full time, days and months have been taking off my paychecks. I was able to make a copy of my time card in the month of January 2014, and it shows the pay discrepancies between the time card and the pay stub, which shows 11 days unpaid out of January 2014. *See* <u>Konteye Decl. Ex. 40</u>; <u>Konteye Decl. Ex. 41.</u>

Principal Joseph D. Gates did not intend to include me in the regular payroll, because he said I served at his "pleasure." *See* <u>Konteye Decl. Ex. 42</u>; <u>Konteye Decl. Ex. 43.</u>

School year 2015-2016, on September 2015 until February 12, 2016, Principal Joseph D. Gates waited until the deadline of the pay period passed and then made me resort to get emergency checks. Principal Joseph D. Gates ignored me when I send him emails regarding pay issues. *See* <u>Konteye Decl. Ex. 44.</u>

29. Plaintiff disputes. I was told by New York City Department of Education to get the nomination letter from Principal Gates in order for them to process the French position on

September 22, 2014. *See* <u>Konteye Decl. Ex. 45; Konteye Decl. Ex.46; Konteye Decl. Ex.</u> <u>47; Konteye Decl. Ex. 48.</u>

I asked Principal Joseph D. Gates to complete OT 11 Form on September 16, 2014. This not a nomination letter but a form completed by Principal Joseph D. Gates and New York City Department of Education Deputy Network Leader, Michelle Lee as New York State Department of Education Office of Teaching Initiatives requested it. *See* <u>Konteye Decl.</u> <u>Ex. 49.</u>

30. Plaintiff disputes. Plaintiff disputes. I argue these were fabricated because Principal Joseph D. Gates cannot nominate a teacher for multiple positions at the same time and the letters do not have an official school stamp. *See* Ms. Katerina Souliopoulos' Ex. "C," Gates Aff.; Ex. "F."

31. Plaintiff dispute. While working as a full time French teacher at Frederick Douglass Academy starting September 2012, I fulfilled all the teacher requirements by August 2014. On September 19, 2014, and on September 25, 2014, I send the OT 11 form to New York State Department of Education Office of Teaching Initiatives. *See* <u>Konteye</u> <u>Decl. Ex. 50 Konteye Decl. Ex. 51; Konteye Decl. Ex. 52.</u>

When I received my initial teaching license on March 18, 2015, I went to Principal Joseph D. Gates and provided him a copy.

It takes New York State Office of Teaching Initiatives to process application. New York State Department of Education issued me the French 7-12 and Social Studies 7-12 initial certifications on March 18, 2015. *See* <u>Konteye Decl. Ex. 53.</u>

32. Plaintiff dispute. Register projections are due in the spring. *See* <u>Konteye Decl. Ex. 54.</u> There is a contradiction because Principal Joseph D. Gates stated summer of 2015. *See*

Konteye Decl. Ex. 55.

33. Plaintiff disputes. The principal is in charge of the school base budget. *See* Konteye Decl. Ex. 56; Konteye Decl. Ex. 57.

34. Plaintiff disputes. The number of French classes I taught increased from 8 to 9 every school year 2012-2016, which surpassed the Maximum of 25 periods required by UFT and NYC DOE Teacher's contract. Out of the entire 112 teachers, I was the only middle school French teacher with 9 total French classes. In addition the number of students I taught increased every school year. *See* Konteye Decl. Ex. 58.

Foreign language is an academic subject, and not non-essential programing. *See* Konteye Decl. Ex. 59; Konteye Decl. Ex. 60.

35. Plaintiff disputes. For fifteen plus years, Principal Joseph D. Gates has been a principal employed by the New York City Department of Education; however, he does not keep records. *See* Konteye Decl. Ex. 61.

Principal Joseph D. Gates is unsure of the number of social studies or French teachers he has. *See* Konteye Decl. Ex. 62; Konteye Decl. Ex. 63; Konteye Decl. Ex. 64.

36. Plaintiff disputes. I filled only a French vacancy position as a full time teacher. *See* Konteye Decl. Ex. 58; Konteye Decl. Ex. 36; Konteye Decl. Ex. 38; Konteye Decl. Ex. 39.

Foreign language is an academic subject, and not non-essential programing. *See* Konteye Decl. Ex. 59; Konteye Decl. Ex. 60.

37. Plaintiff disputes. The DOE central offices are broad. The principal is charge of the school budget. *See* Konteye Decl. Ex. 56; Konteye Decl. Ex. 57.

38. Plaintiff disputes Principal Gates did not inform me that the French vacancy would be cut

as non-essential. Principal Joseph D. Gates gave me a French program, while he coded me in the system as Social Studies occasional per diem. *See* <u>Konteye Decl. Ex. 35.</u>

39. Plaintiff disputes. Principal Gates did not offer me a full-time teaching position in social studies for the 2015-2016 school year. *See* <u>Konteye Decl. Ex. 65.</u>

On September 4, 2015, Principal Joseph D. Gates asked me, what grades I wanted to teach, and my respond was "it does not matter if it is middle school or high school, although I had more experience with teaching the middle school." *See* <u>Konteye Decl. Ex. 66.</u>

40. Plaintiff disputes. Principal Joseph D. Gates hired David Neville before me; the reason being David Neville was teaching at the school during the summer of 2015. Kim Aime is Jackie Kim; she was the 6th grade social studies teacher. *See* <u>Konteye Decl. Ex. 68.</u>

Principal Joseph D. Gates is unsure of the number of social studies or French teachers he has. *See* <u>Konteye Decl. Ex. 62; Konteye Decl. Ex. 63; Konteye Decl. Ex. 64.</u>

41. Plaintiff disputes. The principal is charge of the school budget. *See* <u>Konteye Decl. Ex. 56; Konteye Decl. Ex. 57.</u>

Budget Division of the Manhattan Field Support Office does not pertained me because Budget Division of the Manhattan Field Support Office was created after I had served consecutive years as a full time French teacher that is licensed in that academic subject area.

42. Plaintiff disputes. The principal is charge of the school budget. *See* <u>Konteye Decl. Ex. 56; Konteye Decl. Ex. 57.</u>

Ms. Sharon Boonshoft and Mr. Thomas Croft are not mentioned as Budget personnel. *See* <u>Konteye Decl. Ex. 69.</u>

Ms. Boonshoft and Mr. Croft have different titles and work location. *See* <u>Konteye Decl.</u>
<u>Ex. 70.</u>

The correspondence from Ms. Boonshoft and Mr. Croft was fabricated as a cover-up to
the real reason Principal Joseph D. Gates denied me my position, salary and benefits.
Principal Joseph D. Gates discriminated me by classifying me as occasional social studies
per diem. *See* <u>Konteye Decl. Ex. 35.</u>

43. Plaintiff disputes. The principal is charge of the school budget. *See* <u>Konteye Decl. Ex. 56;</u>
<u>Konteye Decl. Ex. 57.</u>On February 3, 2016, I did not get my paycheck; therefore, I
emailed Principal Joseph D. Gates regarding the pay issues. *See* <u>Konteye Decl. Ex. 44.</u>
While I was a full time French teacher, Principal Joseph D. Gates coded me as an
occasional per diem and he discriminated me because of my national origin. *See* <u>Konteye</u>
<u>Decl. Ex. 37; Konteye Decl. Ex. 38.</u>

44. Plaintiff disputes. The principal is charge of the school budget. *See* <u>Konteye Decl. Ex. 56;</u>
<u>Konteye Decl. Ex. 57.</u>

I was a full time French teacher, *See* <u>Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.</u>
Principal Joseph D. Gates did not know the number of social studies or French teachers
he had. *See* <u>Konteye Decl. Ex. 62; Konteye Decl. Ex. 63; Konteye Decl. Ex. 64.</u>
Principal Joseph D. Gates violated my rights. He did not give me notice. *See* <u>Konteye</u>
<u>Decl. Ex. 71.</u>

My service record said, "termination" and it meant a separation of service from New
York City Department of Education. *See* <u>Konteye Decl. Ex. 72; Konteye Decl. Ex. 73.</u>
Principal Joseph D. Gates discriminated me by not following the proper procedural of
excessing, and he violated my contractual rights. I was a pedagogical personnel with

license and I had seniority over all of the new teachers and uncertified teachers he hired over me. *See* Konteye Decl. Ex. 71.

45. Plaintiff disputes. I provided New York City Department of Education my home phone number as well (212) 862-1653. Due to financial burden I couldn't afford my phone bills, I stop using the old number and my mother gave me her phone.

    I am not an occasional per diem. Despite being a fully license teacher, New York City Department of Education discriminated me by taking me off the Teacher Finder network on September 13, 2016, which prevented me from getting access to full time openings school year 2016-2017. *See* Konteye Decl. Ex. 74.

46. Plaintiff disputes. I filed a grievance on October 30, 2015 about my teaching position and being placed on the correct payroll system. Subsequently, I charged the UFT for not filing my grievance. *See* Konteye Decl. Ex. 75.

47. Plaintiff disputes. UFT filed anything they wanted to file because of personal conflict of interest between Principal Joseph D. Gates and Dwayne Clark, Manhattan Borough Representative, UFT failed to represent me fairly. Subsequently, I charged the UFT for not filing my grievance. *See* Konteye Decl. Ex. 75.

48. Plaintiff disputes. New York City Department of Education's Office of Labor Relations (OLR) located at 100 Gold Street, OLR is an office advocating for school principals. I couldn't get justice in New York City Department of Education OLR. *See* Konteye Decl. Ex. 76.

    Principal Joseph D. Gates was not present in the meetings; instead, Principal Joseph D. Gates called via telephone and continued lying about the teaching service I provided in one academic subject, which was French for four and half years. Principal Joseph D.

Gates said that, I only worked in the French vacancy from 9/8/15 through 2/12/16, which was a lie. Principal Joseph D. Gates lied about my actual duty as a full time teacher that provided French instructions to grades 7-12 for four and a half years. *See* <u>Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.</u>

49. Plaintiff disputes. The grievance is ongoing until Principal Joseph D. Gates tells the truth as to my duty as a full time French teacher under his leadership for four and a half years. *See* <u>Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.</u>

50. Plaintiff disputes. Principal Joseph D. Gates said that, I only worked in the French vacancy from 9/8/15 through 2/12/16, which was a lie. Principal Joseph D. Gates lied about my actual duty as a full time teacher that provided French instructions to grades 7-12 for four and a half years. *See* <u>Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.</u>

51. Plaintiff disputes. Principal Joseph D. Gates fired me on February 12, 2016 and he kept me in the system and generated checks under my name from April 2016 through August 2016, which is fraud. I did not received $14, 933. 911, Principal Joseph D. Gates committed fraud by generating checks under my name after he had fired me on February 12, 2016. *See* <u>Konteye Decl. Ex. 77.</u>

52. Plaintiff disputes. I filed the grievance on March 28, 2016, and it was not looked at until April 1, 2016. *See* <u>Konteye Decl. Ex. 78.</u>

53. Plaintiff disputes. UFT filed anything they wanted to file because of personal conflict of interest between Principal Joseph D. Gates and Dwayne Clark, Manhattan Borough Representative, UFT amended the grievance Articles. I charged the UFT for not filing my grievance. *See* <u>Konteye Decl. Ex. 75.</u>

54. Plaintiff dispute. The grievance is ongoing until Principal Joseph D. Gates tells the truth

as to my duty as a full time French teacher under his leadership for four and a half years. *See* <u>Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.</u>

55. Plaintiff disputes. The grievance is ongoing until Principal Joseph D. Gates tells the truth as to my duty as a full time French teacher under his leadership for four and a half years. *See* <u>Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.</u>

56. Plaintiff disputes. The grievance is pending to go to arbitration. *See* <u>Konteye Decl. Ex. 79; Konteye Decl. Ex. 80.</u>

57. Plaintiff disputes. The grievance is pending to go to arbitration. *See* <u>Konteye Decl. Ex. 79; Konteye Decl. Ex. 80.</u>

58. Plaintiff partially disputes. While the Grievance Decision concludes this, that is not the case. Plaintiff is unaware of what Q-status is and cannot base a conclusion as to whether is merely a payroll status or if means something more. *See* <u>Konteye Decl. Ex. 79; Konteye Decl. Ex. 80.</u>

59. Plaintiff disputes. The grievance is pending to go to arbitration. *See* <u>Konteye Decl. Ex. 79; Konteye Decl. Ex. 80.</u>

60. Plaintiff dispute. Defendants' attorney, Ms. Katerina Souliopoulos falsified my statement. *See* <u>Konteye Decl. Ex. 81.</u>

61. Plaintiff does not dispute. I was advice by the federal agency, the United States Equal Employment Opportunity Commission (EEOC) located at 33 Whitehall Street, New York, NY 10004 to withdraw from the Human Right Division in order to filled with them. On April 15, 2016, I filed a discrimination based on national origin and retaliation with EEOC.

62. Plaintiff disputes. I only reached out to the New York City Department of Education's

Office of Equal Opportunity & Diversity Management, and I never filed an internal complaint. *See* Ms. Katerina Souliopoulos Ex. "U" Email from Konteye Amadou to Paver Stacy. I reached out to New York City Department of Education Chancellor Carmen D. Farina on February 15, 2016 and I did not receive any response regarding my adverse employment discrimination. *See* Konteye Decl. Ex. 82.

63. Plaintiff disputes. On May 27, 2016, I filed an Improper Practice Charge with the State of New York Public Employer Relations Board (PERB) against the New York City Department of Education and the United Federation of Teachers alleging discrimination because of my national origin. However, a letter was sent by PERB on June 3, 2016 advising me to put the appropriate amendments because PERB does not deal with discrimination. *See* Konteye Decl. Ex. 75.

64. Plaintiff dispute. Refer back to Plaintiff response to 64, as I stated PERB does not deal with discrimination. Plaintiff was advised on June 3, 2016 to put the appropriate amendments. *See* Konteye Decl. Ex. 75.

65. Plaintiff does not dispute.

66. Plaintiff does not dispute. As I mentioned it to Ms. Katerina Souliopoulos at her deposition, there is no decision rendered regarding New York City Department of Education and Principal Joseph D. Gates. However, my PERB charge against the United Federations of Teachers Union is still pending at PERB. Since filling the PERB charge, the United Federation of Teachers Union started working on my case.

67. Plaintiff disputes. On April 15, 2016, I filed a discrimination based on national origin and retaliation with the United States Equal Employment Opportunity Commission (EEOC). *See* Konteye Decl. Ex. 83.

68. Plaintiff partially disputes. The EEOC charge number you listed "520-2015-02081" does not correspond with my EEOC charge number, which is 520-2016-02081. In addition, I filed a discrimination based on national origin and retaliation with EEOC on April 15, 2016. *See* Konteye Decl. Ex. 83.

69. Plaintiff does not dispute.

70. Plaintiff partially disputes. I filed Employment Discrimination Complaint in the United States Courthouse, Southern District of New York on April 19, 2017. *See* Konteye Decl. Ex. 25.

71. Plaintiff disputes. "Among other things" and "individuals" are vague. *See* Konteye Decl. Ex. 25.

72. Plaintiff disputes. I listed all the teachers: Principal Joseph D. Gates' former teachers, friends, relatives, and the New York City Department of Education's Teaching Fellows, along with uncertified teachers that Principal Joseph D. Gates hired over me starting from 2012 through 2016. Despite teaching for four years and a half as a full time French teacher at Frederick Douglass Academy, Principal Joseph D. Gates gave the new teachers tenure and discriminated me because of my national origin. I have been teaching full time at Frederick Douglass Academy before all of the teachers that Principal Joseph D. Gates gave tenure. *See* Konteye Decl. Ex. 84.

73. Plaintiff disputes. I argued he hired other teachers over me in general, not just for the specific French or foreign language vacancies. *See* Konteye Decl. Ex. 25.

74. Plaintiff disputes. I was certified to teach French and/ or Social Studies grades 7-12. However, Principal Joseph D. Gates coded me as Social Studies occasional per diem, while he had used me as a full time French teacher. *See* Konteye Decl. Ex. 35; Konteye

Decl. Ex.36; Konteye Decl. Ex. 37; Konteye Decl. Ex. 38.

In the summer of 2014, Principal Joseph D. Gates contacted me and told me to give him a favor and teach History to high school students for six weeks because all of his 15 social studies teachers went on vacation and I agreed. Despite Principal Joseph D. Gates had withheld my salary and benefits including vacation pay, I canceled all of my summer plans and provided him the service of teaching the summer 2014 he requested. Summer 2014 was the only time, Principal Joseph D. Gates asked me to teach Social Studies. *See* Konteye Decl. Ex. 85.

75. Plaintiff disputes. Defendants' attorney, Ms. Katrina Souliopoulos asked for an extension to investigate about the race of the twenty-seven teachers that Principal Joseph D. Gates hired over me. *See* Konteye Decl. Ex. 86.

At the deposition held at Ms. Katrina Souliopoulos' office on May 15, 2018, she does not know the distinction of race and national origin. *See* Konteye Decl. Ex. "87," Deposition of May 15, 2018, at 55: 1-25, 56: 1-25, 57: 1-25, 58: 1-25, 59:at 1-25.

Again at the deposition held at Ms. Katrina Souliopoulos' office on May 29, 2018, she was not satisfied with the responses I provided her regarding the teachers' positions. As I stated, the twenty-seven teachers' national origin is not Senegal like I am. Principal Joseph D. Gates placed inaccurate codes in my file, Ms. Katrina Souliopoulos shall ask Principal Joseph D. Gates. *See* Konteye Decl. Ex. "88," Deposition of May 29, 2018, at 198: 1-25.

Principal Joseph D. Gates stated that he does not look and examine teacher licenses, and he had hired other teachers over me. *See* Konteye Decl. Ex. 89.

76. Plaintiff disputes. Principal Joseph D. Gates refused to rectify the inaccurate codes he

placed in my file, and New York City Department of Education refused to sign my OT-37 form. Principal Joseph D. Gates and New York City Department of Education are preventing me from obtaining my professional teaching license. <u>Konteye Decl. Ex. 35;</u> <u>Konteye Decl. Ex. 36; Konteye Decl. Ex. 38; Konteye Decl. Ex. 39; Konteye Decl. Ex. 58.</u>

77. Plaintiff disputes. I was teaching French for four and half years under Principal Joseph D. Gates leadership; however Principal Joseph D. Gates and New York City Department of Education refused to sign my OT37 Form for a service I provided from September 2012 until February 12, 2016. *See* <u>Konteye Decl. Ex. 90.</u>

78. Plaintiff disputes. I spoke with a Community Superintendent and the Director of the DOE's Human Resources Division; both stated that, Principal Gates must indicate I was a full time French teacher starting September 2012 until February 12, 2016. As you can see, I exhausted all of the chain of command regarding my New York State professional teaching license.

After the second conference held at New York City Department of Education's OLR at 100 Gold Street on November 28, 2016, I followed the advice of Mr. Alan Litchenstein, Chancellor's Representative Office of Labor Relations. I contacted Principal Joseph D. Gates via email regarding the French teaching service I provided from September 2012 until February 12, 2016. However, Principal Joseph D. Gates did not respond. *See* <u>Konteye Decl. Ex. 91.</u>

The Attorney, Mr. Lloyd Somer who represented with my PERB case also contacted the New York City Department of Education's attorney, Mr. Todd Drantch by email regarding my professional license issues. *See* <u>Konteye Decl. Ex. 92.</u>

The final correspondences show that I have exhausted all the administrative remedies within the New York City Department of Education; however, Principal Joseph D. Gates and New York City Department continued discriminating me because of my national origin. *See* Konteye Decl. Ex. 92.

Sincerely,

Amadou Konteye

AMADOU Konteye

Mail - AKonteye@schools.nyc.gov

# FW: Welcome to the New York City Department of Education!

Konteye Amadou

Mon 4/18/2016 8:14 PM

To:Gates Joseph (05M499) <JGates@schools.nyc.gov>;

Dear Mr. Gates,

I have been staff at your school. When do you want me to start?

Sincerely,

Mr. Konteye

**THE NEW YORK CITY DEPARTMENT OF EDUCATION**

**Amadou Konteye**
Title/Description: Teacher
Date Issued: 04/15/2016            05M499

---

**From:** NYCDOEHumanResources@schools.nyc.gov [NYCDOEHumanResources@schools.nyc.gov]
**Sent:** Wednesday, April 06, 2016 4:56 PM
**To:** Konteye Amadou
**Subject:** Welcome to the New York City Department of Education!

# THE NEW YORK CITY DEPARTMENT OF EDUCATION

Division of Human Resources

65 Court Street

Brooklyn, NY 11201

YOUR File # / EIS ID:2595157

YOUR EMPLOYEE ID:975820
Dear Amadou Konteye,

Welcome! This message confirms that you have completed the hiring process and you are authorized to begin work for the New York City Department of Education. As an employee in the New York City public schools, you'll be collaborating with your colleagues to spark opportunity and empower your students.

Here are a few things you need to do in order to get started:

First, make a note of your **EIS ID number** (sometimes referred to as a 'file number') and **Employee ID number,** which are listed at the top of this message. You'll need these numbers for a wide range of purposes during your employment at the DOE.

**Your next step is to bookmark the New Teacher Checklist** a step-by-step guide to everything you'll need to do over the coming weeks:

Mail - AKonteye@schools.nyc.gov

schools.nyc.gov/NTChecklist

You'll also need to **confirm your DOE login/Outlook ID and password.** Your login should be created within 72 hours. To find it, and to reset your password, use the account confirmation tool:

schools.nyc.gov/account

You'll use your DOE login and password to access your <u>DOE email account</u>, as well as important **online tools and support** pages, including:

The <u>Human Resources intranet page</u>, with news and information on benefits, leaves, employee discounts, and more

<u>The Payroll Portal</u>, where, after your start date, you'll able to enroll in direct deposit, find pay stubs, get duplicate W-2 forms, and more. You can also use the Payroll Portal to submit your online **salary step** and **salary differential** applications as soon as your DOE login has been created. Note that the Portal is compatible with Internet Explorer, but not with other browsers (like Safari or Chrome). If you are using IE 9, 10, or 11, follow the instructions on the top of the Payroll Portal screen when you select the 'Sal Diff Step' option.

For questions and further assistance, call HR Connect at (718) 935-4000.

I commend you for your decision to become an educator, and I wish you all the best as you begin your career in the New York City public schools.

Sincerely,

Lawrence E. Becker, CEO

Division of Human Resources
New York City Department of Education

Ref Number : GX1768343 N228 Welcome Letter with Salary Information (Reg. Q Bank)

**Subject:** NYC Men Teach: Looking Ahead

**From:** NYC Men Teach (nycmenteach@schools.nyc.gov)

**To:** amadoukonteye@yahoo.com;

**Date:** Tuesday, September 6, 2016 3:45 PM



Educate. Engage.
Empower.

Good afternoon,

Thank you to everyone who participated in yesterday's hiring fair.  In case you were unable to, please find a list of hiring vacancies here.

Wishing you all the best,
NYC Men Teach

Sincerely,

NYC Men Teach
Office of Teacher Recruitment and Quality
NYC Department of Education



**Department of Education**
Carmen Fariña, Chancellor

NYC
Department of
Education
Carmen Fariña, Chancellor

SPARK | TEACH NYC
OPPORTUNITY

## Citywide Networking Event, August 30th

| Subject Area | School Name & DBN (Click to View Webpage) | Address | School Grade Level | Openings |
|---|---|---|---|---|
| Arts (Music, Dance, Visual Art, etc.) | | | | 27 |
| Dance | Bronx Leadership Academy High School | 1710 Webster Avenue, Bronx, NY 10457 | High School | 1 |
| | District 2 Department of Education Pre-K Centers | N/A | B-2 (Early Childhood) | 1 |
| | District 21 Department of Education Pre-K Centers | N/A | B-2 (Early Childhood) | 1 |
| | P.S. 306 | 40 West Tremont Avenue, Bronx, NY 10453 | Elementary | 1 |
| | District 21 Department of Education Pre-K Centers | N/A | B-2 (Early Childhood) | 1 |
| Music | Mathematics, Science Research and Technology Magnet High School | 207- 01 116Th Avenue, Queens, NY 11411 | High School | 1 |
| | P.S. / I.S. 224 | 345 Brook Avenue, Bronx, NY 10454 | Middle School | 1 |
| | Van Siclen Community Middle School | 800 Van Siclen Ave, Brooklyn, NY 11207 | Junior High-Intermediate-Middle | 1 |
| | Comprehensive Model School Project M.S. 327 | 1501 Jerome Avenue, Bronx, NY 10452 | Junior High-Intermediate-Middle | 1 |
| | P.S. 214 | 1970 West Farms Road, Bronx, NY 10460 | K-8 | 1 |
| | Queens Academy High School | 138-11 35 Avenue, Queens, NY 11354 | High school | 1 |
| Theater | District 2 Department of Education Pre-K Centers | | B-2 (Early Childhood) | 1 |
| | P.S. 175 The Lynn Gross Discovery School | 64-35 102 Street, Queens, NY 11374 | Elementary and Early Childhood | 1 |



**NYC Department of Education**
Carmen Fariña, Chancellor

**SPARK | TEACH NYC**
OPPORTUNITY

| Subject Area | School Name & DBN (Click to View Webpage) | Address | School Grade Level | Openings |
|---|---|---|---|---|
| | VILLAGE ACADEMY | 10-45 Nameoke Street, Queens, NY 11691 | Middle School | 1 |
| | I.S. 229 Roland Patterson | 275 Harlem River Park Bridge, Bronx, NY 10453 | Junior High-Intermediate-Middle | 1 |
| | Academy for Scholarship and Entrepreneurship: A College Board School | 921 East 228Th Street, Bronx, NY 10466 | Secondary School | 1 |
| | BRONX BRIDGES HIGH SCHOOL | 1980 Lafayette Avenue, Bronx, NY 10473 | High school | 1 |
| | Bronx Studio School for Writers and Artists | 928 Simpson Street, Bronx, NY 10459 | Junior High-Intermediate-Middle | 1 |
| | International School for Liberal Arts | 2780 Reservoir Avenue, Bronx, NY 10468 | Secondary School | 1 |
| **Foreign Language** | | | | **27** |
| Spanish | Accion Academy | 1825 Prospect Avenue, Bronx, NY 10457 | Middle School | 1 |
| | Bronx Health Sciences High School | 750 Baychester Avenue, Bronx, NY 10475 | High School | 1 |
| | Cultural Academy for the Arts and Sciences | 5800 Tilden Avenue, Brooklyn, NY 11203 | High School | 1 |
| | Eagle Academy for Young Men of Harlem | 6 Edgecombe Avenue, Manhattan, NY 10030 | High School | 1 |
| | Frederick Douglass Academy | 2581 7Th Avenue, Manhattan, NY 10039 | Middle School | 1 |
| | I.S. 192 The Linden | 109-89 204 Street, Queens, NY 11412 | Middle School | 1 |
| | New York City District Opening | 790 East New York Avenue, Brooklyn, NY 11203 | High School | 1 |
| | New York City District Opening | 790 East New York Avenue, Brooklyn, NY 11203 | High School | 1 |

**Subject:** Online Teacher Application Update

**From:** TeachNYC2@schools.nyc.gov (TeachNYC2@schools.nyc.gov)

**To:** Amadoukonteye@yahoo.com;

**Date:** Tuesday, September 13, 2016 6:25 PM





Dear Amadou,

Our 2016-17 recruitment season has come to a close, and our records indicate that you have not yet received your New York State classroom teacher certification. All teachers must have a valid teaching certification from the New York State Education Department (NYSED) to be eligible for a permanent position teaching in our schools. As a result we have removed your application from the NYC DOE's New Teacher Finder, and you will no longer be considered for immediate openings during the upcoming school year.

If you are still interested in becoming a New York City public school teacher, please complete our express interest form and submit an online application when the 2017-18 school year application launches later this fall. In the interim, we recommend that you take all steps toward completing NYSED certification requirements before the 2017-18 application opens.

In the meantime, if your certification status changes, and you would like to be considered for immediate positions (i.e. positions that may become available for the *current*, 2016-17, school year), please email our office at TeachNYC@schools.nyc.gov and let us know that your status has changed.

**Thank you your interest in teaching in New York City public schools.** We encourage you to keep in touch by following us on Facebook.

Sincerely,

The Office of Teacher Recruitment and Quality
NYC Department of Education

Please do not reply to this email. This mailbox is not monitored.
Email Reference Code: SXRILVGS

Subject:   Online Teacher Application Status Update

From:   TeachNYC2@schools.nyc.gov (TeachNYC2@schools.nyc.gov)

To:   Amadoukonteye@yahoo.com;

Date:   Thursday, January 5, 2017 11:13 AM



**Department of Education**
*Carmen Fariña, Chancellor*

SPARK
OPPORTUNITY

TEACH NYC

Dear Amadou Konteye,

Thank you for the time and energy you have devoted to your Online Teacher Application. We appreciate your interest in teaching in New York City public schools.

After a thorough review of your application and supporting credentials, regrettably, we are unable to invite you to join the New Teacher Finder at this time. We realize this is disappointing news, and please understand that our decision was not an easy one. While our team cannot provide individual feedback to candidates regarding the outcome of their application review, we assure you that we considered your candidacy carefully.

Though we may not be able to assist you in your job search or invite you to upcoming career fairs, this outcome does not prevent you from conducting your own independent job search in New York City by contacting schools directly.

We thank you again for applying and wish you the best in your future endeavors.

Sincerely,

NYC Department of Education

Please do not reply to this email. This mailbox is not monitored.

9/22/2017

# Foreign language teaching position

### Konteye Amadou

Wed 8/30/2017 2:07 PM

To: Fullerton Ayisha <AFullerton2@schools.nyc.gov>;

Dear Ms. Fullerton

Welcome aboard as the new principal at the Frederick Douglass Academy.
My name is Amadou Konteye, I was a middle school French teacher at Frederick Douglass Academy until my excess in the Spring of 2016.
I was satisfactory rated during my stay at the Frederick Douglass Academy.
Since the incoming 8th graders was not offered French in the 7th grade, there is likely a foreign language vacancy in the middle school for the coming school year 2017-2018. This is to express my interest to returning at Frederick Douglass Academy to fill the vacancy.


Kindly advice.

Regard,
Amadou Konteye

# Re: Interview with Mr. Konteye

Konteye Amadou

Tue 9/12/2017 8:28 AM

Sent Items

To: Fullerton Ayisha <AFullerton2@schools.nyc.gov>;

Dear Principal Fullerton

Good-morning, I just received a call from one of your staff at 8:21 AM, the interview for today Tuesday, September 12, 2017 at 11:00 AM has been canceled. Kindly confirm the cancellation.

Regards,

Amadou Konteye

**From:** Fullerton Ayisha
**Sent:** Monday, September 11, 2017 10:51:55 AM
**To:** Konteye Amadou; Silva Vanessa
**Subject:** Interview with Mr. Konteye

Good Morning Mr. Konteye

I have scheduled an interview with Ms. Fullerton on Tuesday, September 12, 2017 at 11:00a.m.

If you have any questions, please contact me at 212-491-4107 ext. 1551.

Thank you

Ms. Silva

Get Outlook for Android

**Subject:**  Apply Today for Foreign Language Positions in NYC!

**From:**  NYC Department of Education (teachnyc@schools.nyc.gov)

**To:**  amadoukonteye@yahoo.com;

**Date:**  Monday, September 25, 2017 2:00 PM



**SPARK**
OPPORTUNITY
————————
**TEACH NYC**

Good afternoon Amadou,

The Office of Teacher Recruitment and Quality at the NYC DOE is dedicated to helping teacher candidates like you find the right school community. As an added support, we have included a list of schools across the city that may still be **seeking a teacher with your certification** for the current school year.

**Next Steps:**
**1.** View the list of schools seeking a teacher with your certification.
**2.** Research the schools that interest you on the NYC DOE School Search website.
**3.** Apply directly to the position by emailing the contact listed by Friday 9/29. Please remember that all applications should include a *tailored cover letter* and your most *updated resume.*

The school's hiring team will review your resume and will contact you to schedule an interview if they would like to move forward with your application. Please keep in mind that some positions may already have an intended hire and that others will be filled over the next few days so **you may not be contacted by every school where you apply.**

We wish you the best in finding a teaching position!

Best Regards,

Office of Teacher Recruitment and Quality
New York City Department of Education

NYC Department of Education
65 Court Street
Brooklyn, NY 11201

STAY CONNECTED

  

---

NYC Department of Education | 65 Court Street, Brooklyn, NY 11201

Unsubscribe amadoukonteye@yahoo.com

NYC Department of Education
Carmen Fariña, Chancellor

SPARK | TEACH NYC
OPPORTUNITY

Citywide Networking Event, August 23rd

| Subject Area | School Name & DBN (Click to View Webpage) | Address | School Grade Level | Openings |
|---|---|---|---|---|
| **Arts (Music, Dance, Visual Art, etc.)** | | | | **12** |
| Dance | J.H.S. 210 Elizabeth Blackwell | 93-11 101 Avenue, Queens, NY 11416 | Middle School | 1 |
| Music | District 2 Department of Education Pre-K Centers | | B-2 (Early Childhood) | 1 |
| | P.S. / I.S. 224 | 345 Brook Avenue, Bronx, NY 10454 | Middle School | 1 |
| Theater | District 2 Department of Education Pre-K Centers | | B-2 (Early Childhood) | 1 |
| | J.H.S. 210 Elizabeth Blackwell | 93-11 101 Avenue, Queens, NY 11416 | Middle School | 1 |
| Visual Arts | Bronx Leadership Academy High School | 1710 Webster Avenue, Bronx, NY 10157 | High School | 1 |
| | Brownsville Academy High School | 1150 East New York Avenue, Brooklyn, NY 11212 | High School | 1 |
| | Community Action School - MS 259 | 154 West 93 Street, Manhattan, NY 10025 | Middle School | 1 |
| | P.S. / I.S. 224 | 345 Brook Avenue, Bronx, NY 10454 | Middle School | 1 |
| | P.S./M.S. 004 Crotona Park West | 1701 Fulton Avenue, Bronx, NY 10457 | K - 12 | 1 |
| | Queens Preparatory Academy | 143-10 Springfield Boulevard, Queens, NY 11413 | High School | 1 |
| | SOUNDVIEW ACADEMY FOR CULTURE AND SCHOLARSHIP | 885 Bolton Avenue, Bronx, NY 10473 | K - 12 | 1 |
| **Bilingual Extension** | | | | **8** |
| | Academy for Environmental Leadership | 400 Irving Avenue, Brooklyn, NY 11237 | High School | 1 |

SPARK | TEACH NYC
OPPORTUNITY

**Department of Education**
Carmen Fariña, Chancellor

| Subject Area | School Name & DBN (Click to View Webpage) | Address | School Grade Level | Openings |
|---|---|---|---|---|
| | Mathematics, Science Research and Technology Magnet High School | 207- 01 116Th Avenue, Queens, NY 11411 | High School | 1 |
| | Morris Academy for Collaborative Studies | 1110 Boston Road, Bronx, NY 10456 | High School | 1 |
| | South Bronx Academy for Applied Media | 778 Forest Avenue, Bronx, NY 10456 | Middle School | 1 |
| | The Bronxwood Preparatory Academy* | 921 East 228Th Street, Bronx, NY 10466 | (Unspecified) | 1 |
| | The New School for Leadership and Journalism | 120 West 231 Street, Bronx, NY 10463 | Middle School | 1 |
| | Urban Action Academy | 1600 Rockaway Parkway, Brooklyn, NY 11236 | High School | 1 |
| | Urban Assembly School for Careers in Sports | 730 Concourse Village West, Bronx, NY 10451 | K - 12 | 1 |
| | Victory Collegiate High School | 6565 Flatlands Avenue, Brooklyn, NY 11236 | High School | 1 |
| **Foreign Language** | | | | **22** |
| Spanish | Accion Academy | 1825 Prospect Avenue, Bronx, Py 10457 | Middle School | 1 |
| | Bronx Health Sciences High School | 750 Baychester Avenue, Bronx, NY 10475 | High School | 1 |
| | Frederick Douglass Academy | 2581 7Th Avenue, Manhattan, NY 10039 | Middle School | 1 |
| | Green School: An Academy for Environmental Careers | 223 Graham Avenue, Brooklyn, NY 11206 | High School | 1 |
| | Grover Cleveland High School | 21-27 Himrod Street, Queens, NY 11385 | High School | 1 |
| | High School for Medical Professions | 1600 Rockaway Parkway, Brooklyn, NY 11236 | High School | 1 |

Mail - AKonteye@schools.nyc.gov

# Dismissal Procedures



Exhibit

## Encarnacion Henry (05M499)

Wed 10/7/2015 3:18 PM

To: Jones Sheryl S <SJones30@schools.nyc.gov>; Thomas Simeon (03M415) <SThomas18@schools.nyc.gov>; Arogundade Olukemi <OArogundade@schools.nyc.gov>; Angrum Angelique <AAngrum3@schools.nyc.gov>; Johnson Deborah (05M499) <DJohnson24@schools.nyc.gov>; Llewellyn Jason (05M499) <JLlewellyn@schools.nyc.gov>; Hart Jake <JHart8@schools.nyc.gov>; James Diane (Q112) <DJAMES10@schools.nyc.gov>; David Neville (07X321) <NDavid@schools.nyc.gov>; Canestrelli Judy <JCanestrelli@schools.nyc.gov>; Burgevin Connor <CBurgevin@schools.nyc.gov>; Haffoney Tihira (29Q052) <THaffoney@schools.nyc.gov>; Thompson Sandra (05M499) <SThomps4@schools.nyc.gov>; Kennebrew Darius <DKennebrew@schools.nyc.gov>; Hyacinth Jerome (05M499) <JHyacin@schools.nyc.gov>; Konteye Amadou <AKonteye@schools.nyc.gov>; Adams Avril (05M499) <AAdams2@schools.nyc.gov>;

Cc: Billy Wilkinson Katrina (05M499) <KBillyW@schools.nyc.gov>; Dyson Olivia <ODyson@schools.nyc.gov>; Price William <WPrice3@schools.nyc.gov>; Encarnacion Henry (05M499) <HEncarnacion@schools.nyc.gov>; menaclayton@yahoo.com <menaclayton@yahoo.com>;

Importance: High

🔗 3 attachments (590 KB)

6th Grade Dismissal.docx; 7th Grade Dismissal.docx; 8th Grade Dismissal.docx;

Good Afternoon FDA middle school team,

First off I'd like to personally thank everyone for their help in what has been a fantastic start to the 2015-2016 school year. As I make my rounds I am a witness to students being engaged, challenged, and actively learning. We are still, however, looking for ways to improve in some areas, one of which is dismissal.

With that said, in an effort to have a more effective, efficient and safe dismissal, we are asking that teachers follow the dismissal procedures that were handed to them.

With students assigned to homeroom classes, there will be:

- less lateness during 8th period since students pick up belongings after 8th period.
- more adult supervision, for safety issues, as students walk down hallways. Deans are posted outside or at exits.
- a more cohesive middle school. Students will follow form with an organized dismissal.

If there are any questions about dismissal, please do not hesitate to contact myself or Ms. Dyson. Please find the corresponding dismissal procedure for your grade. There are attachments for each of the three middle school grades.

Thanks again.

Regards,

Mr. Henry Encarnacion
The Frederick Douglass Academy
8th Grade Math / Middle School Dean

# The Frederick Douglass Academy



Phone: (212) 491-4107
www.FDA1.org

A College Preparatory School

Fax: (212) 491-4414
JGates@schools.nyc.gov

2581 Adam Clayton Powell Jr. Blvd, New York, NY 10039

Joseph D. Gates, Principal

### FDA Middle School Dismissal
Katrina Billy-Wilkinson, Assistant Principal

In an effort to have a more efficient, effective, and safe dismissal, the middle school will be implementing homerooms for students to drop off their coats.

- 6th graders will drop off coats in the morning as follows
  Period 1: T, Th - Period 2: M,W,F

| 601 | Mr. Thomas<br>Room 220 |
|-----|------------------------|
| 602 | Ms. Arogundade<br>Room 216 |
| 603 | Ms. Kim<br>Room 218 |
| 604 | Mrs. Jones<br>Room 214 |
| 607 | Mr. Burgevin<br>Room 209 |

*\*\*If student is late for first period, they should hold on to coat and place in homeroom at start of 2nd period\*\**

### PROCEDURE

a) Teachers are asked to accept their homeroom class into the room after 8th period.
b) Students should take a seat and wait to be called upon to pick up their belongings.
c) Teacher is to escort class down Exit I.
d) Teachers with no homeroom assignment should help escort students toward Exit I.



**Department of
Education**
*Carmen Fariña, Chancellor*

# 2016-17

# SCHOOL COMPREHENSIVE EDUCATIONAL PLAN
# (SCEP)

**DBN: (*i.e. 01M001*):**          **05M499**

**School Name:**               **FREDERICK DOUGLASS ACADEMY**

**Principal:**                 **JOSEPH GATES**

## Section 2: School Leadership Team (SLT) Signature Page

All SLT members are expected to sign this page to confirm their participation in the development of this School Comprehensive Educational Plan (SCEP) and that they have been consulted with regarding the alignment of funding to support this school's educational program, which includes annual goals and action plans, Academic Intervention Services (AIS), Parent Involvement Policy (PIP) and School-Parent Compact (SPC). The SLT must include an equal number of parents and staff and have a minimum of 10 and a maximum of 17 members, in accordance with Chancellor's Regulation A-655, available on the New York City Department of Education (NYCDOE) website.

**Directions:**
1. List the names of each SLT member in the first column on the chart below.
2. Specify the constituent group represented, e.g., parent, staff, student, Community Based Organization (CBO), and any position held by the team member. Core mandatory SLT members are indicated by an asterisk*.
3. SLT members should review this document and sign in the right-hand column in **blue ink**. If an SLT member does not wish to sign this plan, the member may attach a written explanation in lieu of his/her signature, which must be maintained on file at the school with the original SLT signature page. Note: Signature of SLT member indicates participation in the development of the CEP, not approval.
4. The original signed copy, along with any written communications pertaining to this page, is to remain on file in the principal's office and be made available upon written request.

| Name | Position and Constituent Group Represented | Signature (Blue Ink) |
|---|---|---|
| Joseph Gates | *Principal or Designee | |
| Marquise Harrison | *UFT Chapter Leader or Designee | |
| Sharron Rodriguez | *PA/PTA President or Designated Co-President | |
| Adrianna Buckman | DC 37 Representative (staff), if applicable | |
| Levon Smith | Title I Parent Representative or Parent Advisory Council Chairperson | |
| Michael Stone | Student Representative *(optional for elementary and middle schools; a minimum of two members required for high schools)* | |
| Alfinia Flanders | Student Representative *(optional for elementary and middle schools; a minimum of two members required for high schools)* | |
| John Falco | CBO Representative, if applicable/ | |
| Cherly Blue | Member/Parent | |
| Xiomara Fox | Member/Parent | |
| Christine Camatino | Member/Parent | |



New York City Department Of Education

**Student Transcript**

FREDERICK DOUGLASS ACADEM ·

"EXHIBIT B"

| Name / Id: | KONTEYE, AMADOU / 274107838 |
|---|---|
| Address: | 164 WEST 147 STREET Apt#2D  NEW YORK NY 10039 |

| | | | |
|---|---|---|---|
| Gender: M | Ofcl: 405 | Grade Level: 12 | Status: A |
| Admit Date: 07/02/2004 | | Discharge Date: | |
| DOB: 06/06/1989 | | Graduation Date: | |
| Rank: | | Counselor: FRANCIS | |

**Message Area**

OFFICIAL TRANSCRIPT

### 2006 / Term: 1

| | | | Actual Mark | Numeric Eq | |
|---|---|---|---|---|---|
| 05M499 A100 | | ART | 90 | 90 | 1.00 / 1.00 |
| 05M499 E7XA | ** | AP ENGLISH | 75 | 75 | 2.00 / 2.00 |
| 05M499 EC10 | | COM SKILL1 | 80 | 80 | 1.00 / 1.00 |
| 05M499 FF5 | | FRENCH 5 | 90 | 90 | 1.00 / 1.00 |
| 05M499 H7H | | PARTGOV | 75 | 75 | 1.00 / 1.00 |
| 05M499 M$B3 | | SEQMATH B3 | 85 | 85 | 1.00 / 1.00 |
| 05M499 P$PE | | PHYS EDU | 95 | 95 | 0.50 / 0.50 |
| 05M499 PH10 | | HEALTH 1 | 95 | 95 | 1.00 / 1.00 |

Term Avg: 85.59%    Term: Actual Credits / Credits Earned: 8.50 / 8.50
Term Credits Averaged: 8.50

### 2005 / Term: 2

| | | Actual Mark | Numeric Eq | |
|---|---|---|---|---|
| 05M499 E6 | ENGLISH 6 | 85 | 85 | 1.00 / 1.00 |
| 05M499 ESAB | SAT ENG 2 | 100 | 100 | 1.00 / 1.00 |
| 05M499 FF4 | FRENCH 4 | 91 | 91 | 1.00 / 1.00 |
| 05M499 H6 | USHSGOV2 | 87 | 87 | 1.00 / 1.00 |
| 05M499 LT0 | TRANS ESL | L* | | 0.00 / |
| 05M499 M$B2 | SEQMATH B2 | 97 | 97 | 1.00 / 1.00 |
| 05M499 P$PE | PHYS EDU | 98 | 98 | 0.50 / 0.50 |
| 05M499 SP2 | PHYSICS2 | 75 | 75 | 1.00 / 1.00 |
| 05M499 SP2L | PHYS2 LAB | 94* | 94 | 0.10 / 0.10 |

Term Avg: 89.85%    Term: Actual Credits / Credits Earned: 6.60 / 6.60
Term Credits Averaged: 6.50

### 2005 / Term: 1

| | | Actual Mark | Numeric Eq | |
|---|---|---|---|---|
| 05M499 E5 | ENGLISH 5 | 85 | 85 | 1.00 / 1.00 |
| 05M499 ESAA | SAT ENG 1 | 100 | 100 | 1.00 / 1.00 |
| 05M499 FF3 | FRENCH 3 | 91 | 91 | 1.00 / 1.00 |
| 05M499 H5 | USHSGOV1 | 79 | 79 | 1.00 / 1.00 |
| 05M499 LT0 | TRANS ESL | F | 55 | 0.00 / 1.00 |
| 05M499 M$B1 | SEQMATH B1 | 96 | 96 | 1.00 / 1.00 |
| 05M499 P$PE | PHYS EDU | 97 | 97 | 0.50 / 0.50 |
| 05M499 SP1 | PHYSICS1 | 87 | 87 | 1.00 / 1.00 |
| 05M499 SP1L | PHYS1 LAB | P* | | 0.00 / 0.00 |

Term Avg: 90.23%    Term: Actual Credits / Credits Earned: 6.50 / 6.50
Term Credits Averaged: 6.50

### 2004 / Term: 2

| | | Actual Mark | Numeric Eq | |
|---|---|---|---|---|
| 05M499 E4 | ENGLISH 4 | 90 | 90 | 1.00 / 1.00 |
| 05M499 FF2 | FRENCH 2 | 85 | 85 | 1.00 / 1.00 |
| 05M499 H$4 | GLOBHIST | 92 | 92 | 1.00 / 1.00 |
| 05M499 LT0 | TRANS ESL | 90 | 90 | 0.00 / 0.00 |
| 05M499 M$A4 | SEQMATH A4 | 95 | 95 | 1.00 / 1.00 |
| 05M499 MQD | SQMTH2TD | 84 | 84 | 1.00 / 1.00 |
| 05M499 P$PE | PHYS EDU | 98 | 98 | 0.50 / 0.50 |
| 05M499 SC2 | CHEMISTRY2 | 85 | 85 | 1.00 / 1.00 |
| 05M499 SC2L | CHEM2 LAB | 85* | 85 | 0.10 / 0.10 |

Term Avg: 89.23%    Term: Actual Credits / Credits Earned: 6.60 / 6.60
Term Credits Averaged: 6.50

### 2004 / Term: 1

| | | Actual Mark | Numeric Eq | |
|---|---|---|---|---|
| 05M499 E3 | ENGLISH 3 | 85 | 85 | 1.00 / 1.00 |
| 05M499 FF3 | FRENCH 3 | 70 | 70 | 1.00 / 1.00 |
| 05M499 H$3 | GLOBHIST 3 | 92 | 92 | 1.00 / 1.00 |
| 05M499 LT0 | TRANS ESL | 70 | 70 | 0.00 / 0.00 |
| 05M499 M$A3 | SEQMATH A3 | 80 | 80 | 1.00 / 1.00 |
| 05M499 MQC | SQMTH1TC | 77 | 77 | 1.00 / 1.00 |
| 05M499 P$PE | PHYS EDU | 98 | 98 | 0.50 / 0.50 |
| 05M499 SC1 | CHEMISTRY1 | 90 | 90 | 1.00 / 1.00 |
| 05M499 SC1L | CHEM1 LAB | P* | | 0.00 / 0.00 |

Term Avg: 83.54%    Term: Actual Credits / Credits Earned: 6.50 / 6.50
Term Credits Averaged: 6.50

### 2003 / Term: 2

| | | Actual Mark | Numeric Eq | |
|---|---|---|---|---|
| 71M499 E2E | ENG EXT2 | 95 | 95 | 1.00 / 1.00 |
| 71M499 H$2 | GLOBHIST 2 | 80 | 80 | 1.00 / 1.00 |
| 71M499 LT0 | TRANS ESL | CR* | | 0.00 / 0.00 |
| 71M499 M$AB | SEQMATH A2 | 84 | 84 | 1.00 / 1.00 |
| 71M499 P$2 | PHYS ED2 | 100 | 100 | 0.50 / 0.50 |
| 71M499 S$2 | LIV ENV 2 | 85 | 85 | 1.00 / 1.00 |
| 71M499 S$2L | LIVEN2 LAB | P* | | 0.00 / 0.00 |

Term Avg: 87.56%    Term: Actual Credits / Credits Earned: 4.50 / 4.50
Term Credits Averaged: 4.50

### 2003 / Term: 1

| | | Actual Mark | Numeric Eq | |
|---|---|---|---|---|
| 71M499 E1E | ENG EXT1 | 80 | 80 | 1.00 / 1.00 |
| 71M499 H$1 | GLOBHIST 1 | 76 | 76 | 1.00 / 1.00 |
| 71M499 LT0 | TRANS ESL | L* | | 0.00 / |
| 71M499 M$AA | SEQMATH A1 | 83 | 83 | 1.00 / 1.00 |
| 71M499 P$1 | PHYS ED1 | 100 | 100 | 0.50 / 0.50 |
| 71M499 S$1 | LIV ENV 1 | 80 | 80 | 1.00 / 1.00 |
| 71M499 S$1L | LIVEN1 LAB | P* | | 0.00 / 0.00 |

Term Avg: 82.00%    Term: Actual Credits / Credits Earned: 4.50 / 4.50
Term Credits Averaged: 4.50

### 2002 / Term: 2

| | | Actual Mark | Numeric Eq | |
|---|---|---|---|---|
| 71M499 PHO | WLM/OTHER | 98 | 98 | 1.00 / 1.00 |

Term Avg: 98.00%    Term: Actual Credits / Credits Earned: 1.00 / 1.00
Term Credits Averaged: 1.00

---

* Not Averaged          ** Weighted Courses

Authorization: _____          Date: 5/24/07

EXHIBIT B

# RANDALL'S ISLAND SPORTS FOUNDATION, INC.

*Board of Trustees*

Richard J. Davis
  *Chairman*

Karen Cohen
  *President and Founder*

Richard B. Gross
  *Secretary and Treasurer*

Adrian Benepe
  *Commissioner,*
  *Parks & Recreation*

Aimee Boden
  *Executive Director*

Scott Stringer
  *President,*
  *Manhattan Borough*

Robert P. Balachandran
Jeffrey Kay
Nanette Smith
  *Mayoral Appointment*

Patricia A. Begley
G. Michael Bellinger
Rodney Cohen
Susan Danilow
Tori Dauphinot
Hector M. Gesualdo
Jerome L. Goldman
Sunil K. Gulati
Jane Hanson
Carl C. Icahn
Gail Icahn
Roy A. Judelson
Dean I. Landis
Nancy F. Neff
Bimla Picot
Madeleine Bodkin Rice
Patricia W. Shifke
Vinton A. G. Vickers
Sheena Wright

*Advisory Board*
Dorothy Haimé
Margaret Yates Thorne

*Honorary Trustees*
Michael R. Bloomberg
David Howe
Betsy Barlow Rogers
Thomas W. Strauss
Andrew H. Tisch

*Administrative Staff*
Pinky Keehner
  *Associate Director*
Jonathan Greengrass
  *VP Development*
Anne Wilson
  *Development Director*
Sabina Ellentuck
  *Community Director*
Louis Vazquez
  *Sports Director*

December 12, 2006

Amadou Konteye
C/o Pat Mangan
Athletic Director
Frederick Douglass Academy
2581 Adam Clayton Powell Jr. Blvd
New York, NY 10039

Dear Amadou,

It was such a pleasure to have you speak at our Holiday Tree Lighting party on the Island on November 30th.

I hope that you and your classmates enjoyed the celebration. We at RISF are very grateful to you for lending your voice in support of our Randall's Island Kids sports program.

Thanks again, and best wishes for a wonderful holiday and a happy New Year.

*Aimee Boden*

Aimee Boden

| Name | Position and Constituent Group Represented | Signature (Blue Ink) |
|---|---|---|
| Vilmarie Carmona | Member/Parent | |
| Suzie Chapman | Member/Parent | |
| Carey Ma | Member/Teacher | |
| John Harris | Member/Teacher | |
| William Price | Member/Teacher | |
| Alison Harris | Member/Teacher | |
| N/A | Member/ | |
| N/A | Member/ | |
| N/A | Member/ | |



# Boonshoft Sharon

Manager, 94

Exhibit 69

# n  Contact  Notes  Organization

## Calendar

Schedule a meeting

## Send email

SBoonshoft@schools.nyc.gov

## Call Business

(212) 356-3893

## Call Business fax

718 923-5146

## IM

sip:sboonshoft@schools.nyc.gov



# Boonshoft Sharon
Manager, 94

  

## n Contact Notes Orga

sip:sboonshoft@schools.nyc.gov

# Profile
https://nycdoe-my.sharepoint.com/perso

# Work
Job title: Manager

Department: 94

Company: NYCDOE

## Croft Thomas
Community Associate, NYCDOE

   

n  Contact  Notes  Organization

## Calendar
Schedule a meeting

## Send email
TCroft@schools.nyc.gov

## Call Business
(212) 356-3905

## Call Mobile
917-455-3646

## IM
sip:tcroft@schools.nyc.gov



# Croft Thomas
## Community Associate, NYCDOE

   

# n  Contact  Notes  Organization

## IM
sip:tcroft@schools.nyc.gov

## Profile
https://nycdoe-my.sharepoint.com/person.aspx/?user=T...

## Work
Job title:  Community Associate
Company:  NYCDOE
Office:  Manhattan Field Support Center
Directory

## Business address
333 Seventh Ave., Room 831
New York NY 10001



**Department of
Education**
*Carmen Fariña, Chancellor*

### Division of Financial Operations
### Office of Payroll Administration

**Francine Perkins-Colón,
Chief Administrator**

**Kevin Monrose,
Deputy Chief Administrator**

# Payroll Secretaries
# & Timekeepers
# On-Line Payroll Handbook

**65 Court St.
Brooklyn, NY
Rooms 1003 & 1400**

**Revised: July 2017
Prepared by: Joan Davenport**

Return to TOC

## 1.6     Termination

### 1.6.1   Definition

The term "termination" applies when a pedagogue separates from active service from the DOE. This could be as the result of, but not limited to, retirement, resignation, death, or termination. When an appropriate staffing transaction has been completed to effect such an action a final entitlement is automatically created in EIS and is displayed in Option 11.2.4. The final entitlement displays such things as the employee's last day of service (physically worked or CAR day used or borrowed), unpaid preparation periods, and pending grace period deductions. If the last day of service happens to be a Friday the effective date of the termination will be the next work day which can be the following Monday or the Tuesday if Monday is a holiday. This information will be explicitly displayed on the EIS screen.

### 1.6.2   Terminal Leave

An appointed pedagogue may apply for terminal leave which allows the employee to use CAR days in an effort to remain on active payroll status. The length of a terminal leave is limited to one semester. At the end of the terminal leave an employee has a choice of returning to active service or separating from active service. The application is approved by the CFN and must be forwarded to the HR Connect for processing. Interested employees must file form OP 40 at least 30 days prior to the intended commencement of the leave.

While on terminal leave the employee's CAR balance is automatically adjusted to reflect a deduction of two CAR days for every work day. The maximum amount of days that can be used is 200 CAR days or 100 work days. If there is a CAR balance at the conclusion of the terminal and the employee wishes to be compensated s/he must complete and submit an OP 44.

### 1.6.3   Form OP44

Upon termination from the DOE an employee has six years to claim payment for unused CAR days. In order to be paid for these days the affected employee must submit a completed OP 44. The form can be access via the DOE website by typing "OP44" into the "Search" section of the site.

This form has to be completed online and printed for appropriate signatures. The payment of the unused CAR days is based on 1/200th of the employee's annual salary and is distributed in three installments over a twenty-six month period.

Following the submission of the OP 44 form the first installment will be processes within 60 days (two months). The second installment will be issued one year later and the third installment will be issued one year after the second installment.

Return to TOC

### 1.6.4   Termination Due To Death of an Employee

In the unfortunate case of the need to process payments for an employee who has died while still an employee of the DOE, the Payroll Office has to consult with the Teacher's Retirement System (TRS) to determine the type of benefit chosen by the employee. The benefit options are termed the 948 Option (death gamble) and the Death Benefit Option. In the former case, the deceased employee is not entitled to any payment from the DOE and is only compensated up to the day prior to the date of death. The second option entitles the employee to payment for service up to the date of death, unused CAR and any pro-rated vacation that may have been accrued. This check will be forwarded to the New York City Office of Payroll Administration (OPA) and will be reissued to the employee's estate.

### 1.6.5   Termination with a Negative CAR Balance

If an employee terminates from service with the DOE and has a negative CAR balance the Payroll Secretary or Timekeeper should, if possible, return, stop, or reverse checks as needed. This ensures that the employee will not be overpaid and avoid the Payroll Office issuing a bill of collection to the employee. If the separation happens at the end of the school year the summer checks can be used to compensate for the negative/borrowed days.

> **As an example:**
> A Pedagogue has a CAR balance of -20 (negative 20) and is terminated from service with the DOE at the end of the school year. The employee annual salary is $48,836. This employee owes the DOE: $48,836 / 300 x 20 = $3,255.73.  Based on an annual salary of $48,836, the employee's semimonthly entitlement is $2,034.83. Therefore, the Payroll Secretary should return two of the four summer checks to compensate of the overpayment. If the employee is enrolled in the EFT program the Payroll Secretary should place stop payment requests on two of the four checks.

A special note should be taken that especially at the end of the school year Payroll Secretaries and Timekeepers should ensure that all applicable events have been entered into EIS and other transactions are done timely and correctly.

### 1.6.6   Employees on Leave Without Pay or Terminated

If an employee is on a Leave Without Pay or is terminated from service with the DOE, the Payroll Secretary should immediately cancel the employee's direct deposit enrollment. This can be done via EIS Option 9.6.5. By cancelling the employee's direct deposit enrollment, the chances of overpayment are greatly reduced. If the employee has not been fully removed from active payroll status, paper checks will be generated; the Payroll Secretary should return these checks the Bureau of Check Management.

**Exhibit 74**

Subject:  Online Teacher Application Update

From:  TeachNYC2@schools.nyc.gov (TeachNYC2@schools.nyc.gov)

To:  Amadoukonteye@yahoo.com;

Date:  Tuesday, September 13, 2016 6:25 PM





Dear Amadou,

Our 2016-17 recruitment season has come to a close, and our records indicate that you have not yet received your New York State classroom teacher certification. All teachers must have a valid teaching certification from the New York State Education Department (NYSED) to be eligible for a permanent position teaching in our schools. As a result we have removed your application from the NYC DOE's New Teacher Finder, and you will no longer be considered for immediate openings during the upcoming school year.

If you are still interested in becoming a New York City public school teacher, please complete our express interest form and submit an online application when the 2017-18 school year application launches later this fall. In the interim, we recommend that you take all steps toward completing NYSED certification requirements before the 2017-18 application opens.

In the meantime, if your certification status changes, and you would like to be considered for immediate positions (i.e. positions that may become available for the *current*, 2016-17, school year), please email our office at TeachNYC@schools.nyc.gov and let us know that your status has changed.

**Thank you your interest in teaching in New York City public schools.** We encourage you to keep in touch by following us on Facebook.

Sincerely,

The Office of Teacher Recruitment and Quality
NYC Department of Education

Please do not reply to this email. This mailbox is not monitored.
Email Reference Code: SXRILVGS

*Maria Uruchima*
*(718) 935-4060*
*teachnyc@schools.nyc.gov*

**Subject:** Online Teacher Application Status Update

**From:** TeachNYC2@schools.nyc.gov (TeachNYC2@schools.nyc.gov)

**To:** Amadoukonteye@yahoo.com;

**Date:** Thursday, January 5, 2017 11:13 AM



**Department of**
**Education**
Carmen Fariña, Chancellor

SPARK
OPPORTUNITY

TEACH NYC

Dear Amadou Konteye,

Thank you for the time and energy you have devoted to your Online Teacher Application. We appreciate your interest in teaching in New York City public schools.

After a thorough review of your application and supporting credentials, regrettably, we are unable to invite you to join the New Teacher Finder at this time. We realize this is disappointing news, and please understand that our decision was not an easy one. While our team cannot provide individual feedback to candidates regarding the outcome of their application review, we assure you that we considered your candidacy carefully.

Though we may not be able to assist you in your job search or invite you to upcoming career fairs, this outcome does not prevent you from conducting your own independent job search in New York City by contacting schools directly.

We thank you again for applying and wish you the best in your future endeavors.

Sincerely,

NYC Department of Education

Please do not reply to this email. This mailbox is not monitored.

*Exhibit #5*

STATE OF NEW YORK
PUBLIC EMPLOYMENT RELATIONS BOARD                              ...PER PRACTICE CHARGE

| INSTRUCTIONS: File an original and four (4) copies of this Charge with the Director of Public Employment Practices and Representation, New York State Public Employment Relations Board, PO BOX 2074, ESP AGENCY BLDG 2, FLS 18 & 20, ALBANY, NY 12220-0074. If more space is required for any item, attach additional sheets, numbering item accordingly. | DO NOT WRITE IN THIS SPACE  Case No. U-  Date Received: |

1. <u>CHARGING PARTY</u>

a. Name (If employee organization, give full name, including any affiliation and local name and number):

AMADOU KONTEYE

b. Address (No. & Street, City and Zip Code, County, Email): 164 West 147 Street Apt 2D
Telephone Number:
(212) 862-1653    NEW YORK, NY 10039.
                  AmadouKonteye@yahoo.com

c. Name and title of the representative filing charge:

AMADOU KONTEYE NYC Department of Teachers.

d. Name, address, telephone number, and Email of attorney or other representative, if any, to whom correspondence is to be directed:
Telephone Number:

2. <u>PUBLIC EMPLOYER AND/OR EMPLOYEE ORGANIZATION AGAINST WHICH CHARGE IS BROUGHT</u>

a. Name and Address (No. & Street, City and Zip Code, County, Email):        ② United Federation of Teacher
① NYC Department of Education                                              52 Broadway
b. Telephone Number: Division of Human Resources/                          NEW YORK, NY 10004
(718) 935-4000 65 Court Street Brooklyn, NY 11201                         (212) 598-6800.

3. Is the charging party filing a separate application for injunctive relief pursuant to §204.15 of the Board's Rules of Procedure?

___ YES          ✓ NO

4. <u>VIOLATIONS ALLEGED</u>

Pursuant to Article 14 of the Civil Service Law, as amended (Public Employees' Fair Employment Act), the charging party hereby alleges that the above-named respondent(s) has (have) engaged in or is (are) engaging in an improper practice within the meaning of the following subsections of Section 209-a of said Act (check the subsection(s) allegedly violated):

If by a public employer
(✓) 209-a.1(a)
(✓) 209-a.1(b)
(✓) 209-a.1(c)
(✓) 209-a.1(d)
(✓) 209-a.1(e)
(✓) 209-a.1(f)
(✓) 209-a.1(g)

If by an employee organization
(✓) 209-a.2(a)
(✓) 209-a.2(b)
(✓) 209-a.2(c)*

* If the charge alleges a violation of Section 209-a.2(c) of the Act based on an employee organization's processing of or failure to process a claim that a public employer has breached its agreement with such employee organization, identify the public employer:

a. Name and Address (No. & Street, City and Zip Code, County, Email): United Federation of Teacher
b. Telephone Number:                                                    52 Broadway
(212) 598-6800                                                          NEW YORK, NY 10004.

If the charge alleges that a charter school, charter school board of directors, chief administrative officer and/or their agents has (have) committed an improper practice under the Charter School Act of 1998, check the applicable subsection(s):

Education Law ( ☐ ) 2854.3(c-2)
Education Law ( ☐ ) 2855.1(d)*
*The charge must allege a practice and pattern of egregious acts and/or conduct by the charter school and/or its agents.

5. Specify in detail the alleged violation(s). Include names, dates, times, places and particular actions constituting each violation. Use additional sheet(s), if necessary. Failure to supply sufficient factual detail may result in a delay in processing or dismissal of the charge.

1) I was retaliated and terminated by Principal Joseph D. Gates due to my union involvement. Also I was discriminated by Principal Gates due to my natinal origin.

2) My union (UFT) United Federation of Teachers misrepresent me because of conflict of interest between UFT District 5 Dwayne Clark, Gale Reeves Superintendent and Principal Gates.

6. If the charge alleges a violation of Section 209-a.1(d) or 209-a.2(b) of the Act, has the charging party notified the Board in writing of the existence of an impasse pursuant to Section 205.1 of the Board's Rules of Procedure?

___ YES      ✓ NO

7. The charging party is available immediately to participate in a pre-hearing conference and a formal hearing.

✓ YES      ___ NO

STATE OF NEW YORK        )
                                        ) SS.:
COUNTY OF                      )

_Amadou Konteye_ , being duly sworn deposes and says, that (s)he is the charging party above named, or its representative, and that (s)he has read the above charge consisting of this and _2_ additional page(s), and is familiar with the facts alleged therein, which facts (s)he knows to be true, except as to those matters alleged on information and belief, which matters (s)he believes to be true.

_Amadou Konteye_

_Teacher_
(Title)

Subscribed and sworn to before me
this _05 / 27 / 2016_
(month/date/year)

Reset Form        Print Form

PERB 579 (9/15)

**STATE OF NEW YORK**
**PUBLIC EMPLOYMENT RELATIONS BOARD**

PO BOX 2074
ESP AGENCY BLDG 2, FLS 18 & 20
ALBANY, NEW YORK 12220-0074
TEL: (518) 457-6410
FAX: (518) 457-2664
www.perb.ny.gov

CHAIRPERSON

MONTE  KLEIN
DIRECTOR
OFFICE OF PUBLIC EMPLOYMENT
PRACTICES AND REPRESENTATION

June 3, 2016

Amadou Konteye
164 West 147th Street
Apt 2D
New York, NY  10039

RE: U35095 - NEW YORK CITY BOARD OF EDUCATION AND UNITED FEDERATION OF TEACHERS

Please be advised that the charge in the above-referenced matter is deficient for the reasons stated on the attached notice and is not now being processed to pre-hearing conference or hearing.  A copy of the charge is enclosed to any non-filing party; however, no response need be filed at this time.

If the pleading can be corrected, an appropriate amendment (original and 4 copies) should be submitted to me by **June 17, 2016**. It may also be withdrawn by submission of the enclosed withdrawal request form by the same date.  If you do not seek to submit a withdrawal or amendment, but instead wish to preserve an opportunity to file exceptions to the determination that the charge is deficient, you may so notify me in writing by such date, in which event it will be dismissed. <u>**Any response should refer to the case number set forth above. If you choose to file an amendment, it should be labeled as such.**</u> If you do not file an amendment or otherwise respond by such date, the charge will be deemed withdrawn and the matter will be closed.  If you have any questions, I can be reached at (518) 457-5973.

<u>**\*\*\*\*ANY AMENDMENT NOT LABELED AS SUCH MAY BE REJECTED.\*\*\*\***</u>

Respectfully,

Susan A. Comenzo, Assistant Director
on behalf of
Monte Klein, Director
Public Employment Practices
and Representation

SAC:cmh
Enc(s).

cc:  Karen Solimando, Esq., Acting Director of Labor Relations, NYC Board of Education
     Adam S. Ross, General Counsel, United Federation of Teachers

## DEFICIENCY NOTICE

The pleading in the above-referenced matter is deficient for the reasons set forth below.

The charge is not signed and is not sworn to before a notary.

An individual may not be listed as the respondent.  As relevant here, charges may be brought only against a public employer and/or an employee organization.  See § 2 of the charge form.

Individuals have no standing to file allegations that §§ 209-a.1 (d) and (e) and § 209-a.2 (b) of the Public Employees' Fair Employment Act (Act) have been violated. Those subsections concern the duty to negotiate, which runs between the employer and the bargaining agent.

The facts alleged do not support a claim that § 209-a.1 (b) of the Act has been violated.

The majority of the facts set forth concern employer actions unrelated to the protections of the Act and over which, therefore, PERB lacks jurisdiction.

Your bargaining agent is not listed as a respondent in § 2 of the charge form.

Even if it were, the facts set forth regarding its action or inaction fail to include, as required, the dates of the allegedly improper actions and the specifics as to the occurrences set forth.

No facts are alleged which could support the § 209-a.1 (f) and (g) violations checked off.

**STATE OF NEW YORK**
**PUBLIC EMPLOYMENT RELATIONS BOARD**

<u>**IMPROPER PRACTICE CHARGE**</u>

| | |
|---|---|
| **INSTRUCTIONS:** File an original and four (4) copies of this Charge with the Director of Public Employment Practices and Representation, New York State Public Employment Relations Board, PO BOX 2074, ESP AGENCY BLDG 2, FLS 18 & 20, ALBANY, NY 12220-0074. If more space is required for any item, attach additional sheets, numbering item accordingly. | <u>DO NOT WRITE IN THIS SPACE</u><br><br>Case No. U-<br><br>Date Received: |

RE: U35095

1. <u>CHARGING PARTY</u>

a. Name (If employee organization, give full name, including any affiliation and local name and number):

AMADOU KONTEYE

b. Address (No. & Street, City and Zip Code, County, Email):  164 West 147 Street apt 2D
Telephone Number:  NEW YORK, NY 10039.
(212) 862-1653  AmadouKonteye@yahoo.com

c. Name and title of the representative filing charge:

AMADOU KONTEYE NYC Department of Teachers

d. Name, address, telephone number, and Email of attorney or other representative, if any, to whom correspondence is to be directed:
Telephone Number:

2. <u>PUBLIC EMPLOYER AND/OR EMPLOYEE ORGANIZATION AGAINST WHICH CHARGE IS BROUGHT</u>

a. Name and Address (No. & Street, City and Zip Code, County, Email):  ② United Federation of Teachers
① NYC Department of Education  52 Broadway
b. Telephone Number: Div. of Human Resources  NEW YORK, NY 10004.
(718) 935-4000 Brooklyn NY 11201.  (212) 598-6800.

3. Is the charging party filing a separate application for injunctive relief pursuant to §204.15 of the Board's Rules of Procedure?

___ YES          √ NO

4. <u>VIOLATIONS ALLEGED</u>

Pursuant to Article 14 of the Civil Service Law, as amended (Public Employees' Fair Employment Act), the charging party hereby alleges that the above-named respondent(s) has (have) engaged in or is (are) engaging in an improper practice within the meaning of the following subsections of Section 209-a of said Act (check the subsection(s) allegedly violated):

If by a public employer

(√) 209-a.1(a)
( ) 209-a.1(b)
(√) 209-a.1(c)
( ) 209-a.1(d)
( ) 209-a.1(e)
( ) 209-a.1(f)
( ) 209-a.1(g)

If by an employee organization

(√) 209-a.2(a)
( ) 209-a.2(b)
(√) 209-a.2(c)*

* If the charge alleges a violation of Section 209-a.2(c) of the Act based on an employee organization's processing of or failure to process a claim that a public employer has breached its agreement with such employee organization, identify the public employer:

a. Name and Address (No. & Street, City and Zip Code, County, Email): United Federation of Teachers
52 Broadway
NEW YORK, NY 10004.
b. Telephone Number:

(212) 598-6800

If the charge alleges that a charter school, charter school board of directors, chief administrative officer and/or their agents has (have) committed an improper practice under the Charter School Act of 1998, check the applicable subsection(s):

Education Law ( ☐ ) 2854.3(c-2)
Education Law ( ☐ ) 2855.1(d)*
*The charge must allege a practice and pattern of egregious acts and/or conduct by the charter school and/or its agents.

5. Specify in detail the alleged violation(s). Include names, dates, times, places and particular actions constituting each violation. Use additional sheet(s), if necessary. Failure to supply sufficient factual detail may result in a delay in processing or dismissal of the charge. 1) On 2/12/16 at 3:05pm at Frederick Douglass Academy 2581 Adam Clayton Powell Jr Blvd NewYork, NY 10039, principal Joseph D. Gates retaliated and terminated me because I filed the grievance and engaged in Union activities.

2) On 2/22/16 at 11:00Am United Federation of Teachers failed to represent me when I met with DWayne Clark the UFT Mahattan Borough representative concerning my case at Frederick Douglass Academy.

6. If the charge alleges a violation of Section 209-a.1(d) or 209-a.2(b) of the Act, has the charging party notified the Board in writing of the existence of an impasse pursuant to Section 205.1 of the Board's Rules of Procedure?

____ YES      ✓ NO

7. The charging party is available immediately to participate in a pre-hearing conference and a formal hearing.

✓ YES      ____ NO

STATE OF NEW YORK      )
                                          ) SS.:
COUNTY OF New York   )

Amadou Konteye , being duly sworn deposes and says, that (s)he is the charging party above named, or its representative, and that (s)he has read the above charge consisting of this and 2 additional page(s), and is familiar with the facts alleged therein, which facts (s)he knows to be true, except as to those matters alleged on information and belief, which matters (s)he believes to be true.

Amadou Konteye

NYC DOE Teacher
(Title)

Subscribed and sworn to before me
this 9 June, 2016
(month/date/year)

Joseph K. Eady

JOSEPH K. EADY
Commissioner of Deeds
City of New York, No. 3-3593
Certificate Filed in Bronx County
Commission Expires Nov. 1, 2016

Reset Form      Print Form

PERB 579 (9/15)

EXHIBIT 7G





City Department of Education

# Department of Education
Chancellor Richard A. Carranza

Parents and Families    Students    Employees    Community and Partners

Welcome Bienvenue Byenveni 환영합니다 Добро пожаловать Bienvenidos

Select Language ▼

search:

**About Us**

**Academics**

**Choices & Enrollment**

**Offices & Programs**

   Office of the General Counsel

      Legal
      Investigative
      Disciplinary
      Audit
      Labor Relations
         Office of Appeals and Reviews
      Compliance Services
      Federal and State Regulatory
      Compliance

**Performance & Accountability**

**Rules & Policies**

**Schools in the Community**

**Student Support, Safety & Activities**

DOE Home Page > Offices & Programs > Office of the General Counsel > Labor Relations

## Labor Relations

The Office of Labor Relations (OLR) provides daily support and guidance to both school-based and non school-based supervisors citywide concerning all labor relations matters including contract interpretation and employee performance/discipline. OLR advocates on behalf of principals and other DOE supervisors at contract arbitration hearings, as well as administers the Expedited Time and Attendance Process, which is an effective tool for principals to address tenured pedagogues in their schools with problematic time and attendance records.

### Contacts

**Karen Solimando**, *Executive Director*
(212) 374-7990
KSolimando@schools.nyc.gov

**Allison Biller**, *Deputy Director*
(212) 374-7863
ABiller@schools.nyc.gov

---

# Labor Relations

The Office of Labor Relations (OLR) provides daily support and guidance to both school-based and non school-based supervisors citywide concerning all labor relations matters including contract interpretation and employee performance/discipline. OLR advocates on behalf of principals and other DOE supervisors at contract arbitration hearings, as well as administers the Expedited Time and Attendance Process, which is an effective tool for principals to address tenured pedagogues in their schools with problematic time and attendance records.

Exhibit 77

REVISED 5/99

# The City of New York

## EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

### Payroll Management System

| | | | | | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | PAY PERIOD | PAYDATE | | | | 742 | | 043457091 | 05M499 |

| PAY PERIOD | PAYDATE |
|---|---|
| 04/16/16 | 04/30/16 |

PENSION # | 04/29/16
ELECTRONIC FUND TRANSFER INFORMATION

REFERENCE # | CD | 0973820

EMPLOYEE NAME: KONTEYE, AMADOU

| TAX INFO. | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| 000000 | | | | | | | | |
| THIS PERIOD | 2,337.67 | 89.45 | 144.94 | 33.90 | 92.67 | 58.46 | | 474.29 |
| YEAR TO DATE | 2,337.67 | 89.45 | 144.94 | 33.90 | 92.67 | 58.46 | | 1,863.38 |

| | UNITS/HOUR | | |
|---|---|---|---|
| | PERIOD | NET PERIOD | YTD |
| | 1 | A 9 | |
| | 1 | A 9 | |

RECURRING GROSS

| DESCRIPTION | UNITS/HOUR | AMT EARNED PRIOR PERIOD | UNITS/HOUR | AMT EARNED THIS PERIOD | LEAVE BALANCE AS OF: | 09/09/16 |
|---|---|---|---|---|---|---|

2,337.67

NET PAY

Note: Leave balances are based on the most current data from the (cumulative) Absence Reserve screen in EIS. Data is based on Pay Stub printing date

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE AVAIL. OR INSTALLMENT # OR | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE AVAIL. OR INSTALLMENT # OR |
|---|---|---|---|---|---|---|---|
| UFT | -54.87 | | | | | | |

Pay stub printed on 09/09/16

REVISED 9/99

# The City of New York

## EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

## Payroll Management System

| ITEM # | PAY PERIOD | PAYDATE | | | | | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/01/16 | 05/15/16 | 05/16/16 | | | | | 742 | | Q43473543 | 05M499 |

PENSION # ELECTRONIC FUND TRANSFER INFORMATION

000000

| TAX INFO | | JSN | PERSONAL TAX EXEMPT | TAX EXEMPT | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|
| | | 1 | A 9 | A 9 | 09758620 | | IKONTEYE, AMADOU |

| TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|
| THIS PERIOD 2,419.25 | 101.69 | 149.99 | 35.08 | 97.93 | 61.64 | | 501.20 |
| YEAR TO DATE 4,756.92 | 191.14 | 294.93 | 68.98 | 190.60 | 120.10 | | NET PAY |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: 09/09/16 | | 1,918.05 |
|---|---|---|---|---|---|---|---|
| RECURRING GROS | | | | 2,419.25 | | | |

Note: Leave Balances are based on the most current data from the Cummulative
Absence Reserve screen in EIS. Data is based on Pay Stub printing date

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| UFT | -54.87 | | | | | | |

Pay stub printed on 09/09/16

# The City of New York

## EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

### Payroll Management System

REVISED 1999

| ITEM # | PAY PERIOD | PAYDATE |
|---|---|---|
| | 05/16/16 | 05/31/16 |

PENSION #: ELECTRONIC FUND TRANSFER INFORMATION (05/31/16)

000000

PAYROLL #: 742   WORK UNIT:   *EMPLOYEE NAME*

CHECK NUMBER: 043483411   DISTRIBUTION #: 0SM499

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 149.99 | 35.08 | 97.93 | 61.64 | | 501.20 |
| YEAR TO DATE | 7,176.17 | 292.83 | 444.92 | 104.06 | 288.53 | 181.74 | | *NET PAY* |

SSN: | TER EXEMPT | TER EXEMPT | REFERENCE #: 09758820

| 1 | A 9 | A 9 |

RECURRING GROSS

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: 09/09/16 | DESCRIPTION |
|---|---|---|---|---|---|---|

RECURRING GROSS: 2,419.25

NET PAY: 1,918.05

| UFT | | | |
|---|---|---|---|

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| | -54.87 | | | | | | |

KONTEYE, AMADOU

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve Screen in EIS. Data is based on Pay Stub printing date

Pay stub printed on 09/09/16

# The City of New York — Payroll Management System

## EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

REVISED 5/99

| ITEM # | PAY PERIOD | | PAYDATE |
|---|---|---|---|
| | 06/01/16 | 06/15/16 | 06/15/16 |

| PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|
| 742 | | Q43499333 | 05M499 |

**PENSION #** 000000 — ELECTRONIC FUND TRANSFER INFORMATION

REFERENCE # 097/5820   CO   KONTEYE, AMADOU   *EMPLOYEE NAME*

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER |
|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 150.00 | 35.08 | 97.93 | 61.64 | |
| YEAR TO DATE | 7,257.75 | 305.07 | 449.98 | 105.24 | 293.79 | 184.92 | |

| | JSN | PERCENT | NET CHGT |
|---|---|---|---|
| | 1 | A 9 | |
| | 2 | A 9 | |

**TOTAL DEDUCTIONS THIS PERIOD** 502.44

**NET PAY** 1,916.81

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: 09/09/16 |
|---|---|---|---|---|---|
| RECURRING GROS | | | | 2,419.25 | |

Note: Leave Balances are based on the most current data from the Cummulative
Absence Reserve screen in EIS. Data is based on Pay Stub printing date

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT NO. | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT NO. |
|---|---|---|---|---|---|---|---|
| UFT | -56.10 | | | | | | |

REVISED 6/99

# The City of New York — Payroll Management System

## EMPLOYEE — DIRECT DEPOSIT PAY STATEMENT

| ITEM # | PAY PERIOD | PAY DATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|
| PENSION # | 06/16/16 | 06/30/16 | 742 | | Q43508064 | 05M499 |

06/30/16

ELECTRONIC FUND TRANSFER INFORMATION

000000

REFERENCE # 097/5820   CD   EMPLOYEE NAME: KONTEYE, AMADOU

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER |
|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 149.99 | 35.08 | 97.93 | 61.64 | |
| YEAR TO DATE | 9,677.00 | 406.76 | 599.97 | 140.32 | 391.72 | 246.56 | |

| DESCRIPTION | UNITS / HOUR | AMT EARNED PRIOR PERIOD | UNITS / HOUR | AMT EARNED THIS PERIOD | LEAVE BALANCE AS OF: 09/09/16 | | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|
| RECURRING GROSS | | | | 2,419.25 | | | 502.43 |

**NET PAY** 1,916.82

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT NO | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT NO |
|---|---|---|---|---|---|---|---|
| UFT | -56.10 | | | | | | |

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

Pay stub printed on 09/09/16

REVISED 5/99

# The City of New York

# EMPLOYEE

## DIRECT DEPOSIT PAY STATEMENT

# Payroll Management System

| PAY PERIOD | PAYDATE | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|
| 06/16/16 | 06/27/16 | 06/27/16 | 742 | | O435908O6 | 05M499 |

ITEM #

☐

PENSION # | ELECTRONIC FUND TRANSFER INFORMATION

000000

| | SSN | PEY PERIOD | YR-TO-DATE | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|
| | 1 | A 9 | A 9 | 097 5820 | | KONTEYE, AMADOU |

| TAX INFO | | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | TOTAL EARNINGS | 3,709.78 | 925.90 | 216.55 | 1,029.32 | 561.56 | | 6,443.11 |
| THIS PERIOD | 15,101.57 | | | | | | | |
| YEAR TO DATE | 34,455.57 | 4,523.30 | 2,125.85 | 497.18 | 1,812.76 | 1,054.68 | NET PAY | 8,658.46 |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: | 09/09/16 | | |
|---|---|---|---|---|---|---|---|---|
| INTEREST | | | | 167.66 | | | | |
| PERDIEM ADJUST | | | | -14,598.61 | | | | |
| TERMINATION PA | | | | 701.30 | | | | |
| VACTION PAY | | | | 4,675.33 | | | | |
| SERVICE ARREAR | | | | 24,155.89 | | | | |

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Pay stub printed on 09/09/16

REVISED 5/99

# The City of New York

## EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

### Payroll Management System

| ITEM # | PAY PERIOD | PAYDATE | | | | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|---|---|---|
| | 07/01/16 | 07/15/16 | 07/15/16 | | | | 742 | | Q43517766 | 05M499 |

PENSION # — ELECTRONIC FUND TRANSFER INFORMATION

000000

| TAX INFO | | | | JSN | FED EXEMPT | ST. EXEMPT | REFERENCE # | CO | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | A 9 | A 9 | 0975820 | | KONTEYE, AMADOU |

| TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|
| THIS PERIOD 2,419.25 | 101.69 | 150.00 | 35.08 | 97.93 | 61.64 | | 502.44 |
| YEAR TO DATE 12,096.25 | 508.45 | 749.97 | 175.40 | 489.65 | 308.20 | | NET PAY |
| | | | | | | | 1,916.81 |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: | 09/09/16 | |
|---|---|---|---|---|---|---|---|

RECURRING GROS                                          2,419.25

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE LEFT OR INSTALLMENT NO. | DESCRIPTION | BALANCE AVAILABLE H-H  WW | DESCRIPTION | BALANCE AVAILABLE H-H  WW |
|---|---|---|---|---|---|---|---|
| UFT | -56.10 | | | | | | |

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE LEFT OR INSTALLMENT NO. | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE LEFT OR INSTALLMENT NO. |
|---|---|---|---|---|---|---|---|

Pay stub printed on 09/09/16

# The City of New York

## Payroll Management System

### EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

REVISED 5/99

| ITEM # | PAY PERIOD | PAYDATE | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| | 07/16/16 | 07/31/16 | 07/29/16 | 742 | | Q43530991 | 05M499 |

PENSION # | ELECTRONIC FUND TRANSFER INFORMATION

000000

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 149.99 | 35.08 | 97.93 | 61.64 | | 502.43 |
| YEAR TO DATE | 14,515.50 | 610.14 | 899.96 | 210.48 | 587.58 | 369.84 | | |

SSN | FED EXEMPT | ST EXEMPT
1 | A 9 | A 9

REFERENCE # | CD
09758820 | 01

EMPLOYEE NAME
KONTEYE, AMADOU

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF | 09/09/16 | NET PAY |
|---|---|---|---|---|---|---|---|
| RECURRING GROSS | | | | 2,419.25 | | | 1,916.82 |

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE FOR INSTALLMENT NO. | DESCRIPTION | BALANCE AVAILABLE H H MM |
|---|---|---|---|---|---|
| UFT | -56.10 | | | | |

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE FOR INSTALLMENT NO. |
|---|---|---|---|
| | | | |

Pay stub printed on 09/09/16

REVISED 5/99

# The City of New York

## EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

## Payroll Management System

| ITEM # | PAY PERIOD | PAYDATE |
|---|---|---|
| | 08/01/16 | 08/15/16 | 08/15/16 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION |
|---|---|
| 000000 | |

| PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|
| | 742 | Q43538835 | 05M499 |

| REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|
| 0975820 | | KONTEYE, AMADOU |

**TAX INFO**

| TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | SSN | NET FEDERAL TAX STATUS | NET FEDERAL TAX EXEMPT | NET STATE TAX STATUS | NET STATE TAX EXEMPT | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 149.99 | 1 | A | 9 | A | 9 | 35.07 | 97.93 | 61.64 | | 504.88 |
| YEAR TO DATE | 16,934.75 | 711.83 | 1,049.95 | | | | | | 245.55 | 685.51 | 431.48 | | **NET PAY** |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF | 09/09/16 | | 1,914.37 |
|---|---|---|---|---|---|---|---|---|
| RECURRING GROSS | | | | 2,419.25 | BALANCE AVAILABLE MM | BALANCE AVAILABLE MM | DESCRIPTION | BALANCE AVAILABLE MM |

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| UFT | -58.56 | | | | | | |
| | -51.84 | | | | | | |

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

Pay stub printed on 09/09/16

REVISED 5/99

# The City of New York

## EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

### Payroll Management System

| PAYROLL # | WORK UNIT | |
|---|---|---|
| 742 | | |

| CHECK NUMBER | DISTRIBUTION # |
|---|---|
| O483546093 | 05M499 |

**EMPLOYEE NAME:** KONTEYE, AMADOU

| ITEM # | PAY PERIOD | PAYDATE |
|---|---|---|
| | 08/16/16 | 08/31/16 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION |
|---|---|
| 000000 | |

| TAX INFO | SSN | FEDERAL | STATE | CITY | REFERENCE # | CD | CITY WAIVER |
|---|---|---|---|---|---|---|---|
| | 1 | A 9 | A 9 | | 097S820 | | |

| TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 150.00 | 35.08 | 97.93 | 61.64 | 502.44 |
| YEAR TO DATE | 19,354.00 | 813.52 | 1,199.95 | 280.63 | 783.44 | 493.12 | NET PAY |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: | 09/09/16 | 1,916.81 |
|---|---|---|---|---|---|---|---|
| RECURRING GROS | | | | 2,419.25 | | | |

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | BALANCE AVAILABLE H H  MM | DESCRIPTION | BALANCE AVAILABLE H H  MM |
|---|---|---|---|---|---|---|---|---|
| UFT | -56.10 | | | | | | | |

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

Pay stub printed on 09/09/16

# STEP 1 GRIEVANCE FORM

**Exhibit 78**

**UFT**
A Union of Professionals

NAME: Amadou Konteye

TITLE: Teacher          SCHOOL/DISTIRCT: 05 M 499

FILE NUMBER: 2595157     HOME TEL: 212 862 1653

E-MAIL: Amadou Konteye @ yahoo.com  CELL PHONE: 646 842 9184

DATE GRIEVANCE OCCURRED: 2/12/16

NATURE OF THE GRIEVANCE: Amadou was terminated 2/12/16 after Principal received salary grievance.

SPECIFIC CONTRACTUAL ARTICLE(S) VIOLATED: _____

SECIFIC REMEDY SOUGHT: Reinstatement of assignment and be made whole.

I SHALL BE ACCOMPANIED AT THE MEETING BY THE UFT CHAPTER LEADER
OR HIS/HER DESIGNATED ALTERNATE.

SIGNATURE: Amadou K

DATE: 03/28/16

FAX TO THE MANHATTAN UFT BOROUGH OFFICE AT 212.510.6424.

CC: UFT DISTRICT REPRESENTATIVE
PARNIECE RICHARDSON, UFT SPECIAL REPRESENTATIVE

☑ AK (PLEASE INITIAL) I WISH TO PROCEED TO THE NEXT LEVEL GREIVANCE IF THIS IS NOT RESOLVED
OR IF I DO NOT RECEIVE A WRITTEN DECISION WITHION FIVE (5) SCHOOL DAYS.

EXHIBIT 79

**UFT**

United Federation of Teachers
*A Union of Professionals*

June 12, 2018

Mr. Amadou Konteye
164 West 147th St. #2D
New York, NY 10039

UFT Case# M59848
Topic: Monies Owed

Dear Mr. Konteye,

This is to advise you that the Union's Grievance Department has concluded its review of your above noted grievance.

At the present time, we believe that your case presents sufficient merit to pursue to arbitration. As such, a Demand for Arbitration has been filed on your behalf.

An arbitration hearing on your case will be scheduled as soon as possible, predicated on the current U.F.T. caseload. Once a date has been scheduled, a U.F.T. Advocate will be assigned to your case. This Advocate will contact you to discuss the case and to prepare for the arbitration hearing.

Please be advised that future arbitration decisions may impact upon your case. This would then require a re-evaluation of which you will be advised.

Should you choose not to pursue this matter any further, please advise this department as soon as possible.

In regard to any inquiry, please refer to your U.F.T. Case #.

Fraternally,

Ellen Gallin Procida
Director
Grievance Department

EGP/al

cc    Dwayne Clark, Borough Rep.
       Zina Burton-Myrick, District Rep.
       Parniece Richardson, Special Rep.

Officers: Michael Mulgrew *President*, Howard Schoor *Secretary*, Mel Aaronson *Treasurer*, LeRoy Barr *Assistant Secretary*, Thomas Brown *Assistant Treasurer*
Vice Presidents: Karen Alford, Carmen Alvarez, Evelyn DeJesus, Anne Goldman, Janella Hinds, Richard Mantell, Sterling Roberson

 

**UFT**

United Federation of Teachers
*A Union of Professionals*

June 1, 2018

Mr. Amadou Konteye
164 West 147th St. #2D
New York, NY 10039

UFT Case# M60504
Topic: Union Animus

Dear Mr. Konteye,

This is to advise you that the Union's Grievance Department has concluded its review of your above noted grievance.

At the present time, we believe that your case presents sufficient merit to pursue to arbitration.  As such, a Demand for Arbitration has been filed on your behalf.

An arbitration hearing on your case will be scheduled as soon as possible, predicated on the current U.F.T. caseload.  Once a date has been scheduled, a U.F.T. Advocate will be assigned to your case.  This Advocate will contact you to discuss the case and to prepare for the arbitration hearing.

Please be advised that future arbitration decisions may impact upon your case. This would then require a re-evaluation of which you will be advised.

Should you choose not to pursue this matter any further, please advise this department as soon as possible.

In regard to any inquiry, please refer to your U.F.T. Case #.

Fraternally,

Ellen Gallin Procida
Director
Grievance Department

EGP/al

cc   Dwayne Clark, Borough Rep.
     Zina Burton-Myrick, District Rep.
     Parniece Richardson, Special Rep.

52 Broadway, New York, NY 10004   212.777.7500   www.uft.org

Officers: Michael Mulgrew *President*, Howard Schoor *Secretary*, Mel Aaronson *Treasurer*, LeRoy Barr *Assistant Secretary*, Thomas Brown *Assistant Treasurer*
Vice Presidents: Karen Alford, Carmen Alvarez, Evelyn DeJesus, Anne Goldman, Janella Hinds, Richard Mantell, Sterling Roberson

Exhibit 81

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

AMADOU KONTEYE,

                                    Complainant,

                    v.

FREDERICK DOUGLASS ACADEMY,

                                    Respondent.

VERIFIED COMPLAINT
Pursuant to Executive Law,
Article 15

Case No.
**10179999**

Federal Charge No. 16GB601636

I, Amadou Konteye, residing at 164 West 147th Street, Apt 2D, New York, NY, 10039, charge the above named respondent, whose address is 2581 Adam Clayton Powell Jr. Blvd, New York, NY, 10039 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of national origin, opposed discrimination/retaliation.

Date most recent or continuing discrimination took place is 2/12/2016.

The allegations are:

1.     I am of African descent and I opposed discrimination. Because of this, I have been subject to unlawful discriminatory actions.

### SEE ATTACHED DESCRIPTION OF DISCRIMINATION

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of national origin, opposed discrimination/retaliation, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating Title VII of the Civil Rights Act of 1964, as amended (covers race, color, creed, national origin, sex relating to employment). I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).



***DESCRIPTION OF DISCRIMINATION*** - for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

***Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.***
***PLEASE TYPE OR PRINT CLEARLY.***

The principal Joseph D. Gates at Frederick Douglass Academy on Friday 02/12/2016 after recieving the grievance letter Joseph D. Gates told me he fired all the substitute teacher including me and I am not a substitute teacher, I am a fully license french teacher who have been teaching nine (9) classes since 2012.

Principal Joseph D. Gates discriminated me because of my national origin, Also Principal Joseph D. Gates retaliated against me because of the grievance letter that the UFT filled for me to get full salary and to change my status in the payroll system.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* ***PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.***

8

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing), as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Sign your full legal name

Subscribed and sworn before me
This ___ day of _____ 2016

Signature of Notary Public

County: _____   Commission expires: 7|1|2019

GLENN NICHTENHAUSER
Notary Public, State of New York
Qualified in Queens County
No. 01NI4983666
Commission Expires July 1, 2019

**Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.**

9

520-2016-02089

Exhibit 83

AA

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: **Konteye** First Name: **Amadou** MI:

Street or Mailing Address: **164 West 147 Street** Apt or Unit #: **2D**

City: **New York** County: **New York** State: **NY** Zip: **10039**

Phone Numbers: Home: **(212) 862-1653** Work: **646 842-9184**

Cell: **649 842-9184** Email Address: **AmadouKonteye@yahoo.com**

Date of Birth: **06/06/89** Sex: ☑ Male ☐ Female Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.** i. Are you Hispanic or Latino? ☐ Yes ☐ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **Senegalese African**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: **Mariama Amar** Relationship: **mother**

Address: **164 West 147 Street** City: **New York** State: **NY** Zip Code: **10039**

Home Phone: **(212) 862-1653** Other Phone: **646 579-4691**

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here___ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **Frederick Douglass Academy 05M499**

Address: **2581 Adam Clayton Powell** County: **New York**

City: **New York** State: **NY** Zip: **10039** Phone: **(212) 491-4107**

Type of Business: **Public School** Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _____ Phone: (___) _____

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15 ☑ 15 – 100 ☐ 101 – 200 ☐ 201 – 500 ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☐ No

Date Hired: **09/2012** Job Title At Hire: **French teacher**

Pay Rate When Hired: **$98** Last or Current Pay Rate: **$162**

Job Title at Time of Alleged Discrimination: **French teacher** Date Quit/Discharged: **02/12/2016**

Name and Title of Immediate Supervisor: **Joseph D. Gates, principal**

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | Nobody / None | | |
| B. | | | |

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | Nobody / None | | |
| B. | | | |

**Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

9. Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____
_____
_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____
_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____
_____
_____

How did your employer respond to your request? _____
_____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

Full Name          Job Title      Address & Phone Number      What do you believe this person will tell us?

A. _____

_____

B. _____

_____

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

_____ ~~Withdraw~~ Withdraw _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_____ UFT _____

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ___ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

**BOX 2** ___ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the **EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____          04/15/16
Signature                                Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 USC § 2000e-5(b), 29 USC § 211, 29 USC § 626, 42 USC §12117(a), 42 USC §2000ff-6.
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## New York District Office – INTAKE
### 33 Whitehall Street, 5th Floor
### New York, NY 10004

This agency enforces the laws against discrimination in employment based on **race, color, religion, national origin, age, sex, disability, or genetic information.** The event you are complaining about must have occurred **within a maximum of 300 days** of the filing of a charge. Our jurisdiction covers public and private employers with **15 or more employees (20 or more employees for age complaints),** labor unions, and employment agencies located in New York State south of Albany. If you work for the **Federal Government,** you must first contact your agency's Equal Employment Office in order to file a complaint.

To better serve your interest and avoid delays in processing your complaint, please answer the following questions:

**NAME:** Amadou Konteye

**TEL. NO. WHERE WE CAN CONTACT YOU:** 212-862-1653 / 646-842-9184

**A. What was the Latest or Most Recent Date of discrimination which you are alleging?**

February 12, 2016

**B. Does your employer have fewer than 15 employees (20 for age complaints)?**

Yes_____ No ✓ How many employees? _____100_____

**C. Have you filed a complaint with another agency (such as the New York State Division of Human Rights or the New York City Commission on Human Rights?**

Yes_____ No ✓

If Yes, Name of agency and date of filing:

_____

**D. Do you work for a Federal Government Agency (Such as the U.S. Postal Service?**

Yes_____ No ✓

**\*\*\*IF YOU ANSWERED YES TO ANY OF THE ABOVE QUESTIONS, PLEASE SEE THE RECEPTIONIST, AS THE EEOC MAY NOT HAVE JURISDICTION OVER YOUR CLAIMS**

**If you answered NO to the above questions,** please fill out the questionnaire and return it the receptionist, who will give you further instructions about our procedures.

If Job Applicant, Date You Applied for Job 09 / 2012 Job Title Applied For French teacher

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race ☐ Sex ☐ Age ☐ Disability ☑ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: Senegalese African

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 02/02/16 Action: I have been discriminated by Principal Joseph D. Gates and retaliated due to my National origin and union involvement.

Name and Title of Person(s) Responsible: Joseph D. Gates, principal

B. Date: 02/12/16 Action: Due to my national origin, I was denied full time French teaching position

Name and Title of Person(s) Responsible Joseph D. Gates, principal

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

I have filled the French vacancy for almost four years and principal Gates denied me the position

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?

Principal Gates hired six new teachers, however he never move my status from Sub-teacher to full time teacher.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

Exhibit 84





# United Federation of Teachers
### A Union of Professionals

From UFT.org (http://www.uft.org)

# Tenure

## Appointment and New York City licensure

When you are permanently hired to fill a vacancy, you are "appointed" to that position. Your appointment must match your state certification by both subject and level. As part of this appointment process, the DOE automatically generates its own teaching license. This New York City license must match your New York State certificate subject area and, in addition, the grade level of your NYC teaching assignment.

The NYC license specifies the area in which you will be considered for tenure decisions and accrue seniority; the latter can be very important if there is excessing in your school. While there are no more New York City paper licenses, there are still license/appointment areas, each with a different code.

When you begin teaching, the DOE notifies you by personal email of your license/appointment area and includes the license code. Make sure you are appointed in the subject area and division level (i.e. elementary, middle or high school) that matches your state certification.

You can only be appointed in an area that matches your state certificate. It can be a little confusing, however, as New York State certification often includes different grade ranges than those of a New York City license. For example, a New York State English or math or social studies certificate will state it is appropriate for grades 7-12 (middle and high schools). A New York City license can sometimes differentiate between high school and middle school, depending on your appointment.

Unfortunately, "out of license" teaching assignments are not unusual. Since some teaching positions are harder to fill than others, newer teachers are often assigned to teach out of their license areas, in a different level, subject area or both. While such "out of license" assignments don't affect your salary, they could affect your ability to attain tenure and your right to keep your position if excessing occurs. Teachers who have taught "out of license" could find their probation period extended if the principal or superintendent thinks there is not enough experience in, or evidence of effectiveness in, the appointed license area.

You can be appointed under only one license at a time (even if you have multiple certifications), and your license area of appointment determines the area in which you will be granted tenure. Sometimes your certification permits you to be appointed under another license; however, if you agree to switch to a new appointment, you are on probation again.

In addition, if you switch to another license you must serve probation in that license, and there may be other ramifications. Contact your UFT borough office before you switch your license. In any case, your salary does not change when your license changes. Be sure to check with your payroll secretary that your appointment date is correctly entered in the computer.

If you believe your appointment, New York City license, or teaching assignment does not match your state certification, speak to your chapter leader at once. Your chapter leader can help you discuss this with your

principal and get your program corrected as soon as possible. Or you can call your UFT borough office immediately and ask to speak to an educational liaison.

# The probationary period

State law requires teachers and other staff appointed after July 1, 2015 to serve a four-year probationary period after being appointed to a position. During that time, supervisors are supposed to observe you several times a year and evaluate you in areas including planning and preparation, classroom environment, instruction and professional responsibilities.

Generally, at the end of four years of acceptable service, teachers and other pedagogues will be entitled to due process rights under their contract and under Section 3020-a of the state Education Law, which governs the discipline and dismissal of tenured educators. This is commonly called acquiring tenure, but it is effectively the completion of your probationary period. If the DOE intends to discontinue, that is terminate, your service at any time prior to the completion of your probationary period, you must be given notice.

If you are discontinued, call your UFT borough office, which will assign an advocate to assist you in fighting the termination.

Sometimes a principal will ask you to sign a document stating that you agree to an extension of your probationary period beyond the four years. If this occurs, contact your chapter leader or your UFT borough office immediately so we can arrange for an attorney to review the document in order to protect your rights as a probationary educator.

There are two ways to reduce your probationary period:

- If you worked as a regular substitute in the same license and in the same school level you may be able to reduce the normal four-year probationary period by up to two years. This is called Jarema Credit and you should apply if you think you are eligible. The application form is online at the DOE's website. Put Jarema Credit into the search bar.
- Another way is called "traveling tenure." If you received tenure in one license area and elect to take an appointment in a new license area or if you were tenured in another school district in New York State, you should apply to have your probationary period reduced by one year.

If you think you are eligible for either of these options, or have any questions, contact your UFT borough office.

# Tenure

Under New York State law, appointed educators achieve tenure after completing a probationary period and fulfilling all requirements for the professional certificate. In New York City, tenure is granted in your license appointment area, which is why it is of utmost importance that your license code match the subject and level in which you are teaching.

Having tenure means you may not be disciplined or terminated without due process. As a tenured member, you have the right to a hearing before an independent arbitrator regarding any charges brought against you. This due process right protects you from being fired for personal, arbitrary or political reasons. As described above, the process for determining whether or not you will get tenure is rigorous, and tenure is not automatic at the end of the probationary period. You must:

- Complete all your state certification and city licensing requirements, file an application and receive professional certification;
- Have a record of acceptable service during your probationary period; and
- Be recommended for tenure by your principal.

The UFT encourages members to be proactive in preparing for their tenure decision.

If your principal has not initiated a meeting about your tenure decision, ask for an appointment to find out where things stand and what is expected of you. Do this even if your tenure decision is a year or two away so you have time on your side.

Here are some steps you can take throughout your probationary period:

- Become familiar with The Danielson Framework for Teaching and the multiple sources of evidence for each factor that principals will use to prepare their tenure recommendations.
- Put together a professional portfolio of your effectiveness as a teacher. Organize your portfolio with a table of contents to separate the various components. Include a cross section of your work but be selective in choosing the materials to include. Add a brief explanation or context for each piece of evidence you include and be sure to show how you differentiate to accommodate children with diverse abilities.
- Every spring, the UFT offers workshops in the borough offices to help teachers prepare for tenure. Check the union newspaper, *New York Teacher*, and the UFT website for a schedule of tenure workshops.

**Source URL:** http://www.uft.org/new-teachers/tenure

**Exhibit 74**

**Subject:**  Online Teacher Application Update

**From:**  TeachNYC2@schools.nyc.gov (TeachNYC2@schools.nyc.gov)

**To:**  Amadoukonteye@yahoo.com;

**Date:**  Tuesday, September 13, 2016 6:25 PM





Dear Amadou,

Our 2016-17 recruitment season has come to a close, and our records indicate that you have not yet received your New York State classroom teacher certification. All teachers must have a valid teaching certification from the New York State Education Department (NYSED) to be eligible for a permanent position teaching in our schools. As a result we have removed your application from the NYC DOE's New Teacher Finder, and you will no longer be considered for immediate openings during the upcoming school year.

If you are still interested in becoming a New York City public school teacher, please complete our express interest form and submit an online application when the 2017-18 school year application launches later this fall. In the interim, we recommend that you take all steps toward completing NYSED certification requirements before the 2017-18 application opens.

In the meantime, if your certification status changes, and you would like to be considered for immediate positions (i.e. positions that may become available for the *current*, 2016-17, school year), please email our office at TeachNYC@schools.nyc.gov and let us know that your status has changed.

**Thank you your interest in teaching in New York City public schools.** We encourage you to keep in touch by following us on Facebook.

Sincerely,

The Office of Teacher Recruitment and Quality
NYC Department of Education

Please do not reply to this email. This mailbox is not monitored.
Email Reference Code: SXRILVGS

*Maria Uruchima*
*(718) 935-4060*
*teachnyc@schools.nyc.gov*

**Subject:** Online Teacher Application Status Update

**From:** TeachNYC2@schools.nyc.gov (TeachNYC2@schools.nyc.gov)

**To:** Amadoukonteye@yahoo.com;

**Date:** Thursday, January 5, 2017 11:13 AM



**Department of Education**
Carmen Fariña, Chancellor

SPARK
OPPORTUNITY
TEACH NYC

Dear Amadou Konteye,

Thank you for the time and energy you have devoted to your Online Teacher Application. We appreciate your interest in teaching in New York City public schools.

After a thorough review of your application and supporting credentials, regrettably, we are unable to invite you to join the New Teacher Finder at this time. We realize this is disappointing news, and please understand that our decision was not an easy one. While our team cannot provide individual feedback to candidates regarding the outcome of their application review, we assure you that we considered your candidacy carefully.

Though we may not be able to assist you in your job search or invite you to upcoming career fairs, this outcome does not prevent you from conducting your own independent job search in New York City by contacting schools directly.

We thank you again for applying and wish you the best in your future endeavors.

Sincerely,

NYC Department of Education

Please do not reply to this email. This mailbox is not monitored.

EXHIBIT #5

**STATE OF NEW YORK**
**PUBLIC EMPLOYMENT RELATIONS BOARD**                                    ER PRACTICE CHARGE

| | |
|---|---|
| **INSTRUCTIONS:** File an original and four (4) copies of this Charge with the Director of Public Employment Practices and Representation, New York State Public Employment Relations Board, PO BOX 2074, ESP AGENCY BLDG 2, FLS 18 & 20, ALBANY, NY 12220-0074. If more space is required for any item, attach additional sheets, numbering item accordingly. | **DO NOT WRITE IN THIS SPACE**<br><br>Case No. U-<br><br>Date Received: |

1. **CHARGING PARTY**

a. Name (If employee organization, give full name, including any affiliation and local name and number):

AMADOU KONTEYE

b. Address (No. & Street, City and Zip Code, County, Email): 164 West 147 Street apt 2D
Telephone Number: NEW YORK, NY 10039
(212) 862-1653      Amadoukonteye@yahoo.com

c. Name and title of the representative filing charge:

AMADOU KONTEYE NYC Department of Teachers

d. Name, address, telephone number, and Email of attorney or other representative, if any, to whom correspondence is to be directed:
Telephone Number:

2. **PUBLIC EMPLOYER AND/OR EMPLOYEE ORGANIZATION AGAINST WHICH CHARGE IS BROUGHT**

a. Name and Address (No. & Street, City and Zip Code, County, Email): (2) United Federation of Teacher
① NYC Department of Education                                     52 Broadway
b. Telephone Number: Division of Human Resources           NEW YORK, NY 10004
(718) 935-4000 65 Court Street Brooklyn, NY 11201   (212) 598-6800

3. Is the charging party filing a separate application for injunctive relief pursuant to §204.15 of the Board's Rules of Procedure?

__ YES          ✓ NO

4. **VIOLATIONS ALLEGED**

Pursuant to Article 14 of the Civil Service Law, as amended (Public Employees' Fair Employment Act), the charging party hereby alleges that the above-named respondent(s) has (have) engaged in or is (are) engaging in an improper practice within the meaning of the following subsections of Section 209-a of said Act (check the subsection(s) allegedly violated):

|  If by a public employer  |  If by an employee organization  |
|---|---|
| (✓) 209-a.1(a) | (✓) 209-a.2(a) |
| (✓) 209-a.1(b) | (✓) 209-a.2(b) |
| (✓) 209-a.1(c) | (✓) 209-a.2(c)* |
| (✓) 209-a.1(d) | |
| (✓) 209-a.1(e) | |
| (✓) 209-a.1(f) | |
| (✓) 209-a.1(g) | |

* If the charge alleges a violation of Section 209-a.2(c) of the Act based on an employee organization's processing of or failure to process a claim that a public employer has breached its agreement with such employee organization, identify the public employer:

a. Name and Address (No. & Street, City and Zip Code, County, Email): United Federation of Teacher
52 Broadway
b. Telephone Number:                                    NEW YORK, NY 10004.

(212) 598-6800

If the charge alleges that a charter school, charter school board of directors, chief administrative officer and/or their agents has (have) committed an improper practice under the Charter School Act of 1998, check the applicable subsection(s):

Education Law ( ☐ ) 2854.3(c-2)
Education Law ( ☐ ) 2855.1(d)*
*The charge must allege a practice and pattern of egregious acts and/or conduct by the charter school and/or its agents.

5. Specify in detail the alleged violation(s). Include names, dates, times, places and particular actions constituting each violation. Use additional sheet(s), if necessary. Failure to supply sufficient factual detail may result in a delay in processing or dismissal of the charge.

1) I was retaliated and terminated by Principal Joseph D. Gates due to my union involvement. Also I was discriminated by Principal Gates due to my natinal origin.

2) My union (UFT) United Federation of Teachers misrepresente me because of conflict of interest between UFT District 5 Dwayne Clark, Gale Reeves superintendent and Principal Gates.

6. If the charge alleges a violation of Section 209-a.1(d) or 209-a.2(b) of the Act, has the charging party notified the Board in writing of the existence of an impasse pursuant to Section 205.1 of the Board's Rules of Procedure?

_____ YES    _✓_ NO

7. The charging party is available immediately to participate in a pre-hearing conference and a formal hearing.

_✓_ YES    _____ NO

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF            )

_Amadou Konteye_____, being duly sworn deposes and says, that (s)he is the charging party above named, or its representative, and that (s)he has read the above charge consisting of this and _2_ additional page(s), and is familiar with the facts alleged therein, which facts (s)he knows to be true, except as to those matters alleged on information and belief, which matters (s)he believes to be true.

_Amadou Konteye_____

_Teacher_____
                        (Title)

Subscribed and sworn to before me
this _05 / 27 / 2016_____
     (month/date/year)

Reset Form          Print Form



**STATE OF NEW YORK**
**PUBLIC EMPLOYMENT RELATIONS BOARD**

PO BOX 2074
ESP AGENCY BLDG 2, FLS 18 & 20
ALBANY, NEW YORK 12220-0074
TEL: (518) 457-6410
FAX: (518) 457-2664
www.perb.ny.gov

CHAIRPERSON

MONTE KLEIN
DIRECTOR
OFFICE OF PUBLIC EMPLOYMENT
PRACTICES AND REPRESENTATION

June 3, 2016

Amadou Konteye
164 West 147th Street
Apt. 2D
New York, NY 10039

RE: U35095 - NEW YORK CITY BOARD OF EDUCATION AND UNITED FEDERATION OF TEACHERS

Please be advised that the charge in the above-referenced matter is deficient for the reasons stated on the attached notice and is not now being processed to pre-hearing conference or hearing. A copy of the charge is enclosed to any non-filing party; however, no response need be filed at this time.

If the pleading can be corrected, an appropriate amendment (original and 4 copies) should be submitted to me by **June 17, 2016**. It may also be withdrawn by submission of the enclosed withdrawal request form by the same date. If you do not seek to submit a withdrawal or amendment, but instead wish to preserve an opportunity to file exceptions to the determination that the charge is deficient, you may so notify me in writing by such date, in which event it will be dismissed. **Any response should refer to the case number set forth above. If you choose to file an amendment, it should be labeled as such.** If you do not file an amendment or otherwise respond by such date, the charge will be deemed withdrawn and the matter will be closed. If you have any questions, I can be reached at (518) 457-5973.

## ****ANY AMENDMENT NOT LABELED AS SUCH MAY BE REJECTED.****

Respectfully,

Susan A. Comenzo, Assistant Director
on behalf of
Monte Klein, Director
Public Employment Practices
and Representation

SAC:cmh
Enc(s).

cc:   Karen Solimando, Esq., Acting Director of Labor Relations, NYC Board of Education
     Adam S. Ross, General Counsel, United Federation of Teachers

## DEFICIENCY NOTICE

The pleading in the above-referenced matter is deficient for the reasons set forth below.

The charge is not signed and is not sworn to before a notary.

An individual may not be listed as the respondent.  As relevant here, charges may be brought only against a public employer and/or an employee organization.  See § 2 of the charge form.

Individuals have no standing to file allegations that §§ 209-a.1 (d) and (e) and § 209-a.2 (b) of the Public Employees' Fair Employment Act (Act) have been violated. Those subsections concern the duty to negotiate, which runs between the employer and the bargaining agent.

The facts alleged do not support a claim that § 209-a.1 (b) of the Act has been violated.

The majority of the facts set forth concern employer actions unrelated to the protections of the Act and over which, therefore, PERB lacks jurisdiction.

Your bargaining agent is not listed as a respondent in § 2 of the charge form.

Even if it were, the facts set forth regarding its action or inaction fail to include, as required, the dates of the allegedly improper actions and the specifics as to the occurrences set forth.

No facts are alleged which could support the § 209-a.1 (f) and (g) violations checked off.

**STATE OF NEW YORK**
**PUBLIC EMPLOYMENT RELATIONS BOARD**                          <u>**IMPROPER PRACTICE CHARGE**</u>

| | |
|---|---|
| **INSTRUCTIONS:** File an original and four (4) copies of this Charge with the Director of Public Employment Practices and Representation, New York State Public Employment Relations Board, PO BOX 2074, ESP AGENCY BLDG 2, FLS 18 & 20, ALBANY, NY 12220-0074. If more space is required for any item, attach additional sheets, numbering item accordingly. | <u>DO NOT WRITE IN THIS SPACE</u> <br><br> Case No. U- <br><br> Date Received: |

*RE: U35095*

1. <u>CHARGING PARTY</u>

a. Name (If employee organization, give full name, including any affiliation and local name and number):
*AMADOU KONTEYE*

b. Address (No. & Street, City and Zip Code, County, Email): *164 West 147 Street Apt 2D*
   Telephone Number: *NEW YORK, NY 10039.*
   *(212)862-1653*                              *Amadou.Konteye@yahoo.com*

c. Name and title of the representative filing charge:
*AMADOU KONTEYE NYC Department of Teachers.*

d. Name, address, telephone number, and Email of attorney or other representative, if any, to whom correspondence is to be directed:
   Telephone Number:

2. <u>PUBLIC EMPLOYER AND/OR EMPLOYEE ORGANIZATION AGAINST WHICH CHARGE IS BROUGHT</u>

a. Name and Address (No. & Street, City and Zip Code, County, Email): *② United Federation of Teachers*
*① NYC Department of Education*                          *52 Broadway*
b. Telephone Number: *Division of Human Resources* *NEW YORK, NY 10004.*
*(718)935-4000 Court Street Brooklyn, NY 11201.* *(212)598-6800,*

3. Is the charging party filing a separate application for injunctive relief pursuant to §204.15 of the Board's Rules of Procedure?

   ___ YES                    ✓ NO

4. <u>VIOLATIONS ALLEGED</u>

Pursuant to Article 14 of the Civil Service Law, as amended (Public Employees' Fair Employment Act), the charging party hereby alleges that the above-named respondent(s) has (have) engaged in or is (are) engaging in an improper practice within the meaning of the following subsections of Section 209-a of said Act (check the subsection(s) allegedly violated):

| If by a public employer | If by an employee organization |
|---|---|
| (✓) 209-a.1(a) | (✓) 209-a.2(a) |
| ( ) 209-a.1(b) | ( ) 209-a.2(b) |
| (✓) 209-a.1(c) | (✓) 209-a.2(c)* |
| ( ) 209-a.1(d) | |
| ( ) 209-a.1(e) | |
| ( ) 209-a.1(f) | |
| ( ) 209-a.1(g) | |

* If the charge alleges a violation of Section 209-a.2(c) of the Act based on an employee organization's processing of or failure to process a claim that a public employer has breached its agreement with such employee organization, identify the public employer:

a. Name and Address (No. & Street, City and Zip Code, County, Email): *United Federation of Teachers*
                                                                        *52 Broadway*
b. Telephone Number:                                                    *NEW YORK, NY 10004.*
*(212)598-6800*

If the charge alleges that a charter school, charter school board of directors, chief administrative officer and/or their agents has (have) committed an improper practice under the Charter School Act of 1998, check the applicable subsection(s):

        Education Law ( ☐ ) 2854.3(c-2)
        Education Law ( ☐ ) 2855.1(d)*
*The charge must allege a practice and pattern of egregious acts and/or conduct by the charter school and/or its agents.

5.  Specify in detail the alleged violation(s). Include names, dates, times, places and particular actions constituting each violation. Use additional sheet(s), if necessary. Failure to supply sufficient factual detail may result in a delay in processing or dismissal of the charge. On 2/12/16 at 3:05pm at Frederick Douglass Academy 2581 Adam Clayton Powell Jr. Blvd New York, NY 10039, principal Joseph D. Gates retaliated and terminated me because I filed the grievance and engaged in union activities.

2) On 2/22/16 at 11:00 Am United Federation of Teachers failed to represent me when I met with Dwayne Clark the UFT Manhattan Borough representative concerning my case at Frederick Douglass Academy.

6.  If the charge alleges a violation of Section 209-a.1(d) or 209-a.2(b) of the Act, has the charging party notified the Board in writing of the existence of an impasse pursuant to Section 205.1 of the Board's Rules of Procedure?

    ___ YES     ✓ NO

7.  The charging party is available immediately to participate in a pre-hearing conference and a formal hearing.

    ✓ YES     ___ NO

STATE OF NEW YORK     )
                     ) SS.:
COUNTY OF New York  )

_Amadou Konteye_, being duly sworn deposes and says, that (s)he is the charging party above named, or its representative, and that (s)he has read the above charge consisting of this and _2_ additional page(s), and is familiar with the facts alleged therein, which facts (s)he knows to be true, except as to those matters alleged on information and belief, which matters (s)he believes to be true.

                                    _Amadou Konteye_

                                    _NYC DOE Teacher_
                                          (Title)

Subscribed and sworn to before me this _9 June, 2016_
    (month/date/year)

_Joseph K. Eady_

    **JOSEPH K. EADY**
    **Commissioner of Deeds**
    **City of New York, No. 3-3593**
    **Certificate Filed in Bronx County**
    **Commission Expires Nov. 1, 2016**

                 [ Reset Form ]    [ Print Form ]

                                          PERB 579 (9/15)

Exhibit 76



**Department of Education**
Chancellor Richard A. Carranza

City Department of Education

شس لصنا يكز বাংলা 中文 Welcome Bienvenue Byenveni 환영합니다 Добро пожаловать Bienvenidos زوش نآ

Select Language | ▼

search:

Parents and Families    Students    Employees    Community and Partners

DOE Home Page > Offices & Programs > Office of the General Counsel > Labor Relations

## Labor Relations

The Office of Labor Relations (OLR) provides daily support and guidance to both school-based and non school-based supervisors citywide concerning all labor relations matters including contract interpretation and employee performance/discipline. OLR advocates on behalf of principals and other DOE supervisors at contract arbitration hearings, as well as administers the Expedited Time and Attendance Process, which is an effective tool for principals to address tenured pedagogues in their schools with problematic time and attendance records.

About Us

Academics

Choices & Enrollment

Offices & Programs

  Office of the General Counsel
    Legal
    Investigative
    Disciplinary
    Audit
    Labor Relations
      Office of Appeals and Reviews
  Compliance Services
  Federal and State Regulatory Compliance

Performance & Accountability

Rules & Policies

Schools in the Community

Student Support, Safety & Activities

**Contacts**

**Karen Solimando,** *Executive Director*
(212) 374-7990
KSolimando@schools.nyc.gov

**Allison Biller,** *Deputy Director*
(212) 374-7863
ABiller@schools.nyc.gov

## Labor Relations

The Office of Labor Relations (OLR) provides daily support and guidance to both school-based and non school-based supervisors citywide concerning all labor relations matters including contract interpretation and employee performance/discipline. OLR advocates on behalf of principals and other DOE supervisors at contract arbitration hearings, as well as administers the Expedited Time and Attendance Process, which is an effective tool for principals to address tenured pedagogues in their schools with problematic time and attendance records.

Exhibit 77

# The City of New York

## EMPLOYEE Payroll Management System

### DIRECT DEPOSIT PAY STATEMENT

REVISED 5/99

| ITEM # | PAY PERIOD | | PAYDATE |
|---|---|---|---|
| | 04/16/16 | 04/30/16 | 04/29/16 |

**PENSION #** ELECTRONIC FUND TRANSFER INFORMATION

000000

| PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|
| | 043457091 | 742 | 05M499 |

**EMPLOYEE NAME**
KONTEYE, AMADOU

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER |
|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,337.67 | 89.45 | 144.94 | 33.90 | 92.67 | 58.46 | |
| YEAR TO DATE | 2,337.67 | 89.45 | 144.94 | 33.90 | 92.67 | 58.46 | |

| SSN | NO. EXEMPT | MS | NO. EXEMPT | MS | REFERENCE # | CD |
|---|---|---|---|---|---|---|
| 1 | A 9 | A 19 | | | 0975820 | |

**TOTAL DEDUCTIONS THIS PERIOD**
474.29

**NET PAY**
1,863.38

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: 09/09/16 | BALANCE AVAILABLE H-R  VAC |
|---|---|---|---|---|---|---|
| RECURRING GROSS | | | | 2,337.67 | | |

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE AFTER | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE AFTER |
|---|---|---|---|---|---|---|---|
| UFT | -54.87 | | | | | | |

NOTE: Leave balances are based on the most current data from the cumulative
Absence Reserve screen in EIS. Data is based on Pay Stub printing date

Pay stub printed on 09/09/16

# The City of New York

## EMPLOYEE

## Payroll Management System

### DIRECT DEPOSIT PAY STATEMENT

REVISED 5/99

| ITEM # | PAY PERIOD | | PAYDATE | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|---|
| | 05/01/16 | 05/15/16 | 05/16/16 | | 742 | 043473543 | 05M499 | |

PENSION #  ELECTRONIC FUND TRANSFER INFORMATION  REFERENCE #  CD  EMPLOYEE NAME

| 000000 | | | | SSN | FED TAX DEDUCT | ST TAX DEDUCT | 0975820 | | KONTEYE, AMADOU |
| | | | | 1 | A 19 | A 19 | | | |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 149.99 | 35.08 | 97.93 | 61.64 | | 501.20 |
| YEAR TO DATE | 4,756.92 | 191.14 | 294.93 | 68.98 | 190.60 | 120.10 | | NET PAY |

| DESCRIPTION | UNITS / HOUR | AMT EARNED PRIOR PERIOD | UNITS / HOUR | AMT EARNED THIS PERIOD | LEAVE BALANCE AS OF: | 09/09/16 | | 1,918.05 |

RECURRING GROSS      2,419.25

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR REMAINDER LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR REMAINDER LEFT |
|---|---|---|---|---|---|---|---|
| UFT | -54.87 | | | | | | |

| DESCRIPTION | BALANCE AVAILABLE M-M | DESCRIPTION | BALANCE AVAILABLE M-M |

Note: Leave Balances are based on the most current data from the Cummulative
Absence Reserve screen in EIS. Data is based on Pay Stub printing date

Pay stub printed on 09/09/16

REVISED 5/99

# The City of New York

## EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

### Payroll Management System

| ITEM # | PAY PERIOD | PAYDATE | | | REFERENCE # | CD | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|---|---|---|
| | 05/16/16 | 05/31/16 | | | 0975820 | | 742 | | 042368411 | 05M499 |

ELECTRONIC FUND TRANSFER INFORMATION

| PENSION # | | SSN | PREV TAX STATEMENT | CURR TAX STATEMENT | | | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|
| 000000 | | 1 | A 9 | A 9 | | | KONTEYE, AMADOU |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 149.99 | 35.08 | 97.93 | 61.64 | | 501.20 |
| YEAR TO DATE | 7,176.17 | 292.83 | 444.92 | 104.06 | 288.53 | 181.74 | | NET PAY |

| RECURRING GROS | | DESCRIPTION | UNITS / HOUR | AMT EARNED PRIOR PERIOD | UNITS / HOUR | AMT EARNED THIS PERIOD | LEAVE BALANCE AS OF: | 09/09/16 | 1,918.05 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2,419.25 | | | |

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | BALANCE AVAILABLE HH MM |
|---|---|---|---|---|---|
| UFT | -54.87 | | | | |

Note: Leave Balances are based on the most current data from the Cummulative
Absence Reserve screen in EIS. Data is based on Pay Stub printing date

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | BALANCE AVAILABLE HH MM |
|---|---|---|---|---|---|

Pay stub printed on 09/09/16

*The City of New York*

**EMPLOYEE** **DIRECT DEPOSIT PAY STATEMENT**

*Payroll Management System*

REVISED 599

| ITEM # | PAY PERIOD | | PAYDATE | | | | | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/16 | 06/15/16 | | 06/15/16 | | | | | | 742 | 043409333 | | 05M499 |

ELECTRONIC FUND TRANSFER INFORMATION

| PENSION # | | | | JSN | VEL EXEMPT | DATE | VEL EXEMPT | | REFERENCE # | CD | *E M P L O Y E E   N A M E* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000000 | | | | 1 | A | 9 | A | 9 | 09/788-0 | | KONTEYE, AMADOU |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 150.00 | 35.08 | 97.93 | 61.64 | | 502.44 |
| YEAR TO DATE | 7,257.75 | 305.07 | 449.98 | 105.24 | 293.79 | 184.92 | | *NET PAY* |

RECURRING GROSS

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF | 09/09/16 | | 1,916.81 |
|---|---|---|---|---|---|---|---|---|

2,419.25

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR REMAINDER LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR REMAINDER LEFT |
|---|---|---|---|---|---|---|---|
| UFT | -56.10 | | | | | | |

| DESCRIPTION | BALANCE AVAILABLE H-H  V-M | DESCRIPTION | BALANCE AVAILABLE H-H  V-M |
|---|---|---|---|

Note: Leave Balances are based on the most current data from the Cummulative
Absence Reserve screen in EIS. Data is based on Pay Stub printing date.

Pay stub printed on 09/09/16

REVISED 5/99

# The City of New York

## EMPLOYEE Payroll Management System

### DIRECT DEPOSIT PAY STATEMENT

| ITEM # | PAY PERIOD | PAYDATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|
| | 06/16/16  06/30/16 | 06/30/16 | 742 | | 043508064 | 05M499 |

PENSION # ELECTRONIC FUND TRANSFER INFORMATION

| 000000 | SSN THIS EXEMPT NO. EXEMPT | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|
| TAX INFO | 1 A 9 A 9 | 0975820 | | KONTEYE AMADOU |

| | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 149.99 | 35.08 | 97.93 | 61.64 | | 502.43 |
| YEAR TO DATE | 9,677.00 | 406.76 | 599.97 | 140.32 | 391.72 | 246.56 | | NET PAY |

**NET PAY** 1,916.82

### RECURRING GROSS

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: 09/09/16 | DESCRIPTION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | 2,419.25 | | | |

Note: Leave Balances are based on the most current data from the Cummulative
Absence Reserve screen in EIS. Data is based on Pay Stub printing date

### UFT

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| | -56.10 | | | | | | |

Pay stub printed on 09/09/16

# The City of New York

## EMPLOYEE

### Payroll Management System

**DIRECT DEPOSIT PAY STATEMENT**

REVISED 5/99

| ITEM # | PAY PERIOD | PAYDATE | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| | 06/16/16 | 06/27/16 | | 742 | | Q435590806 | 05M499 |

PENSION # — ELECTRONIC FUND TRANSFER INFORMATION

REFERENCE # 0975820  CD

EMPLOYEE NAME: KONTEYE, AMADOU

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| 000000 | | | | | | | | |
| THIS PERIOD | 15,101.57 | 3709.78 | 925.90 | 216.55 | 1029.32 | 561.56 | | 6,443.11 |
| YEAR TO DATE | 34,455.57 | 2,125.85 | 497.18 | | 1,812.76 | 1,054.68 | | |

| SSN | FED EXEMPT | ST EXEMPT | | | NET PAY |
|---|---|---|---|---|---|
| 1 | A 9 | | | | 8,658.46 |
| | A 9 | | | | |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: 09/09/16 |
|---|---|---|---|---|---|
| INTEREST | | | | 167.66 | |
| PERDIEM ADJUST | | | | -14,598.61 | |
| TERMINATION PA | | | | 701.30 | |
| VACTION PAY | | | | 4,675.33 | |
| SERVICE ARREAR | | | | 24,155.89 | |

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE AVAILABLE HR / MM | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE AVAILABLE HR / MM |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Pay stub printed on 09/09/16

# The City of New York

## EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

## Payroll Management System

REVISED 1/99

Pay stub printed on 09/09/16

| ITEM # | PAY PERIOD | PAYDATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 07/01/16 | 07/15/16 | 07/15/16 | | | | | | |

PENSION # — ELECTRONIC FUND TRANSFER INFORMATION

| | REFERENCE # | CD | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|
| 000000 | | | | 05M499 |

SSN | TAX FED EXEMPT | STATE EXEMPT | CITY EXEMPT | 0975820 | 742 | 043517766

**TAX INFO**

| | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER |
|---|---|---|---|---|---|---|
| | | | 1 | A | 9 | 1 | A | 9 | 1 | A | 9 | | |

EMPLOYEE NAME: KONTEYE, AMADOU

| | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 150.00 | 35.08 | 97.93 | 61.64 | | |
| YEAR TO DATE | 12,096.25 | 508.45 | 749.97 | 175.40 | 489.65 | 308.20 | 502.44 | TOTAL DEDUCTIONS THIS PERIOD |

**NET PAY**

**RECURRING GROSS**

| DESCRIPTION | UNITS / HOUR | AMT EARNED PRIOR PERIOD | UNITS / HOUR | AMT EARNED THIS PERIOD | LEAVE BALANCE AS OF: | 09/09/16 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 2,419.25 | | | | 1,916.81 |

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT | | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|---|
| UFT | -56.10 | | | | | | | |

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

REVISED D99

# The City of New York

## EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

## Payroll Management System

| | | |
|---|---|---|
| PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
| | 742 | Q43530991 | 05M499 |

| ITEM # | PAY PERIOD | PAYDATE |
|---|---|---|
| | 07/16/16 | 07/31/16 | 07/29/16 |

PENSION #  ELECTRONIC FUND TRANSFER INFORMATION

REFERENCE #  09758200  CD  KONTEYE, AMADOU

**E M P L O Y E E   N A M E**

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | SSN/EX/DEBIT NE EXEMPT | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| 000000 | | | | 1 A 9 A 9 | | | | | |
| THIS PERIOD | 2,419.25 | 101.69 | 149.99 | 35.08 | 97.93 | 61.64 | | 502.43 |
| YEAR TO DATE | 14,515.50 | 610.14 | 899.96 | 210.48 | 587.58 | 369.84 | | **NET PAY** |

DESCRIPTION | UNITS / HOUR | AMT EARNED PRIOR PERIOD | UNITS / HOUR | AMT EARNED THIS PERIOD | LEAVE BALANCE AS OF: 09/09/16 | 1,916.82

RECURRING GROS | | | 2,419.25 | | BALANCE AVAILABLE H,H, WW | BALANCE AVAILABLE H,H, WW

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE ER# INSTALLMENT NO. | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE ER# INSTALLMENT NO. |
|---|---|---|---|---|---|---|---|
| UFT | -56.10 | | | | | | |

Note: Leave Balances are based on the most current data from the Cummulative
Absence Reserve screen in EIS. Data is based on Pay Stub printing date

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE ER# INSTALLMENT NO. |
|---|---|---|---|

Pay stub printed on 09/09/16

REVISED 5/99

# The City of New York

## EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

## Payroll Management System

| ITEM # | PAY PERIOD | | PAYDATE | | | REFERENCE # | | | CD | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|--------|-----------|---|---------|---|---|-------------|---|---|-----|---|-----------|-----------|--------------|----------------|
| | 08/01/16 | 08/15/16 | 08/15/16 | | | 0975820 | | | 742 | | | | Q43338835 | 05M499 |

PENSION # ELECTRONIC FUND TRANSFER INFORMATION

000000

**EMPLOYEE NAME**

KONTEYE, AMADOU

| TAX INFO | | SSN | FED TAX EXEMPT | ST TAX EXEMPT | | | |
|----------|--|-----|----------------|---------------|--|--|--|
| | | 1 | A 9 | A 9 | | | |

| | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|-------------|----------------|-------------|-----------------|----------|-----------|----------|-------------|------------------------------|
| THIS PERIOD | 2,419.25 | 101.69 | 149.99 | 35.07 | 97.93 | 61.64 | | 504.88 |
| YEAR TO DATE | 16,934.75 | 711.83 | 1,049.95 | 245.55 | 685.51 | 431.48 | | **NET PAY** |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: 09/09/16 | | 1,914.37 |
|-------------|--------------|--------------------------|--------------|-------------------------|-------------------------------|--|----------|
| RECURRING GROS | | | | 2,419.25 | | | |

BALANCE AVAILABLE H H   M M

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | REMAINING BAL OR REMAINING INSTALLMENT NO. | DESCRIPTION | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | REMAINING BAL OR REMAINING INSTALLMENT NO. |
|-------------|--------------------|--------------------------------------|--------------------------------------------|-------------|-------------|--------------------|--------------------------------------|--------------------------------------------|
| UFT | -58.56 | | | | | | | |

BALANCE AVAILABLE H H   M M

Pay stub printed on 09/09/16

# The City of New York

## Payroll Management System

### EMPLOYEE DIRECT DEPOSIT PAY STATEMENT

REVISED 1/99

| ITEM # | PAY PERIOD | | PAYDATE | | PAYROLL # | WORK UNIT | CD | CHECK NUMBER | | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|---|---|---|
| | 08/16/16 | 08/31/16 | 08/31/16 | | | | 742 | 043540093 | | 05M499 |

PENSION # 000000

ELECTRONIC FUND TRANSFER INFORMATION

| | SSN | NET EXEMPT | WS EXEMPT | REFERENCE # | | EMPLOYEE NAME |
|---|---|---|---|---|---|---|
| | 1 | A\9 | A\9 | 0975820 | | KONTEYE, AMADOU |

| TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|
| TAX INFO | | | 35.08 | 97.93 | 61.64 | | 502.44 |

| | | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,419.25 | 101.69 | 150.00 | 783.44 | | | 1,916.81 |
| YEAR TO DATE | 19,354.00 | 813.52 | 1,199.95 | 280.63 | 493.12 | | |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: | BALANCE AVAILABLE HH: MM |
|---|---|---|---|---|---|---|
| RECURRING GROS | | | | 2,419.25 | 09/09/16 | |

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| UFT | -56.10 | | | | | | |

Note: Leave Balances are based on the most current data from the Cummulative
Absence Reserve screen in EIS. Data is based on Pay Stub printing date

Pay stub printed on 09/09/16

# STEP 1 GRIEVANCE FORM

**Exhibit 78**

## UFT
### A Union of Professionals

NAME: *Amadou Konteye*

TITLE: *Teacher*   SCHOOL/DISTIRCT: *05 M 499*

FILE NUMBER: *2595157*   HOME TEL: *212 862 1653*

E-MAIL: *Amadou Konteye@yahoo.com* CELL PHONE: *646 842 9184*

DATE GRIEVANCE OCCURRED: *2/12/16*

NATURE OF THE GRIEVANCE: *Amadou was terminated 2/12/16 after Principal received salary grievance.*

SPECIFIC CONTRACTUAL ARTICLE(S) VIOLATED: _____

SECIFIC REMEDY SOUGHT: *Reinstatement of assignment and to be made whole.*

I SHALL BE ACCOMPANIED AT THE MEETING BY THE UFT CHAPTER LEADER
OR HIS/HER DESIGNATED ALTERNATE.

SIGNATURE : *Amadou K*

DATE: *03 / 28 / 16*

FAX TO THE MANHATTAN UFT BOROUGH OFFICE AT 212.510.6424.

CC: UFT DISTRICT REPRESENTATIVE
PARNIECE RICHARDSON, UFT SPECIAL REPRESENTATIVE

☑ *AK* (PLEASE INITIAL) I WISH TO PROCEED TO THE NEXT LEVEL GREIVANCE IF THIS IS NOT RESOLVED
OR IF I DO NOT RECEIVE A WRITTEN DECISION WITHION FIVE (5) SCHOOL DAYS.

**EXHIBIT 79**

**UFT**

United Federation of Teachers
*A Union of Professionals*

June 12, 2018

Mr. Amadou Konteye
164 West 147th St. #2D
New York, NY 10039

UFT Case# M59848
Topic: Monies Owed

Dear Mr. Konteye,

This is to advise you that the Union's Grievance Department has concluded its review of your above noted grievance.

At the present time, we believe that your case presents sufficient merit to pursue to arbitration. As such, a Demand for Arbitration has been filed on your behalf.

An arbitration hearing on your case will be scheduled as soon as possible, predicated on the current U.F.T. caseload. Once a date has been scheduled, a U.F.T. Advocate will be assigned to your case. This Advocate will contact you to discuss the case and to prepare for the arbitration hearing.

Please be advised that future arbitration decisions may impact upon your case. This would then require a re-evaluation of which you will be advised.

Should you choose not to pursue this matter any further, please advise this department as soon as possible.

In regard to any inquiry, please refer to your U.F.T. Case #.

Fraternally,

Ellen Gallin Procida
Director
Grievance Department

EGP/al

cc   Dwayne Clark, Borough Rep.
     Zina Burton-Myrick, District Rep.
     Parniece Richardson, Special Rep.

52 Broadway, New York, NY 10004   212.777.7500   www.uft.org

Officers: Michael Mulgrew *President*, Howard Schoor *Secretary*, Mel Aaronson *Treasurer*, LeRoy Barr *Assistant Secretary*, Thomas Brown *Assistant Treasurer*
Vice Presidents: Karen Alford, Carmen Alvarez, Evelyn DeJesus, Anne Goldman, Janella Hinds, Richard Mantell, Sterling Roberson





**UFT**

United Federation of Teachers
*A Union of Professionals*

June 1, 2018

Mr. Amadou Konteye
164 West 147th St. #2D
New York, NY 10039

UFT Case# M60504
Topic: Union Animus

Dear Mr. Konteye,

This is to advise you that the Union's Grievance Department has concluded its review of your above noted grievance.

At the present time, we believe that your case presents sufficient merit to pursue to arbitration. As such, a Demand for Arbitration has been filed on your behalf.

An arbitration hearing on your case will be scheduled as soon as possible, predicated on the current U.F.T. caseload. Once a date has been scheduled, a U.F.T. Advocate will be assigned to your case. This Advocate will contact you to discuss the case and to prepare for the arbitration hearing.

Please be advised that future arbitration decisions may impact upon your case. This would then require a re-evaluation of which you will be advised.

Should you choose not to pursue this matter any further, please advise this department as soon as possible.

In regard to any inquiry, please refer to your U.F.T. Case #.

Fraternally,

Ellen Gallin Procida
Director
Grievance Department

EGP/al

cc    Dwayne Clark, Borough Rep.
      Zina Burton-Myrick, District Rep.
      Parniece Richardson, Special Rep.

52 Broadway, New York, NY 10004   212.777.7500   www.uft.org

Officers: Michael Mulgrew *President*, Howard Schoor *Secretary*, Mel Aaronson *Treasurer*, LeRoy Barr *Assistant Secretary*, Thomas Brown *Assistant Treasurer*
Vice Presidents: Karen Alford, Carmen Alvarez, Evelyn DeJesus, Anne Goldman, Janella Hinds, Richard Mantell, Sterling Roberson

**Exhibit 81**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

AMADOU KONTEYE,

                         **Complainant,**

         v.

FREDERICK DOUGLASS ACADEMY,

                     **Respondent.**

**VERIFIED COMPLAINT**
Pursuant to Executive Law,
Article 15

Case No.
**10179999**

Federal Charge No. 16GB601636

I, Amadou Konteye, residing at 164 West 147th Street, Apt 2D, New York, NY, 10039, charge the above named respondent, whose address is 2581 Adam Clayton Powell Jr. Blvd, New York, NY, 10039 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of national origin, opposed discrimination/retaliation.

Date most recent or continuing discrimination took place is 2/12/2016.

The allegations are:

1.    I am of African descent and I opposed discrimination. Because of this, I have been subject to unlawful discriminatory actions.

### SEE ATTACHED DESCRIPTION OF DISCRIMINATION

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of national origin, opposed discrimination/retaliation, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating Title VII of the Civil Rights Act of 1964, as amended (covers race, color, creed, national origin, sex relating to employment). I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).



**DESCRIPTION OF DISCRIMINATION** - for all complaints *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.*
**PLEASE TYPE OR PRINT CLEARLY.**

The principal Joseph D. Gates at Frederick Douglass Academy on Friday 02/12/2016 after recieving the grievance letter, Joseph D. Gates told me he fired all the substitute teacher including me and I am not a substitute teacher, I am a fully license French teacher who have been teaching nine (9) classes since 2012.
   Principal Joseph D. Gates discriminated me because of my national origin. Also Principal Joseph D. Gates retaliated against me because of the grievance letter that the UFT filled for me to get full salary and to change my status in the payroll system.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.**

8

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Sign your full legal name

GLENN NICHTENHAUSER
Notary Public, State of New York
Qualified in Queens County
No. 01NI4983666
Commission Expires July 1, 2019

Subscribed and sworn before me
This 2__ day of __ 2016

Signature of Notary Public

County: Queens    Commission expires: 7/1/2019

**Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.**

9

326-2016-00087   **Exhibit 83**   AA

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER,** a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: _Konteye_   First Name: _Amadou_   MI: ___

Street or Mailing Address: _164 West 147 Street_   Apt or Unit #: _2 D_

City: _New York_   County: _New York_   State: _NY_   Zip: _10039_

Phone Numbers: Home: _(212) 862-1653_   Work: _646 842-9184_

Cell: _646 842-9184_   Email Address: _AmadouKonteye @ yahoo.com_

Date of Birth: _06/06/89_   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☐ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _Senegalese African_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: _Mariama Amar_   Relationship: _mother_

Address: _164 West 147 Street_ City: _New York_ State: _NY_ Zip Code: _10039_

Home Phone: _(212) 862-1653_   Other Phone: _646 579-4691_

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here__ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: _Frederick Douglass Academy 05M499_

Address: _2581 Adam Clayton Powell_ County: _New York_

City: _New York Sr. Blvd_   State: _NY_ Zip: _10039_ Phone: _(212) 491-4107_

Type of Business: _Public School_ Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _____   Phone: (___) _____

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☑ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☐ No

Date Hired: _09/2012_   Job Title At Hire: _French teacher_

Pay Rate When Hired: _$98_   Last or Current Pay Rate: _$162_

Job Title at Time of Alleged Discrimination: _French teacher_ Date Quit/Discharged: _02/12/2016_

Name and Title of Immediate Supervisor: _Joseph D. Gates, principal_

1

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____ Nobody / None _____

_____

B. _____

_____

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____ Nobody / None _____

B. _____

_____

**Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

**9.  Please check all that apply:**
- ☐ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

_____

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No

If "Yes," what medication, medical equipment or other assistance do you use?

_____

_____

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

**13. Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| | Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

**A.**_____

_____

**B.**_____

_____

**14. Have you filed a charge previously on this matter with the EEOC or another agency?**  ☐ Yes ☐ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

_____ ~~Withdraw Box~~ _Withdraw_ _____

**16. Have you sought help about this situation from a union, an attorney, or any other source?** ☑Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_____ _UFT_ _____

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.**  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  **If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.**

---

**BOX 1** ____ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  **I also understand that I could lose my rights if I do not file a charge in time.**

---

**BOX 2** ____ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.**  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____      04/15/16
                **Signature**                               **Today's Date**

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1)  FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 USC § 2000e-5(b), 29 USC § 211, 29 USC § 626, 42 USC §12117(a), 42 USC §2000ff-6.
3)  PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.  4) ROUTINE USES.  EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5)  WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.  Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## New York District Office – INTAKE
### 33 Whitehall Street, 5th Floor
### New York, NY 10004

This agency enforces the laws against discrimination in employment based on **race, color, religion, national origin, age, sex, disability, or genetic information.** The event you are complaining about must have occurred **within a maximum of 300 days** of the filing of a charge. Our jurisdiction covers public and private employers with **15 or more employees (20 or more employees for age complaints),** labor unions, and employment agencies located in New York State south of Albany. If you work for the **Federal Government,** you must first contact your agency's Equal Employment Office in order to file a complaint.

To better serve your interest and avoid delays in processing your complaint, please answer the following questions:

**NAME:** Amadou Konteye

**TEL. NO. WHERE WE CAN CONTACT YOU:** 212-862-1653 / 646-842-9184

**A. What was the Latest or Most Recent Date of discrimination which you are alleging?**

February 12, 2016

**B. Does your employer have fewer than 15 employees (20 for age complaints)?**

Yes_____ No ✓ How many employees? _____100_____

**C. Have you filed a complaint with another agency (such as the New York State Division of Human Rights or the New York City Commission on Human Rights?**

Yes_____ No ✓

If Yes, Name of agency and date of filing:

_____

**D. Do you work for a Federal Government Agency (Such as the U.S. Postal Service?**

Yes_____ No ✓

**\*\*\*IF YOU ANSWERED YES TO ANY OF THE ABOVE QUESTIONS, PLEASE SEE THE RECEPTIONIST, AS THE EEOC MAY NOT HAVE JURISDICTION OVER YOUR CLAIMS**

**If you answered NO to the above questions,** please fill out the questionnaire and return it the receptionist, who will give you further instructions about our procedures.

**If Job Applicant**, Date You Applied for Job 09/2012 Job Title Applied For French teacher

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race ☐ Sex ☐ Age ☐ Disability ☑ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: Senegalese African

If you checked genetic information, how did the employer obtain the genetic information?_____

_____

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 02/02/16 Action: I have been discriminated by Principal Joseph D. Gates and retaliated due to my national origin and union involvement,
Name and Title of Person(s) Responsible: Joseph D. Gates, principal

B. Date: 02/12/16 Action: Due to my national origin, I was denied full time French teaching position
Name and Title of Person(s) Responsible Joseph D. Gates, principal

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
I have filled the French vacancy for almost four years and principal Gates denied me the position

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**
Principal Gates hired six new teachers, however he never move my status from Sub-teacher to full time teacher.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

2

Exhibit 84



12/26/2017



**UFT** United Federation of Teachers
*A Union of Professionals*

From UFT.org (http://www.uft.org)

# Tenure

## Appointment and New York City licensure

When you are permanently hired to fill a vacancy, you are "appointed" to that position. Your appointment must match your state certification by both subject and level. As part of this appointment process, the DOE automatically generates its own teaching license. This New York City license must match your New York State certificate subject area and, in addition, the grade level of your NYC teaching assignment.

The NYC license specifies the area in which you will be considered for tenure decisions and accrue seniority; the latter can be very important if there is excessing in your school. While there are no more New York City paper licenses, there are still license/appointment areas, each with a different code.

When you begin teaching, the DOE notifies you by personal email of your license/appointment area and includes the license code. Make sure you are appointed in the subject area and division level (i.e. elementary, middle or high school) that matches your state certification.

You can only be appointed in an area that matches your state certificate. It can be a little confusing, however, as New York State certification often includes different grade ranges than those of a New York City license. For example, a New York State English or math or social studies certificate will state it is appropriate for grades 7-12 (middle and high schools). A New York City license can sometimes differentiate between high school and middle school, depending on your appointment.

Unfortunately, "out of license" teaching assignments are not unusual. Since some teaching positions are harder to fill than others, newer teachers are often assigned to teach out of their license areas, in a different level, subject area or both. While such "out of license" assignments don't affect your salary, they could affect your ability to attain tenure and your right to keep your position if excessing occurs. Teachers who have taught "out of license" could find their probation period extended if the principal or superintendent thinks there is not enough experience in, or evidence of effectiveness in, the appointed license area.

You can be appointed under only one license at a time (even if you have multiple certifications), and your license area of appointment determines the area in which you will be granted tenure. Sometimes your certification permits you to be appointed under another license; however, if you agree to switch to a new appointment, you are on probation again.

In addition, if you switch to another license you must serve probation in that license, and there may be other ramifications. Contact your UFT borough office before you switch your license. In any case, your salary does not change when your license changes. Be sure to check with your payroll secretary that your appointment date is correctly entered in the computer.

If you believe your appointment, New York City license, or teaching assignment does not match your state certification, speak to your chapter leader at once. Your chapter leader can help you discuss this with your

principal and get your program corrected as soon as possible. Or you can call your UFT borough office immediately and ask to speak to an educational liaison.

# The probationary period

State law requires teachers and other staff appointed after July 1, 2015 to serve a four-year probationary period after being appointed to a position. During that time, supervisors are supposed to observe you several times a year and evaluate you in areas including planning and preparation, classroom environment, instruction and professional responsibilities.

Generally, at the end of four years of acceptable service, teachers and other pedagogues will be entitled to due process rights under their contract and under Section 3020-a of the state Education Law, which governs the discipline and dismissal of tenured educators. This is commonly called acquiring tenure, but it is effectively the completion of your probationary period. If the DOE intends to discontinue, that is terminate, your service at any time prior to the completion of your probationary period, you must be given notice.

If you are discontinued, call your UFT borough office, which will assign an advocate to assist you in fighting the termination.

Sometimes a principal will ask you to sign a document stating that you agree to an extension of your probationary period beyond the four years. If this occurs, contact your chapter leader or your UFT borough office immediately so we can arrange for an attorney to review the document in order to protect your rights as a probationary educator.

There are two ways to reduce your probationary period:

- If you worked as a regular substitute in the same license and in the same school level you may be able to reduce the normal four-year probationary period by up to two years. This is called Jarema Credit and you should apply if you think you are eligible. The application form is online at the DOE's website. Put Jarema Credit into the search bar.
- Another way is called "traveling tenure." If you received tenure in one license area and elect to take an appointment in a new license area or if you were tenured in another school district in New York State, you should apply to have your probationary period reduced by one year.

If you think you are eligible for either of these options, or have any questions, contact your UFT borough office.

# Tenure

Under New York State law, appointed educators achieve tenure after completing a probationary period and fulfilling all requirements for the professional certificate. In New York City, tenure is granted in your license appointment area, which is why it is of utmost importance that your license code match the subject and level in which you are teaching.

Having tenure means you may not be disciplined or terminated without due process. As a tenured member, you have the right to a hearing before an independent arbitrator regarding any charges brought against you. This due process right protects you from being fired for personal, arbitrary or political reasons. As described above, the process for determining whether or not you will get tenure is rigorous, and tenure is not automatic at the end of the probationary period. You must:

- Complete all your state certification and city licensing requirements, file an application and receive professional certification;
- Have a record of acceptable service during your probationary period; and
- Be recommended for tenure by your principal.

Tenure

The UFT encourages members to be proactive in preparing for their tenure decision.

If your principal has not initiated a meeting about your tenure decision, ask for an appointment to find out where things stand and what is expected of you. Do this even if your tenure decision is a year or two away so you have time on your side.

Here are some steps you can take throughout your probationary period:

- Become familiar with The Danielson Framework for Teaching and the multiple sources of evidence for each factor that principals will use to prepare their tenure recommendations.
- Put together a professional portfolio of your effectiveness as a teacher. Organize your portfolio with a table of contents to separate the various components. Include a cross section of your work but be selective in choosing the materials to include. Add a brief explanation or context for each piece of evidence you include and be sure to show how you differentiate to accommodate children with diverse abilities.
- Every spring, the UFT offers workshops in the borough offices to help teachers prepare for tenure. Check the union newspaper, *New York Teacher*, and the UFT website for a schedule of tenure workshops.

**Source URL:** http://www.uft.org/new-teachers/tenure

Please Do Not *illegible* 
on your time *illegible*

**Exhibit 85** (23)



THE NEW YORK CITY DEPARTMENT OF EDUCATION

**Hourly Professional Personnel Time Report**

1. A time sheet, in duplicate, must be maintained for each person assigned. Print all entries in ink.
2. Fill in all required information. Signatures must be original and in ink.
3. Keep one copy of this Time Report for Payroll Record File.

FOR PAYROLL PERIOD ENDING: | | | | 1 4

| LAST NAME | FIRST | M.I. | SCHOOL NUMBER | BORO |
|---|---|---|---|---|
| * Konteye | * Amadou | | | |

PROGRAM NAME: Summer School 2014.

| | DISTRICT | BUDGET CODE | QUICK CODE |
|---|---|---|---|

HOME ADDRESS Number & Street: 164 West 147 Street  City: New York  State: NY  Zip Code: 10039

CHECK HERE IF NON-RESIDENT OF NEW YORK CITY

LICENSE:

FILE NUMBER: 5.951.57

SOCIAL SECURITY NUMBER:

POSITION TITLE: Covering History Summer 2014

POSITION SYMBOL:

SOCIAL SECURITY ALREADY DEDUCTED ON DEPARTMENT OF EDUCATION PAYROLL?  ☐ YES  ☐ NO

OFFICIAL WORK HOURS:  FROM          TO

| DATE | IN | OUT | SIGNATURE | Lunch/Supper | DATE | IN | OUT | SIGNATURE | Lunch/Supper |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 17 | 7:42 | 15:16 | Amd | |
| 2 | The only time I covered "History" | | | | 18 | 7:45 | 15:09 | Amd | |
| 3 | | | | | 19 | | | | |
| 4 | | | | | 20 | | | | |
| 5 | | | | | 21 | 7:30 | 15:40 | Amd | |
| 6 | | | | | 22 | 6:48 | 15:09 | Amd | |
| 7 | | | | | 23 | 7:52 | 15:51 | Amd | |
| 8 | | | | | 24 | 7:09 | 15:21 | Amd | |
| 9 | | | | | 25 | | | | |
| 10 | | | | | 26 | | | | |
| 11 | | | | | 27 | | | | |
| 12 | | | | | 28 | 7:22 | 15:07 | Amd | |
| 13 | | | | | 29 | 7:40 | 15:31 | Amd | |
| 14 | | | | | 30 | 7:16 | 15:21 | Amd | |
| 15 | | | | | 31 | 7:49 | 15:11 | Amd | |
| 16 | | | | | **TOTAL DAYS/HOURS WORKED** | | | | |

I hereby certify that I have read and understand the Chancellor's Regulation C-175 on Per Session Employment and the summary that is listed on the reverse side of this form. In addition, I hereby certify that I have served in the program at the exact time indicated herein. I understand that any material misrepresentation of fact provided by me on this form will result in appropriate disciplinary action.

I hereby certify that I am familiar with the Chancellor's Regulation C-175 regarding Per Session Employment. Additionally, the employee for whom this timesheet is being submitted has indicated his/her familiarity with the same regulation. I additionally certify that I have examined this report and find the time and other information indicated herein are correct to the best of my knowledge, information and belief. I understand that any material misrepresentation of fact provided by me on this form will result in appropriate disciplinary action.

* [signature] Amadou Konteye   DATE

EMPLOYEE SIGNATURE

SIGNATURE OF SUPERVISOR OR TEACHER IN CHARGE/COORDINATOR   DATE

*Please ... on your time CARD.*

THE NEW YORK CITY DEPARTMENT OF EDUCATION

**Hourly Professional**
**Personnel Time Report**

1. A time sheet, in duplicate, must be maintained for each person assigned. Print all entries in ink.
2. Fill in all required information. Signatures must be original and in ink.
3. Keep one copy of this Time Report for Payroll Record File.

FOR PAYROLL PERIOD ENDING: 14

| | M.I. | SCHOOL NUMBER | BORO |
|---|---|---|---|
| | | 4 9 9 | M |

LAST NAME * Konteye    FIRST * Amadau

| | DISTRICT | BUDGET CODE | QUICK CODE |
|---|---|---|---|

PROGRAM NAME Summer School 2014

HOME ADDRESS Number & Street 164 West 147 Street    City New York    State NY    Zip Code 10039    CHECK HERE IF NON-RESIDENT OF NEW YORK CITY ☐

LICENSE *

FILE NUMBER 5 9 5 1 5 7    SOCIAL SECURITY NUMBER

POSITION TITLE Covering History Summer 2014
POSITION SYMBOL

OFFICIAL WORK HOURS:    SOCIAL SECURITY ALREADY DEDUCTED ON DEPARTMENT OF EDUCATION PAYROLL?  ☐YES  ☐NO
FROM         TO

| DATE | IN | OUT | SIGNATURE | Lunch/Supper | DATE | IN | OUT | SIGNATURE | Lunch/Supper |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7:35 | 15:14 | Amk | | 17 | | | | |
| 2 | 7:43 | 15:24 | Amk | | 18 | | | | |
| 3 | 7:52 | 15:00 | Amk | | 19 | | | | |
| 4 | | | | | 20 | | | | |
| 5 | | | | | 21 | | | | |
| 6 | | | | | 22 | | | | |
| 7 | 7:35 | 15:07 | Amk | | 23 | | | | |
| 8 | 7:41 | 15:04 | Amk | | 24 | | | | |
| 9 | 7:39 | 15:06 | Amk | | 25 | | | | |
| 10 | 7:40 | 15:03 | Amk | | 26 | | | | |
| 11 | | | | | 27 | | | | |
| 12 | | | | | 28 | | | | |
| 13 | | | | | 29 | | | | |
| 14 | 7:09 | 15:43 | Amk | | 30 | | | | |
| 15 | 7:42 | 15:10 | Amk | | 31 | | | | |
| 16 | | | | | | TOTAL DAYS/HOURS WORKED | | | |

I hereby certify that I have read and understand the Chancellor's Regulation C-175 on Per Session Employment and the summary that is listed on the reverse side of this form. In addition, I hereby certify that I have served in the program at the exact time indicated herein. I understand that any material misrepresentation of fact provided by me on this form will result in appropriate disciplinary action.

I hereby certify that I am familiar with Chancellor's Regulation C-175 regarding Per Session Employment. Additionally, the employee for whom this timesheet is being submitted has indicated his/her familiarity with the same regulation. I additionally certify that I have examined this report and find the time and other information indicated herein are correct to the best of my knowledge, information and belief. I understand that any material misrepresentation of fact provided by me on this form will result in appropriate disciplinary action.

* _[signature]_    07/16/14
EMPLOYEE SIGNATURE    DATE

SIGNATURE OF SUPERVISOR OR TEACHER IN CHARGE/COORDINATOR

```
ES41C01                         N. Y. C. ...                         E41MS01
08/05/2014 14:53:32         PER SESSION DATA ENTRY REPORT            E41MP01


   EIS ID : 2595157    NAME: AMADOU  KONTEYE      NAME CONFIRM FLAG Y/N Y
   POS SYMBOL: TR     DIST: 05   BORO: M    SCHOOL: 499
   MONTH: 07   YEAR: 2014    PAY CODE: B     JOB ID: GONQT   PROG NO: SS


DAY   STRT END  A    STRT END  A    STRT END  A    STRT END  A    STRT END  A

TUE 1 ____ ____ _  8 ____ ____ _ 15 ____ ____ _ 22 0800 1500 H 29 0800 1500 H
WED 2 ____ ____ _  9 ____ ____ _ 16 0800 1500 H 23 0800 1500 H 30 0800 1500 H
THU 3 ____ ____ _ 10 ____ ____ _ 17 0800 1500 H 24 0800 1500 H 31 0800 1500 H
FRI 4 ____ ____ _ 11 ____ ____ _ 18 ____ ____ _ 25 ____ ____ _
SAT 5 ____ ____ _ 12 ____ ____ _ 19 ____ ____ _ 26 ____ ____ _
SUN 6 ____ ____ _ 13 ____ ____ _ 20 ____ ____ _ 27 ____ ____ _
MON 7 ____ ____ _ 14 ____ ____ _ 21 0800 1500 H 28 0800 1500 H


TOTAL FOR THIS SERVICE - HOURS:  065 MINUTES: 00



        ** FIRST DAILY SERVICES **
* RECORD ADDED. YOU CAN UPDATE CONSECUTIVE DAILY SERVICES*
        PF5=UPDATE   PF7=BKW   PF9=SVC-SUM    PF11=INQ-TOT    ENTER=INQ
PF4=MENU  PF6=DELETE  PF8=FRW  PF10=IND-SUM  PF12=CLEAR-SCR  CLEAR=EXIT
```

ON-LINE PER SESSION ENTRY SCHEDULE FOR JULY AND AUGUST:

PER SESSION SERVICE PERIOD 6/16-6/30/14 TIMEKEEPING/APPROVALS CLOSE DATE IS
MONDAY, 6/30/14. CHECKS TO BE MAILED ON THURSDAY, 7/10/14.

PER SESSION SERVICE PERIOD 7/1-7/15/14 TIMEKEEPING/APPROVALS CLOSE DATE IS
MONDAY, 7/21/14. CHECKS TO BE MAILED ON THURSDAY, 7/31/14.

PER SESSION SERVICE PERIOD 7/16-7/31/14 TIMEKEEPING/APPROVALS CLOSE DATE IS
WEDNESDAY, 8/06/14. CHECKS TO BE MAILED ON MONDAY, 8/18/14.

PER SESSION SERVICE PERIOD 8/1-8/15/14 TIMEKEEPING/APPROVALS CLOSE DATE IS
THURSDAY, 8/21/14. CHECKS TO BE MAILED ON WEDNESDAY, 9/03/14.

PER SESSION SERVICE PERIOD 8/16-8/31/14 TIMEKEEPING/APPROVALS CLOSE DATE IS
FRIDAY, 9/05/14.  CHECKS TO BE MAILED ON WEDNESDAY, 9/17/14.
                                            (UPDATED: 7/02/14)

                    PF7=BKWD   PF8=FWRD     PF10=MENU

Exhibit 86

**PERS 0001**

New Window   Help   Personalize Page   ✏

Konteye Amadou

Employee   Empl ID: 0975820   File Number: 2564157

Employee Transaction   Credentials Data   Job Summary Link
Seniority Date   Current Position Data   Multiple Jobs Link
Location Transfer   Emp Trans Status   Additional Assignments
                    Crossmark Jmts   Probation Data

Search By File Number   Benefits Program Participation

| Empl Rcd | JSA | Effective Date | Seq | Per Session Service | Title Suffix Lvl | Description | Civil SVC | Probation | Bank-Class | Location | Work Location | Reg Dist | Position | Status | Rsn Cd | Description | Salary Lvl | Credential | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 07/24/2017 | 0 | | TR TR RC | Teacher | Occasional Per Diem | | O-Status-Daily 46SL/ET | | 46 | SUB3C | LWG | 2SR | Suspension for Occasional Renewal | 5110 | Social Studies 7-12 | |
| 1 | 1 | 02/13/2016 | 0 | | TR TR RA | TEACHER | | | O-Annual | | 71 | GWLGR | TRM | DET | Termination Of Regular Substitute Service | 5110 | Social Studies 7-12 | |
| 2 | 2 | 09/08/2015 | 0 | | TR TR RA | TEACHER | Reg Sub | N | Q-Annual | 0904466 | 71 | GWLGR | SUB | SBA | Reg Sub Assignment | 5110 | Social Studies 7-12 | |
| 1 | 1 | 09/08/2014 | 0 | | TR TR RD | Teacher | Occasional Per Diem | | O-Status-Daily 46SL/ET | | 46 | SUB3C | TOC | 5110 | Per Diem Teacher Renewal - Certified | 5110 | Social Studies 7-12 | |
| 1 | 1 | 02/27/2012 | 0 | | TR TR RD | Teacher | Occasional Per Diem | | O-Status-Daily 46SL/ET | | 46 | SUB30 | TOC | 5110 | Per Diem Teacher Renewal - Certified | 5110 | Social Studies 7-12 | |
| 1 | 1 | 09/01/2012 | 0 | Exists | TR TR RC | Teacher | Occasional Per Diem | | O Status-Daily 46SL/ET | | 46 | QST | PRU | PCTR | Per Diem Teacher Appointment Uncertified | PCTR | Social Studies 7-12 | |
| 0 | 0 | 07/01/2007 | 0 | | COOPN | STUDENT A: | Occasional | | B-Hours | 0904466 | 71 | SUB02 | TRM | DOF | Transfer To Another Payroll | | Occasional Per Diem Teacher | 0 |
| 0 | 4 | 03/17/2006 | 0 | | COOPN | STUDENT A: | Occasional | | B Hours | 0904466 | 71 | OCC | 14X | New School Based Support Appointment | | | 0 |

Edit Ed History   Collapse   REV Trans

Save   Return to Search   Previous in List   Next in List   Notify   Refresh

**Exhibit 87**

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------------------------X
     AMADOU KONTEYE,
3
                                      PLAINTIFF,
4
5              -against-              Case No.:
                                      17CV2876
6
7    NYC DEPT OF EDUCATION and JOSEPH D. GATES,
8                                     DEFENDANTS.
     ------------------------------------------------X
9
10                               DATE:  May 15, 2018

11                               TIME:  9:46 A.M.

12

13

14              DEPOSITION of the Plaintiff, AMADOU

15    KONTEYE, taken by the Defendants, pursuant to a Court Order

16    and to the Federal Rules of Civil Procedure, held at the

17    office of the New York City Law Department, 100 Church

18    Street, New York, New York 10007, before Kevin Haghnazari,

19    a Notary Public of the State of New York.

20

21

22

23

24

25

```
1     A P P E A R A N C E S:

2

3     AMADOU KONTEYE
              Plaintiff Pro Se
4             164 West 147th Street, Apartment 2D
              New York, New York 10039
5

6
      ZACHARY W. CARTER, ESQ.
7     CORPORATION COUNSEL
      NEW YORK CITY LAW DEPARTMENT
8             Attorneys for the Defendants
              NYC DEPT OF EDUCATION, JOSEPH D. GATES
9             100 Church Street
              New York, New York 10007
10     BY:  KATERINA SOULIOPOULOS, ESQ.
                   -AND-
11             DONNA CANFIELD, ESQ.
          File #:  2017-024687
12        Control #:  170041

13
                         *          *          *
14

15

16

17

18

19

20

21

22

23

24

25
```

A. KONTEYE

1    I had filled out for four years.

2        Q.     What do you perceive the race of Sonia Frances to

3    be?

4        A.     This is dealing with my case, or is this is

5    dealing with Sonia Frances.

6        Q.     This is dealing with your case, because in your

7    interrogatories, you listed Sonia Frances as one of the 27

8    individuals hired over you, and your case involves

9    discrimination.  So what do you perceive the race of Sonia

10   Frances to be?

11       A.     In my response to your -- in my response to your

12   document that you send me, what I have stated, I listed all

13   the teachers that were hired over me.  All the teachers

14   starting from 2012 until when I got fired by Principal

15   Joseph D. Gates, and wrongfully terminated and

16   discriminated by and harassed by Joseph D. Gates.

17       Q.     Mr. Konteye --

18       A.     Of February 12th 2016.

19       Q.     -- you're not answering the question that I'm

20   posing to you, and this is my deposition; and I'm entitled

21   to that information and your answer to that question.  So

22   I'm going to ask the question one more time, and if you

23   don't answer it; I'm going to mark it for a later ruling

24   and move on.

25       A.     There are 27 --

A. KONTEYE

1    Q.    What do you perceive the race of Sonia Frances?

2    A.    Your question, which is in regards to teachers

3    that I have answered that already --

4          MS. SOULIOPOULOS:  I'm going to mark that

5          for a ruling by the court.

6    A.    -- there are teachers hired over me.

7    Q.    Did you name Sonia Frances as one of the teachers

8    who was hired over you in FDA 1?

9    A.    It was Sonia Frances, Katrina Billy-Wilkinson --

10   Q.    No, Mr. Konteye --

11   A.    Dianne Joyce --

12   Q.    -- my question -- stop --

13   A.    Adeyemi Anthony Mahon.

14   Q.    Mr. Konteye --

15   A.    -- Jake Hart --

16   Q.    -- I am asking specifically of Sonia --

17   A.    I am giving you all the 27.

18   Q.    I know you the 27 people you've answered, okay?

19   A.    So what you're asking about is about their race.

20         MS. SOULIOPOULOS:  Off the record.

21         (Whereupon, an off-the-record discussion was

22         held.)

23   Q.    Okay.  Mr. Konteye, you stated that 27

24   individuals were hired over you.  Please provide the names

25   of the 27 individuals that were hired over you.

A. KONTEYE

1      A.      Angelique Angrum, Daquashia Walker, Robert

2    Neigeborn, Vanessa Silva, Wendy Luke, Angela Williamson,

3    Connor Burgevin, Tihira Haffoney, David Neville, Jackie

4    Kim, Anthony Heyward, Shannay Mcnair, Nisha Ramirez, Pedro

5    Rojas-Sanchez, Allen Jones, Sheryl Jones, Shaniqua

6    Hutchinson, and Pierre Williams.

7              The majority are from the teaching fellows, so I

8    had my license before they even had their license.  Latoya

9    Walker is one of them, Jake Hart is another one, David --

10   Dennis Benlala, Andrew Kel, all of these instructors come

11   from the teaching fellow who I had my license before them.

12              COURT REPORTER:  Spell everything

13         phonetically?

14              MS. CANFIELD:  You have the list, right?

15              THE WITNESS:  Can we just do that later and

16         mark that?  Thank you.

17      Q.      So what do you perceive the race of Ms. Sonia

18   Frances to be?

19      A.      My complaint is dealing with national origin.

20      Q.      What do you perceive the national origin of

21   Ms. Sonia Frances to be?

22      A.      I will not speculate on that.

23      Q.      Based on your answer, I'm going to assume that

24   you don't know what the national origin of Ms. Sonia

25   Frances is, and I'm going to just move on.

A. KONTEYE

1      Was Sonia Frances hired as a French teacher at

2  the Fredrick Douglass Academy?

3      A.    Ms. Sonia Frances is part of the 27 people I

4  listed hired over me.

5      Q.    Was Ms. Sonia Frances hired as French teacher at

6  the Fredrick Douglass Academy?

7      A.    Again, Ms. Sonia Frances were 27 individuals who

8  were hired over me.

9      Q.    I'm aware of that.

10          MS. SOULIOPOULOS:  I'm going to mark that

11          for a ruling and move on.

12     Q.    What do you perceive the national origin of

13  Katrina Billy-Wilkinson to be?

14     A.    African-American I assume.

15     Q.    African-American is technically a race.  Do you

16  -- are you aware of Ms. Wilkinson -- or Billy-Wilkinson's

17  national origin?

18     A.    You asking me national origin, I said

19  African-American.

20     Q.    Correct, which is a race, however, national

21  origin means where someone is ethnically from.  Are you

22  aware of Ms. Billy-Wilkinson's national origin?

23     A.    So you saying -- specify your question, because

24  I'm not understanding your question.  If a Caucasian is in

25  Africa, what would be his race?

A. KONTEYE

1    Q.    Well, his race technically would be Caucasian,

2    right?  But let's say he was born in Egypt, then his

3    national origin would be Egyptian?

4    A.    So the response I gave you for national origin,

5    after African-American, it does not satisfy you?

6    Q.    So when you say "African-American," do you mean

7    that Ms. Billy-Wilkinson is from America?

8    A.    She is from America.

9    Q.    That's fine.  Was Ms. Katrina Billy-Wilkinson

10   hired as a French teacher at the Fredrick Douglass Academy?

11   A.    Again, Katrina Billy-Wilkinson is a part of 27

12   individuals that were hired over me.

13              MS. SOULIOPOULOS:  So I'm going to mark that

14              for a later ruling.

15   Q.    So based on your response regarding Ms. Katrina

16   Billy-Wilkinson, I'm going to assume that you don't know

17   she was hired for a French teacher position at the Fredrick

18   Douglass Academy.  What do you perceive --

19   A.    Are you assuming, or are you specifying?  Be

20   specific, because this is about -- what you're saying is

21   about teachers that were hired over me.

22   Q.    Mr. Konteye --

23   A.    We're talking about positions.

24   Q.    Yes.

25   A.    Teachers, in general, no matter the subject that

Exhibit 89

1          DIRECT/GATES

2          Q.          Whatever happened with that

3    position, with that offer?

4          A.          I believe when the paperwork

5    went in, he was not eligible for a full-time

6    teacher's license at the time.

7          Q.          That was because he didn't have

8    the appropriate license at that time?

9          A.          I'm not the one who looks at

10   and examines licenses.  We submit these and

11   then we sort of find out where a teacher is

12   as far as their licensing process.

13               Sometimes a teacher has

14   misinformation about where they are at.

15          Q.          Did there come a time when you

16   found out that Mr. Konteye did end up getting

17   a license?

18          A.          I believe that was the date Mr.

19   Konteye presented, maybe March or April of

20   2015.

21          Q.          Once you found out that Mr.

22   Konteye then had the appropriate license,

23   what did you do next with regard to that?

24          A.          As we planned for the upcoming

25   school year, we planned out a schedule with

**Exhibit 88**

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------------------------X
   AMADOU KONTEYE,
3
                                    PLAINTIFF,
4
5        -against-                Case No.:
                                  17CV2876
6
7  NYC DEPT OF EDUCATION and JOSEPH D. GATES,
8                                   DEFENDANTS.
   ------------------------------------------------X
9
10                      DATE:   May 29, 2018
11                      TIME:   9:59 A.M.
12
13
14             CONTINUED DEPOSITION of the Plaintiff,
15  AMADOU KONTEYE, taken by the Defendants, pursuant to a
16  Court Order and to the Federal Rules of Civil Procedure,
17  held at the New York City Law Department, 100 Church
18  Street, New York, New York 10007, before Kevin Haghnazari,
19  a Notary Public of the State of New York.
20
21
22
23
24
25

```
 1    A P P E A R A N C E S:

 2

 3    AMADOU KONTEYE, Pro Se
            164 West 147th Street, Apartment 2D
 4      New York, New York 10039

 5

 6

 7    ZACHARY W. CARTER, ESQ.
      CORPORATION COUNSEL
      NEW YORK CITY LAW DEPARTMENT
 8      Attorney for the Defendants
            NYC DEPT OF EDUCATION, JOSEPH D. GATES
 9      100 Church Street
            New York, New York 10007
10      BY:  KATERINA SOULIOPOULOS, ESQ.
                  -and-
11            DONNA CANFIELD, ESQ.
            File #:  2017-024687
12      Control #:  170225

13

14                      *         *         *

15

16

17

18

19

20

21

22

23

24

25
```

A. KONTEYE

1    Q.    That's fine.  I'm going to move on and just

2  assume she was not hired as a French teacher --

3    A.    Principal Joseph D. Gates put inaccurate codes

4  into my files, so you have to ask Principal Joseph D. Gates

5  what is their position.  For somebody that put social

6  studies and I was not teaching social studies.

7    Q.    Mr. Konteye, that's it --

8    A.    You have them.

9    Q.    Off the record.

10         (Whereupon, an off-the-record discussion was

11         held.)

12         MS. SOULIOPOULOS:  Let's go back on the

13         record.

14    Q.    What do you perceive the national origin of

15  Katrina Billy-Wilkinson to be?

16    A.    She's not from Senegal like I am.

17    Q.    Was Ms. Katrina Billy-Wilkinson hired as a French

18  teacher at the Frederick Douglass Academy number one?

19    A.    You should ask Principal Joseph D. Gates who put

20  inaccurate codes into my file.

21    Q.    So I'm going so assume you don't know the answer

22  to my question?

23    A.    You're assuming.  Ask Principal Joseph D. gates.

24    Q.    Mr. Konteye, I'm going to take five minutes and

25  see if there's anything further I'd like to ask you about,

**Exhibit 90**



THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

Office of Teaching Initiatives
89 Washington Avenue, Room 5N EB
Phone: (518) 474-3901

Web: www.highered.nysed.gov/tcert
Contact: http://www.highered.nysed.gov/tcert/contact.htm
Fax: (518) 473-0271

03/28/2017

*AMADOU KONTEYE*
*164 West 147 street*
*2D*
*NYC, NY 10039*

### Notice of Uncompleted Requirements for Certification

The documents recorded during the last three years in your TEACH account have been reviewed. The Office of Teaching Initiatives cannot approve the issuance of your **Professional Certificate French 7-12** based upon this review. Evidence to satisfy the unmet requirements listed below must include your date of birth and the last four of your Social Security Number.

- **Paid, full-time Classroom Teaching experience - 3 Yrs**
  Upon review of your records on file, we credited **0 Yrs** towards this requirement. You are still deficient of this requirement by **3 Yrs** You need to provide further documentation to satisfy the above deficiency.

All applications submitted on or after 9/1/16 require employment verification to be submitted by the applicant's employer(s). For every classroom teaching assignment that you have had, please have your employer(s) submit the "Verification of Paid Experience" form found here:
http://www.highered.nysed.gov/tcert/pdf/ot37permprof.pdf

- **Mentored Experience - 1 Yrs**
  Upon review of your records on file, we credited **0 Yrs** towards this requirement. You are still deficient of this requirement by **1 Yrs** You need to provide further documentation to satisfy the above deficiency.

You must contact the NYCDOE mentoring office (phone: 718.935.4523 / email: MentorVerification@schools.nyc.gov) and request that they enter an electronic statement onto your TEACH account verifying your mentored experience. Once a statement has been entered, you will be able to view it (Account Information page,

**Review Policy**

All documentation sent to this office must include the following personally identifiable information: your full name - exactly as it appears in your TEACH account, the last 4 digits of your SSN, and your date of birth. For information about how to submit specific documentation, see our website here: http://www.highered.nysed.gov/tcert/teach/submitdocs.html

Applications are evaluated based upon the order in which they enter "ready for review" status. This is a combination of application date (the date on which you have successfully submitted and paid for your application) and the date on which your documentation (college recommendations, transcripts, workshops, letters, etc.) is processed and entered onto your account. Once your applications appear on our work queue we will evaluate them accordingly. You should check your TEACH account periodically to see if the status of your application has been updated. To do so, login to your account, click on Account Information, Certificates and then Go. There you can click on your evaluation history to see if there have been any changes.

Please note that applications are valid for 3 years from the date they were submitted, or two manual evaluations - whichever comes first. If you do not satisfy the requirements within the lifetime of your application, your application will be disapproved and will no longer be active. If this happens, and if you wish to obtain that certificate in the future, you will have to submit a new application and application fee via your TEACH account. Then, you will have to submit documentation that satisfies all requirements listed on the application at that time.

For further information regarding the requirements and the status of your application for certification, check your TEACH Online Services account.

Sincerely,

**Matt O'Brien**

6/1/2018

# Evaluation History

## Personal Information

| | | | |
|---|---|---|---|
| **Name** | AMADOU KONTEYE | **SSN** | ***-**-0441 |
| **Date of Birth** | 06/06/1989 | **Teacher Id** | 3530368 |
| **Gender** | Male | **Address** | |

## Certificate Information

| | | | |
|---|---|---|---|
| **Certificate** | Classroom Teacher - Foreign Languages Professional Certificate French 7-12 | **Status** | Review Complete - Pending Information |
| **Effective Date** | | **Expiration Date** | |
| **Change Reason** | Wrong pathway. | | |

## Pathway: Certificate Progression

| Requirement | Current Status | Evaluated By | Entered Status/Credit | Deficiency | Exemption Status | Comments |
|---|---|---|---|---|---|---|
| Hold/Held an Initial Certificate - French 7-12 | Verified Met | OT | | | | |
| Additional Education - Masters Degree | Verified Met | OT | | | | |
| Graduate Coursework Content Core - French - 12 S.H. | Verified Met | OT | 12 | 0 | | ▦ |
| Paid, full-time Classroom Teaching experience - 3 Yrs | Deficient | OT | | 3 | | ▦ |
| Mentored Experience - 1 Yrs | Deficient | OT | | 1 | | |
| Workshop - Child Abuse Identification | Verified Met | OT | | | | |
| Workshop - School Violence Intervention and Prevention | Verified Met | OT | | | | |
| Workshop - Dignity For All Students Act | Verified Met | OT | | | | |
| Fingerprint Clearance | Verified Met | OT | | | | |
| Citizenship Status - INS Permanent Residence or U.S. Citizenship | Verified Met | OT | | | | |

**Exhibit 91**

# Re: Konteye, Amadou NOTICE OF GRIEVANCE CONFERENCE OLR 160809 UFT M60504

### Konteye Amadou

Mon 11/28/2016 3:45 PM

To:Rivera Gioconda <GRivera38@schools.nyc.gov>; Gates Joseph (05M499) <JGates@schools.nyc.gov>; Radzivilover Elenor <ERadziv@schools.nyc.gov>; Lichtenstein Alan <ALichte@schools.nyc.gov>; Solimando Karen <KSolimando@schools.nyc.gov>; Waltuch Phyllis <PWaltuch@schools.nyc.gov>; chosang@uft.org <chosang@uft.org>; khernandez@uft.org <khernandez@uft.org>; sperry@uft.org <sperry@uft.org>; alaureano@uft.org <alaureano@uft.org>; aivy@uft.org <aivy@uft.org>; mcollins@uft.org <mcollins@uft.org>; kheggs@uft.org <kheggs@uft.org>; mdaniels@uft.org <mdaniels@uft.org>; ymcdowell@uft.org <ymcdowell@uft.org>; mmccoy@uft.org <mmccoy@uft.org>; prichardson@uft.org <prichardson@uft.org>; spender@uft.org <spender@uft.org>;

Cc:Salas Crystal <CSalas3@schools.nyc.gov>; Baker Mary <MBaker11@schools.nyc.gov>; Lsomer@optonline.net <Lsomer@optonline.net>;

📎  2 attachments (200 KB)

Amadou Konteye Years of teaching French at FDA1 2012-2016.pdf; Amadou Konteye Years of teaching French at FDA1 2012-2016.pdf;

November 28, 2016

Greetings All:

Mr. Alan Lichtenstein, the Chancellor's representative

Ms. Elenor Radzivilover, the Superintendent's representative

Ms. Parniece Richardson, UFT Special Representative

Mr. Joseph D. Gates, Principal via- joined by phone at Frederick Douglass Academy 1 (05 M 499)

CC:  Lloyd Somer, Attorney At Law

Following up on the suggestions of Mr. Alan Lichtenstein, the Chancellor's representative, I am writing this email to Principal Joseph Gates, Frederick Douglass Academy 1 (05 M 499) requesting two letters, one letter explaining the four years of instructing Full time French at Frederick Douglass Academy; the second letter to indicate the mentor experience under the supervision of the Assistant Principal Ajibola. This is regarding my NYSED Professional Teaching Certificate.

The UFT was given all of the evidence regarding the nomination French position that Mr. Gates wrote on June 22, 2014, and September 16, 2014 along with my NYS French Teaching license, my teacher evaluations 2012-2013, 2013-2014, 2014-2015, 2015-16, Program schedules for the four and half years at

Re: Konteye, Amadou NOTICE OF GRIEVANCE CONFERENCE OLR 160... - Konteye Amadou

Frederick Douglass Academy.

The two letters about my four years of instructing full time French Program and mentor experience written by Principal Joseph D. Gates to be send to the following address below.

Lloyd Somer, Attorney At Law
Law Offices Of Lloyd Somer
330 Seventh Avenue, 15th Floor, New York, NY 10001
Telephone (212) 629-7001
Facsimile (212) 629-7026
Email: Lsomer@OPTONLINE.NET

**School year 2011-2012**

**April 2012-June 2012**

I was assigned to instruct 8th grade ELA:  802, 803, and 804        (3 classes total)

Reason:  Mr. Torey Williams the ELA teacher was in training in transition of becoming the school dean. Therefore, Principal Joseph Gates gave Mr. Williams' ELA program while Mr. Williams was on Dean duty.

**School year: September 2012- June 2013**
Principal Joseph Gates gave me the French program to instruct the Middle School French vacancy supervised by the Foreign Language Department Chair and Assistant Principal Ajibola. I was teaching the following classes below Full time French

701, 702, 704, 801, 802, 803, 804, 807     (8 classes total)

**School year: September 2013- June 2014**
Principal Joseph Gates gave me the French program to instruct the Middle School French vacancy supervised by the Foreign Language Department Chair and Assistant Principal Ajibola. I was teaching the following classes below Full time French

High School, 701, 702, 703, 704, 801, 802, 803, 804,     (9 classes total)

**School year: September 2014- June 2015**
Principal Joseph Gates gave me the French program to instruct the Middle School French vacancy supervised by the Foreign Language Department Chair and Assistant Principal Ajibola. I was teaching the following classes below Full time French

High School, 701, 702, 703, 704, 801, 802, 803, 804,      (9 classes total)

**School year: September 2015- February 12, 2016**

Principal Joseph Gates gave me the French program to instruct the Middle School French vacancy supervised by the Foreign Language Department Chair and Assistant Principal Ajibola. I was teaching the following classes below Full time French

High School, 701, 702, 704, 801, 802, 803, 804, 087      (9 classes total)
I completed my Masters degree in May 2016

-
<u>My issue</u>: I hold the **Initial Certificate-French 7-12;** however, I am being **prevented** from obtaining the **Professional Certificate- French 7-12.**


**Reason for the prevention:**  According to NYSED> in order to obtain the French **Professional Certificate**

<u>**Three Years Experience:**</u>


- <u>Paid, full-time Classroom Teaching experience - 3 Yrs</u>
    - Classroom teaching experience includes experience earned in a public or approved nonpublic preschool or elementary, middle, or secondary school in the subject area of the certificate. Experience that is not full time may be credited on a prorated basis. Teaching assistant experience is not applicable to this requirement.

        Note:

        - Teachers working as substitutes in numerous districts may wish to have each district verify the experience by providing a short letter on district letterhead.

<u>**What needs to be done: To rectify**</u>

1. Reclaiming my 4.5 years of teaching experience as a French teacher at Frederick Douglass Academy (05 M 499)

Years as a full-time French teacher

September 2012-June 2013

September 2013-June 2014

September 2014-June 2015

September 2015-February 12, 2016

2. A written letter by Principal Joseph D. Gates (FDA 05M499) or Superintendent Gale Reeves (District 05) to verify the years of full-time classroom teaching experience, as noted below by NYSED Office Of Teaching Initiatives

> Note:
> - Teachers working as substitutes in numerous districts may wish to have each district verify the experience by providing a short letter on district letter head.

## Mentor Experience:

Request:  April 2012-June 2012   (Mentored by Mr. Tory Williams)

September 2012 until February 2016 (Mentored by Mr. Thomas Ajibola)

**School year: September 2012- June 2013**

**School year: September 2013- June 2014**

**School year: September 2014- June 2015**

**School year: September 2015- February 12, 2016**

## Three Years Experience:

- <u>Paid, full-time Classroom Teaching experience - 3 Yrs</u>
  - Classroom teaching experience includes experience earned in a public or approved nonpublic preschool or elementary, middle, or secondary school in the subject area of the certificate. Experience that is not full time may be credited on a prorated basis. Teaching assistant experience is not applicable to this requirement.
  - 

    Note:

    - Teachers working as substitutes in numerous districts may wish to have each district verify the experience by providing a short letter on
    - district letterhead.

-

## Mentor Experience:

## Requirement Description

"Mentored experience" refers to the guidance and professional support that experienced, certified teachers/school building leaders provide to new teachers/school building leaders in their first year of teaching/building leadership in a public school.
Completion of the mentored experience must be verified by the superintendent of the employing school district through TEACH by entering a superintendent statement and selecting "Verification of Mentoring" as the statement.
For more information,
visit www.highered.nysed.gov/tcert/resteachers/mentoring.html.

Attention:

The two letters about my four years of instructing full time French Program and mentor experience written by

Principal Joseph D. Gates to be send to the following address below.

Lloyd Somer, Attorney At Law
Law Offices Of Lloyd Somer
330 Seventh Avenue, 15th Floor, New York, NY 10001
Telephone (212) 629-7001
Facsimile (212) 629-7026
Email: Lsomer@OPTONLINE.NET


Thank you in advance regarding this matter.

Sincerely,

Amadou Konteye
NYC DOE Teacher

---

**From:** Rivera Gioconda
**Sent:** Tuesday, November 22, 2016 9:12:40 AM
**To:** Gates Joseph (05M499); Radzivilover Elenor; Lichtenstein Alan; Solimando Karen; Waltuch Phyllis; chosang@uft.org; khernandez@uft.org; sperry@uft.org; alaureano@uft.org; aivy@uft.org; mcollins@uft.org; kheggs@uft.org; mdaniels@uft.org; ymcdowell@uft.org; mmccoy@uft.org; prichardson@uft.org; spender@uft.org; Konteye Amadou
**Cc:** Salas Crystal; Baker Mary
**Subject:** Konteye, Amadou NOTICE OF GRIEVANCE CONFERENCE OLR 160809 UFT M60504


Best Regards,

Gioconda Rivera
Investigator
NYC Department of Education
Office of Labor Relations
100 Gold Street, Room 3403, WS-19
New York, NY 10038-1619
GRivera38@schools.nyc.gov
Phone: 212-374-0338
Fax: 212-374-0456


CONFIDENTIALITY NOTE: The information contained in this email message is privileged and confidential information intended only for the use of the individual or entity to who it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited.  If you have received this email in error, please immediately notify me by telephone, fax, or email and delete the message.  The name and address of the sender and other information, as printed above and in the "From" line, are intended as informational only and are not intended in any manner whatsoever

to constitute an electronic signature.  Moreover, my name and other information are not intended in any manner whatsoever to bind or otherwise commit the sender or the New York City Department of Education.

Exhibit 92

**Todd A. Drantch, Esq.**

*Agency Attorney*

Office of Labor Relations & Collective Bargaining

New York City Department of Education

100 Gold St, Room 3403

New York, NY  10038

Phone (212) 374-7951

Fax (212) 374-0456

TDrantch@schools.nyc.gov

**From:** Lloyd Somer [mailto:Lloyd@someresq.com]
**Sent:** Friday, April 14, 2017 5:29 PM
**To:** Drantch Todd <TDrantch@schools.nyc.gov>
**Subject:** Amadou Konteye

Attached please find correspondence from my client with regard to his seeking his Professional Teaching Certificate. Thank you in advance for your anticipated assistance.

Lloyd Somer, Esq.

Law Offices of Lloyd Somer

330 Seventh Avenue, 15th Floor

New York, New York 10001

(212) 629-7001 - Telephone

(212) 629-7026 - Fax

Lloyd@someresq.com

**Subject:**  FW: Amadou Konteye

**From:**  Lloyd Somer (Lloyd@someresq.com)

**To:**  amadoukonteye@yahoo.com;

**Date:**  Wednesday, May 3, 2017 4:36 PM

See below.

Lloyd Somer, Esq.

Law Offices of Lloyd Somer

330 Seventh Avenue, 15th Floor

New York, New York 10001

(212) 629-7001 - Telephone

(212) 629-7026 - Fax

Lloyd@someresq.com

**From:** Drantch Todd [mailto:TDrantch@schools.nyc.gov]
**Sent:** Wednesday, May 3, 2017 4:26 PM
**To:** Lloyd Somer <Lloyd@someresq.com>
**Subject:** RE: Amadou Konteye

Just from reading this, it looks like it should go to the superintendent or Human Resources (HR Connect). Has he tried bringing it there? HR Connect is located in 65 Court Street.

**HR Connect**
65 Court Street, Room 102
Brooklyn, NY 11201
(718) 935-4000

This is really outside of my expertise. I have never seen nor dealt with this type of form or state pedagogic licensing requirements. I really don't want to give you bad advice. Maybe try calling the State to see who usually fills this out/signs it or HR connect to see if it's their department.

-Todd

**Edwards Nadine**

| | |
|---|---|
| **From:** | Edward Tashirah |
| **Sent:** | Thursday, May 25, 2017 3:40 PM |
| **To:** | Edwards Nadine |
| **Subject:** | FW: Teacher Verification |
| **Attachments:** | DOC050917-05092017134700.pdf |

Good Afternoon:

The form that Amadou Konteye filled out is incorrect he was only a fulltime teacher from 9/8/15 - 2/12/16.  The other dates he filled out he was a substitute teacher.  Please have him resubmit the form filled out with only section 1 completed and I will fill out the remaining section.

Thank you,

-----Original Message-----
From: Edwards Nadine
Sent: Thursday, May 25, 2017 2:41 PM
To: Edward Tashirah <TEdward4@schools.nyc.gov>
Subject: FW: Teacher Verification

Hi Tashirah,

I'm just following up - is this information correct, please advise. Thanks.


Nadine Edwards
Community School
District Five
425 West 123 Street
New York, NY 10027
(212) 769-7500 X 2054
(212) 769-7619 Fax

*************************************************************************************
*****
Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.


-----Original Message-----
From: Edwards Nadine
Sent: Tuesday, May 09, 2017 1:59 PM
To: Edward Tashirah <TEdward4@schools.nyc.gov>
Subject: Teacher Verification

Good Afternoon,

Please verify the attached information so Ms. Reeves can sign the form. Thanks.

Nadine Edwards
Community School
District Five
425 West 123 Street
New York, NY 10027
(212) 769-7500 X 2054
(212) 769-7619 Fax

************************************************************************************************
*****
Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.

Exhibit 47

# THE FREDERICK DOUGLASS ACADEMY



Phone: (212) 491-4107
www.FDA1.org

Fax: (212) 491-4414
JGates@schools.nyc.gov

A College Preparatory School

2581 Adam Clayton Powell Jr. Blvd, New York, NY 10039

Joseph D. Gates, Principal

June 22, 2014

New York City Department of Education
Division of Human Resources (DHR)
65 Court Street, Room 102
Brooklyn, NY 11201
(718) 935-4000

To Whom It May Concern:

This letter is to nominate Mr. AmadouKonteye  (File # 2595157; SS # 096840441) for a French Foreign
Language Teaching position  at the Frederick Douglass Academy I (05M499). He has submitted all the
required documentation to the New York State Education Department and waiting for his license to be
issued. Kindly assist in processing his so that he may start the 2014/2015 school year with our school.

Thank you for your assistance and cooperation in this matter.

Best Regards,

Joseph Gates
Principal



*University of the
Education* State of New York
Department

## PUBLIC SCHOOL TEACHER CERTIFICATE

*This certificate, valid for service in the public schools, is granted to the person named
below who has satisfied the requirements prescribed by the State Education Department.*

DUPLICATE

### AMADOU KONTEYE

Certification Area: French 7-12

Form: INITIAL                         Certificate Number: 2530380

Effective Date: 03/18/2015  TO  08/31/2020   Control Number: 1020371162

Given under the authority of
the State Education Department

Deputy Commissioner for Higher Education                Commissioner of Education

---



*University of the
Education* State of New York
Department

## PUBLIC SCHOOL TEACHER CERTIFICATE

*This certificate, valid for service in the public schools, is granted to the person named
below who has satisfied the requirements prescribed by the State Education Department.*

DUPLICATE

### AMADOU KONTEYE

Certification Area: Social Studies 7-12

Form: INITIAL                         Certificate Number: 2530380

Effective Date: 03/18/2015  TO  08/31/2020   Control Number: 1020372162

Given under the authority of
the State Education Department

Deputy Commissioner for Higher Education                Commissioner of Education

Exhibit 54

# Fair Student Funding
# & School Budget
# Resource Guide
# FY 2012

New York City Department of Education
Division of Finance
June 2011



**NYC**

**Department of Education**

*Dennis M. Walcott, Chancellor*

**Specialized Academic:** This category continues to capture academically challenging high schools that have been funded at a higher level in the past.

**Specialized Audition:** All students within the school participate in the equivalent of a five-year sequence through two double periods daily of study in their art form.

- Students in these schools are admitted through a screening process that involves a performance audition or a portfolio review.

- Students take and pass a Comprehensive Exit Exam in the art form of choice in grade 12 and receive the Arts Endorsed Diploma.

**Transfer:** Small high schools designed to re-engage students who have dropped out or are over-age and under-credited for grade, as identified by the Office of Post-Secondary Readiness.

## 4.5. How Students Are Counted

### 4.5.1. Grade and Special Ed Weights: Projected Enrollment

Principals review the projected register developed for their schools by the Office of Student Enrollment (OSE), and have an opportunity to appeal the projected registers based on their own data, each spring.  The projected registers and appeal process is done in a web-based register tool. The outcome of this annual process yields the register projections for each school that are the basis for funding of general education and special education students.

### 4.5.2. Need Weight Registers

The Academic Intervention and ELL weight are based on test score data for pupils from the prior year. Principals expressed a strong preference for avoiding downward adjustments on difficult to predict characteristics.

# Fair Student Funding & School Budget Resource Guide
## FY 2013

New York City Department of Education
Division of Finance
**May 2012** *(Updated 1/15/13)*



**Department of Education**
*Dennis M. Walcott, Chancellor*

Resource Guide to School Budgets

## 4.5. How Students Are Counted

### 4.5.1. Grade and Special Ed Weights: Projected Enrollment

Principals review the projected register developed for their schools by the Office of Student Enrollment (OSE), and have an opportunity to appeal the projected registers based on their own data, each spring.  The projected registers and appeal process is done in a web-based register tool. The outcome of this annual process yields the register projections for each school that are the basis for funding of general education and students with disabilities.

### 4.5.2. Need Weight Registers

The Academic Intervention and ELL weight are based on test score data for pupils from the prior year. Principals expressed a strong preference for avoiding downward adjustments on difficult to predict characteristics.

# Fair Student Funding
# & School Budget
# Resource Guide
## FY 2014

New York City Department of Education
Division of Finance
May 2013



**Department of Education**

*Dennis M. Walcott, Chancellor*

## 4.5. How Students Are Counted

Before FY14, grade codes were entered by pupil accounting staff in the school irrespective of the pupil's IEP in SESIS. ATS required that every child have a grade code(s) and class codes be entered separately in CAP and ATS. Schools needed to review discrepancy reports and reconcile the two systems. This data was used to inform the budget office (to determine school FSF allocations), the enrollment office (to determine placement), and CAP (to determine services and first attend dates).

For the first time in FY14, the USPE screen will automatically populate with pupil mandate data from SESIS and will display the FSF funding category for both the recommended service and the service actually provided to the pupil, in accordance with the business rules above. School staff will need to research discrepancies and take corrective action to ensure that students are receiving all services mandated per the IEP.

Schools can use ATS and STARS to verify student and program data and updates can be initiated through the DOE source systems.

The Principals' Weekly Newsletter will have an announcement when the new USPE screen goes live in July 2013.

## 4.5.1. Grade and Special Ed Weights: Projected Enrollment

Principals review the projected register developed for their schools by the Office of Student Enrollment (OSE), and have an opportunity to appeal the projected registers based on their own data, each spring. The projected registers and appeal process is done in a web-based register tool. The outcome of this annual process yields the register projections for each school that are the basis for funding of general education and students with disabilities.

## 4.5.2. Need Weight Registers

The Academic Intervention and ELL weight are based on test score data for pupils from the prior year. Principals expressed a strong preference for avoiding downward adjustments on difficult to predict characteristics.

# Fair Student Funding
# & School Budget
# Resource Guide
## FY 2015



**Department of
Education**

*Carmen Fariña, Chancellor*

New York City Department of Education
Division of Finance
June 2015

Resource Guide to School Budgets

## 4.5. How Students Are Counted

Before FY 2014, grade codes were entered by pupil accounting staff in the school irrespective of the pupil's IEP in SESIS. ATS required that every child have a grade code and grade codes and class codes had to be entered separately in CAP and ATS. Schools needed to review discrepancy reports and reconcile the two systems. This data was used to inform the budget office (to determine school FSF allocations), the enrollment office (to determine placement), and CAP (to determine services and first attend dates).

Continuing in FY 2015, the USPE screen automatically populates with pupil mandate data from SESIS and displays the FSF funding category for both the recommended service and the service actually provided to the pupil based on the pupil program in STARS. School staff will need to research discrepancies and take corrective action to ensure that students are receiving all services mandated per the IEP.

Schools can use ATS and STARS to verify student and program data and updates can be initiated through the DOE source systems. Schools should engage in regular review of their student data through the data quality management process. Please see here (link to wiki - https://wiki.nycenet.edu/display/DataVerification/Data+Quality+Management+Wiki?src=search) for more information.

### 4.5.1. Grade and Special Ed Weights: Projected Enrollment

Principals review the projected register developed for their schools by the Office of Student Enrollment (OSE), and have an opportunity to appeal the projected registers based on their own data, each spring. The projected registers and appeal process is done in a web-based register tool. The outcome of this annual process yields the register projections for each school which are the basis for initial funding of general education and students with disabilities.

### 4.5.2. Need Weight Registers

The Academic Intervention and ELL weight are based on test score data for pupils from the prior year. Principals have expressed a strong preference for avoiding downward adjustments on difficult to predict characteristics.

# Fair Student Funding
# & School Budget
# Resource Guide
## FY 2016



New York City Department of Education
Division of Finance
June 2016

**Department of
Education**
*Carmen Fariña, Chancellor*

Resource Guide to School Budgets

## 4.5. How Students Are Counted

### 4.5.1. Grade and Special Ed Weights: Projected Enrollment

Principals review the projected register developed for their schools by the Office of Student Enrollment (OSE), and have an opportunity to appeal the projected registers based on their own data, each spring.  The projected registers and appeal process is done via a web-based register tool. The outcome of this annual process yields the register projections for each school which are the basis for initial funding of general education students with disabilities and the high school portfolio weights.

### 4.5.2. Need Weight Registers

The Academic Intervention and ELL weights are based on test score data for pupils from the prior year. Principals have expressed a strong preference for avoiding downward in-year adjustments based on difficult to predict pupil characteristics.

# Fair Student Funding
# & School Budget
# Resource Guide
## FY 2017



**Department of
Education**
*Carmen Fariña, Chancellor*

New York City Department of Education
Division of Finance
May 2016

**Resource Guide to School Budgets**

The new weights apply to over-age and under-credited (OAUC) pupils based upon the combinations of pupils' age and credits. Older pupils with fewer credits are classified under the "heavy" graduation challenge weight and other transfer pupils are classified under the weight for "non-heavy" graduation challenges.

## 4.5. How Students Are Counted

### 4.5.1. Grade, Special Ed, and Portfolio Weights: Projected Enrollment

Principals review the projected register developed for their schools by the Office of Student Enrollment (OSE), and have an opportunity to appeal the projected registers based on their own data, each spring.  The projected registers and appeal process is done via a web-based register tool. The outcome of this annual process yields the register projections for each school which are the basis for initial funding of general education students with disabilities and the high school portfolio weights.

### 4.5.2. Need Weight Registers: Prior Year Enrollment

The Academic Intervention and ELL weights are based on test score data for pupils from the prior year. Principals have expressed a strong preference for avoiding downward in-year adjustments based on difficult to predict pupil characteristics.

Exhibit 55

```
 1                    DIRECT/GATES
 2    I'm sorry, I'm a little bit off with the
 3    date.
 4          Q.        That is okay.  According to Mr.
 5    Konteye, he received his license in March of
 6    2015.
 7          A.        Correct.
 8          Q.        Which summer did you go to the
 9    budget office to try and get a position?
10          A.        That summer.
11          Q.        That would have been the summer
12    of 2015?
13          A.        Correct.
14          Q.        The position that you were
15    seeking to have for Mr. Konteye was in the
16    '15/'16 school year, correct?
17          A.        Correct.
18          Q.        Two things, what position did
19    you have in mind for Mr. Konteye for the
20    2015/2016 school year?
21          A.        I had in mind the French
22    position.
23          Q.        What were you told by the
24    budget office with regard to whether there
25    would be a French position available in
```

Exhibit 56

 **Regulation of the Chancellor**

Department of
Education

| | | | | |
|---|---|---|---|---|
| Category: | **INSTRUCTION** | Issued: 1/20/11 | Number: | **B-801** |
| Subject: | SCHOOL–BASED BUDGETING | | Page: | 1 of 1 |

### SUMMARY OF CHANGES

This regulation amends Chancellor's Regulation B-801 dated April 21, 2010.

Changes:

- Clarifies that school leadership teams in schools subject to the jurisdiction of the Chancellor have the ability to submit written comments regarding whether a school's school-based budget is aligned with its comprehensive educational plan (§§ II.A and II.B).
- Conforms the language of the regulation to more closely mirror that of Chancellor's Regulation A-655 and the relevant statute (§§ II.A and II.B).

II. **SCHOOL BUDGET DEVELOPMENT PROCESS**

A. Development of School-Based Budgets

1. At the time the Chancellor or his/her designee issues the preliminary allocation memoranda, he/she shall also issue to all principals memoranda that set forth the guidelines for scheduling the allocated funds. These memoranda shall also include the Chancellor's goals and objectives and a financial outlook for the next fiscal year.

2. Each DOE school shall develop a proposed school-based budget in accordance with these memoranda and the school's Comprehensive Education Plan ("CEP").

3. Each school's principal shall be responsible for developing the proposed school-based budget for his/her school. Such proposed school-based budgets must be consistent with the funding levels set forth in the preliminary allocation memorandum, each school's CEP, any other guidelines promulgated by the Chancellor, and federal and state funding guidelines.

4. The principal shall consult with his/her school's School Leadership Team ("SLT") when creating the proposed school-based budget. The principal shall also solicit the input of the school community with respect to the proposed school-based budget.

5. When reasonably requested, the Chancellor or his/her designee shall provide training and technical support to SLT members or members of the school community in order to support their participation in the school-based budget development process.

6. Principals of schools under the jurisdiction of a community superintendent shall provide, in a form and manner to be prescribed by the community superintendent, written justification demonstrating that the proposed school-based budget is aligned with the school's CEP.

7. Principals of schools under the jurisdiction of the Chancellor shall provide, in a form and manner to be prescribed by the Chancellor or his/her designee, a written justification demonstrating that the proposed school-based budget is aligned with the school's CEP.

8. For those schools subject to the jurisdiction of a community superintendent, principals shall submit the proposed school-based budget and the written justification to the community superintendent with jurisdiction over the school. For those schools subject to the jurisdiction of the Chancellor, principals shall submit the proposed school-based budget and the written justification to the Chancellor or his/her designee.

9. The members of the SLT other than the principal shall have the opportunity to submit to the community superintendent or, for schools subject to the Chancellor's jurisdiction, the Chancellor or his/her designee, a written response to the principal's written justification if they reach a consensus that they disagree with the principal's written justification that the school-based budget is aligned with the CEP. In accordance with Chancellor's Regulation A-655, the SLT's response must reflect the consensus of all members other than the principal, and be submitted to the community superintendent or, for schools subject to the Chancellor's jurisdiction, to the Chancellor or his/her designee within ten school days.

B. Review, Aggregation, and Adoption of School-Based Budgets

1. The community superintendent for each district shall develop a proposed budget for the administrative and operational expenses of his/her office, the district and, where applicable, the district CEC. Such proposed budget shall be consistent with the preliminary allocation memoranda and any other guidelines promulgated by the Chancellor.



**Exhibit 57**

# STANDARD OPERATING PROCEDURES:

## General School Funds – GSF



**Department of Education**
Carmen Fariña, Chancellor



DIVISION OF FINANCIAL OPERATIONS

Prepared by the Office of Business Operations

Last Updated November 2015

1

## 1.1. Fiduciary Responsibilities of the Principal

The principal is the authorizing official for all budget, payroll, and purchasing transactions for the school. It is the responsibility of the authorizing official to approve budget, payroll and purchases that support educational priorities or expenditures related to the "Business of Education."

The principal must ensure that all expenditures are in alignment with allocated funding levels, and is responsible for resolving any over-expenditures and disallowances. Disallowances are expenditures which are not permitted under the guidelines of the program. When disallowances are identified, appropriate alternative funding must be identified within the school to pay for those costs. As the authorizing official, the principal must follow program guidelines and regulations, have strong internal controls in place, and when designating such authority to only trusted and trained staff, be aware that he or she is ultimately responsible for all actions taken on their behalf by their designees.

Internal control is broadly defined as a process to safeguard assets utilized by DOE schools to educate students. Management and other personnel use internal control procedures designed to provide reasonable assurance regarding the achievement of objectives in the following categories:

- Safeguarding of assets;
- Effectiveness and efficiency of operations;
- Reliability of financial reporting; and
- Compliance with applicable laws and regulations.

Principals should refer to the Office of the Auditor General (OAG) website for guidance and training: (http://schools.nyc.gov/Offices/GeneralCounsel/OAG/TrainingProcess/default.htm)

All transactions should be fully documented and are subject to monitoring and audit by both internal and external control bodies such as the City and State Comptroller, State Education Department, Federal Department of Education, and private accounting firms contracted by the DOE or other oversight bodies to ensure proper controls.

Principals are reminded that fiscal management is a priority and they will be held accountable for their budgetary decisions.

|  | must be on school letterhead. Schools are encouraged to develop a contract with vendors to ensure terms and conditions are delivered. If assistance is required in the preparation of a contract, the Contracting Unit at the Division of Contracts and Purchasing (DCP) is available to help you. The Division of Contracts and Purchasing contract registration with the New York City's Comptroller's Office will not be required. |
|---|---|

# 5. HOW ARE MONIES ALLOCATED AND MANAGED?

**5.1 Organizational Roles and Responsibilities**
**5.1.1 Responsibilities of the Principal**

The principal:

- Is ultimately responsible for the collection, distribution, and accounting of all general school fund money.

- Must make certain that all receipts and expenditures are monitored on a regular basis.

- Appoints a responsible member of the regular school staff to be the school treasurer (per diem substitute employees are not permitted to serve as the treasurer). The treasurer should have experience in budget and/or finance and/or should have some aptitude for simple accounting procedures.

- Must appoint a minimum of three check signatories, one of whom must be him or herself.

- Must approve, maintain, and submit an *Authorization to Collect General School Funds* .

- Must ensure that bills are paid on a timely basis.

**5.1.2 Responsibilities of the Treasurer**

The school treasurer:

- Serves as an advisory member of the school budget or finance committee.

- Receives and monitors money for deposit and issues receipts.

- Issues checks in the manner prescribed by these regulations.

- Maintains records of income and disbursements.

- Maintains and examines purchase documents and verifies their accuracy.

- Verifies that a *Request for Expenditure Form* has been completed for each expenditure.

- Maintains records and prepares fiscal reports as the principal may request (e.g., a record of project appropriations, expenditures, and balances) and prepares monthly bank reconciliation for approval by principal or designee.

- Advises the principal of any inconsistencies with regulations or school instituted policies and procedures.

- Reconciles the balance for all bank accounts for the period ending June 30th (see section 5.3.2 for guidance).

> **Note:** The treasurer may not perform any function officially assigned to the faculty advisor of a student activity. The treasurer is not allowed to be a signatory on the general school fund checking account.

Monsieur Konteye

Mr. Konteye's French Program Schedule

Exhibit 58

My schedule for 2012-2013 School year

|   | Mon | TUE | Wed | THU | FRI |
|---|-----|-----|-----|-----|-----|
| 1 |     | 702 |     |     |     |
| 2 | 804 |     | 802 | 702 | 802 |
| 3 |     | 703 | 803 |     |     |
| 4 | 803 | 704 |     | 704 | 804 |
| 5 |     |     |     |     |     |
| 6 |     |     | 707 | 703 |     |
| 7 | 707 |     |     |     |     |
| 8 |     |     |     |     |     |

Monsieur Konteye
Mr. Konteye's French Program Schedule

My schedule for 2013-2014 School year

|   | Mon | TUE | Wed | THU | FRI |
|---|-----|-----|-----|-----|-----|
| 1 | 804 |     |     |     | 804 |
| 2 |     | 704 | 807 |     | 802 |
| 3 | 802 | 703 | 801 | 704 | 803 |
| 4 | 807 | 702 | 803 | 703 | 801 |
| 5 |     |     |     |     |     |
| 6 |     | 701 | 802 |     |     |
| 7 |     |     |     | 701 |     |
| 8 |     |     |     | 702 |     |

Monsieur Konteye
Mr. Konteye's French Program Schedule

My schedule for 2014-2015 School year

|   | Mon | TUE | Wed | THU | FRI |
|---|-----|-----|-----|-----|-----|
| 1 HIGH SCHOOL FRENCH 1 CLASS | | | EVERYDAY 1st PD | | |
| 2 | 801 | 701 | 804 | | |
| 3 | 804 | 703 | 802 | 701 | 801 |
| 4 | 803 | | | 702 | 802 |
| 5 | | | | | |
| 6 | 802 | 704 | | | 803 |
| 7 | | 702 | 801 | 703 | |
| 8 | | | 803 | 704 | 804 |

Monsieur Konteye

Mr. Konteye's French Program Schedule

My schedule for 2015-2016 School year

| | Mon | TUE | Wed | THU | FRI |
|---|---|---|---|---|---|
| | | 804 | | | |
| 2 | 701 | 801 | 803 | 804 | 804 |
| 3 | 803 | | 802 | | 801 |
| 4 | | 803 | | | |
| 5 | HIGH SCHOOL FRENCH 1 CLASS | | EVERYDAY 5TH PD | | |
| 6 | 702 | 702 | 704 | | 807 |
| 7 | | | 701 | 807 | 704 |
| 8 | 801 | 802 | | 802 | |

DBN: 05M499   School: FREDERICK DOUGLASS ACADEMY   School Year 2015   Term ID: 1   Sort By: Teacher, Course/Section   Omni Room #: No

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 6GR<br>KIM<br>218<br>—M—/16 | | | | | | | | |

**Teacher: KITT H**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PFSM64<br>PHYSICAL<br>EDUCATION<br>5<br>KITT H<br>110<br>M-W-F/23 | PFSS921<br>PHYS ED<br>KITT H<br>102<br>-T-R-/20 | PFSS923<br>PHYS ED<br>KITT H<br>102<br>M-W-F/15 | PFSS911<br>PHYS ED<br>KITT H<br>102<br>-T-R-/18 | | PFSS916<br>PHYS ED<br>KITT H<br>110<br>M-W-F/17 | PFSS927<br>PHYS ED<br>KITT H<br>110<br>-T-R-/19 | PFSS938<br>PHYS ED<br>KITT H<br>110<br>M-W-F/22 | PFSM824<br>PHYSICAL<br>EDUCATION<br>8<br>KITT H<br>110<br>-T-R-/90 | PFS21/2<br>PHYS ED<br>KITT H<br>GYM<br>-T-R-/43 | | | | | |

**Teacher: KONTEYE A**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FFSM64<br>FRENCH<br>8GR<br>KONTEYE A<br>287<br>—T—/90 | FFSU/7I<br>FRENCH<br>7GR<br>KONTEYE A<br>230<br>M—/19 | FFSU/23<br>FRENCH<br>7GR<br>KONTEYE A<br>218<br>—M—/10 | FFSM87<br>FRENCH<br>8GR<br>KONTEYE A<br>387<br>-T—/26 | FFSQQ0/<br>FRENCH/1<br>KONTEYE A<br>361<br>MTWR8/F/13 | FFSM87<br>FRENCH<br>8GR<br>KONTEYE A<br>387<br>—F/8 | FFSM73<br>FRENCH<br>7GR<br>KONTEYE A<br>287<br>-T-R-/22 | FFSM74<br>FRENCH<br>7GR<br>KONTEYE A<br>287<br>M—/17 | | | | | | |
| | | FFSM74<br>FRENCH<br>7GR<br>KONTEYE A<br>230<br>M—/19 | FFSM8/1<br>FRENCH<br>8GR<br>KONTEYE A<br>286<br>—F/17 | | FFSQQ0/<br>FRENCH/2<br>KONTEYE A<br>361<br>MTWR8/F/I | FFSM/2<br>FRENCH<br>7GR<br>KONTEYE A<br>230<br>—F/0 | FFSM8/1<br>FRENCH<br>8GR<br>KONTEYE A<br>287<br>—F/32 | | | | | | | |
| | | | FFSM8/1<br>FRENCH<br>8GR<br>KONTEYE A<br>286<br>—RF/30 | | FFSM/02<br>FRENCH<br>7GR<br>KONTEYE A<br>230<br>MT—/19 | FFSM/74<br>FRENCH<br>7GR<br>KONTEYE A<br>230<br>—F/32 | | | | | | | | |
| | FFSM48/3<br>FRENCH<br>8GR<br>KONTEYE A<br>286<br>—W-/26 | | FFSM83<br>FRENCH<br>8GR<br>KONTEYE A<br>285<br>-R—/26 | | | | | | | | | | | |



**Department of Education**

> **Middle School Academic Policy Guide**

# I.   ACADEMIC REQUIREMENTS

The New York State Education Department (NYSED) Commissioner's Regulations, New York City Department of Education (NYCDOE) Chancellor's Regulations, and supplementary NYCDOE InfoHub provide guidance on policies pertaining to students in middle school grades, including program requirements, assessments, grading, and promotion. Middle schools also serving elementary school and high school grades should refer to the Elementary and High School Academic Policy Guides for information applicable to these grade levels.

For academic policy and systems questions, schools can refer to the Academic Policy and Systems resource webpages or contact their academic policy and systems leads.

> The STARS suite of applications is the NYCDOE's official record of students' programs, grades, and progress toward completing academic requirements.[1] STARS reflects academic information for all NYCDOE public school students in grades K–12. STARS data also reflects schools' alignment to the New York State and New York City academic policies described in this guide. All middle schools must use STARS to enter information about the instruction and supports students are receiving throughout the school day; to reflect student-teacher-subject relationships; and to enter student grades. To ensure that STARS data accurately captures students' academic programs and outcomes, middle schools must follow the procedures outlined in the Middle School Course Code Directory and on the STARS wiki. STARS is managed by the NYCDOE's Office of Academic Policy and Systems. See the section of this guide on scheduling in STARS and visit the STARS wiki for more information.

## A.   PROGRAM REQUIREMENTS

NYSED's Part 100.4 defines the minimum program requirements for students in middle school grades, including required units of study for grades 7 and 8. Part 100.1 defines a unit of study as 180 minutes per week throughout the school year, which is the equivalent of 108 hours of instruction per year.[2] Throughout this document, a unit of study is based on the amount of instructional time the student receives from a NYCDOE subject-certified teacher in a course aligned to NYSED learning standards.

The sections below outline the minimum academic program that a student in a public middle school in New York State is entitled to receive. Schools may exceed the requirements and offer supplementary experiences, including advisory, service-learning opportunities, and other youth development courses that will enhance students' educational experiences and prepare them for the rigor of high school coursework.

### 1.   Grade 6

Schools must provide students in grade 6 instruction aligned to NYSED intermediate-level learning standards in specific subject areas. Principals may determine the distribution of time among these subject areas based on their academic program and student needs, with the exception of physical education and health education, and, where student need is established, bilingual education and/or English as a New Language (ENL) instruction.

Schools must provide instruction to all students in the following subject areas:

- English language arts (ELA), including reading, writing, listening and speaking
- Social studies, including geography and United States history
- Mathematics

---

[1] The STARS Suite includes three platforms across grades K–12: STARS Classroom, Client, and Admin.
[2] Most middle schools use an annual term model. These schools maintaining a consistent schedule throughout the entire school year and award final grades at the end of the year, in June. See the section of this guide on term models for more information.


**Department of Education**

**Middle School Academic Policy Guide**

- Science and technology
- Language other than English (LOTE)
- Physical education (PE), as described in Part 135.4
- Health education, as described in Part 135.3
- Arts education, including dance, music, theatre and visual arts
- Career development and occupational studies[3]
- Where student need is established, bilingual education and/or English as a New Language (ENL) instruction, as described in Part 154[4]

## 2. Grades 7 and 8

In grades 7 and 8, schools must provide students with academic programs that enable them to complete specific units of study in required subject areas by the end of grade 8. A unit of study is defined as 180 minutes per week throughout the school year or the equivalent of 108 hours per year. In middle school, a unit of study must align to NYSED intermediate-level learning standards and be taught by a NYCDOE teacher certified in the subject area. In most cases, instructional time delivered in these subject areas prior to grade 7 may not be counted toward the required units of study.[5]

The table below uses units of study to define the requirements. Schools may consult the appendix in this guide for examples of how schools can reach the unit of study requirements depending on period length and term model.

| Grade 7 & 8 Subjects | Total required time (1 unit = 108 hours) | Additional Information |
|---|---|---|
| **English language arts (ELA)** | 2 units | 108 hours in grade 7 *and* 108 hours in grade 8 |
| **Social studies** | 2 units | 108 hours in grade 7 *and* 108 hours in grade 8 |
| Math | 2 units | 108 hours in grade 7 *and* 108 hours in grade 8 |
| **Science** | 2 units | 108 hours in grade 7 *and* 108 hours in grade 8 |
| **Technology education[6]** | 1 unit | 108 hours total, across grades 7 *and/or* 8[7] Technology instruction provided in grades 5 and/or 6 may fulfill this requirement. |
| **Languages other than English (LOTE)** | 1 unit | 108 hours *total*, any years prior to the end of grade 8; see the section on LOTE for more details[8] |
| **Physical education** | 1 unit | 54 hours (90 minutes per week) in grade 7 *and* 54 hours (90 minutes per week) in grade 8; see the section on PE for more details |

---

[3] See the instructional standards for the intermediate level for career development and occupational studies (or CDOS). These are often integrated into English language arts, social studies, and other subjects in middle school.
[4] Courses previously referred to as English as a Second Language (ESL) are now referred to as English as a New Language (ENL). English as a New Language (ENL) courses that meet ELA standards may count toward students' ELA instructional requirements. See Part 154 and the English Language Learner Policy and Reference Guide for middle school ENL requirements.
[5] As an exception, the health, technology, and home and career skills requirements may be delivered prior to grade 7.
[6] Schools unable to hire teachers certified in technology education and/or home and career skills (FACS) may meet this requirement through any Career and Technology Education (CTE) course, see the CTE section below for additional information.
[7] Schools may integrate the technology learning standards into other courses, provided teachers certified in technology teach the courses.
[8] All students are required to complete two units of study prior to the end of grade 9. One of these units must be completed prior to the end of grade 8.


**Department of Education**

**Middle School Academic Policy Guide**

| Grade 7 & 8 Subjects | Total required time (1 unit = 108 hours) | Additional Information |
|---|---|---|
| Health education | 0.5 units | 54 hours *total*, across grades 7 and/or 8; see the section on health education for more details<br>Health instruction provided in grade 6 may fulfill this requirement. |
| Arts education | 0.5 unit in two different disciplines, for a total of 1 unit | 108 hours *total*, across grades 7 and/or 8; see the section on arts education for more details |
| Library and information skills | One period per week in grades 7 and 8, or the equivalent[9] | |
| Home and career skills[10] | .75 unit | 81 hours *total*, across grades 7 and/or 8[11]<br>Instruction in home and career skills provided in grades 5 and/or 6 may fulfill this requirement. |
| Career development and occupational studies | School-determined | |

### 3. Career and Technology Education (CTE)—Updated September 2018

Middle school students are required to take 1.75 units of Career and Technology Education. Schools may offer standalone courses to address CTE learning standards, or they may integrate them into other courses. Starting in school year 2018–2019, all middle school students may fulfill the 1.75 units requirement by taking courses in any of the six CTE disciplines (Technology Education, Home and Career Skills (FACS), Trade and Technical Subjects, Business, Agriculture, and Health Sciences), provided an appropriately certified CTE teacher instructs the courses.

### 4. Languages Other Than English (LOTE)—Updated September 2018

Instruction in LOTE may begin as early as kindergarten and must begin no later than the beginning of grade 8, such that all students have an opportunity to receive two full units of study by the end of grade 9. Courses in languages other than English provided as part of a home language arts (HLA) program satisfy the LOTE requirement.[12]

While not required, middle schools may design their LOTE programs to culminate in the NYCDOE Second Language Proficiency (SLP) exam.[13] This exam assesses proficiency of Checkpoint A learning standards and can be used to award accelerated high school credit when taken after completing an accelerated LOTE course in grade 8. Common middle school LOTE models include:

- Two years of study in LOTE in any elementary or middle school grades, culminating in the SLP exam. Students who successfully complete these courses and pass the associated SLP exam may be eligible receive two high school course credits upon transfer into high school.

---

[9] It is recommended that library and information skills be taught by library media specialists and classroom teachers to ensure coordination and integration of library instruction with classroom instruction.

[10] Starting in school year 2017-2018, schools unable to hire teachers certified in in technology education and/or home and career skills (FACS) may meet this requirement through any Career and Technology Education (CTE) course, see the CTE section below for additional information.

[11] Family and consumer sciences and/or career development and occupational studies learning standards may be integrated into other courses.

[12] Home language arts (HLA) is formerly known as native language arts (NLA). See the English Language Learner Policy and Reference Guide for more information.

[13] Because NYSED no longer offers SLP exams, the NYCDOE's locally-administered SLP exams are used to measure proficiency of the Checkpoint A learning standards.


**Department of Education**

**Middle School Academic Policy Guide**

- One year of accelerated LOTE study in grade 8, culminating in the SLP exam at the end of grade 8. Students who successfully complete the course and pass the SLP exam receive two high school course credits. Schools using this model should code these courses using the accelerated middle school LOTE course codes (for example, FSNM8A for accelerated Spanish).

If a school determines that students have acquired the proficiency necessary to be successful on the LOTE comprehensive exam, the school can request to administer that exam. LOTE Comprehensive exams are aligned to Checkpoint B learning standards and designed to be completed after a full course of study (meaning, three units of study/six credits). However, successfully completing the LOTE exam in middle school could affect programming decisions for these students. See the LOTE guidance for more information. Schools may contact their academic policy and systems lead to request approval to offer the NYCDOE LOTE comprehensive exam in grade 8.

## 5. Physical Education

Part 135.4 defines the minimum requirements for physical education (PE) for students in middle school grades. Schools must provide students in grades 6–8 with an instructional physical education (PE) program, aligned to NYSED learning standards, for at least 90 minutes per week in every throughout the year, in every term in middle school.[14] Schools may not count time spent dressing or traveling to an off-site facility toward the PE instructional time requirement.

*Summary of PE Time and Frequency Requirements*

| Grade Level | Which PE policies apply? | Minimum required time | Minimum required frequency |
|---|---|---|---|
| **Grade 6**[15]<br>In a K–6, K–8, K–12 school | Elementary school policies for grades 4–6 | 120 minutes per week | No less than 3 times per week, every term |
| **Grade 6**<br>In a 6–8 or 6–12 school | Middle school policies for grades 7–8 | 90 minutes per week | Every term |
| **Grades 7–8** | Middle school policies for grades 7–8 | 90 minutes per week | Every term |

PE programs must be designed to meet NYSED learning standards for physical education. PE courses must be taught by a certified, licensed PE teacher; and class size should be similar to other instructional areas to support student learning and sound instructional practice, and shall not exceed 50 students to one certified PE teacher per the UFT contract.

As in all other courses, grading for PE must be based primarily on content area knowledge and skills, and not on non-mastery measures. Students may not be graded solely on attendance, participation, or preparedness. See the section of this guide on grading policies and the Grading Policy Toolkit for more details.

NYC FITNESSGRAM is the City's annual health-related fitness assessment. Schools must complete this assessment for all eligible students each year as part of their PE program; however, performance on this assessment cannot be used to determine student grades.

There are no waivers or exemptions from PE requirements in middle school. Students with chronic or temporary medical conditions or disabilities must participate in physical education. Students with temporary medical conditions must

---

[14] The traditional PE scheduling model set by Part 135.4 is known as the "3/2 flip," in which students are scheduled for 3 days per week in one part of the year and 2 days per week in the other, or for a comparable time when the school is organized in other patterns. See the PE guidance document for more information on scheduling and term models.

[15] Notably, K–6, K–8, or K–12 schools serving grade 6 students should ensure grade 6 students are following the elementary requirements in the Elementary School Academic Policy Guide. This allows for continuity in scheduling across grades K–6. In all other cases, students in grade 6 follow the typical middle school requirements. For more information, see the PE guidance document.

1                      CROSS/GATES

2    you do on a daily basis?

3          A.       No, I don't keep a record of

4    what I do on a daily basis.

5          Q.       Did you memorialize the

6    meetings that you had with the staff?

7                   MR. DRANTCH:   Objection.   Is

8          there a good faith basis for these

9          questions?

10                  JUDGE BLASSMAN:   Sustained.   He

11         already responded.

12         Q.       Do you have any records at all

13   what occurred on February 2, 2016 that is

14   still maintained today?

15         A.       Excuse me?

16         Q.       Do you have any records in your

17   office or at home that pertain to what had

18   occurred at the school in February 2016 which

19   is still in existence today?

20         A.       These are records right here.

21   These are e-mails.   These are records.   I

22   have some records.

23         Q.       Do you have any records which

24   would indicate meetings with staff in

25   February 2016?

Page 199

```
 1                     CROSS/GATES
 2          Q.          What position was that?
 3          A.          That was a social studies
 4   position.
 5          Q.          When did he turn that down?
 6          A.          I'm not sure of the exact
 7   date.
 8          Q.          Was it in the year 2015/16?
 9          A.          It's either late August or
10   early September.
11          Q.          Is it considered history or
12   social studies or is it the same thing?
13          A.          The same thing.
14          Q.          How many social studies
15   teachers were there at that time in your
16   school when you allegedly offered him this
17   position?
18          A.          I'm not sure of the exact
19   number.
20          Q.          Were there fifteen social
21   studies teachers in the school at that
22   time?
23          A.          I'm unsure.
24          Q.          How many social studies
25   teachers do you usually need for a school of
```

Exhibit 63

1                    CROSS/GATES

2    your size?

3         A.        It fluctuates from year to

4    year.  Depending on the needs of the school

5    and the amount of the students that we have.

6         Q.        How many do they have this

7    year?

8         A.        I'm not sure.

9         Q.        Your principal and you don't

10   know the amount of social studies teachers

11   you have?

12        A.        I don't not exact number at

13   this time.

14        Q.        Aren't you responsible for

15   knowing the head count of your teachers and

16   the numbers in each department?

17        A.        I'm responsible for a lot of

18   things but to know that specifically just

19   from memory, I don't need to work from

20   memory.  I can get that specifically in a

21   list.  I wouldn't speculate here.  But I have

22   a way to get that number.

23        Q.        When you allegedly offered Mr.

24   Konteye the social studies position, what did

25   he say?

1                    CROSS/GATES

2    French?

3         A.        He said that he wanted to teach

4    French.

5         Q.        What did you respond if at all

6    to him?

7         A.        I told him that position was

8    tenuous.  That I may not be able to hold on

9    to that position based on the amount of kids

10   that we get in or don't get in.  I told him

11   that the social studies position was secure

12   and that the French position was tenuous.

13        Q.        Had Mr. Konteye taught French

14   previously in your school?

15        A.        Yes.

16        Q.        How many French teachers were

17   there previously in your school?

18                  JUDGE BLASSMAN:  That is not

19             relevant, counselor.

20             MR. SOMER:  Note my objection.

21                  JUDGE BLASSMAN:  Okay.

22        Q.        Did Mr. Konteye obtain a

23   license on March 18, 2015?

24                  JUDGE BLASSMAN:  I think there

25             is no dispute that he had that

Exhibit 65

School: FREDERICK DOUGLASS ACADEMY

DBN: 05M499

School Year: 2015     Term ID: 1     Sort By: Teacher, Course/Section     Omit Room #: No

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Teacher: KITT H | | PFSM2/4<br>PHYS ED<br>KITT H<br>102<br>-T-R-/20 | PFSM3/2<br>PHYS ED<br>KITT H<br>102<br>-T-R-/20 | PPSB5/3<br>PHYS ED<br>KITT H<br>102<br>-M-W-/17 | | | PFSM6/6<br>PHYS ED<br>KITT H<br>110<br>-M-W-/17 | 6GR<br>KIM<br>218<br>-W-/16 | | | | | | | |
| | | | | PPSB4/1<br>PHYS ED<br>KITT H<br>102<br>-T-R-/18 | | | PPSB8/8<br>PHYS ED<br>KITT H<br>110<br>M-W-F/22 | PPSB8/8<br>PHYSICAL<br>EDUCATION<br>8<br>KITT H<br>102<br>-T-R-/19 | PFSM8/4<br>PHYSICAL<br>EDUCATION<br>8<br>KITT H<br>GYM<br>-T-R-/17 | PFS2/U/2<br>PHYS ED<br>KITT H<br>GYM<br>-T-R-/43 | | | | | |
| Teacher: KONTEYE A | FFSM2/4<br>FRENCH<br>8GR<br>KONTEYE A<br>287<br>-T-/00 | FFSM7/1<br>FRENCH<br>7GR<br>KONTEYE A<br>230<br>M-/19 | FFSM1/9<br>FRENCH<br>7GR<br>KONTEYE A<br>218<br>-/00 | FFSM8/3<br>FRENCH<br>8GR<br>KONTEYE A<br>287<br>-T-/26 | FFS6Q0Q/4<br>FRENCH 1<br>KONTEYE A<br>361<br>MTWRF/13 | FFSM8/7<br>FRENCH<br>KONTEYE A<br>287<br>-/F8 | FFSM7/3<br>FRENCH<br>KONTEYE A<br>287<br>-/0 | FFSM8/2<br>FRENCH<br>8GR<br>KONTEYE A<br>287<br>-T-R-/22 | | | | | | | |
| | | FFSM8/4<br>FRENCH<br>KONTEYE A<br>286<br>-RF30 | FFSM8/1<br>FRENCH<br>8GR<br>KONTEYE A<br>286<br>-F17 | FFS6Q0Q/1<br>FRENCH 2<br>KONTEYE A<br>361<br>MTWRF/U | FFSM7/2<br>FRENCH<br>7GR<br>KONTEYE A<br>330<br>MT-/19 | FFSM7/4<br>FRENCH<br>7GR<br>KONTEYE A<br>330<br>-/F92 | FFSM8/1<br>FRENCH<br>8GR<br>KONTEYE A<br>287<br>M-/17 | | | | | | |
| | | FFSM8/3<br>FRENCH<br>8GR<br>KONTEYE A<br>286<br>-W-/26 | | | FFSM7/4<br>FRENCH<br>7GR<br>KONTEYE A<br>330<br>-W-/43 | FFSM8/7<br>FRENCH<br>8GR<br>KONTEYE A<br>287<br>-R-/48 | | | | | | | |

© 2015 Copyright NYC Department Of Education

November 09, 2015

8:08:53 AM

Exhibit 66

```
 1                    DIRECT/KONTEYE
 2   a little observation and get out.  He does
 3   not say a word.   Sometimes he stopped by.
 4   But the person that did the evaluation is the
 5   department chair of the foreign language
 6   department.
 7        Q.      And then what happens?
 8        A.      What ends up happening on
 9   September 4th when he calls me in --
10        Q.      September 4th which year?
11        A.      2015.
12        Q.      Go ahead.
13        A.      He called me in and told me
14   what I want to teach and what grade.
15                JUDGE BLASSMAN:  He asked you?
16                THE WITNESS:  Yes.
17        Q.      Continue.
18        A.      I said I'm used to the middle
19   school.  I have no problem and also I'm used
20   to the high school so it doesn't matter.  So,
21   what he said was he has two teachers that's
22   coming in to fill out the social study
23   department.
24                At this time the social study
25   department had fifteen teachers and still
```

Exhibit 69





# 2011-2012
# COMPREHENSIVE EDUCATIONAL PLAN
# (CEP)

**SCHOOL NAME :**   <u>**The Frederick Douglass Academy**</u>

DBN (DISTRICT/ BOROUGH/ NUMBER I.E. 01M000):   <u>05M499</u>

PRINCIPAL:   <u>JOSEPH GATES</u>          EMAIL:   <u>JGATES@SCHOOLS.NYC.GOV</u>

SUPERINTENDENT:   <u>GALE REEVES</u>

**04-30-2012**

## SCHOOL LEADERSHIP TEAM (SLT) SIGNATURE PAGE

Use this page to identify SLT members and confirm their participation in the development of this Comprehensive Educational Plan (CEP), which includes goals and action plans, a summary of Academic Intervention Services, and the Parent Involvement Policy. The signatures of SLT members indicate their participation in the development of the CEP and serve as confirmation that consultation has occurred to align funding in support of educational programs. The SLT must include an equal number of parents and staff and have a minimum of 10 and a maximum of 17 members, in accordance with the Chancellor's Regulation A-655, available on the <u>NYC DOE Web site</u>**.**

**Directions:**
1. List each SLT member in the left-hand column on the chart below. Specify any position held by the team member, e.g., Chairperson, SLT Secretary and the constituent group represented, e.g., parent, staff, student, or CBO. Core mandatory SLT members are indicated by an asterisk*.
2. Ensure that SLT members review this document and sign in the right-hand column in blue ink. If an SLT member does not wish to sign this plan, he/she may attach a written explanation in lieu of his/her signature.
3. Add rows as needed to ensure that all SLT members are listed.
4. The original copy, along with any written communications pertaining to this page, is to remain on file in the principal's office and be made available upon written request.

| Name | Position and Constituent Group Represented | Signature |
|---|---|---|
| Joseph Gates | *Principal or Designee | |
| Marquis Harrison | *UFT Chapter Leader or Designee | |
| Clive Drummond | *PA/PTA President or Designated Co-President | |
| Miriam Padilla | DC 37 Representative, if applicable | |
| | Student Representative (optional for elementary and middle schools; a minimum of two members required for high schools) | |
| | CBO Representative, if applicable | |
| Christina Jones | Member/Parent | |
| Vilmarie Carmona | Member/Parent | |
| Doreen Atherton | Member/Parent | |
| Dahlia Cummings | Member/Parent | |
| Oyetutu Osibajo | Member/Parent | |
| Stephanie Woodley | Member/Parent | |
| Alison Harris | Member/Teacher | |
| Alexis Zain | Member/Teacher | |
| Joel Bianchi | Member/Teacher | |

# OFFICE OF ENGLISH LANGUAGE LEARNERS
# GRADES K-12 LANGUAGE ALLOCATION POLICY
# SUBMISSION FORM
# 2011-12

DIRECTIONS: This submission form assists schools with gathering and organizing the quantitative and qualitative information necessary for a well-conceived school-based language allocation policy (LAP) that describes quality ELL programs. This LAP form, an appendix of the CEP, also incorporates information required for CR Part 154 funding so that a separate submission is no longer required. Agendas and minutes of LAP meetings should be kept readily available on file in the school.  Also, when preparing your school's submission, provide extended responses in the green spaces.  Spell-check has been disabled in this file, so consider typing responses to these questions in a separate file before copying them into the submission form.  For additional information, hold your cursor over the *①*.

## Part I: School ELL Profile

### A. School Information *①*

| Cluster Leader/Network Leader Lawrence Block | District 05 | Borough Manhattan | School Number 499 |
|---|---|---|---|
| School Name  Fredrederick Douglass Academy I | | | |

### B. Language Allocation Policy Team Composition *①*

| | |
|---|---|
| Principal  Joseph Gates | Assistant Principal  Thomas Ajibola |
| Coach  Lea Brown | Coach  Jenifer Hodge |
| ESL Teacher  Papa Tall | Guidance Counselor  Chris Middleton |
| Teacher/Subject Area  Micheal Oyedele / Math | Parent  Papa Tall |
| Teacher/Subject Area  Markland Walker /ELA | Parent Coordinator  Yvette McKenzie |
| Related Service  Provider  Valcruse Delma | Other Nancy Cruz-Martinez / FL |
| Network Leader  Lawrence Block | Other  type here |

### C. Teacher Qualifications *①*
Please provide a report of all staff members' certifications referred to in this section.  Press TAB after each number entered to calculate sums and percentages.

| Number of certified ESL teachers | 1 | Number of certified bilingual teachers | 0 | Number of certified NLA/foreign language teachers | 6 |
|---|---|---|---|---|---|
| Number of content area teachers with bilingual extensions | 0 | Number of special education teachers with bilingual extensions | 0 | Number of  teachers  of  ELLs without ESL/bilingual certification | 0 |
| Number of teachers who hold both a bilingual extension and ESL certification | 0 | Number of teachers currently teaching a self-contained ESL class who hold both a common branch license and ESL certification | 0 | | |

### D. School Demographics

| Total number of students in school | 1547 | Total Number of ELLs | 36 | ELLs as share of total student population (%) | 2.33% |
|---|---|---|---|---|---|

## Part II: ELL Identification Process



**Department of Education**

*Dennis M. Walcott, Chancellor*



# 2012-2013
# COMPREHENSIVE EDUCATIONAL PLAN
# (CEP)

SCHOOL NAME:  THE FREDERICK DOUGLASS ACADEMY

DBN (DISTRICT/ BOROUGH/ NUMBER I.E. 01M000):    05M499

PRINCIPAL:    JOSEPH D. GATES    EMAIL:   JGATES@SCHOOLS.NYC.GOV

SUPERINTENDENT:    GALE REEVES

## SCHOOL LEADERSHIP TEAM (SLT) SIGNATURE PAGE

Use this page to identify SLT members and confirm their participation in the development of this Comprehensive Educational Plan (CEP), which includes goals and action plans, a summary of Academic Intervention Services, and the Parent Involvement Policy. The signatures of SLT members indicate their participation in the development of the CEP and serve as confirmation that consultation has occurred to align funding in support of educational programs. The SLT must include an equal number of parents and staff and have a minimum of 10 and a maximum of 17 members, in accordance with the Chancellor's Regulation A-655, available on the <u>NYC DOE Web site</u>.

**Directions:**

1. List each SLT member in the left-hand column on the chart below. Specify any position held by the team member, e.g., Chairperson, SLT Secretary and the constituent group represented, e.g., parent, staff, student, or CBO. Core mandatory SLT members are indicated by an asterisk*.
2. Ensure that SLT members review this document and sign in the right-hand column in blue ink. If an SLT member does not wish to sign this plan, he/she may attach a written explanation in lieu of his/her signature.
3. Add rows as needed to ensure that all SLT members are listed.
4. The original copy, along with any written communications pertaining to this page, is to remain on file in the principal's office and be made available upon written request.

| Name | Position and Constituent Group Represented | Signature |
|---|---|---|
| Joseph D. Gates | *Principal or Designee | |
| Marquis Harrison | *UFT Chapter Leader or Designee | |
| Levon Smith | *PA/PTA President or Designated Co-President | |
| Jonathan Brown Andrea Iguina | Student Representative *(optional for elementary and middle schools; a minimum of two members required for high schools)* | |
| Vivian Johnson | Member/Parent | |
| Xiomara Fox | Member/Parent | |
| Dahalia Cummings | Member/Parent | |
| Oyetutu Osibajo | Member/Parent | |
| Stephanie Woodley | Member/Parent | |
| Vanrea Fearron | Member/Teacher | |
| Carey Ma | Member/Teacher | |
| Danielle Nunez | Member/Teacher | |
| Lucia Polanco | Member/Teacher | |

** Signature of constituent only indicates participation in the development of the CEP, not approval. <u>Note:</u> If for any reason a SLT member does not wish to sign this plan, he/she must attach an explanation in lieu of his/her signature.

2

# OFFICE OF ENGLISH LANGUAGE LEARNERS
## GRADES K-12 LANGUAGE ALLOCATION POLICY
### SUBMISSION FORM
### 2012-13

DIRECTIONS: This submission form assists schools with gathering and organizing the quantitative and qualitative information necessary for a well-conceived school-based language allocation policy (LAP) that describes quality ELL programs. This LAP form, an appendix of the CEP, also incorporates information required for CR Part 154 funding so that a separate submission is no longer required. Agendas and minutes of LAP meetings should be kept readily available on file in the school.  Also, when preparing your school's submission, provide extended responses in the green spaces.  Spell-check has been disabled in this file, so consider typing responses to these questions in a separate file before copying them into the submission form.  For additional information, hold your cursor over the *∅*.

## Part I: School ELL Profile

## A. School Information *∅*

| Cluster Leader/Network Leader  Gerry Beirne/Debra Maldonado | District 05 | Borough  Manhattan | School Number  499 |
|---|---|---|---|
| School Name  Fredrederick Douglass Academy I | | | |

## B. Language Allocation Policy Team Composition *∅*

| | |
|---|---|
| Principal  Joseph Gates | Assistant Principal  Thomas Ajibola |
| Coach  Lea Brown | Coach  Jenifer Hodge |
| ESL Teacher  Papa Tall | Guidance Counselor  Chris Middleton |
| Teacher/Subject Area  Micheal Oyedele / Math | Parent  Papa Tall |
| Teacher/Subject Area  Markland Walker /ELA | Parent Coordinator  Yvette McKenzie |
| Related Service Provider  Yvette McKenzie | Other  Nancy Cruz-Martinez / FL |
| Network Leader  Debra Maldonado | Other  /ELL Coordinator:  Papa Tall |

## C. Teacher Qualifications *∅*
Please provide a report of all staff members' certifications referred to in this section.  Press TAB after each number entered to calculate sums and percentages.

| Number of certified ESL teachers | 1 | Number of certified bilingual teachers | 0 | Number of certified NLA/foreign language teachers | 6 |
|---|---|---|---|---|---|
| Number of content area teachers with bilingual extensions | 0 | Number of special education teachers with bilingual extensions | 0 | Number of teachers of ELLs without ESL/bilingual certification | 0 |
| Number of teachers who hold both a bilingual extension and ESL certification | 0 | Number of teachers currently teaching a self-contained ESL class who hold both a common branch license and ESL certification | 0 | | |

## D. School Demographics

| Total number of students in school | 1466 | Total Number of ELLs | 35 | ELLs as share of total student population (%) | 2.39% |
|---|---|---|---|---|---|



**Department of
Education**

*Dennis M. Walcott, Chancellor*



# 2013-2014

# COMPREHENSIVE EDUCATIONAL PLAN

# (CEP)

| | |
|---|---|
| **School Name:** | THE FREDERICK DOUGLASS ACADEMY 1 |
| **DBN (*i.e. 01M001*):** | 05M499 |
| **Principal:** | JOSEPH D. GATES |
| **Principal Email:** | JGATES@SCHOOLS.NYC.GOV |
| **Superintendent:** | GALE REEVES |
| **Network Leader:** | GERARD BEIRNE |

### School Leadership Team (SLT) Signature Page

Use this page to identify SLT members and confirm their participation in the development of this School Comprehensive Educational Plan (SCEP), which includes goals and action plans, a summary of Academic Intervention Services (AIS), and the Parent Involvement Policy (PIP). The signatures of SLT members indicate their participation in the development of the SCEP and serve as confirmation that consultation has occurred to align funding in support of educational programs. The SLT must include an equal number of parents and staff and have a minimum of 10 and a maximum of 17 members, in accordance with the Chancellor's Regulation A-655, available on the NYC DOE Web site.

**Directions:**

1. List each SLT member in the left-hand column on the chart below. Specify any position held by the team member, e.g., Chairperson, SLT Secretary and the constituent group represented, e.g., parent, staff, student, or CBO. Core mandatory SLT members are indicated by an asterisk*.

2. Ensure that SLT members review this document and sign in the right-hand column in blue ink. If an SLT member does not wish to sign this plan, he/she may attach a written explanation in lieu of his/her signature**.

3. Add rows as needed to ensure that all SLT members are listed.

4. The original copy, along with any written communications pertaining to this page, is to remain on file in the principal's office and be made available upon written request.

5. Names of SLT members must be added to this form for posting. The signed original documents must be maintained on file at the school.

| Name | Position and Constituent Group Represented | Signature |
|---|---|---|
| Joseph D. Gates | *Principal or Designee | |
| Marquis Harrison | *UFT Chapter Leader or Designee | |
| Levon Smith | *PA/PTA President or Designated Co-President | |
| Adrianna Buckman | DC 37 Representative, if applicable | |
| | Student Representative *(optional for elementary and middle schools; a minimum of two members required for high schools)* | |
| | CBO Representative, if applicable | |
| John Harris | Member/ Teacher | |
| Carey Ma | Member/ Teacher | |
| Alison Harris | Member/ Teacher | |
| Henry Encarnacion | Member/ Teacher | |
| Vilmarie Carmona | Member/ Parent | |
| Xiomara Fox | Member/ Parent | |
| Vivian Johnson | Member/ Parent | |
| Claudia James | Member/ Parent | |
| Millicent Watson - Henry | Member/ Parent | |
| | Member/ | |
| | Member/ | |
| | Member/ | |
| | Member/ | |
| | Member/ | |

**Signature of constituent only indicates participation in the development of the SCEP, not approval.  Note: If for any reason a SLT member does not wish to sign this plan, he/she may attach an explanation in lieu of his/her signature which must be maintained on file at the school with the original SLT signature page.

# OFFICE OF ENGLISH LANGUAGE LEARNERS
# GRADES K-12 LANGUAGE ALLOCATION POLICY
# SUBMISSION FORM
# 2013-14 TO 2014-15 SCHOOL YEARS

DIRECTIONS: This submission form assists schools with gathering and organizing the quantitative and qualitative information necessary for a well-conceived school-based language allocation policy (LAP) that describes quality ELL programs. This is a two-year plan on how schools will support ELLs' linguistic and academic needs. This LAP form is a part of the school's CEP. Agendas and minutes of LAP meetings should be kept readily available on file in the school. Also, when preparing your school's submission, provide extended responses in the green spaces. Spell-check has been disabled in this file, so consider typing responses to these questions in a separate file before copying them into the submission form. For additional information, hold your cursor over the *Ⓘ*.

## Part I: School ELL Profile

## A. School Information Ⓘ

| District 05 | Borough Manhattan | School Number 499 |
|---|---|---|
| School Name Fredrederick Douglass Academy I | | |

## B. Language Allocation Policy Team Composition Ⓘ
NOTE: The following staff members should be on the LAP team: principal, assistant principal (where applicable), at least one bilingual teacher from each subject area (where there is a bilingual program), at least one ESL teacher, and one parent.

| | |
|---|---|
| Principal Joseph Gates | Assistant Principal Thomas Ajibola |
| Coach Lea Brown | Coach Jenifer Hodge |
| ESL Teacher Papa Tall | Guidance Counselor Chris Middleton |
| Teacher/Subject Area Micheal Oyedele / Math | Parent Papa Tall |
| Teacher/Subject Area Erika Brantley / ELA | Parent Coordinator Yvette McKenzie |
| Related Service Provider Valcuse Delma / Speech | Other Nancy Cruz-Martinez / FL |
| Network Leader(Only if working with the LAP team) type here | Other type here |

## C. Teacher Qualifications
Please provide a report of all staff members' certifications referred to in this section. Press TAB after each number entered to calculate sums and percentages.

| Number of certified ESL teachers currently teaching in the ESL program. | 1 | Number of certified bilingual teachers _not_ currently teaching in a bilingual program. | 0 | Number of teachers who hold both content area and ESL certification | 2 |
|---|---|---|---|---|---|
| Number of certified bilingual teachers currently teaching in a bilingual program | 0 | Number of certified NLA/foreign language teachers | 7 | Number of teachers who hold both a bilingual extension and ESL certification | 0 |
| Number of certified ESL teachers _not_ currently teaching in the ESL program | 2 | Number of teachers currently teaching a self-contained ESL class who hold both a common branch license and ESL certification | 0 | Number of special education teachers with bilingual extensions | 0 |

## D. Student Demographics

| Total number of students in school (Excluding Pre-K) | 1493 | Total number of ELLs | 38 | ELLs as share of total student population (%) | 2.55% |
|---|---|---|---|---|---|



**Department of Education**
Carmen Fariña, Chancellor

# 2014-15
# COMPREHENSIVE EDUCATIONAL PLAN
# (CEP)

**DBN: (*i.e. 01M001*):**          05M499

**School Name:**          THE FREDERICK DOUGLASS ACADEMY 1

**Principal:**          JOSEPH D. GATES

**Section 1: School Information Page**

**School Information**

School Level:      6-12                          School Number (DBN):   05M499

School Type:     College Preparatory          Grades Served:    6-12

School Address:    2581 Adam Clayton Powell Blvd.  New York NY 10039

Phone Number:    212 491 4107              Fax:    212 491 4417

School Contact Person:    Joseph Gates          Email Address:    jgates@achools.nyc.gov

Principal:                         Joseph D. Gates

UFT Chapter Leader:              Marquise Harrison

Parents' Association President:     Levon Smith

SLT Chairperson:                 Alison Harris

Student Representative(s):         Chanel Cummings
                                 Elijah Grant

**District Information**

District:     5                 Superintendent:     Gale Reeves

Superintendent's Office Address:    425 West 123rd Street  New York NY 10027

Superintendent's Email Address:    greeves@schools.nyc.gov

Phone Number:    212 769 7500            Fax:    212 769 7619

**Cluster and Network Information**

Cluster Number:      5                 Cluster Leader:    Deborah Maldonado

Network Number:    CFN 536             Network Leader:   Gerard Beirne

**Section 2: School Leadership Team (SLT) Signature Page**

All SLT members are expected to sign this page to confirm their participation in the development of this Comprehensive Educational Plan (CEP) and consultation regarding the alignment of funding to support this school's educational program, which includes annual goals and action plans, Academic Intervention Services (AIS),  Parent Involvement Policy (PIP) and School-Parent Compact (SPC). The SLT must include an equal number of parents and staff and have a minimum of 10 and a maximum of 17 members, in accordance with Chancellor's Regulation A-655, available on the New York City Department of Education (NYCDOE) website.

**Directions:**
1.  List the names of each SLT member in the left-hand column on the chart below. Specify any position held by the team member, e.g., Chairperson and the constituent group represented, e.g., parent, staff, student, or Community Based Organization (CBO). Core mandatory SLT members are indicated by an asterisk*.
2.  SLT members should review this document and sign in the right-hand column in **blue ink**. If an SLT member does not wish to sign this plan,  the member may attach a written explanation in lieu of his/her signature, which must be maintained on file at the school with the original SLT signature page.**
3.  The original signed copy, along with any written communications pertaining to this page, is to remain on file in the principal's office and be made available upon written request.

| Name | Position and Constituent Group Represented | Signature (Blue Ink) |
|---|---|---|
| Joseph D. Gates | *Principal or Designee | |
| Marquise Harrison | *UFT Chapter Leader or Designee | |
| Levon Smith | *PA/PTA President or Designated Co-President | |
| Adrianna Buckman | DC 37 Representative, if applicable | |
| Chanel Cummings Elijah Grant | Student Representative *(optional for elementary and middle schools; a minimum of two members required for high schools)* | |
| | CBO Representative, if applicable | |
| Henry Encarnacion | Member/ Teacher | |
| John Harris | Member/ Teacher | |
| William Price | Member/ Teacher | |
| Carey Ma | Member/ Teacher | |
| Alison Harris | Member/ Teacher | |
| Juno Liverpool | Member/ Parent | |
| Vilmarie Carmona | Member/ Parent | |
| Christine Camarino | Member/ Parent | |
| Stephanie Woodley | Member/ Parent | |
| Xiomara Fox | Member/ Parent | |
| Egerton Mends | Member/ Parent | |

**Signature of constituent only indicates consultation in the development of the CEP, not approval.

## OFFICE OF ENGLISH LANGUAGE LEARNERS
## GRADES K-12 LANGUAGE ALLOCATION POLICY
## SUBMISSION FORM
## 2013-14 TO 2014-15 SCHOOL YEARS

DIRECTIONS: This submission form assists schools with gathering and organizing the quantitative and qualitative information necessary for a well-conceived school-based language allocation policy (LAP) that describes quality ELL programs. This is a two-year plan on how schools will support ELLs' linguistic and academic needs. This LAP form is a part of the school's CEP. Agendas and minutes of LAP meetings should be kept readily available on file in the school.  Also, when preparing your school's submission, provide extended responses in the green spaces.  Spell-check has been disabled in this file, so consider typing responses to these questions in a separate file before copying them into the submission form.  For additional information, hold your cursor over the *①*.

## Part I: School ELL Profile

## A. School Information *①*

| District 05 | Borough Manhattan | School Number 499 |
|---|---|---|
| School Name  Fredrederick Douglass Academy I | | |

## B. Language Allocation Policy Team Composition *①*   NOTE: The following staff members should be on the LAP team: principal, assistant principal (where applicable), at least one bilingual teacher from each subject area (where there is a bilingual program), at least one ESL teacher, and one parent.

| Principal  Joseph Gates | Assistant Principal  Thomas Ajibola |
|---|---|
| Coach  Lea Brown | Coach  Jenifer Hodge |
| ESL Teacher  Papa Tall | Guidance Counselor  Chris Middleton |
| Teacher/Subject Area  Micheal Oyedele / Math | Parent  Papa Tall |
| Teacher/Subject Area  Erika Brantley / ELA | Parent Coordinator  Yvette McKenzie |
| Related Service Provider  Valcuse Delma / Speech | Other  Nancy Cruz-Martinez / FL |
| Network Leader(Only if working with the LAP team)  type here | Other  type here |

## C. Teacher Qualifications
Please provide a report of all staff members' certifications referred to in this section.  Press TAB after each number entered to calculate sums and percentages.

| Number of certified ESL teachers currently teaching in the ESL program. | 1 | Number of certified bilingual teachers not currently teaching in a bilingual program | 0 | Number of teachers who hold both content area and ESL certification | 2 |
|---|---|---|---|---|---|
| Number of certified bilingual teachers currently teaching in a bilingual program | 0 | Number of certified NLA/foreign language teachers | 7 | Number of teachers who hold both a bilingual extension and ESL certification | 0 |
| Number of certified ESL teachers not currently teaching in the ESL program | 2 | Number of teachers currently teaching a self-contained ESL class who hold both a common branch license and ESL certification | 0 | Number of special education teachers with bilingual extensions | 0 |

## D. Student Demographics

| Total number of students in school (Excluding Pre-K) | 1493 | Total number of ELLs | 38 | ELLs as share of total student population (%) | 2.55% |
|---|---|---|---|---|---|



**Department of Education**

*Carmen Fariña, Chancellor*

# 2015-16

# COMPREHENSIVE EDUCATIONAL PLAN

# (CEP)

| | |
|---|---|
| **DBN: (*i.e. 01M001*):** | **05M499** |
| **School Name:** | **FREDERICK DOUGLASS ACADEMY** |
| **Principal:** | **JOSEPH GATES** |

## Section 1: School Information Page

### School Information

| | |
|---|---|
| School Name: | The Frederick Douglass Academy 1 |
| School Number (DBN): | 05M499 |
| Grades Served: | 6-12 |
| School Address: | 2581 Adam Clayton Powell Blvd. New York, NY 10039 |
| Phone Number: | 212 291 4107 |
| Fax: | 212 491 4417 |
| School Contact Person: | Joseph D. Gates |
| Email Address: | jgates@schools.nyc.gov |
| Principal: | Joseph D. Gates |
| UFT Chapter Leader: | Marquise Harrison |
| Parents' Association President: | Sophia Lawrence |
| SLT Chairperson: | Alison Harris |
| Title I Parent Representative (or Parent Advisory Council Chairperson): | Dahlia Cummings |
| Student Representative(s): | Chanel Cummings |
| | Elijah Grant |

### District Information

| | |
|---|---|
| District: | 5 |
| Superintendent: | Gale Reeves |
| Superintendent's Office Address: | 425 W 123rd Street New York, NY 10027 |
| Superintendent's Email Address: | greeves@schools.nyc.gov |
| Phone Number: | 212 769 7500 |
| Fax: | 212 769 7619 |

### Borough Field Support Center (BFSC)

| | |
|---|---|
| BFSC: | Manhattan |
| Director: | Yuet Chu |
| Director's Office Address: | 333 7th Avenue, 8th Floor, New York, NY 10001 |

ychu@schools.nyc.gov

Director's Email Address:

646 470 0721                            212 356 7564

Phone Number:                              Fax:

## Section 2: School Leadership Team (SLT) Signature Page

All SLT members are expected to sign this page to confirm their participation in the development of this Comprehensive Educational Plan (CEP) and that they have been consulted with regarding the alignment of funding to support this school's educational program, which includes annual goals and action plans, Academic Intervention Services (AIS), Parent Involvement Policy (PIP) and School-Parent Compact (SPC). The SLT must include an equal number of parents and staff and have a minimum of 10 and a maximum of 17 members, in accordance with Chancellor's Regulation A-655, available on the New York City Department of Education (NYCDOE) website.

**Directions:**
1. List the names of each SLT member in the first column on the chart below.
2. Specify the constituent group represented, e.g., parent, staff, student, Community Based Organization (CBO), and any position held by the team member. Core mandatory SLT members are indicated by an asterisk*.
3. SLT members should review this document and sign in the right-hand column in **blue ink**. If an SLT member does not wish to sign this plan, the member may attach a written explanation in lieu of his/her signature, which must be maintained on file at the school with the original SLT signature page. Note: Signature of SLT member indicates participation in the development of the CEP, not approval.
4. The original signed copy, along with any written communications pertaining to this page, is to remain on file in the principal's office and be made available upon written request.

| Name | Position and Constituent Group Represented | Signature (Blue Ink) |
|---|---|---|
| Joseph Gates | *Principal or Designee | |
| Marquise Harrison | *UFT Chapter Leader or Designee | |
| Sophia Lawrence | *PA/PTA President or Designated Co-President | |
| Adrianna Buckman | DC 37 Representative (staff), if applicable | |
| Dahlia Cummings | Title I Parent Representative (or Parent Advisory Council Chairperson) | |
| Raydy Arrington | Student Representative *(optional for elementary and middle schools; a minimum of two members required for high schools)* | |
| Amisha Rana | Student Representative *(optional for elementary and middle schools; a minimum of two members required for high schools)* | |
| | CBO Representative, if applicable/ | |
| Levon Smith | Member/Parent | |
| Xiomara Fox | Member/Parent | |
| Stephanie Woodley | Member/Parent | |
| Christine Camatino | Member/Parent | |
| Vilmarie Carmona | Member/Parent | |
| Henry Encarnacion | Member/Teacher | |

| Name | Position and Constituent Group Represented | Signature (Blue Ink) |
|------|---------------------------------------------|----------------------|
| Alison Harris | Member/Teacher | |
| Carey Ma | Member/Teacher | |
| John Harris | Member/Teacher | |
| William Price | Member/Teacher | |
| | Member/ | |
| | Member/ | |



# NEW YORK STATE TEACHER CERTIFICATION EXAMINATIONS ™

## SCORE REPORT

Exhibit 32

SSN: XXX-X4-0441        Test Date:  February 18, 2012

See Page 2 for an explanation of how to read your score report

AMADOU KONTEYE
164 WEST 147 STREET
NEW YORK NY  10039

Your scores have been reported directly to the NYSED and
are automatically added to your certification application file.
This score report is for your records only.

---

**Test:  001 LIBERAL ARTS AND SCIENCES TEST**          **Total Score:  222**

**Status:  Pass**          **Minimum Passing Score:  220**

---

| Number of Questions in Multiple-Choice Subareas | Subarea Name | Subarea Information |
|---|---|---|
| 11 to 20 | Scientific, Math., and Tech. Processes...................... | 256 |
| 11 to 20 | Historical & Social Scientific Awareness................... | 227 |
| 11 to 20 | Artistic Expression and The Humanities..................... | 251 |
| 11 to 20 | Communication and Research Skills.......................... | 154 |
| Constructed-Response Assignment | Written Analysis and Expression............................ | 220 |

PAGE 1 of 2



This barcode contains unique candidate information.

**The University of the State of New York**
**THE STATE EDUCATION DEPARTMENT**

**CERTIFICATION OF COMPLETION**
**TRAINING IN SCHOOL VIOLENCE PREVENTION AND INTERVENTION**

| PART A | TRAINEE INFORMATION |
|---|---|
| 1. | Trainee must complete all items in Part A. Return to provider for completion of Part B, "Certification by Approved Provider". |
| 2. | The provider will return the Certification form, with Part B completed, to the trainee. It is the trainee's responsibility to submit the original copy of this Certification form to the New York State Education Department at the appropriate time. It should be submitted along with other relevant forms when the trainee applies initially for certification. |

| 1. | Print name exactly as it currently appears on New York State Education Department records: |
|---|---|
| | Last Name: |
| | First Name: |
| | Middle Name/Initial:                    Amadou Konteye |

| 2. | Print your address: |
|---|---|
| | Care of: |
| | Street: |
| | City: |
| | State:              Zip Code:          -- |

| 3. | Date of Birth        Month          Day:          Year: |
|---|---|
| 4. | Social Security Number:          --          -- |

Trainee's Signature:_____   Date: _____

| PART B | CERTIFICATION BY APPROVED TRAINING PROVIDER |
|---|---|
| 1. | Provider must complete Part B. |
| 2. | The EDUCATION DEPARTMENT - ORIGINAL COPY and TRAINEE COPY should be returned to the trainee within 21 calendar days of the completion of coursework or training. |
| 3. | The provider of the coursework or training must retain the PROVIDER COPY. This copy must be retained in the provider's files for not less than six years from the date the course was completed. |

Pursuant to Chapter 181 of the Laws of 2000, I certify that the person indicated in Part A has completed the required coursework or training in School Violence Prevention and Intervention.

| BEVERLY A. FISHER | Solutions In Mind, Inc |
|---|---|
| Name of Authorized Certifying Officer (Print or Type) | Approved Provider Name |
| *Beverly A. Fisher* | Identification Number: |
| Signature of Authorized Certifying Officer | March 29, 2012 |
| | Date(s) of Coursework or Training |

The University of the State of New York
THE STATE EDUCATION DEPARTMENT

# Certification of Completion
## (Coursework/Training in Identification and Reporting of Child Abuse and Maltreatment)

**Part A: Trainee Information**

1. Trainee must complete all items in Part A. Return to provider for completion of Part B, "Certification by Approved Provider"
2. The provider will return the Certification form, with Part B completed, to the trainee. It is the trainee's responsibility to submit the original copy of this Certification for the New York State Education Department at the appropriate time. It should be submitted along with other relevant forms when the trainee applies initially for, or renews, a license, registration certificate, permit, or teaching certificate.
3. Address for submitting form is as follows:
   - **Professional License or Permit:** New York State Education Department, Division of Professional Licensing Services, [give name of profession], 89 Washington Avenue, Albany, NY 12234.
   - **Reregistering Licensees:** Your certificate should be included with your reregistration application in the envelope provided with those materials.
   - **Teacher Certification:** New York State Education Department, Office of Teaching, 89 Washington Avenue, Albany, NY 12234.

**1 SOCIAL SECURITY NUMBER:**

*(Leave this blank if you do not have a U.S. Social Security Number)*

**2 BIRTH DATE:** Month ☐☐ Day ☐☐ Year ☐☐

**3 PRINT YOUR FULL NAME EXACTLY AS IT CURRENTLY APPEARS ON NEW YORK STATE EDUCATION DEPARTMENT RECORDS**

Last

First

Middle          **Amadou Konteye**

**4 MAILING ADDRESS** (You must notify the Department promptly of any address or name changes.)

Line 1

Line 2

Line 3

City

State ☐☐   Zip Code

**5** Complete information below if you hold, or are applying for professional license(s) or a permit:

Name of Profession(s):

New York State License Number: ☐☐☐☐☐☐

New York State License Number: ☐☐☐☐☐☐

Permit Number: ☐☐☐☐☐

**6** Complete information below, if you hold or are applying for a teaching certificate:

Certificate Title(s):

New York State Certificate Number (other then Social Security Number, if any): ☐☐☐☐☐☐☐☐

Trainee's Signature: _____   Date: _____ / _____ / _____
                                                      mo.      day      yr.

**Part B: Certification by Approved Provider**

1. Provider must complete Part B.
2. Two copies should be returned to the trainee within ten calendar days of the completion of the coursework or training.
3. The provider of the coursework or training must retain a copy. This copy must be retained in the provider's files for not less than five years from the date the course was completed.

Pursuant to Chapter 544 of the Laws of 1988, I certify that the person indicated in Part A has completed the required coursework or training regarding the identification and reporting of child abuse and maltreatment.

**Beverly A. Fisher**

Signature of Authorized Certifying Officer *(signature)*        Name of Authorized Certifying Officer

**Solutions In Mind, Inc.**        **80810**        **March 30, 2012**
Approved Provider Name        Identification Number        Date(s) of Coursework or Training

Certification of Completion Form, October 2006

THE NEW YORK STATE EDUCATION DEPARTMENT
CERTIFICATION OF COMPLETION

TRAINING IN HARASSMENT, BULLYING, CYBERBULLYING, AND DISCRIMINATION
IN SCHOOLS: PREVENTION AND INTERVENTION (DASA TRAINING)

| PART A | TRAINEE INFORMATION |
|---|---|
| 1 | Trainee must complete **ALL** items in Part A.  Return to provider for completion of Part B, "Certification by Approved Provider." An incomplete form will not be processed. |
| 2. | The provider will return the Certification form, with Part B completed, to the trainee.  It is the trainee's responsibility to submit the original copy of this Certification form to the New York State Education Department at the appropriate time.  It should be submitted along with other relevant forms when the trainee applies for certification. |

1.  Print name exactly as it currently appears on New York State Education Department records:

Last Name: K O n t e Y e

First Name: A M A D O U

Middle Name/Initial:

2.  Print your address:

Care of:

Street: 1 6 4 W e s t 1 4 7 S t r e e t

City: N e w Y o r k

State: N Y   Zip Code: 1 0 0 3 9 −

3.  Date of Birth   Month   Day:   Year:

4.  Last 4 digits of Social Security Number:

Trainee's Signature: *Amadou Konteye*   Date: 3/21/14

| PART B | CERTIFICATION BY APPROVED TRAINING PROVIDER |
|---|---|
| 1. | Provider must complete Part B. |
| 2 | The EDUCATION DEPARTMENT - ORIGINAL COPY and TRAINEE COPY should be returned to the trainee within 21 calendar days of the completion of course work or training. |
| 3. | The provider of the course work or training must retain the PROVIDER COPY.  This copy must be retained in the provider's files for not less than six years from the date the course was completed. |

Pursuant to Article 2 of the Education Law, Chapter 102 of the Laws of 2012, I certify that the person indicated in Part A has completed the required Training In Harassment, Bullying, Cyberbullying, And Discrimination In Schools: Prevention And Intervention (DASA training)

| Name of Authorized Certifying Officer (Print or Type)<br>Dr. Valerie D'Aguanno | Approved Provider Name<br>Nassau BOCES |
|---|---|
| Signature of Authorized Certifying Officer<br>*Dr. Valerie D'Aguanno* | Identification Number:<br>0054 |
| | Training/Course work Date(s): 3/21/14 |

2364-CIT-214



# NEW YORK STATE TEACHER CERTIFICATION EXAMINATIONS ™

## SCORE REPORT

SSN: XXX-X4-0441        Test Date: June 09, 2012
See Page 2 for an explanation of how to read your score report

AMADOU KONTEYE
164 WEST 147 STREET
NEW YORK NY  10039

Your scores have been reported directly to the NYSED and are automatically added to your certification application file. This score report is for your records only.

---

**Test: 005 SOCIAL STUDIES**                                 **Total Score: 238**
**Status: Pass**                              **Minimum Passing Score: 220**

---

| Number of Questions in Multiple-Choice Subareas | Subarea Name | Subarea Information |
|---|---|---|
| 31 to 40 | History | 244 |
| 11 to 20 | Geography | 205 |
| 11 to 20 | Economics | 210 |
| 11 to 20 | Civics, Citizenship, and Government | 282 |
| 11 to 20 | Social Studies Skills | 210 |
| Constructed-Response Assignment | History | 260 |



This barcode contains unique candidate information.

PAGE 1 of 2



# NEW YORK STATE TEACHER CERTIFICATION EXAMINATIONS ™

## SCORE REPORT

SSN: XXX-X4-0441          Test Date: November 09, 2012

See Page 2 for an explanation of how to read your score report

AMADOU KONTEYE
164 WEST 147 STREET
NEW YORK NY 10039

Your scores have been reported directly to the NYSED and are automatically added to your certification application file. This score report is for your records only.

---

| Test: 091 SEC. ASSESS. OF TEACHING SKILLS-WRITTEN | Total Score: 244 |
|---|---|
| Status: Pass | Minimum Passing Score: 220 |

| Number of Questions in Multiple-Choice Subareas | Subarea Name | Subarea Information |
|---|---|---|
| 21 to 30 | Student Development and Learning........................... | 243 |
| 31 to 40 | Instruction and Assessment................................ | 231 |
| 11 to 20 | The Professional Environment.............................. | 272 |
| Constructed-Response Assignment | Instruction and Assessment................................ | 247 |





PAGE 1 of 2

This barcode contains unique candidate information.



**THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234**

Office of Teaching Initiatives
89 Washington Avenue, Room 5N EB
Phone:  (518) 474-3901

Web:  www.highered.nysed.gov/tcert
Contact:  http://www.highered.nysed.gov/tcert/contact.htm
Fax: (518) 473-0271

**10/31/2014**

*AMADOU KONTEYE*
*164 West 147 street*
*2D*
*NYC, NY 10039*

Dear AMADOU KONTEYE

I am replying to your October 22, 2014 facsimile to Commissioner King regarding your application for NYS teacher certification.

In regards to the pedagogical coursework, Adelphi Universitys course Reading and Writing Across the Content Areas Grades K-12 (UNY 801) is a graduate course. All graduate courses require a grade of B- or above.  Because you received a C for the Adelphi course, we are unable to count this course for your certification requirements.

In addition, we received a new transcript with a course that you completed this summer.  That course will be reviewed for your French certificate.

Pursuant to Commissioners regulations, applications are valid for three years or two evaluations, whichever occurs first.

Very truly yours,

**Mary Gammon**

2/22/2014                                           Teach System

## Personal Information

| | | | |
|---|---|---|---|
| Name : | **Mr. Amadou Konteye** | SSN : | **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** |
| Date of Birth : | **06/06/1989** | Teacher Id: | **3530368** |
| Gender : | **Male** | | |

To make payment: Please verify the application(s) listed are the applications you want to make payment for and click the link below to make payment. TEACH will redirect you to a secure site for payment. This site adheres to the PCI standards for e-commerce transactions. Once you make payment you can continue to use TEACH.

Applications selected for Payment:

French 7-12, Initial Certificate                                 $100.00

Total Amount:                                                    $100.00

    Powered By: Authorize.Net® SECURE CHECKOUT

We Accept :

---

New York State Education Department – Office of Teaching Initiatives

**Thank you for your order!**

You may print this receipt page for your records.

Order Information

Merchant:      NYS Education Dept. Office of Teaching Initiatives

Date/Time:     22-Feb-2014 12:11:41 EST

---

**Billing Information**

It looks like you MAY have experienced an error, IF YOU RECEIVED A RECEIPT PAGE ABOVE DO NOT PAY AGAIN YOUR PAYMENT WILL BE RECONCILED WITHIN 24HRS, otherwise click the below button to refresh the page and try again.

| Reload Payment Form |

Office of Higher Education | Frequently Asked Questions | Disclaimer & CopyrightNotice



# NEW YORK STATE TEACHER CERTIFICATION EXAMINATIONS ™

## SCORE REPORT

SSN: XXX-X4-0441        Test Date: July 19, 2014

See Page 2 for an explanation of how to read your score report

AMADOU KONTEYE
164 W 147TH STREET
NEW YORK NY  10039

Your scores have been reported directly to the NYSED and
are automatically added to your certification application file.
This score report is for your records only.

---

**Test: 012 FRENCH CST**                                      **Total Score: 232**
**Status: Pass**                              **Minimum Passing Score: 220**

---

| Number of Questions in Multiple-Choice Subareas | Subarea Name | Subarea Information |
|---|---|---|
| 11 to 20 | Listening Comprehension | 252 |
| 11 to 20 | Reading Comprehension | 204 |
| 11 to 20 | Language Structures | 236 |
| 11 to 20 | Cultural Understanding | 220 |
| Constructed-Response Assignment | Written Expression | 260 |
| Constructed-Response Assignment | Oral Expression | 220 |

PAGE 1 of 2

This barcode contains unique candidate information.

NEW YORK STATE EDUCATION DEPARTMENT
Office of Teaching Initiatives

TEACH Home| Search Certification Requirements | Index A-Z | Logout

**Personal Information**

| | | | |
|---|---|---|---|
| Name : | Mr. Amadou Konteye | SSN : | 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 |
| Date of Birth : | 06/06/1989 | Teacher Id: | 3530368 |
| Gender : | Male | | |

To make payment: Please verify the application(s) listed are the applications you want to make payment for and click the link below to make payment. TEACH will redirect you to a secure site for payment. This site adheres to the PCI standards for e-commerce transactions. Once you make payment you can continue to use TEACH.

Applications selected for Payment:

| | |
|---|---|
| French 7-12, Initial Certificate | $100.00 |
| Total Amount: | $100.00 |

We Accept :     Powered By: Authorize.Net SECURE CHECKOUT

---

**New York State Education Department – Office of Teaching Initiatives**

**Thank you for your order!**

You may print this receipt page for your records.

Order Information

| | |
|---|---|
| Merchant: | NYS Education Dept. Office of Teaching Initiatives |
| Date/Time: | 22-Feb-2014 12:11:41 EST |

Billing Information

**It looks like you MAY have experienced an error, IF YOU RECEIVED A RECEIPT PAGE ABOVE DO NOT PAY AGAIN YOUR PAYMENT WILL BE RECONCILED WITHIN 24HRS, otherwise click the below button to refresh the page and try again.**

Reload Payment Form

Office of Higher Education | Frequently Asked Questions | Disclaimer & CopyrightNotice

[ EXHIBIT 5 ]

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004
Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 10039
Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day
Postage: $ 16.95

Date Accepted: 9 17 14
Scheduled Date of Delivery
Month 9 Day 20
Return Receipt Fee

Time Accepted: 12:34 ☑ AM ☐ PM
Scheduled Time of Delivery: ☑ Noon ☐ 3 PM
COD Fee / Insurance Fee

Flat Rate ☐ or Weight
lbs. 1.30 ozs.
Military ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $ 16.95

Int'l Alpha Country Code: 14
Acceptance Emp. Initials

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

☐ NO DELIVERY ☐ Weekend ☐ Holiday

FROM: (PLEASE PRINT) PHONE ( 212 ) 862-1653
AMADOU KONTEYE
164 West 147 street apt 2D
NEWYORK, NY 10039

TO: (PLEASE PRINT) PHONE ( 518 ) 474-3901
NEWYORK STATE EDUCATION Dep
Office of Teaching Initiatives
89 Washington Avenue
ROOM 5 NEB
ALBANY NEW YORK
ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES)
1 2 2 3 4 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811
*EMS*

---

COLONIAL PARK STA.
NEW YORK, New York
100399998
3250035-0096
09/19/         (2)368-4211 12:35:56 PM

======================================
======== Sales Receipt ========
======================================

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| ALBANY NY 12234 Zone-2 | | | $16.95 |

Priority Mail Express 1-Day
1.30 oz.
USPS Tracking #:
EI70 9799 247U S
Scheduled Delivery Day: Sat
09/20/14 12:00PM - Money Back
Guarantee
Includes $100 insurance

Signature Requested

========
Issue Postage:                    $16.95

========
Total:                            $16.95

Paid by:
Cash                             $20.00
Change Due:                      -$3.05

Save this receipt as evidence of

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)

MAMADOU KONTEYE
Number 114 Street Apt 2D
New York, NY 10039

EK 304235441 US

Exhibit 52

**UNITED STATES POSTAL SERVICE** ®

★ MAIL ★
EXPRESS™

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( 518 ) 474-3901

NewYork State Education Dept
Office of Teaching Initiative
89 Washington Avenue
EBA5B
Albany, NewYork

ZIP + 4® (U.S. ADDRESSES ONLY)    0 9 3 2 4 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 10039
Scheduled Delivery Date (MM/DD/YY): 9/25/14
Postage: $ 16.93

Date Accepted (MM/DD/YY): 9/24/14
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON
Insurance Fee:

Time Accepted: 2:18 ☐ AM ☑ PM
10:30 AM Delivery Fee:
Return Receipt Fee:
Live Animal Transportation Fee:

Weight: 3.40 lbs. oz.
☐ Flat Rate
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 16.93

Acceptance Employee Initials:

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   **2-CUSTOMER COPY**

Taxes Complete
Since 9/25/14
$16.93
Cash $20.00
Change Due But State Sent
$3.00

~~ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
...m/ship/file-domestic-claim.htm

License on March
15 2013

... ...s at usps.com/shop or
... call Stamp24 Go to
...com/clicknship to print
... label...
... ...er information call
1 800-ASK-USPS.
*****************************  ***
*****************************
Get your mail where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes
*****************  ***  *******
*****************  *** *  *  *******

B...   ...200930
Clerk: ...

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AMADOU KONTEYE,

          Plaintiff,

   -against-

NEW YORK CITY DEPTARMENT OF EDUCATION;
JOSEPH D. GATES

          Defendants.

-------------------------------------------------------------------X

          **Plaintiff's Declaration in**
          **Opposition to Defendant's**
          **Motion for Summary**
          **Judgment**

          Civil Action No.:  1:17-cv-02876

Plaintiff, Amadou Konteye, states under penalty of perjury that the following is true and correct:

1.  Attached at Exhibit 1 hereto is a true and correct copy of the New York City Department of Education Chancellor Regulation C-206 2a.

2.  Attached at Exhibit 2 hereto is a true and correct copy of the New York City Department of Education Chancellor Regulation C-206 (1).

3.  Attached at Exhibit 3 hereto is a true and correct copy of the United Federation of Teachers Contract 2009-2018 Article One Union Recognition.

4.  Attached at Exhibit 4 hereto is a true and correct copy of the United Federation of Teachers Per Diem service.

5.  Attached at Exhibit 5 hereto is a true and correct copy of the New York City Department of Education Chancellor Regulation C-206 (2b).

6.  Attached at Exhibit 6 hereto is a true and correct copy of the United Federation of Teachers Contract 2009-2018 Article Seven (v)(2)(A).

7.  Attached at Exhibit 7 hereto is a true and correct copy of the United Federation of

1

Teachers Contract 2009-2018 Article Seven (v) (3).

8. Attached at Exhibit 8 hereto is a true and correct copy of the New York City Department of Education Working at the DOE HR Glossary.

9. Attached at Exhibit 9 hereto is a true and correct copy of the United Federation of Teachers Contract 2009-2018 Article Three (F) (2) (b).

10. Attached at Exhibit 10 hereto is a true and correct copy of the United Federation of Teachers Contract 2009-2018 Article Five (E) (2).

11. Attached at Exhibit 11 hereto is a true and correct copy of the United Federation of Teachers Leaves.

12. Attached at Exhibit 12 hereto is a true and correct copy of the DOE Hiring.

13. Attached at Exhibit 13 hereto is a true and correct copy of the United Federation of Teachers Contract 2009-2018 Article Five (C) (3).

14. Attached at Exhibit 14 hereto is a true and correct copy of the United Federation of Teachers Contract 2009-2018 Article Sixteen (9).

15. Attached at Exhibit 15 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 193: 9-20.

16. Attached at Exhibit 16 hereto is a true and correct copy of the New York State Department of Education Commissioner's Regulation 8 CRR-NY 80-5.4(c)(2).

17. Attached at Exhibit 17 hereto is a true and correct copy of the New York State Department of Education Commissioner's Regulation 8 CRR-NY 80-5.4(c)(1).

18. Attached at Exhibit 18 hereto is a true and correct copy of Plaintiff's Application For

Reduction Of Probationary Service.

19. Attached at Exhibit 19 hereto is a true and correct copy of the New York City Department of Education's New York City Teaching Fellows Fall 2016 Enrollment Guide.

20. Attached at Exhibit 20 hereto is a true and correct copy of the NCTF Status dated 10/18/2012 and 1/9/2014.

21. Attached at Exhibit 21 hereto is a true and correct copy of the New Paltz University dated 4/22/2013.

22. Attached at Exhibit 22 hereto is a true and correct copy of the ELT NYSUT Online Education courses and payment.

23. Attached at Exhibit 23 hereto is a true and correct copy of the New York City Department of Education Pathway: Individual Evaluations.

24. Attached at Exhibit 24 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 124: 21-23 and on page 125:3-8.

25. Attached at Exhibit 25 hereto is a true and correct copy of Plaintiff's Employment Discrimination Complaint filed in United States Courthouse, Southern District of New York on April 19, 2017.

26. Attached at Exhibit 26 hereto is a true and correct copy of excerpts of Plaintiff's fingerprint.

27. Attached at Exhibit 27 hereto is a true and correct copy of Defendants Exhibit C: ("Gates Aff.") at page 1 line 3, dated September 21, 2018.

28. Attached at Exhibit 28 hereto is a true and correct copy of Plaintiff Employee Pay Statement.

29. Attached at Exhibit 29 hereto is a true and correct copy of Plaintiff's Frederick Douglass Academy high school transcript.

30. Attached at Exhibit 30 hereto is a true and correct copy of the New York City Department of Education Principals' Weekly on Cooperative Students.

31. Attached at Exhibit 31 hereto is a true and correct copy of Plaintiff's Frederick Douglass Academy high school diploma.

32. Attached at Exhibit 32 hereto is a true and correct copy of Plaintiff's New York State Teacher Certification Examinations February 2012-July 2014.

33. Attached at Exhibit 33 hereto is a true and correct copy of Frederick Douglass Academy Dean of Students, Torey Williams' recommendations to Plaintiff dated February 15, 2012.

34. Attached at Exhibit 34 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 22: 3-18.

35. Attached at Exhibit 35 hereto is a true and correct copy of Defendants' attorney, Ms. Katerina Souliopoulos' Ex 'C,' (1) (PERS 00001).

36. Attached at Exhibit 36 hereto is a true and correct copy of Principal Joseph D. Gates' Assistant Principal, Katrina Billy-Wilkinson recommendation to Plaintiff dated October 14, 2014.

37. Attached at Exhibit 37 hereto is a true and correct copy of excerpts from the State of New

4

York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 214: 1-15.

38. Attached at Exhibit 38 hereto is a true and correct copy of Plaintiff's French teacher evaluations at Frederick Douglass Academy.

39. Attached at Exhibit 39 hereto is a true and correct copy of Plaintiff's French Teacher Scholarship Mark Analysis 2013-2015.

40. Attached at Exhibit 40 hereto is a true and correct copy of Plaintiff's Timecard January 2014.

41. Attached at Exhibit 41 hereto is a true and correct copy of Plaintiff's Employee Pay Statement January 2014.

42. Attached at Exhibit 42 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 159: 15.

43. Attached at Exhibit 43 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 179: 3-5.

44. Attached at Exhibit 44 hereto is a true and correct copy of emails of pay issues and emergency checks dated December 2015-February 2016.

45. Attached at Exhibit 45 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou

Konteye against the New York City Department of Education on March 23, 2017 on page 30: 24-25.

46. Attached at Exhibit 46 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 31: 2-10.

47. Attached at Exhibit 47 hereto is a true and correct copy of the French nomination letter dated September 22, 2014.

48. Attached at Exhibit 48 hereto is a true and correct copy of the UFT Tenure Appointment and New York City licensure.

49. Attached at Exhibit 49 hereto is a true and correct copy of the New York State Department of Education OT 11 forms dated 2013.

50. Attached at Exhibit 50 hereto is a true and correct copy of New York State Department of Education OT 11 forms dated 2014.

51. Attached at Exhibit 51 hereto is a true and correct copy of Plaintiff's United States postal mail of OT 11 Form to New York State Department of Education Office of Teaching dated September 19, 2014.

52. Attached at Exhibit 52 hereto is a true and correct copy of Plaintiff's United States postal mail of OT 11 Form to New York State Department of Education Office of Teaching Initiatives September 25, 2014.

53. Attached at Exhibit 53 hereto is a true and correct copy of New York State Department of Education Office of Teaching Initiatives' reason for delay and Plaintiff's Initial Certifications dated March 18, 2015.

54. Attached at Exhibit 54 hereto is a true and correct copy of the New York City Department of Education Fair Student Funding & School Budget Resource Guide FY 2012-2017.

55. Attached at Exhibit 55 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 142: 8-13.

56. Attached at Exhibit 56 hereto is a true and correct copy of the New York City Department of Education Chancellor Regulation B-801 (II) (A) (3).

57. Attached at Exhibit 57 hereto is a true and correct copy of the New York City Department of Education Standard Operating Procedures: General School Funds-GSF dated 2015.

58. Attached at Exhibit 58 hereto is a true and correct copy of Plaintiff's French program 2012-2016 and New York City Department of Education Middle Academic Policy Guide Updated September 2018.

59. Attached at Exhibit 59 hereto is a true and correct copy of the New York City Department of Education Chancellor Regulation C-200 (24) (a.)

60. Attached at Exhibit 60 hereto is a true and correct copy of the New York State Department of Education Commissioner's Regulation 80.1 (a).

61. Attached at Exhibit 61 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 190: 3-4.

62. Attached at Exhibit 62 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 199: 11-23.

63. Attached at Exhibit 63 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 200: 6:22.

64. Attached at Exhibit 64 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 202: 16-20.

65. Attached at Exhibit 65 hereto is a true and correct copy of Plaintiff's 2015-2016 French program.

66. Attached at Exhibit 66 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page 33:8-25.

67. Attached at Exhibit 67 hereto is a true and correct copy of

68. Attached at Exhibit 68 hereto is a true and correct copy of Frederick Douglass Academy Middle School Dean, Encarnacion Henry correspondence email to Middle School staff dated October 7, 2015.

69. Attached at Exhibit 69 hereto is a true and correct copy of Principal Joseph D. Gates

2011-2017 Comprehensive Educational Plan (CEP).

70. Attached at Exhibit 70 hereto is a true and correct copy of Sharon Boonshoft and Thomas Croft position within the New York City Department of Education.

71. Attached at Exhibit 71 hereto is a true and correct copy of the United Federation of Teachers Contract 2009-2018 Article Seventeen.

72. Attached at Exhibit 72 hereto is a true and correct copy of N. Y.C. Public Schools- Employee Information System (TRM).

73. Attached at Exhibit 73 hereto is a true and correct copy of the New York City Department of Education Payroll Secretaries & Timekeepers On-Line Payroll Handbook.

74. Attached at Exhibit 74 hereto is a true and correct copy of the New York City Department of Education removed Plaintiff from NYC DOE's NEW Teacher Finder dated September 13, 2016 and January 5, 2017.

75. Attached at Exhibit 75 hereto is a true and correct copy of Plaintiff's charge with the State of New York Public Employer Relations Board (PERB) dated May 27, 2016, June 3, 2016 Notice, and June 9, 2016.

76. Attached at Exhibit 76 hereto is a true and correct copy of New York City Department of Education's Office of Labor Relations (OLR).

77. Attached at Exhibit 77 hereto is a true and correct copy of Principal Joseph D. Gates and New York City Department of Education fraudulent checks dated April 16, 2016 through August 16, 2016.

78. Attached at Exhibit 78 hereto is a true and correct copy of Plaintiff March 28, 2016 grievance.

79. Attached at Exhibit 79 hereto is a true and correct copy of United Federation of Teachers

UFT Case# M59848 Plaintiff's Monies Owed dated June 12, 2018.

80. Attached at Exhibit 80 hereto is a true and correct copy of United Federation of Teachers UFT Case# M60504 Union Animus Grievance June 1, 2018.

81. Attached at Exhibit 81 hereto is a true and correct copy of Plaintiff's complaints filed with New York State Division of Human Rights Case No. 10179999.

82. Attached at Exhibit 82 hereto is a true and correct copy of Plaintiff's correspondence to Chancellor Carmen D. Farina dated March 7, 2016.

83. Attached at Exhibit 83 hereto is a true and correct copy of Plaintiff's charge of employment discrimination filed with United States Equal Employment Opportunity Commission (EEOC) dated April 15, 2016.

84. Attached at Exhibit 84 hereto is a true and correct copy of teachers that received tenure from Principal Joseph D. Gates.

85. Attached at Exhibit 85 hereto is a true and correct copy of Plaintiff's summer school 2014 teaching history.

86. Attached at Exhibit 86 hereto is a true and correct copy of Defendants' attorney, Ms. Katerina Souliopoulos Ex. "Z" (D_00047).

87. Attached at Exhibit 87 hereto is a true and correct copy of excerpts from the deposition held at Defendants' attorney, Ms. Katerina Souliopoulos' office on May 15, 2018.

88. Attached at Exhibit 88 hereto is a true and correct copy of excerpts from the deposition held at Defendants' attorney, Ms. Katerina Souliopoulos' office on May 29, 2018.

89. Attached at Exhibit 89 hereto is a true and correct copy of excerpts from the State of New York Public Employer Relations Board (PERB) Transcript in the matter of Amadou Konteye against the New York City Department of Education on March 23, 2017 on page

140: 9-14.

90. Attached at Exhibit 90 hereto is a true and correct copy of the New York State

Department of Education's Notice of Uncompleted Requirements For Certification /

Paid, full-time Classroom Teaching Experience-3 Years and Mentored Experience-1

Years.

91. Attached at Exhibit 91 hereto is a true and correct copy of Plaintiff email correspondence

to New York City Department of Education supervisors dated November 28, 2016.

92. Attached at Exhibit 92 hereto is a true and correct copy of Plaintiff email correspondence

to New York City Department of Education Human Resources Directors, Community

Superintendent District 5, and Ms. Katerina Souliopoulos.

Exhibit 1

 NEW YORK CITY BOARD OF EDUCATION

# Regulation of the Chancellor

| | |
|---|---|
| Category: **PEDAGOGICAL PERSONNEL** | Number: **C-206** |
| Subject: OCCASIONAL PER DIEM SUBSTITUTE SERVICE | Issued: 09/05/00 |

## SUMMARY OF CHANGES

This regulation supersedes and replaces C-206 – dated 6/24/93.

The regulation establishes the procedures for the approval and certification of persons employed expressly to provide occasional substitute coverage on a day-to-day, intermittent or short-term basis for regular members of the staff who are absent in license areas for which substitute service is deemed appropriate.

There are no changes in this regulation.

 **NEW YORK CITY BOARD OF EDUCATION**

# Regulation of the Chancellor

| | |
|---|---|
| Category: **PEDAGOGICAL PERSONNEL** | Number: **C-206** |
| Subject: **OCCASIONAL PER DIEM SUBSTITUTE SERVICE** | Page: 1 of 4 |
| | Issued: 09/05/00 |

## 1. Purpose of Regulation

This regulation establishes the procedures, in conformance with Commissioner's Regulations, for the approval and certification of persons employed expressly to provide occasional substitute coverage on a day-to-day, intermittent or short-term basis for regular members of staff who are absent in license areas for which substitute service is deemed appropriate (e.g. teacher, school secretary).

## 2. Definition of Occasional Per Diem Substitute Service

a. As applied in this Regulation, the term "occasional per diem substitute" means a person employed to replace an absent pedagogical staff member who is expected to return. This regulation covers occasional (flat rate) per diem substitutes serving more than 29 days.

b. Excluded from the scope of this regulation is substitute service of a more protracted nature, including full-term regular substitutes or long term per diem substitutes on the regular payroll. These types of substitute service, although performed also by a person who is not appointed, require the acquisition of a credential to authorize employment as either a Certified Provisional Teacher or a Preparatory Provisional Teacher.

## 3. Eligibility for Occasional Per Diem Substitute Service

Persons may be assigned to serve as occasional per diem substitutes upon possessing any of the following VALID credentials:

- A New York City Regular teaching license prior to appointment or after appointment during an approved leave of absence except for any leave for which substitute service is prohibited (e.g. medical leave.)

- A New York City "Regular Substitute" license

- A New York City Per Diem Certificate (<u>Not</u> Temporary Per Diem Certificate)

- A New York City Certificate to serve as a Certified Provisional Teacher

- A New York City Certificate to serve as a Preparatory Provisional Teacher

- A New York City Certificate to serve as an Occasional Per Diem Substitute Teacher (as described below)

**NOTE:** Certificates or licenses issued for subject areas other than classroom teaching (e.g. School Psychologist, School Social Worker, School Secretary, Laboratory Specialist, Attendance Teacher, Teacher of Bilingual School and Community Relations, etc.) may NOT be used for classroom service. These certificates may only be used for substitute service in the particular license area when authorized by the Division of Human Resources.

*Exhibit 2*

 **NEW YORK CITY BOARD OF EDUCATION**

# **Regulation** of the Chancellor

| Category: | **PEDAGOGICAL PERSONNEL** | Number: | **C-206** |
|-----------|---------------------------|---------|-----------|
| Subject: | OCCASIONAL PER DIEM SUBSTITUTE SERVICE | Page: | 1 of 4 |
| | | Issued: | 09/05/00 |

### 1. Purpose of Regulation

This regulation establishes the procedures, in conformance with Commissioner's Regulations, for the approval and certification of persons employed expressly to provide occasional substitute coverage on a day-to-day, intermittent or short-term basis for regular members of staff who are absent in license areas for which substitute service is deemed appropriate (e.g. teacher, school secretary).

### 2. Definition of Occasional Per Diem Substitute Service

a. As applied in this Regulation, the term "occasional per diem substitute" means a person employed to replace an absent pedagogical staff member who is expected to return. This regulation covers occasional (flat rate) per diem substitutes serving more than 29 days.

b. Excluded from the scope of this regulation is substitute service of a more protracted nature, including full-term regular substitutes or long term per diem substitutes on the regular payroll. These types of substitute service, although performed also by a person who is not appointed, require the acquisition of a credential to authorize employment as either a Certified Provisional Teacher or a Preparatory Provisional Teacher.

### 3. Eligibility for Occasional Per Diem Substitute Service

Persons may be assigned to serve as occasional per diem substitutes upon possessing any of the following VALID credentials:

- A New York City Regular teaching license prior to appointment or after appointment during an approved leave of absence except for any leave for which substitute service is prohibited (e.g. medical leave.)

- A New York City "Regular Substitute" license

- A New York City Per Diem Certificate (<u>Not</u> Temporary Per Diem Certificate)

- A New York City Certificate to serve as a Certified Provisional Teacher

- A New York City Certificate to serve as a Preparatory Provisional Teacher

- A New York City Certificate to serve as an Occasional Per Diem Substitute Teacher (as described below)

**NOTE:** Certificates or licenses issued for subject areas other than classroom teaching (e.g. School Psychologist, School Social Worker, School Secretary, Laboratory Specialist, Attendance Teacher, Teacher of Bilingual School and Community Relations, etc.) may NOT be used for classroom service. These certificates may only be used for substitute service in the particular license area when authorized by the Division of Human Resources.

Exhibit 5

# JOINT INTENTIONS AND COMMITMENTS

Enhanced student achievement based upon high standards and expectations must be the driving force behind every activity of New York City public schools.  To accomplish this, we must reinvent schools so that decision making is shared by those closest to students, including parents, teachers, administrators and other stakeholders.  Layers of bureaucratic impediments must be peeled away so that flexibility, creativity, entrepreneurship, trust and risk-taking become the new reality of our schools.  The factory model schools of the 1900s must make way for the child-centered schools of this century.

To this end, the Union and the Board mutually agree to join together with other partners in the redesign and improvement of our schools, including closing those that have failed and supporting their restructuring.  We must challenge ourselves each day to improve student learning, based upon academic rigor, newfound flexibility, meaningful assessments and true accountability.  Roles and responsibilities of parents, staff and other partners must be defined.  The standards to which we hold our students must never be lower than those we hold for our own children.  To accomplish this, we must focus on both the depth and breadth of each proposed instructional and operational change, each designed to support the children and their teachers, whom we expect to meet these rigorous standards.

Change must be service-oriented, supportive and sufficiently flexible so that each school's educational vision can become a reality.  It must be practical, possible, efficient and timely.  Respect for each other and for every student must be unconditional if we are to accomplish what we must.

To reach these goals, we commit to working together along with other stakeholders to develop specific recommendations in areas requiring immediate attention.  These will include, but not be limited to:
  - School Based Budgeting
  - Early Intervention and Prevention of Inappropriate Referrals to Special Education
  - Professional Development
  - Parent Outreach and Support
  - Workload Standards.

This commitment is our pledge to the children of the City of New York, not just to a promise but to a reality of educational excellence.

AGREEMENT MADE AND ENTERED INTO on the 1st day of May, 2014, by and between THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK (hereinafter referred to as the "Board") and UNITED FEDERATION OF TEACHERS, Local 2, American Federation of Teachers, AFL-CIO (hereinafter referred to as the "Union" or "UFT").

WHEREAS, the Board has voluntarily endorsed the practices and procedures of collective bargaining as a peaceful, fair and orderly way of conducting its relations with its employees insofar as such practices and procedures are appropriate to the special functions and obligations of the Board, are permitted by law and are consonant with the paramount interests of the school children, the school system and the public; and

WHEREAS, in a special referendum conducted among the professional educational personnel, over seventy percent of those who participated favored collective bargaining as a way of conducting their relations with the Board; and

WHEREAS, the Union has demonstrated in a secret ballot election that it represents a majority of those assigned as classroom teachers in the regular day school instructional program and has shown by other satisfactory evidence that it represents a majority of those employed as per session teachers, a majority of those assigned as WNYE teachers, a majority of teachers employed in WIN, a majority of teachers and counselors employed in WEP, a majority of employees employed by MDTP, a majority of teachers assigned to central headquarters and district offices, and, in accordance with Board policy, is therefore the exclusive collective bargaining representative for all such employees; and

WHEREAS, pursuant to the Arbitration Award in AAA Case No. 1339-0416-80 certain education administrators were accreted to the bargaining unit; and

WHEREAS, pursuant to the operation of Article One of this Agreement, certain education officers, education analysts, associate education officers and associate education analysts, other than managerial or confidential employees, are accreted to the bargaining unit; and

WHEREAS, other than occasional per diem substitutes were accreted to the bargaining unit pursuant to a determination by the Public Employment Relations Board; and

WHEREAS, the Union has shown by satisfactory evidence that a majority of substitute vocational assistants wish to be represented by the Union for purposes of collective bargaining, and the Union was designated as the exclusive collective bargaining representative for all such employees; and

WHEREAS, the Union has shown by satisfactory evidence that a majority of teacher's assistants wish to be represented by the Union for purposes of collective bargaining, and the Union was designated as the exclusive collective bargaining representative for all such employees; and

WHEREAS, the parties entered into an Agreement effective October 13, 2007 until October 31, 2009; and

WHEREAS, the parties entered into a Memorandum of Agreement on May 1, 2014 effective from November 1, 2009 through November 30, 2018 (the "May 1st MOA"); and

WHEREAS, the Board and its designated representatives have met with representatives of the Union and fully considered and discussed with them, on behalf of the employees in the bargaining unit, changes in salary schedules, improvements in working conditions, and machinery for the presentation and adjustment of certain types of complaints, it is agreed as follows:

## ARTICLE ONE
## UNION RECOGNITION

The Board recognizes the Union as the exclusive bargaining representative of all those assigned as teachers in the regular day school instructional program; all those employed as per session teachers; all those assigned as teachers at WNYE; all primary and non-primary adult education employees; teachers assigned to headquarters or district offices (except supervisors and occasional per diem substitutes); certain education

administrators; certain education officers, education analysts, associate education officers and associate education analysts; substitute vocational assistants; and teacher's assistants.

The term "teachers in the regular day school instructional program" (herein referred to as "day school teachers" or "teachers" or "employees") comprises the following teacher categories:

Teachers of early childhood classes; teachers in the elementary schools; teachers in intermediate schools; teachers in junior high schools; teachers in day academic and day vocational high schools; teachers of health conservation classes; teachers of homebound children; teachers of visually handicapped children; teachers of children with retarded mental development; teachers of speech improvement; teachers in schools for the deaf; teachers in special day schools, day treatment centers or institutional settings; teachers in adult education appointed to fulltime service under licenses issued pursuant to Section 401 of the Board of Education by-laws; teachers in occupational training centers; and all other teachers employed by the Board including all those employed in non-public schools.

The term "certain education administrators" (herein referred to as "education administrators") comprises all non-supervisory education administrators at Level I.

The term "certain education officers, education analysts, associate education officers and associate education analysts" (herein referred to as "education officers and education analysts") comprises employees in the titles Education Officer, Education Analyst, Associate Education Officer, and Associate Education Analyst except those serving in the Offices of the Chancellor, Deputy Chancellors, Labor Relations and Collective Bargaining, and Legal Services; those serving in the Division of Budget Operations and Review and in the Division of Human Resources, except employees who are neither managerial nor confidential as defined in Section 201.7 of Article 14 of the CSL; and those serving elsewhere in the Board of Education who are managerial or confidential as defined in Section 201.7 of Article 14 of the CSL.

During the term of this Agreement should the Board employ a new title or category of employees having a community of interest with employees in the existing bargaining unit described herein, employees in such new title or category shall be included within the existing bargaining unit, and upon request of the Union the parties shall negotiate the terms and conditions of employment for such new title or category of employees; but nothing contained herein shall be construed to require re-negotiation of terms and conditions of employment applicable to employees in the existing bargaining unit as a result of the Board's re-designation of the title or category of employees in the unit.

Nothing contained herein shall be construed to prevent any Board official from meeting with any employee organization representing employees in the bargaining unit for the purpose of hearing the views and proposals of its members, except that, as to matters presented by such organizations which are proper subjects of collective bargaining, the Union shall be informed of the meeting and, as to those matters, any changes or modifications shall be made only through negotiations with the Union.

It is understood that all collective bargaining is to be conducted at Board headquarters level. There shall be no negotiation with the Union chapter or with any other employee group or organization at the school level. It is further understood that there shall not be established or continued in any school a Staff Relations Committee as described in the Staff Relations Plan issued by the Board on October 23, 1956.



**Exhibit 4**

# United Federation of Teachers
## A Union of Professionals

From UFT.org (http://www.uft.org)

# Per Diem Service

*Per Diem service refers to pedagogic personnel serving on a day to day basis in a school and/or any of its programs. Employees serving on a Per Diem basis are commonly referred to as substitute teachers. However, per diem employees can be either teachers or other types of pedagogues. The categories of service paid on the Per Diem Payroll include:*

## Occasional Per Diem

A teacher assigned on a day-by-day-as-needed basis to fill occasional vacancies due to a teacher absence. This employee is paid at a fixed rate for each day of service.

## Long-Term Per Diem (Z-Status)

An Occasional Per Diem teacher who works 30 or more consecutive days in the same position covering the same absence becomes a long-term Per Diem teacher. This individual receives salary at 1/200th of the salary step (up to step 4A including differentials) that would be entitled on a full-time basis, instead of the occasional daily rate.

Non-attendance benefits are not available. Sick leave is earned at the rate of one day for each calendar month in which per diem employment with legal holidays equal or exceeds 20 days. After serving 60 full days, the long-term per diem teacher will earn three vacation days and for each 20 days thereafter one additional day is earned up to a maximum of nine vacation days.

## Full/Part-Time (F-Status)

A per diem employee engaged for a full term but for less than five full days per week (e.g., 2 days every week). The Full/Part Time employee receives a salary pro-rated for the time worked at 1/200th of the salary step (up to step 4A including differentials) that would be entitled on a full time basis. After serving 60 full days, the F-status teacher will earn three vacation days and for each 20 days thereafter one additional day is earned up to a maximum of nine vacation days.

**Source URL:** http://www.uft.org/our-rights/per-diem-service

Exhibit 5

 NEW YORK CITY BOARD OF EDUCATION

# Regulation of the Chancellor

| Category: | **PEDAGOGICAL PERSONNEL** | Number: | **C-206** |
|---|---|---|---|
| Subject: | OCCASIONAL PER DIEM SUBSTITUTE SERVICE | Page: | 1 of 4 |
| | | Issued: | 09/05/00 |

**1.  Purpose of Regulation**

This regulation establishes the procedures, in conformance with Commissioner's Regulations, for the approval and certification of persons employed expressly to provide occasional substitute coverage on a day-to-day, intermittent or short-term basis for regular members of staff who are absent in license areas for which substitute service is deemed appropriate (e.g. teacher, school secretary).

**2.  Definition of Occasional Per Diem Substitute Service**

a.  As applied in this Regulation, the term "occasional per diem substitute" means a person employed to replace an absent pedagogical staff member who is expected to return.  This regulation covers occasional (flat rate) per diem substitutes serving more than 29 days.

b.  Excluded from the scope of this regulation is substitute service of a more protracted nature, including full-term regular substitutes or long term per diem substitutes on the regular payroll.  These types of substitute service, although performed also by a person who is not appointed, require the acquisition of a credential to authorize employment as either a Certified Provisional Teacher or a Preparatory Provisional Teacher.

**3.  Eligibility for Occasional Per Diem Substitute Service**

Persons may be assigned to serve as occasional per diem substitutes upon possessing any of the following VALID credentials:

- A New York City Regular teaching license prior to appointment or after appointment during an approved leave of absence except for any leave for which substitute service is prohibited (e.g. medical leave.)

- A New York City "Regular Substitute" license

- A New York City Per Diem Certificate (Not Temporary Per Diem Certificate)

- A New York City Certificate to serve as a Certified Provisional Teacher

- A New York City Certificate to serve as a Preparatory Provisional Teacher

- A New York City Certificate to serve as an Occasional Per Diem Substitute Teacher (as described below)

**NOTE:** Certificates or licenses issued for subject areas other than classroom teaching (e.g. School Psychologist, School Social Worker, School Secretary, Laboratory Specialist, Attendance Teacher, Teacher of Bilingual School and Community Relations, etc.) may NOT be used for classroom service.  These certificates may only be used for substitute service in the particular license area when authorized by the Division of Human Resources.

Exhibit 6

# ARTICLE SEVEN
## PROGRAMS, ASSIGNMENTS AND
## TEACHING CONDITIONS
## IN SCHOOLS AND PROGRAMS

### A. High Schools

#### 1. Program Preference

No later than 60 days before the end of the term, program preference sheets should be distributed to all teachers. Where advisable and feasible, preferences with respect to subparagraphs a through g below will be honored to the extent consistent with the provisions of this Agreement relating to rotation and programming.

No later than 10 school days prior to the end of the term, teachers should be notified of the following matters concerning their programs for the following term:

    a. Subjects to be taught;

    b. Grades of the subjects to be taught;

    c. Any special or unusual classes that teachers will be required to teach;

    d. The grade level and special nature, if any, of the official class;

    e. The session to which a teacher will be assigned if the school operates on more than one session;

    f. The particular special education program designation (e.g. staffing ratio, collaborative team teaching, Special Education Teacher Support Services (SETSS), etc.);

    g. The age range of special education classes;

    h. The professional activity assigned pursuant to Article 7A6 (Professional Activity Options) and Article 7U (Professional Activity Assignment Procedures).

No later than the end of the next to the last school day of the term, teachers should receive their building programs for the following term, including the periods and rooms where their teaching assignments occur.

It is understood that all information detailed above is to be considered subject to change if necessary because of changes in subject enrollments, staff changes, and programming exigencies.

#### 2. Program Guidelines

Wherever administratively possible, teacher programs should follow these guidelines:

    a. There should be no more than three consecutive teaching assignments and no more than four consecutive working assignments (including professional activities)

    b. The number of different rooms in which assignments occur should be held to the absolute minimum administratively possible.

    c. The number of lesson preparations should be kept at the minimum consistent with the nature of the subject, the size of the department, the special offerings of the department, and special requests of teachers. Honor classes and modified classes should be considered as separate preparations. Within a department, teachers with a full teaching program should be given preference in the assignment of the number of preparations.

    d. All shops should be programmed by single grade level, or in the case of special education classes by functional level.

    e. All classes in physical education should be homogeneous as to grade level, or in the case of special education classes by functional level.

3. Teachers new to the school system and those teachers in danger of receiving an unsatisfactory rating may be assigned by the principal to professional development or common planning as their professional activity, regardless of their preferences, to further enhance their teaching skills. A teacher in danger of receiving an unsatisfactory rating who is assigned to AM or PM bus duty may be assigned by the principal to professional development or common planning as their professional activity in lieu of AM or PM bus duty. Teachers hired in the fall will be offered three choices by the principal from the menu.

4. Each teacher shall be notified in writing by the principal prior to the end of the school year, pursuant to Articles 7A, 7B, 7C, and 7K of the activity they have been assigned for the following school year and it will be incorporated as part of his/her program.

5. Teachers serving in compensatory time positions, pursuant to the SBO process (defined in Articles 7A, 7B, 7C and 7K and Circular 6) shall continue to do the work of their position during their professional periods (except to the extent the SBO specifically states otherwise) and must at the beginning of each term submit to the principal for approval a plan for the use of their professional periods.

6. Teachers serving as athletic coaches, pursuant to Article 15 of this Agreement, and receiving per session pay for such activity, shall be permitted to use their professional periods to further the work of their activity, and must at the beginning of each term, submit to the principal for approval a plan for the use of their professional periods.

7. Any teacher may grieve the failure to follow the terms of this provision pursuant to the regular grievance and arbitration provision of this Agreement. However the assignment of particular activities hereunder shall not be grievable. The Union may challenge the assignment of a particular activity by appealing, within 15 days, to the Chancellor/designee, who will consult with the Union prior to rendering a decision. The Union may appeal the decision of the Chancellor/designee to the New York City Office of Labor Relations, which will issue a final and binding decision.

## V. Regular Payroll Status for Per Diem Substitutes

1. The Board ("Department") will pay on the regular payroll (i.e. Q payroll) any per diem substitute provided that he/she either:

(A)(i) was employed by the Department to replace a regularly appointed teacher who is in a Vacancy (as defined herein); (ii) commenced employment later than the fifteenth calendar day following the first day for the reporting of newly appointed teachers; and (iii) was employed for a minimum of two months; or

(B)(i) was employed by the Department to cover a Vacancy; and (ii) commenced employment during the first fifteen calendar days of the term.

2. For purposes of this section, a Vacancy is a position that is filled by a substitute teacher under the following circumstances:

(A) there is no regular appointed teacher and the position is an unencumbered vacancy; or

(B) when the regularly appointed teacher is (a) on a sabbatical leave of absence for the full term or full school year; (b) on an unpaid leave of absence for the duration of the school year; (c) on an approved leave due to an injury in the line of duty ("ILOD") and the ILOD leave is for the duration of the school year; (d) reassigned for the duration of

10/12/2018

HR Glossary - Working at the DOE - New York City Department of Education

Sign Out

Home | Public Website | Principals' Portal



search here...  GO

Outlook Web Email     Staff Directory

Human Resources | Information Technology | Finance | Performance & Accountability | Teaching & Learning | Communications | Divisions, Programs & Planning

Special Populations | School Support | Sandbox

DOE Intranet Home > Human Resources > Working at the DOE

**Human Resources**

**Working at the DOE**
- Navigating the DOE
- About Civil Service
- Work Rules and Policies
- Changing Roles
- Diversity and Inclusion

Central Employees

School Secretaries

Salary & Payroll

Health Benefits

Vacation & Leave

IDs & Verification

Retirement & Pension

Employee Incentives & Discounts

Workplace Health & Safety

Find Forms

Advance

Central Staffing Guide

Leadership Pathways System

**Contacts**

**HR Connect**
(718) 935-4000

65 Court Street
Room 102 Brooklyn, NY
Hours: 9:00 a.m. – 5:00 p.m.

## Working at the DOE

### HR Glossary

**Competitive Title:** Competitive civil service titles are those for which the Department of Citywide Administrative Services (DCAS) periodically offers a test ("civil service examination") and creates a list of eligible and qualified candidates based on the results. Employees in competitive titles can become permanent workers protected by federal, state and local laws. In general, they have job security, promotional opportunities, and due-process rights. (Read more)

**E-Bank:** Payroll bank to which provisional and temporary employees belong, as well as non-competitive employees for whom there is no experience or education requirement for employment. E-bank employees include family paraprofessional staff, hourly school support staff, and school safety staff.

**Employee ID Number:** Your Employee Identification Number is listed as the reference number on your pay stub. You can also find it in the top left corner of your screen after logging into CyberShift (if you are an H-bank or Z-bank employee), or by asking your payroll secretary or timekeeper.

**H-Bank:** Payroll bank to which most administrative employees belong (but note that *hourly* administrative employees belong to Z-Bank). H-Bank includes:

- Staff Analysts
- Educational Analysts
- Parent Coordinators
- SAPIS Workers
- Interpreters
- Nurses and Nurse Supervisors
- Clerical Aides
- Accountants
- Bookkeepers
- Attorneys
- Customer Service Representatives
- Fingerprinting Technicians
- Computer Associates
- Occupational Therapists
- Physical Therapists
- Computer Technicians
- Software Developers

**Management Pay Plan:** The salary structure for management employees and pedagogical personnel not covered by collective bargaining.

**Non-Competitive Title:** A civil service title for which there are no standardized tests and no formal lines of promotion (contrast with competitive titles).

**Permanent Employee:** A civil service employee in a competitive title who has taken the relevant exam for his or her position, and been appointed to the position from the eligible list. Contrast with provisional employee. (Read more)

**Provisional Employee:** If you have been appointed to a civil service position with a competitive title, but haven't taken the test for the relevant civil service title, you are a provisional employee. Although provisional and permanent workers receive similar benefits, greater restrictions are placed on provisional employees. (Read more)

**Q-Bank:** Payroll bank to which most pedagogues belong, including:

- Teachers
- Principals
- Assistant Principals
- Guidance Counselors
- School Social Workers
- School Psychologists
- School Payroll Secretaries
- Laboratory Specialists
- Regularly Appointed Substitute Teachers
- Pedagogic Managers
- School Supervisors
- Teacher-assigned
- Principal-assigned

HR Glossary - Working at the DOE - New York City Department of Education

- Assistant Principal-assigned
- Education Administrators not staffed at a CFN
- CFN-based Education Administrators

**T-Bank:** Payroll bank to which per session and per diem staff belong, including long term day-to-day substitute teachers, occasional per diem staff, school-based employees working during any period of time during which schools are officially closed (per session), and state certified employees working pre-fixed schedules on a teacher line.

**Z-Bank:** Payroll bank to which **hourly** administrative employees belong. Note that salaried administrative employees belong to H-Bank.

**Return to Working at the DOE**

**Go to Human Resources home page**

© 2018 The New York City Department of Education

Privacy Policy

Exhibit 9

Nothing contained herein shall be construed to prevent any individual employee from informally discussing a complaint with his/her immediate supervisor.

Nothing contained herein shall be construed to deny to any employee his/her rights under Section 15 of the New York Civil Rights Law or under the State Education Law or under applicable civil service laws and regulations.

## ARTICLE TWO
## FAIR PRACTICES

The Union agrees to maintain its eligibility to represent all teachers by continuing to admit persons to membership without discrimination on the basis of race, creed, color, national origin, sex, marital status, sexual orientation, handicapping condition or age and to represent equally all employees without regard to membership or participation in, or association with the activities of, any employee organization.

The Board agrees to continue its policy of not discriminating against any employee on the basis of race, creed, color, national origin, sex, marital status, sexual orientation, handicapping condition, age or membership or participation in, or association with the activities of, any employee organization.

The Board agrees that it will not require any teacher to complete an oath or affirmation of loyalty unless such requirement is established by law.

The Board of Education agrees that, as a result of the strike and its related activities, it will not dismiss, demote, discipline, or otherwise act against any staff member because of his or her participation in said strike or related activities. Specifically excluded from the foregoing are any and all provisions of the Taylor Law (New York Civil Service Law, Section 200 et seq.), none of which are waived hereby.

Any records of court proceedings or other memoranda relating to job action or strike shall not be put in a staff member's permanent file, except as required by law.

## ARTICLE THREE
## SALARIES AND BENEFITS OF
## DAY SCHOOL TEACHERS

**A. Salaries and Differentials**

The salaries and differentials of day school teachers and the eligibility requirements therefor are set forth in pertinent part in Appendix A which is attached to and made a part of this Agreement.

**B. Staff Development Rate**

The hourly rate for paid attendance at training sessions shall be:

Effective May 19, 2008.......................................$19.12
Effective May 1, 2013.......................................$19.31
Effective May 1, 2014.......................................$19.50
Effective May 1, 2015.......................................$20.09
Effective May 1, 2016.......................................$20.79
Effective May 1, 2017.......................................$21.74
Effective May 1, 2018.......................................$22.17
Effective June 16, 2018.......................................$22.84

Exhibit O

2. The Board and the City shall promptly make available to the employees covered by this Agreement an eligible deferred compensation plan under Section 457 of the Internal Revenue Code in accordance with all applicable laws, rules and regulations.

## ARTICLE FIVE
## LICENSURE, ASSIGNMENT
## AND APPOINTMENT

### A. Substitute Teacher Position

It is the policy of the Board to provide for the gradual elimination of the position of substitute teacher in the following manner:

1. No examination for substitute teacher of common branches will be conducted at any time after September 1, 1968, and no license will be issued after February 1, 1969.

2. No examination for any other substitute teaching license will be conducted at any time after February 1. 1969, and no license will be issued after June 30, 1969.

The Board agrees that, in the event that the steps described in 1 and 2 above are not taken, it will pay to regular substitute teachers an additional sum calculated on the basis of the percentage of their annual salary which is equal to the percentage paid by the City of New York as increased take-home pay for its provisional employees but not to exceed the percentage paid to regular teachers. The Board will also treat regular substitute teachers for salary schedule placement and increment purposes in the same way as teachers who are appointed as regular teachers.

### B. Regularized Licensure

The Board of Education shall provide for the regular licensure of classroom teaching personnel consistent with the needs of the instructional program and subject to applicable law and the by-laws of the Board of Education. The Board will take the following actions:

The Board has established regular licenses valid for classroom teaching service under regular appointment, or for day-to-day per diem service, or for full-term assignment, or for other teaching service, including bi-lingual teaching. All teaching positions will be filled by persons holding such regular licenses except under the following circumstances:

1. Where a position must be filled to cover a class for which no person holding such regular license is immediately available after all efforts have been made to fill the position by a person holding such regular license;

2. Where the position covers a subject not normally taught in the public schools and is temporary in nature.

### C. Provisional Teachers

1. A Certified Provisional Teacher ("CPT") is a person who has not yet been appointed, who holds a New York State provisional or permanent certificate, a New York City regular license or a New York City substitute license issued on or before June 30, 1969. CPT's do not require annual renomination.

2. A Preparatory Provisional Teacher ("PPT") is a person who has not yet completed all the requirements for New York State provisional certification, but who holds a New York State temporary license. Pursuant to Commissioner's regulations, a PPT will be eligible for annual renomination for a state temporary license for a period of three years provided that for each year of service the PPT has been rated satisfactory and has shown

14

progress toward state provisional certification. For any PPT who satisfies these conditions the Chancellor will seek state renomination.

3.  Appointments and assignments to teaching positions shall be made in accordance with State Education Law, Commissioner's regulations and applicable Board of Education regulations and provisions of this Agreement. Appointments shall be made from eligible lists of persons holding regular licenses. After all available persons with regular licenses have been appointed and where positions still remain vacant or arise during the course of the school term, certified provisional teachers shall have priority for any assignment. Where no certified provisional teacher is available for assignment, preparatory provisional teachers will be eligible for such assignment.

Except in cases of emergency, any CPT or PPT employed to fill a full term or balance of term assignment will be retained for at least the duration of that term.

**D.  Assignment During First Fifteen Days**

A teacher who is assigned during the first fifteen (15) days of the school term to a position which is expected to be vacant for that term shall serve under the terms and conditions of this Agreement which would be applicable if a regular substitute teacher were serving in that position.

**E.  Withdrawal of Resignation and Subsequent Reappointment**

1.  Requests for withdrawal of resignation on the part of teachers who attained permanent tenure prior to their resignation shall be effectuated, subject only to medical examination and the approval of the Chancellor, provided that application for such withdrawal of resignation is made on or before the opening of school in September next following five years after the effective date of resignation. In all other cases of withdrawal of resignation, the requirements of former Section 255 of the Board of Education by-laws shall continue in effect.

2.  Teachers who resign and subsequently are reappointed shall be placed in the salary step at which they were at the time of resignation and shall be given the sick leave "bank" and sabbatical leave rights which they held at the time of resignation.

**F.  Absence Without Notice**

Teachers who are absent for 20 consecutive school days without notice shall be deemed to have resigned unless they have reasonable cause for failure to notify. The issue of the reasonableness of the cause and the penalty, if any, shall be subject to the grievance procedure, including binding arbitration, set forth in Article Twenty-Two.

**G.  Return to Former License of Appointment**

To open more opportunities to serve in the New York City public schools, and to encourage the use of shortage area licenses, the parties have agreed to the following system for license reversion, which supplements the existing procedure. This new system requires application and approval to revert to a former license and appointment. Except in unusual cases, approval will not be given to change from a shortage to a non-shortage license area. However, pedagogues serving in agreed-upon shortage areas may apply under Section 248 of the Chancellor's Regulations to revert to a former license and appointment.

Except for pedagogues serving in agreed-upon shortage areas, pedagogues who have been previously appointed under different license(s) may apply to serve under any such license(s) according to the following guidelines:

15

1.  The former license was validated by serving one year satisfactorily under that license and is still valid, and

2.  The most recent three years of active service have been rated satisfactory, and

3.  A vacancy in the school, district or city exists in the former license.

A pedagogue whose application to return to a former license is approved will be placed at the next reorganization in a vacant position in the same school or program in which he/she is serving.  If no such vacancy exists he/she will be placed in a vacancy in the same community school district or superintendency.  If no vacancy exists in the community school district or superintendency, the Division of Human Resources will place the pedagogue in a vacancy in the City.

For the purpose of this provision, a vacancy is defined as an unencumbered position, an anticipated vacancy, or a position currently held by a substitute.

A pedagogue who returns to a former license must serve a minimum of two school years in the license before being eligible to apply again under this provision.

A pedagogue who reverts to a license in an agreed-upon shortage area pursuant to this provision has the right to return to the license from which he/she reverted after at least two years of service in the shortage area.

**H.  New Arts Licenses**

In consequence of the creation of pre-kindergarten - grade 12 licenses for art, dance, vocal music and orchestral music ("the new arts licenses") the following is agreed upon with respect to contractual implementation for teachers impacted by the new arts licenses:

1.  Teachers who have completed probation in any license and are also state certified in a specific arts area and have taught for three years satisfactorily in the specific arts area will be grandfathered into the new license for all contractual purposes; however, for completion of probation in the new arts licenses, a teacher must serve one year under the new arts license.

2.  Appointed teachers who have taught satisfactorily for three years in a specific arts area but who do not currently hold state certification in the specific arts area and who commit to an education plan to achieve state certification by September 1, 2005 will be considered for seniority purposes with licensed probationary teachers in the specific arts area.  However, for completion of probation in the new arts licenses, the teacher must serve one year under the new arts license.

3.  Teachers serving under any of the four new arts licenses may transfer pursuant to Article 18A only within the level (elementary, middle/junior high school or high school) in which they completed probation in the new arts license.

4.  Upon their request, Article 17C (Appointment to New Program, License or Title) shall apply to teachers who are displaced by the establishment of the new licenses.


ARTICLE SIX
HOURS

**A.  School Day**

1.  The following shall apply except as set forth in Article 6B below:

a.  The school day for teachers serving in the schools shall be six hours and 20 minutes and such additional time as provided for below and in the by-laws. The gross

Exhibit 13

2.  The Board and the City shall promptly make available to the employees covered by this Agreement an eligible deferred compensation plan under Section 457 of the Internal Revenue Code in accordance with all applicable laws, rules and regulations.

## ARTICLE FIVE
## LICENSURE, ASSIGNMENT
## AND APPOINTMENT

### A.  Substitute Teacher Position

It is the policy of the Board to provide for the gradual elimination of the position of substitute teacher in the following manner:

1.  No examination for substitute teacher of common branches will be conducted at any time after September 1, 1968, and no license will be issued after February 1, 1969.

2.  No examination for any other substitute teaching license will be conducted at any time after February 1. 1969, and no license will be issued after June 30, 1969.

The Board agrees that, in the event that the steps described in 1 and 2 above are not taken, it will pay to regular substitute teachers an additional sum calculated on the basis of the percentage of their annual salary which is equal to the percentage paid by the City of New York as increased take-home pay for its provisional employees but not to exceed the percentage paid to regular teachers.  The Board will also treat regular substitute teachers for salary schedule placement and increment purposes in the same way as teachers who are appointed as regular teachers.

### B.  Regularized Licensure

The Board of Education shall provide for the regular licensure of classroom teaching personnel consistent with the needs of the instructional program and subject to applicable law and the by-laws of the Board of Education.  The Board will take the following actions:

The Board has established regular licenses valid for classroom teaching service under regular appointment, or for day-to-day per diem service, or for full-term assignment, or for other teaching service, including bi-lingual teaching.  All teaching positions will be filled by persons holding such regular licenses except under the following circumstances:

1.  Where a position must be filled to cover a class for which no person holding such regular license is immediately available after all efforts have been made to fill the position by a person holding such regular license;

2.  Where the position covers a subject not normally taught in the public schools and is temporary in nature.

### C.  Provisional Teachers

1.  A Certified Provisional Teacher ("CPT") is a person who has not yet been appointed, who holds a New York State provisional or permanent certificate, a New York City regular license or a New York City substitute license issued on or before June 30, 1969. CPT's do not require annual renomination.

2.  A Preparatory Provisional Teacher ("PPT") is a person who has not yet completed all the requirements for New York State provisional certification, but who holds a New York State temporary license.  Pursuant to Commissioner's regulations, a PPT will be eligible for annual renomination for a state temporary license for a period of three years provided that for each year of service the PPT has been rated satisfactory and has shown

progress toward state provisional certification. For any PPT who satisfies these conditions the Chancellor will seek state renomination.

3.  Appointments and assignments to teaching positions shall be made in accordance with State Education Law, Commissioner's regulations and applicable Board of Education regulations and provisions of this Agreement.  Appointments shall be made from eligible lists of persons holding regular licenses.  After all available persons with regular licenses have been appointed and where positions still remain vacant or arise during the course of the school term, certified provisional teachers shall have priority for any assignment. Where no certified provisional teacher is available for assignment, preparatory provisional teachers will be eligible for such assignment.

Except in cases of emergency, any CPT or PPT employed to fill a full term or balance of term assignment will be retained for at least the duration of that term.

**D.  Assignment During First Fifteen Days**

A teacher who is assigned during the first fifteen (15) days of the school term to a position which is expected to be vacant for that term shall serve under the terms and conditions of this Agreement which would be applicable if a regular substitute teacher were serving in that position.

**E.  Withdrawal of Resignation and Subsequent Reappointment**

1.  Requests for withdrawal of resignation on the part of teachers who attained permanent tenure prior to their resignation shall be effectuated, subject only to medical examination and the approval of the Chancellor, provided that application for such withdrawal of resignation is made on or before the opening of school in September next following five years after the effective date of resignation.  In all other cases of withdrawal of resignation, the requirements of former Section 255 of the Board of Education by-laws shall continue in effect.

2.  Teachers who resign and subsequently are reappointed shall be placed in the salary step at which they were at the time of resignation and shall be given the sick leave "bank" and sabbatical leave rights which they held at the time of resignation.

**F.  Absence Without Notice**

Teachers who are absent for 20 consecutive school days without notice shall be deemed to have resigned unless they have reasonable cause for failure to notify.  The issue of the reasonableness of the cause and the penalty, if any, shall be subject to the grievance procedure, including binding arbitration, set forth in Article Twenty-Two.

**G.  Return to Former License of Appointment**

To open more opportunities to serve in the New York City public schools, and to encourage the use of shortage area licenses, the parties have agreed to the following system for license reversion, which supplements the existing procedure.  This new system requires application and approval to revert to a former license and appointment.  Except in unusual cases, approval will not be given to change from a shortage to a non-shortage license area.  However, pedagogues serving in agreed-upon shortage areas may apply under Section 248 of the Chancellor's Regulations to revert to a former license and appointment.

Except for pedagogues serving in agreed-upon shortage areas, pedagogues who have been previously appointed under different license(s) may apply to serve under any such license(s) according to the following guidelines:

15

1.  The former license was validated by serving one year satisfactorily under that license and is still valid, and

2.  The most recent three years of active service have been rated satisfactory, and

3.  A vacancy in the school, district or city exists in the former license.

A pedagogue whose application to return to a former license is approved will be placed at the next reorganization in a vacant position in the same school or program in which he/she is serving.  If no such vacancy exists he/she will be placed in a vacancy in the same community school district or superintendency.  If no vacancy exists in the community school district or superintendency, the Division of Human Resources will place the pedagogue in a vacancy in the City.

For the purpose of this provision, a vacancy is defined as an unencumbered position, an anticipated vacancy, or a position currently held by a substitute.

A pedagogue who returns to a former license must serve a minimum of two school years in the license before being eligible to apply again under this provision.

A pedagogue who reverts to a license in an agreed-upon shortage area pursuant to this provision has the right to return to the license from which he/she reverted after at least two years of service in the shortage area.

## H. New Arts Licenses

In consequence of the creation of pre-kindergarten - grade 12 licenses for art, dance, vocal music and orchestral music ("the new arts licenses") the following is agreed upon with respect to contractual implementation for teachers impacted by the new arts licenses:

1.  Teachers who have completed probation in any license and are also state certified in a specific arts area and have taught for three years satisfactorily in the specific arts area will be grandfathered into the new license for all contractual purposes; however, for completion of probation in the new arts licenses, a teacher must serve one year under the new arts license.

2.  Appointed teachers who have taught satisfactorily for three years in a specific arts area but who do not currently hold state certification in the specific arts area and who commit to an education plan to achieve state certification by September 1, 2005 will be considered for seniority purposes with licensed probationary teachers in the specific arts area.  However, for completion of probation in the new arts licenses, the teacher must serve one year under the new arts license.

3.  Teachers serving under any of the four new arts licenses may transfer pursuant to Article 18A only within the level (elementary, middle/junior high school or high school) in which they completed probation in the new arts license.

4.  Upon their request, Article 17C (Appointment to New Program, License or Title) shall apply to teachers who are displaced by the establishment of the new licenses.


## ARTICLE SIX
## HOURS

### A.  School Day

1.  The following shall apply except as set forth in Article 6B below:

a.  The school day for teachers serving in the schools shall be six hours and 20 minutes and such additional time as provided for below and in the by-laws. The gross

### E. Application for Certain Salary Differentials

Effective July 1, 1964, teachers who, at the time of appointment, were not required to hold a baccalaureate degree as an exclusive prerequisite to qualify for the teaching license may apply under either of the following methods for the salary differential provided in Salary Schedule C2 or C6 of Appendix A hereof:

They may submit evidence of having completed the required number of semester hours of approved study, or

They may be credited with 26 semester hours of approved study by reason of having reached the maximum step of Salary Schedule C1 or C2. In addition, they shall submit evidence of the completion of the required additional number of semester hours of approved study, which additional hours must have been completed prior to the date of appointment or subsequent to the date of placement on the maximum step of the salary schedule.

### F. Vacation Pay

#### 1. Summer Vacation Pay

Summer vacation pay shall be prorated for the school year in which teachers are appointed and for the school year in which their service ceases on the following basis: Teachers who are appointed after the start of the school year and teachers who are terminated, laid off, resign or retire on/or before the end of the school year shall receive vacation pay for the summer following their appointment or cessation of service as follows: one-tenth of the amount of the vacation pay which would be payable for a full school year's service shall be paid for each month of service or major fraction thereof during the school year in which they are appointed or cease service except that service of less than a major fraction during the first month of appointment shall be credited for summer vacation pay. The pro-rating of summer vacation pay for the year in which teachers are appointed and for the year in which their service ceases in accordance with this provision shall not diminish the teacher's entitlement to any other benefit including health insurance and welfare coverage he/she would have received under the prior method of payment.

An employee who serves as a regular or per diem substitute and is appointed after the beginning of the school year shall be entitled to the additional vacation pay of a regular or per diem substitute for the year in which he/she is appointed on the basis of his/her substitute service prior to his/her appointment.

#### 2. Vacation Pay Credit and Service Credit

a. The estate of a teacher who dies during the school year shall receive a pro-rata amount, based on the length of his/her employment during the school year, of the vacation pay he/she would have received had he/she been employed during the entire school year. This section shall not apply to those teachers who are presumed to have retired on the day immediately preceding their death pursuant to Section B 20-410 of the Administrative Code of the City of New York, as amended.

b. A regularly appointed teacher who has rendered actual service during any school year covered in part by leave of absence for maternity and child care shall be given credit for salary increment purposes for any pro-rata vacation pay received for such service.



**UFT** United Federation of Teachers
*A Union of Professionals*

From UFT.org (http://www.uft.org)

# What types of leaves are available?

For appointed teachers there are leaves without pay and partial paid leaves such as sabbatical leaves or military leave. The federal Family Medical Leave Act of 1993, commonly referred to as FMLA, can also provide up to 12 weeks of paid or unpaid leave for employees who meet the eligibility requirements.

**Source URL:** http://www.uft.org/faqs/what-types-leaves-are-available

Absences, Leaves & Sabbaticals

 United Federation of Teachers
*A Union of Professionals*

From UFT.org (http://www.uft.org)

# Absences, Leaves & Sabbaticals

Under the UFT-DOE contract, teachers and other members have varying rights to absences, leaves and sabbaticals. In this section, you'll find summaries of these rights as well as helpful links to more detailed information and related forms and guidelines.

- <u>Absences</u>
  If you are a teacher or other pedagogue and are absent from school because of illness, you will be paid for up to 10 days in any school year without needing to submit a doctor's note.
- <u>Leaves</u>
  Any regularly appointed teacher or pedagogue may apply for a leave of absence. Leaves of absence with partial pay include military leaves and sabbatical leaves for study and for restoration of health.
- <u>Sabbaticals</u>
  Sabbaticals are available to teachers to enhance their teaching skills, restore their health, or achieve state certification in a shortage area. Other pedagogues may be eligible for health sabbaticals.

**Source URL:** http://www.uft.org/our-rights/absences-leaves-sabbaticals



# United Federation of Teachers
## *A Union of Professionals*

From UFT.org (http://www.uft.org)

# What is the difference between a Family Medical Leave Act leave and a DOE leave? Do I have to apply for both?

The FMLA applies to all employees who have worked for 12 months or 1,250 hours. Pedagogues may apply for DOE leaves other than what is covered under FMLA and for a longer duration. The FMLA and the DOE leaves run concurrently; so you should apply for both leaves if you know that you will be out for an extended period of time. For example, if a medical condition warrants a leave without pay, you should apply for a leave by logging into the DOE's Self-Service Online Leave Application System.

**Source URL:** http://www.uft.org/faqs/what-difference-between-family-medical-leave-act-leave-and-doe-leave-do-i-have-apply-both



**Department of Education**
Chancellor Richard A. Carranza

Exhibit 12

TEACHNYC.NET



# New York City Department of Education
# 2018-2019 Hiring Support Guide



PRE-K FOR ALL

3-K FOR ALL

NYC MEN TEACH

NYC
Teach PE in NYC

SPARK
OPPORTUNITY

TEACH NYC

DOE Teacher Hiring

In the DOE, teachers are hired by individual schools, not by a central office, and each school has its own approach to hiring. Many schools begin the hiring process as early as February, so it is important to start your job search early to take advantage of all opportunities to connect with principals and hiring managers.

Teacher candidates who understand the job search process and properly prepare themselves will be more confident and successful in their efforts to locate and secure a teaching position. Start to prepare for and begin your job search in early spring. You can start contacting schools as early as February 2018.  Reach out to principals directly to learn more about their open positions. Simply indicate that you that you are interested in their school and would like to have the opportunity to discuss your qualifications. If you are a candidate in the hard to fill areas of mathematics, science, foreign language, or special education, you should consider making employer contacts early or take advantage of our Select Recruits Early Hiring Program.

Many factors impact teacher hiring timelines, and below we have shared guidance on how to understand these factors.

- **Early Hiring Initiatives:** While our schools are located in all five boroughs, many of NYC's highest-need schools are in the Bronx, and the DOE sponsors a number of early hiring initiatives to support this borough. As the greatest proportion of teacher vacancies are in the Bronx, the DOE supports hiring by hosting networking events and school tours as early as February for teacher candidates that have been accepted to the Select Recruits Early Hiring Program

- **Anticipated Teacher Vacancies:** Many schools are able to anticipate vacancies well before the start of the school year. Teachers may announce retirements or transfers prior to the end of the previous school year and/or rising enrollment in their special education population. English as a New Language (ENL) teachers may indicate a need for more teachers in those subject areas the following year. Sometimes, schools have "carryover" vacancies, meaning there was a vacancy last semester or last year at the school that went unfilled and will need to be filled for the coming school year. Anticipated vacancies are typically posted as soon as the hiring representative is made aware of the opening, so you can start searching for these vacancies immediately.

- **Unanticipated Teacher Vacancies:** Hiring at some schools may occur later because teacher vacancies often arise later in the summer. There are several factors that lead to teacher vacancies, including teacher retirements, resignations and transfers, as well as changes in class size, enrollment, and the grade levels offered at schools. Because these events have varying timelines, some schools may share information on specific teacher vacancies later in the summer.

- **Changes in Student Population:** Changes in student population affect the teacher hiring timeline because student enrollment differs from year to year. Teacher vacancies in special education, bilingual education, and English as a New Language (ELLs) often become available throughout the summer or into the beginning of the school year due to shifts in enrollment of those populations at a particular school.

---

Checklist: Introduction to Your Job Search
- ☐ **Read the Hiring Support Guide** in its entirety.
- ☐ **Attend a DOE Webinar.** Reserve a virtual seat.
- ☐ **Research** the various DOE Hiring Initiatives and indicate interest on respective websites.
- ☐ **Ensure you communicate professionally.** Create a professional, updated e-mail address, voicemail greeting, and online presence that will be appropriate to use with hiring representatives.

---

**Exhibit 14**

### 5. Evening High School Non-Teaching Assignments

In evening high schools, assignments to positions for which there is a compensatory time allowance shall be made in accordance with the same procedures as are provided for such assignments in the day high schools in Article Seven of this Agreement.

### 6. Reduction in Per Session Positions

If the number of per session positions in an activity is reduced, teachers will be released on the basis of least seniority in the activity. If positions are subsequently restored within a year in the per session activity teachers shall be reemployed on the basis of seniority.

### 7. Teacher Files

The procedures of Article Twenty-One A entitled "Teacher Files" shall apply to teacher files maintained for their per session employment.

### 8. Sabbatical Leave

Teachers whose sabbatical leave begins August 1 will complete the per session activity in which they are serving, but may not return to the activity until the summer following completion of the sabbatical.

## D. Consultation

The head of each per session activity, or his/her representative, and the Union committee for the activity shall meet once each term in non-working hours to consult on matters of policy involving the professional interests of the per session teachers and on questions relating to the implementation of this Agreement.

## E. Definitions

The following are per session activities within the meaning of this Article: vacation day camps; after school centers; evening community and youth and adult centers; evening elementary schools for adults; summer evening elementary schools for adults; fundamental adult education day classes; summer day high schools; summer evening high schools; summer junior high schools; summer special day schools; day treatment centers; institutional settings; summer day elementary schools; evening high and trade schools; the special after-school instructional help program; and extra-curricular athletic and non-athletic programs in day academic and vocational high schools, day junior high schools and special day schools, day treatment centers and institutional settings; and the suspension summer program.

## ARTICLE SIXTEEN
## LEAVES

### A. Cumulative Absence Reserves and Sick Leave

1. Teachers on regular appointment reinstated after retirement will be credited with the cumulative reserves remaining to their credit upon retirement and such reserves as they accumulated as regular substitutes.

2. Teachers on regular appointment who resign or retire will be credited upon resuming service as regular substitute teachers with 120/200 of the unused cumulative reserves remaining to their credit upon resignation or retirement.

3. Teachers on regular appointment accepting regular substitute teaching positions in order to establish eligibility for other licenses will be credited with their cumulative reserves as regular teachers during their period of substitute service.

4.  Teachers on regular appointment called to military duty will be credited upon their return with the same sick leave allowance for the period of their military service as they would have been entitled to in school service.

5.  Teachers on regular appointment whose licenses are terminated will be credited with 120/200 of their unused cumulative reserves if they then serve as regular substitutes, or if appointed anew, with their unused cumulative reserves.

6.  Employees of the City University of New York who transfer as regularly appointed teachers to the Board shall have their cumulative reserves transferred and credited to them, but not in excess of the maximum number of days creditable in this system.

7.  Unused sick leave accumulated as a per diem substitute shall be transferable to the teacher's "bank" as a regular substitute or appointed teacher.

8.  Unused leave accumulated as a paraprofessional or substitute vocational assistant or teacher's assistant shall be transferable to the teacher's "bank" as a regular substitute or an appointed teacher.

9.  A teacher on regular appointment who has exhausted his/her cumulative sick leave may borrow up to 20 days of additional sick leave.  However, in order to assure that borrowed sick leave is repaid, the employee may be required to sign an appropriate document prepared by the Board acknowledging a legal obligation to repay upon the cessation of service.  For purposes of this provision "cessation of service" shall mean resignation, retirement, termination for cause or death.

10. Sick leave privileges shall extend to the taking of annual physical checkups or the taking of annual laboratory tests.  Such absences shall be limited to one day in each school year.

11. Teachers on regular appointment shall be granted absence refunds for illness on application, without a statement from a physician, for a total of no more than 10 days in any school year.  Teachers will be allowed to use three of such 10 days of sick leave for personal business provided that reasonable advance notice is given to the head of the school.  Teachers may use the days allowed for personal business for the care of ill family members.  For the purpose of this provision, family member shall be defined as: spouse; natural, foster or step parent; child; brother or sister; father-in-law; mother-in-law; any relative residing in the household; and domestic partner, provided such domestic partner is registered pursuant to the terms set forth in the New York City Administrative Code Section 3-240 et seq.  Days off for personal business are intended to be used only for personal business which cannot be conducted on other than a school day and during other than school hours.

12. Regular substitute teachers shall be granted absence refunds for illness on application, without a statement from a physician, for no more than five days in one school term.  However, regular substitute teachers who serve two terms in one school year shall be granted a total of no more than 10 such absence refunds during the two terms, three of which may be used for personal business provided that reasonable advance notice is given to the head of the school.  Regular substitute teachers may use two of the three days allowed for personal business in any school year for the care of ill family members.  For the purpose of this provision, family member shall be defined as: spouse; natural, foster or step parent; child; brother or sister; father-in-law; mother-in-law; any relative residing in the household; and domestic partner, provided such domestic

Exhibit 15

1                    CROSS/GATES

2    specifically enter.  So I can't say for

3    certain.  I have an idea what it could be.

4                    JUDGE BLASSMAN:  If you don't

5         know, don't speculate.

6         Q.        You said you input information

7    into Galaxy; is that correct?

8         A.        Myself and Ms. Frances.

9         Q.        What type of information do you

10   input into Galaxy?

11        A.        We input the teachers' names,

12   I.D. numbers and the subjects that they will

13   be teaching and then we allocate the funds

14   towards those teachers and the staff and for

15   other things, as well such as OTPS, which is

16   other than personnel services, which could be

17   like purchasing of desks.

18                    Also for services such as ELL

19   or special needs.  There is a host of things

20   that we enter into the Galaxy system.

21        Q.        Do you also input information

22   whether the individual is per diem or any

23   other status?

24        A.        When we enter information, it

25   goes to a secondary level so it has to be



8 CRR-NY 80-5.4
NY-CRR

OFFICIAL COMPILATION OF CODES, RULES AND REGULATIONS OF THE STATE OF NEW YORK
TITLE 8. EDUCATION DEPARTMENT
CHAPTER II. REGULATIONS OF THE COMMISSIONER
SUBCHAPTER C. TEACHERS
PART 80. REQUIREMENTS FOR TEACHERS' CERTIFICATES AND TEACHING PRACTICE
SUBPART 80-5. REQUIREMENTS RELATING TO CLASSROOM TEACHING AND EDUCATIONAL
LEADERSHIP PRACTICE AND SPECIALIZED CREDENTIALS

8 CRR-NY 80-5.4
8 CRR-NY 80-5.4

## 80-5.4 Substitute teachers.

**(a) Definitions.**

As used in this section:

(1) *Substitute teacher* means one who is employed in place of a regularly appointed teacher who is absent but is expected to return.

(2) *Long-term basis* means employment for more than 40 days by a school district or board of cooperative educational services in a school year.

(3) *Itinerant basis* means employment for 40 days or less by a school district or board of cooperative educational services in a school year.

**(b) Responsibility.**

The responsibility for the employment of appropriately qualified substitutes rests with the chief school officer. Persons employed on a long-term basis shall have the proper certification for the position, except as provided in paragraphs (c)(2) and (3) of this section.

**(c) Length of employment.**

There shall be three categories of substitutes as follows:

(1) Substitutes with valid teaching certificates or certificates of qualification. Service may be rendered in any capacity, for any number of days. If employed on more than an itinerant basis, such persons will be employed in an area for which they are certified.

(2) Substitutes without a valid certificate, but who are completing collegiate study toward certification at the rate of not less than six semester hours per year. Service may be rendered in any capacity, for any number of days, in any number of school districts. If employed on more than an itinerant basis, such persons will be employed in the area for which they are seeking certification.

(3) Substitutes without a valid certificate and who are not working towards certification.

(i) Except as otherwise provided in subparagraph (ii) of this paragraph, service may be rendered for no more than 40 days by a school district or board of cooperative educational services in a school year.

(ii) In extreme circumstances where there is an urgent need for a substitute teacher and the district has undertaken a good faith recruitment search for a properly certified candidate, and determined that there are no available certified teachers to perform the duties of such position, a substitute teacher, without a valid teaching certificate and who is not working towards certification, may be employed by the school district or board of cooperative educational services beyond the 40-day limit, for up to an additional 50 days (90 days total in a school year), if the district superintendent (for districts that are a component district of a board of cooperative educational services and boards of cooperative educational services) or the superintendent (for school districts that are not a component district of a board of cooperative educational services) certifies that the district or board

of cooperative educational services, as applicable, has conducted a good faith recruitment search and there are no available certified teachers that can perform the duties of such position. In rare circumstances, a district or BOCES may hire a substitute teacher beyond the 90 days, if a district superintendent or superintendent attests that a good faith recruitment search has been conducted and that there are still no available certified teachers who can perform the duties of such position and that a particular substitute teacher is needed to work with a specific class or group of students until the end of the school year. The provisions of this subparagraph shall be applicable until June 30, 2018.

**(d) Reporting.**

The chief school officer of each school district and the district superintendent of each board of cooperative educational services shall submit an annual report concerning the employment of all uncertified substitute teachers to the commissioner on forms prescribed by the commissioner, which shall include the number of substitute teachers authorized to be employed beyond the 40-day limit until June 30, 2018 for the limited circumstances described in subparagraph (c)(3)(ii) of this section, with the required certification(s) from the district superintendent or superintendent, as applicable, for each substitute teacher employed beyond the 40-day limit, certifying that a good faith recruitment search was conducted and that there were no available certified teachers that could perform the duties of such position. The annual report shall also include the number of substitute teachers authorized to be employed beyond the 90 days limit until June 30, 2018 for the limited circumstances described in subparagraph (c)(3)(ii) of this section, with the required certification(s) from the district superintendent or superintendents, as applicable, for each substitute teacher employed beyond the 90-day limit, certifying that a good faith recruitment search was conducted and that there were no available certified teachers that could perform the duties of such position and that a particular substitute teacher is needed to work with a specific class or group of students until the end of the school year.

8 CRR-NY 80-5.4
Current through June 20, 2018

**END OF DOCUMENT**

© 2018 Thomson Reuters. No claim to original U.S. Government Works.

Exhibit 17

8 CRR-NY 80-5.4
NY-CRR

OFFICIAL COMPILATION OF CODES, RULES AND REGULATIONS OF THE STATE OF NEW YORK
TITLE 8. EDUCATION DEPARTMENT
CHAPTER II. REGULATIONS OF THE COMMISSIONER
SUBCHAPTER C. TEACHERS
PART 80. REQUIREMENTS FOR TEACHERS' CERTIFICATES AND TEACHING PRACTICE
SUBPART 80-5. REQUIREMENTS RELATING TO CLASSROOM TEACHING AND EDUCATIONAL
LEADERSHIP PRACTICE AND SPECIALIZED CREDENTIALS

8 CRR-NY 80-5.4
8 CRR-NY 80-5.4

## 80-5.4 Substitute teachers.

**(a) Definitions.**

As used in this section:

(1) *Substitute teacher* means one who is employed in place of a regularly appointed teacher who is absent but is expected to return.

(2) *Long-term basis* means employment for more than 40 days by a school district or board of cooperative educational services in a school year.

(3) *Itinerant basis* means employment for 40 days or less by a school district or board of cooperative educational services in a school year.

**(b) Responsibility.**

The responsibility for the employment of appropriately qualified substitutes rests with the chief school officer. Persons employed on a long-term basis shall have the proper certification for the position, except as provided in paragraphs (c)(2) and (3) of this section.

**(c) Length of employment.**

There shall be three categories of substitutes as follows:

(1) Substitutes with valid teaching certificates or certificates of qualification. Service may be rendered in any capacity, for any number of days. If employed on more than an itinerant basis, such persons will be employed in an area for which they are certified.

(2) Substitutes without a valid certificate, but who are completing collegiate study toward certification at the rate of not less than six semester hours per year. Service may be rendered in any capacity, for any number of days, in any number of school districts. If employed on more than an itinerant basis, such persons will be employed in the area for which they are seeking certification.

(3) Substitutes without a valid certificate and who are not working towards certification.

(i) Except as otherwise provided in subparagraph (ii) of this paragraph, service may be rendered for no more than 40 days by a school district or board of cooperative educational services in a school year.

(ii) In extreme circumstances where there is an urgent need for a substitute teacher and the district has undertaken a good faith recruitment search for a properly certified candidate, and determined that there are no available certified teachers to perform the duties of such position, a substitute teacher, without a valid teaching certificate and who is not working towards certification, may be employed by the school district or board of cooperative educational services beyond the 40-day limit, for up to an additional 50 days (90 days total in a school year), if the district superintendent (for districts that are a component district of a board of cooperative educational services and boards of cooperative educational services) or the superintendent (for school districts that are not a component district of a board of cooperative educational services) certifies that the district or board

of cooperative educational services, as applicable, has conducted a good faith recruitment search and there are no available certified teachers that can perform the duties of such position. In rare circumstances, a district or BOCES may hire a substitute teacher beyond the 90 days, if a district superintendent or superintendent attests that a good faith recruitment search has been conducted and that there are still no available certified teachers who can perform the duties of such position and that a particular substitute teacher is needed to work with a specific class or group of students until the end of the school year. The provisions of this subparagraph shall be applicable until June 30, 2018.

**(d) Reporting.**

The chief school officer of each school district and the district superintendent of each board of cooperative educational services shall submit an annual report concerning the employment of all uncertified substitute teachers to the commissioner on forms prescribed by the commissioner, which shall include the number of substitute teachers authorized to be employed beyond the 40-day limit until June 30, 2018 for the limited circumstances described in subparagraph (c)(3)(ii) of this section, with the required certification(s) from the district superintendent or superintendent, as applicable, for each substitute teacher employed beyond the 40-day limit, certifying that a good faith recruitment search was conducted and that there were no available certified teachers that could perform the duties of such position. The annual report shall also include the number of substitute teachers authorized to be employed beyond the 90 days limit until June 30, 2018 for the limited circumstances described in subparagraph (c)(3)(ii) of this section, with the required certification(s) from the district superintendent or superintendents, as applicable, for each substitute teacher employed beyond the 90-day limit, certifying that a good faith recruitment search was conducted and that there were no available certified teachers that could perform the duties of such position and that a particular substitute teacher is needed to work with a specific class or group of students until the end of the school year.

8 CRR-NY 80-5.4
Current through June 20, 2018

**END OF DOCUMENT**

© 2018 Thomson Reuters. No claim to original U.S. Government Works.

Exhibit 18



The New York City Department of Education – Division of Human Resources

Office of Field & Information Services
65 Court Street, Room 811, Brooklyn, New York 11201

### APPLICATION FOR REDUCTION OF PROBATIONARY SERVICE

*Instructions:* This application form is to be used by regularly appointed pedagogical personnel. Pursuant to NYS Education Law, the standard period of probation for all regularly appointed pedagogical employees is as follows:

- APPOINTED PRIOR TO JULY 1, 2015 - **Three (3) years of active service.**
- APPOINTED ON OR AFTER JULY 1, 2015 - **Four (4) years of active service.**

Regardless of appointment date, all Teachers, guidance counselors, social workers, may apply for a reduction of the probationary period on the basis of previous teaching (in the level and area of their appointed license) for the New York City Department of Education or in another school district within New York State.

| Check One: ☐ Elementary | ☑ Junior H.S. | ☑ High School | ☐ Other |
| --- | --- | --- | --- |

Last Name: **Konteye**    First: **Amadou**    MI: __

SS# **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**   EIS/File# **2595157**   Date of Appointment: **09/24/2012**

Employee Email Address: **164 West 147 Street**

Home Phone/Cell Phone # **(212) 362-1653 (646) 342-9134**

Appointed License Area: **French**    Appointed School: **05M499**

School Address: **2351 Adam Clayton Powell Jr. Blvd**   Zip: **10039**
**New York NY 10039**

**Section 1: Jarema Credit-** A teacher or other non-supervisory pedagogue who has rendered satisfactory service as a regular appointee or a regular substitute for up to two years or more and has been appointed to the same rank, subject and level area in day school at an annual salary, may have the probationary period reduced by as much as two years upon verification of such previous service.

For purposes of awarding Jarema Credit, no period of substitute service shall be counted as equivalent to probationary service unless it is under supervision and consists of not less than 80 school days of service in any 90 consecutive school days in the same school; and a credit of one year shall be based on not fewer than a 160 days of actual service extending over a period of one year.

Indicate below regularly appointed and regular substitute service in NYC public day schools that may be credited towards the reduction of probationary period. Note: Duration of probationary period subject to your appointment date. See *"Instructions"* above.

| Inclusive Dates of Service From | To | #Days of Service | Grade/Subject | BFSC/District/Borough/School | Principal's Signature |
| --- | --- | --- | --- | --- | --- |
| 09/26/12 | 06/26/13 | 171 | 7-8/French | 05M499/FDA | |
| 09/09/13 | 06/26/14 | 136 | 7-8/French | 05M499/FDA | |
| 09/04/14 | 02/12/16 | 263 | 7-12/French | 05M499/FDA | |

**Section 2: Traveling Tenure-**Non-supervisory pedagogic appointees who were tenured in another school district located within New York State may apply to have their probationary period reduced by one year. Note: Duration of probationary period subject to your appointment date. See *"Instructions"* above.
To claim Traveling Tenure credit, you must enter the information requested below.

| Name and Complete Address of New York State School System Awarding Tenure: | Date Tenure Awarded |
| --- | --- |
| | |
| | |

**Note:** Either Jarema Credit **or** Traveling Tenure may be applied for the reduction of the probationary period, but not both.

**This application must be printed and submitted to the Division of Human Resources, Office of Field Services.** Please complete form and submit as email attachment to: ProbReduction@schools.nyc.gov or complete and mail form to the above address. Retain copy for your files. Substitute service will be verified with schools where former employment occurred.

Rev. 11/2015



# United Federation of Teachers
## A Union of Professionals

From UFT.org (http://www.uft.org)

# Tenure

Gaining tenure is an important milestone. Having tenure means you can't be terminated without due process and you're entitled to a hearing if the Department of Education takes disciplinary action.

Teachers begin working on probation and are generally eligible for tenure at the end of their fourth year. Tenure isn't automatically granted at the end of your probationary period. To be granted tenure, you must:

- Be on track to complete all your state certification and city licensing requirements;
- file an application and receive professional certification;
- have a record of acceptable service during your probationary period; and
- be recommended for tenure by your principal.

Your tenure becomes permanent only after you complete all your certification requirements.

There are many steps you can take to prepare for your tenure decision.

- **Know your tenure date.** To find it, check with your payroll secretary. You'll want to be proactive in meeting with your principal in advance of your tenure decision to review your work.
- **Confirm your license code matches the subject and level in which you are teaching.** In New York City, tenure is granted in your license appointment area, and those pieces of information must match.
- **Keep records and documents that reflect on your performance**, such as observation reports; notes or emails to and from your colleagues, mentor, supervisors and parents; and evidence of your professional contributions to your school. Add a brief explanation or context for each piece of evidence you include and be sure to show how you differentiate to accommodate children with diverse abilities.
- **Document the work you've done for your school community**, such as clubs or student groups you advise or activities in which you've participated.

There are many ways you can organize this information. Some teachers choose to build tenure portfolios using binders organized into subsections where they store lesson plans, student work and assessments, observation reports, certificates from professional learning activities and other records.

Other teachers recommend digital record-keeping, using online resources to organize files. Dropbox, Google Drive or iCloud are all services you can use to store your work.

If you are up for tenure and your principal asks you to agree to extend your probationary period, you should contact your chapter leader or a UFT representative to help ensure that your rights are protected.

There are two ways to reduce your probationary period:

10/13/2018                                                                                          Tenure

- If you worked as a regular substitute in the same license and at the same school level, you can reduce the normal probationary period by up to two years. This is called Jarema Credit, and you should apply if you think you are eligible. The application form is online.
- Another way to reduce your probationary period is called "traveling tenure." If you received tenure in one license area and elect to take an appointment in a new license area or if you were tenured in another school district in New York State, you should apply to have your probationary period reduced by one year.

If you think you are eligible for either of these options, or have any questions, please contact your UFT borough office. The UFT offers tenure workshops in its borough offices. Check the UFT events calendar for details.

**Source URL:** http://www.uft.org/new-teachers/tenure

Tenure



**United Federation of Teachers**
*A Union of Professionals*

From UFT.org (http://www.uft.org)

---

# Tenure

Tenure is a status that appointed pedagogues achieve after completing a probationary period with satisfactory service. Once you have tenure, you cannot be dismissed without being formally charged and having a hearing before an independent arbitrator on those charges. This protects you from being fired for the personal or political objectives of a supervisor. The normal probationary period is four years, although this can be reduced by prior service or extended if the tenure grade is in doubt. To acquire tenure you must also meet all the eligibility requirements.

Read more about tenure »

*Also see Disciplinary Actions and Chancellor's Regulation C-205 .*

---

**Source URL:** http://www.uft.org/our-rights/know-your-rights/tenure

**Links:**
[1] http://www.uft.org/new-teachers/tenure
[2] http://www.uft.org/our-rights/know-your-rights/disciplinary-actions
[3] https://www.schools.nyc.gov/docs/default-source/default-document-library/c-205-english&quot;



## United Federation of Teachers
### A Union of Professionals

From UFT.org (http://www.uft.org)

NEW TEACHER ARTICLES

# All you need to know about getting tenure

BY RACHEL NOBEL | APRIL 5, 2018 NEW YORK TEACHER ISSUE

Gaining tenure is an important milestone for new teachers. Having tenure means you can't be terminated without due process and you're entitled to a hearing if the Department of Education takes disciplinary action that could lead to termination.

Teachers hired before July 1, 2015, generally serve a three-year probationary period. Teachers hired after July 1, 2015, are generally eligible for tenure at the end of their fourth year.

There are two ways to reduce your probationary period. If you worked as a regular substitute in the same license and at the same school level, you can reduce the normal probationary period by up to two years. This is called Jarema Credit, and you should apply if you think you are eligible. The application form is online . Another way to reduce your probationary period is called "traveling tenure." If you received tenure in one license area and elect to take an appointment in a new license area or if you were tenured in another school district in New York State, you should apply to have your probationary period reduced by one year.

If you think you are eligible for either of these options, or have any questions, contact your UFT borough office.

There are many steps you can take to prepare for your tenure decision. First and foremost, you need to know your tenure date. To find it, check with your payroll secretary. You'll want to be proactive in meeting with your principal in advance of your tenure decision to review your work.

In New York City, tenure is granted in your license appointment area, which is why it is of utmost importance that your license code match the subject and level in which you are teaching.

Tenure isn't automatically granted at the end of your probationary period. To be granted tenure, you must:

- Be on track to complete all your state certification and city licensing requirements, file an application and receive professional certification;
- have a record of acceptable service during your probationary period; and
- be recommended for tenure by your principal.

Your tenure becomes permanent only after you complete all your certification requirements.

In preparing for tenure, you'll want to keep records and documents that reflect on your performance, such

All you need to know about getting tenure

as observation reports; notes or emails to and from your colleagues, mentor, supervisors and parents; and evidence of your professional contributions to your school. Add a brief explanation or context for each piece of evidence you include and be sure to show how you differentiate to accommodate children with diverse abilities.

If applicable, you can document the work you've done for your school community, such as clubs or student groups you advise or activities in which you've participated.

There are many ways you can organize this information. Some teachers choose to build tenure portfolios using binders organized into subsections where they store lesson plans, student work and assessments, observation reports, certificates from professional learning activities and other records.

Other teachers recommend digital record-keeping, using online resources to organize files. Dropbox, Google Drive or iCloud are all services you can use to store your work.

If you are up for tenure and your principal asks you to agree to extend your probationary period, you should contact your chapter leader or a UFT representative to help ensure that your rights are protected.

The UFT offers tenure workshops in its borough offices. Check the UFT <u>events calendar</u> for details.

---

**Source URL:** http://www.uft.org/new-teacher-articles/all-you-need-know-about-getting-tenure

**Links:**
[1] http://www.uft.org/reporter/rachel-nobel
[2] http://www.uft.org/news/ny-teacher/issue/2018-04-05
[3] http://schools.nyc.gov/NR/rdonlyres/CECA9C62-4B58-478E-8555-18EA1C9EB2B3/0/ReductionofProbationForm112015rev.pdf
[4] http://www.uft.org/calendar

Exhibit 19

# NYC Teaching Fellows
# Fall 2016
# ENROLLMENT GUIDE



NYC Department of Education
Carmen Fariña, Chancellor

# Your Journey Begins Now.

In this guide, we'll introduce you to the NYC Teaching Fellows program in more detail, including the steps in our enrollment process, what you can expect during pre-service training, and information on the supports that we provide as you start teaching full-time and begin your university coursework.

Welcome
Pg. 3

Our Mission
Pg. 4

Our Approach to Preparing Great Teachers
Pg. 5

The NYC Teaching Fellows Enrollment Experience
Pg. 6

The NYC Teaching Fellows Journey
Pg. 9

Hiring Support
Pg. 10

Pre-Service Training
Pg. 11

New York State Teacher Certification and Required Exams
Pg. 13

Financial Information
Pg. 14

Next Steps
Pg. 15

*This Guide is not, and shall not be implied or construed to constitute a legally binding contract or contain any contractual or legal commitment or promise of any kind. NYCTF reserves the right to change, amend, or revoke any information contained herein, without advance notice. Participants in NYCTF's programs can cease participation in the program at any time for any reason and can likewise be dismissed from the program at any time for any reason not prohibited by statute. Nothing herein shall be considered a promise of continued enrollment in the TNTP program, nor an offer of new or continued employment with any school district. The New York City Teaching Fellows Onboarding Guide and Pre-Service Training Handbook (which you receive after enrolling) provide additional information about your program participation, and should be consulted in combination with this Guide.*



# NYC Teaching Fellows: Your Journey Begins Today!

Your pathway to becomming a fully certified teacher consists of many interactions with our program office and your university and other offices within the NYCDOE. Below is an outline of this journey.

**Preparation**
Now - August 2016

**Before Pre-Service Training**
- Complete pre-work for pre-service training

**Pre-Service Training**
August - November 2016

**Teacher Training**
- Learn fundamental teaching strategies in NYCTF Skill Building Sessions- Gain teaching experience by attending your training at a NYC public school
- Complete university coursework as required

**Job Search**
- During December find and secure a full-time teaching position with support from NYCTF and by reaching out to principals with vacancies in your subject area

**Testing and Certification**
- Prepare for and take New York State Certification Exams
- Register for and take the GRE

**Year 1**
January 2017 - June 2017

**Full-Time Teaching**
- Teach full-time in a NYCDOE school for the second semester of the 2016-17 school year
- Attend school and district professional development sessions

**Testing and Certification**
- Re-take and pass certification exams, if necessary, to meet NYCTF testing deadlines.

**University Coursework**
- Attend coursework at your university 1-2 per week
- Meet all university requirements and deadlines to remain enrolled in your certification program

**Year 2+**
August 2017 - Graduation

**Ongoing**
- Continue teaching full-time in a NYCDOE school
- Complete your master's degree program and apply for your initial
- certification with the support of your university

NYC Department of Education


NYC TEACHING FELLOWS

# Fellow Hiring Support

As a NYC Teaching Fellow, will have the opportunity to find a position at a school that is a great fit, where you can grow and develop in your career. Teaching Fellows are not assigned to schools by the Fellows program, they are hired through a process of mutual consent, meaning that both the principal and Fellow agree to the hiring decision. This process facilitates better long-term matches for both schools and teachers, and is a major reason why over 55% of Fellows are still teaching in New York City public schools after five years.

## Hiring Activities

The NYC Teaching Fellows provides a wide range of resources to support you in finding a position that is a good fit. These include, but are not limited to:



- A comprehensive Hiring Support Guide and overview webinar
- Invitations to hiring workshops on topics including resume revision, interviewing best practices, and demonstration lesson creation and facilitation
- Resume sharing with NYC principals

## Finding a Position

For critical shortage areas such as special education and English as a Second Language, students need supportive and committed educators who believe in them and who will set high expectations for their academic success. Unfortunately, there is a year-round need to attract and retain talented teachers in these subject areas, and this challenge is especially great in low-income communities, particularly in Brooklyn and the Bronx. To meet this need, you will focus your job search on finding a position at a school with a critical shortage area vacancy.

While we expect Fellows to be actively engaged in the job search process and seek their own opportunities to interview for positions, the unique nature of mid-year vacancies allows us to provide additional support to help you identify where current vacancies exist. Fellows applying for mid-year positions may have the opportunity to visit potential hiring sites during the school day. This will allow you to meet faculty and students, and get a sense for the culture of the school; these are important factors when determining fit.

While admission to NYC Teaching Fellows does not guarantee a teaching position, the need for quality teachers in high need subject areas remains high.

You will receive specific next steps regarding the hiring process from the NYC Teaching Fellows program office in the fall. Please refrain from contacting schools and principals about potential teaching positions until next steps are provided.



# Pre-Service Training

## The NYCTF Model

Pre-service training is designed to provide you with the necessary experiences, practice, coursework, and resources so that you're able to raise student achievement from your first day in the classroom. Our narrow focus on key instructional techniques is designed to help you practice the most essential skills that you need to begin the rest of your journey as an educator. Throughout PST, you will observe and analyze exemplary models of these techniques, rehearse them with peers, receive coaching from outstanding teachers, and practice them with actual students in school classrooms.

## Classroom Experience

Fellows in the Fall 2016 Cohort will be provided the unique opportunity to work with, learn from, and grow with a Collaborative Coach in a NYC school during the traditional school year. All Collaborative Coaches are experienced NYC teachers with a strong record of success, providing you with the chance to observe, study, and interact with a successful mentor. With support from your Collaborative Coach, you will gradually increase the amount of time you spend planning for instruction, providing you invaluable experience to teach full school days with standard curriculum. During Fall PST you will have the opportunity to work closely with students with special needs and English Language Learners, and spend time learning about the diversity of abilities and needs of students.  Collaborative Coaches will observe you and provide immediate, constructive feedback that helps you improve in real time.

You will also attend skill-building sessions to learn proven instructional and classroom management techniques, practice these new skills with your peers, and then immediately apply them when working with your students. Skill-building sessions are taught by a Lead Instructor, who will model teaching skills and provide specific, direct feedback to help you improve in the moment. Together with these trained NYCTF staff, other Fellows, and experienced NYC teachers, you will be responsible for teaching and supporting the growth of NYC students.

## Fellow Development

Throughout pre-service training, your coach and Lead Instructor will work together to help you develop quickly in the foundational skills that you are learning, with the goal of preparing you to deliver rigorous instruction. **We hold our Fellows to high expectations for performance during pre-service training, and you  must demonstrate that you have gained the foundational skills necessary to raise student achievement in order to meet our performance expectations and begin teaching in the winter.**





## High Expectations

Our training is tough, but that's because we know that teacher quality is the most important factor in raising student achievement. Only individuals with clear potential to raise student achievement in their first year will earn the privilege of entering the classroom at the end of pre-service training. By holding a high bar and helping you to meet it, we ensure that the students of New York get the great teachers they need and deserve.

## Training Schedule

Pre-service training is a full-time commitment each weekday and some weekend days with the expectation that you complete lesson planning and grading after the school day. Your mornings will begin at a school where you will follow the same schedule as your Collaborative Coach, including any activities, professional development, or planning time that they typically use in their day. During the day, you will also receive support from your coach, which may include lesson planning review, lesson rehearsal, and debriefing lead teaching time. Some weekday afternoons and evenings will include skill building sessions.

Some Fellows may also be expected to attend courses after the school day, depending on your subject assignment and university program. Because our training program is concentrated, it's critical that Fellows are present and participating fully every day of training. Our program does not allow for absences.

Pre-service training officially starts for all Fellows following the mandatory Welcoming Event on August 26, 2016, and will continue throughout November. During the fall, there will be additional professional development opportunities in which you will be expected to participate for NYCTF, your university, and possibly your hiring school. We are collaborating with our university and school partners to finalize the calendar, and we will provide you with additional information as details become available throughout the summer.



## New York State Teacher Certification and Required Exams

In order to work in NYC public schools, all teachers must hold a valid certificate approved by the New York State Education Department (NYSED). As a Fellow, you will work towards an entry level certificate, known as a Transitional B certificate, while completing your master's degrees and teaching as a full-time appointed teacher. This certificate is valid for up to three years as long as you remain in good standing with the program. In order to be eligible for a Transitional B certificate, you must have passing scores for all three New York State teacher certification exams. The required exams are listed in the chart below.

| Test Name | Content |
|---|---|
| *Educating All Students (EAS)* | This exam measures the professional and pedagogical knowledge and skills necessary to teach all students effectively in New York State public schools. More information on the EAS exam can be found here. |
| *Academic Literacy Skills Test (ALST)* | This exam measures the reading comprehension and critical thinking skills necessary to teach effectively in New York State public schools. More information on the ALST exam can be found here. |
| *Content Specialty Test(s) (CST)* | These exams measure knowledge and skills in the content area of a candidate's field of certification. The exact exam that Fellows must take is determined by their certification area. More information about these tests can be found on the NYSTCE website as well as your subject area guide. |

## Preparing for Certification Exams

The NYC Teaching Fellows program will provide you with additional resources to help you prepare for your exams once you enroll in the Fall 2016 Fellowship. The links above also include preparation guidelines for the exams and we encourage you to share resources with other Fellows and form study groups. In order to ensure that you receive your Transitional B certification, you must pass all required certifications exams by June 30, 2017. Given the challenging nature of these exams and the amount of time it takes to receive a score report, you are required to take all three exams by no later than November 23, 2016. We've provided the basic timeline below to help you plan out your next few months, and highly recommend that you begin studying as soon as you enroll.

Information on the fees associated with each exam can be found on **page 14** of this guide.

| Upon Enrolling | By November 23 | By Winter 2017 | By June 30, 2017 |
|---|---|---|---|
| Register for exams, and begin studying | Take all required exams | Receive scores; if not passing, take again. | Deadline to receive passing scores |

 

## Financial Information

### Sample Breakdown of Fellow Finances

After securing a full-time teaching position, you will earn the same competitive salary and benefits as other beginning teachers. Fellows with a bachelor's degree can expect to earn an annual starting salary of $49,908, and upon completion of their master's degree, $56,104.

| Date | Period in Program | Finances |
|------|-------------------|----------|
| Late August 2016 - November 2016 | Pre-service training | Three stipend checks, together totaling $2,500 - untaxed |
| January 2017 | Beginning of full-time teaching | First teaching paycheck from The City of New York, with deduction for fingerprinting (if applicable) |
| January 2017- December 2018 | First two school years | Bi-weekly paychecks from The City of New York, with deductions for university coursework |

### University and Certification Expenses

Fall 2016 Fellows will be responsible for $8,000 toward the cost of their master's degree, which is deducted from each DOE paycheck in 44 equal installments starting in February 2017. Fall 2016 Fellows will also be required to register for and take the GRE. The cost to register for the GRE is approximately $160.  In some cases, Fellows may be responsible for completing additional subject specific coursework independently. As referenced on page 7, Fellows are also responsible for registering and passing multiple state certification exams before June 30, 2017. Each exam incurs a cost to the Fellow. Fees vary by exam, but Fellows can expect to spend $352 to $581 on exams depending on their subject area. There are additional certification expenses for workshop registration and setting up a certification exam account ($50-$150). More information about these expenses will be available in the Onboarding Guide that you will receive after you enroll in June.

### Pre-Service Training Expenses

Once you secure a full-time position, you can look forward to a competitive salary and excellent benefits; however, making the transition into the classroom requires careful and proactive financial planning for many candidates. While we do award Fellows a stipend totaling $2,500 to offset the costs of living expenses during the weeks of pre-service training, we encourage Fellows to be prepared to live in NYC for three to four months with limited income, particularly since the first paycheck for teachers is not distributed until several weeks after you have secured a full time position. Many Fellows find that they incur additional expenses while teaching as a result of purchasing supplementary classroom materials. Please note that NYCTF does not provide housing or health insurance during pre-service training. You are responsible for securing and paying for your own living, health insurance, and transportation expenses during pre-service training and the school year.



12/5/2016

New York City Teaching Fellows | TeacherTrack2



☑ **Welcome, Amadou!** (amadoukonteye@yahoo.com)    Account | Logout

*You remember your favorite teacher's name. Who will remember yours?*

Home    Application    Events    Checklist    Groups

# Message Center

◀ Back    🏷 Label ▾

### Your NYCTF Status

From: NYC Teaching Fellows                                              follow up    **10/18/2012 4:18 PM**

Dear Amadou,

Thank you for applying to the NYC Teaching Fellows. We appreciate the time and energy you have devoted to the application process and your desire to close the achievement gap in NYC.

As you may know, the application process for the Teaching Fellows program is extremely competitive. Each year we receive thousands of applications for a limited number of positions. While we were impressed by your dedication to improving public education in New York City, we are unfortunately not able to offer you an interview for this year's Fellowship program. Your candidacy will therefore not be considered further for our June 2013 program.

Please note that you are welcome to reapply for any of our future programs. Due to the high volume of applications we receive, we are unable to provide personalized feedback on your application.

We wish you the best in your future endeavors.

Sincerely,

NYC Teaching Fellows

**This message is a notification. It cannot be replied to.**

**Events**                                                          view all
**Registered**
You do not have any events scheduled.

**Available**
Dec
**6**    In-Person Information Session

**Checklist**                                                       view all
**No checklist items**

©2016 TNTP

12/5/2016

New York City Teaching Fellows | TeacherTrack2

✉ **Welcome, Amadou!** (amadoukonteye@yahoo.com)       Account | Logout

*You remember your favorite teacher's name. Who will remember yours?*

Home    Application    Events    Checklist    Groups

# Message Center

◀ Back    Label ▾

## Your NYCTF Status

From: NYC Teaching Fellows                                   follow up   **1/9/2014 6:25 PM**

Dear Amadou,

Thank you for your interest in the NYCTF Teaching Fellows program and the time and energy you have invested in the application process. We sincerely appreciate all of your efforts and your commitment to raising student achievement in New York City.

We have completed a thorough and holistic review of your candidacy, and while we were impressed with your background and experience, we unfortunately are unable to move you forward in the application process at this time. The Teaching Fellows program is extremely competitive, admitting less than 12% of applicants in a given program year and selecting candidates for the June 2014 program has been particularly challenging.

Unfortunately, due to the sheer volume of applicants we evaluate, we are unable to provide personalized feedback regarding your candidacy. We realize that this may be difficult news, but we hope that you found the application process to be both informative and engaging,

Best wishes for future success.

Sincerely,

Amy Way

Executive Director

Teacher Recruitment & Quality

NYC Department of Education

**This message is a notification. It cannot be replied to.**

©2016 TNTP

---

**Events**                                              view all
**Registered**
You do not have any events scheduled.

**Available**

| Dec |
|-----|
| **6** |

In-Person Information Session

**Checklist**                                           view all

**No checklist items**

---

**Exhibit 21**


STATE UNIVERSITY OF NEW YORK

4/22/2013
Id: N02155730

Amadou Konteye
164 W 147th St Apt 2D
New York, NY 10039-3806

Dear Amadou:

Congratulations! It is my pleasure to inform you that your application for admission to the Graduate School's Master of Arts in Teaching program in Adolescence Ed:French at SUNY New Paltz has been approved with conditions.

You must take ENG180-Composition II during your first year in the program and earn a grade of B or better. Continued enrollment in the program will be contingent on this level of achievement.

As an added condition for acceptance, you also must take 12 credits and earn a minimum GPA of 3.0.

We have developed a welcome packet of information to help guide you through your first semester with us. You may review it under "Graduate Studies" on the Student Services tab in http://my.newpaltz.edu.

The Graduate Catalog, available online at: http://www.newpaltz.edu/graduate/catalog.html, outlines The Graduate School's academic policies and procedures, tuition rates and financial aid. In addition to the information found in the Graduate Catalog, you may access graduate student forms and information regarding additional graduate funding options from our website: http://www.newpaltz.edu/graduate.

To enroll, please do the following:

(1) Log into http://my.newpaltz.edu to confirm your intention to enroll within three weeks of receipt of this letter. Once you confirm your intention to enroll, you will be assigned a faculty advisor.

(2) Contact your faculty advisor (or, if it is over the summer, the Department Chair or Graduate Coordinator) to develop a Plan of Study and select courses for registration. When developing your plan, please keep in mind that your graduate degree program of study must be completed within the time frame outlined in the Graduate Catalog, or by your department. All new graduate students are required to supply an Advisor Release Number (ARN) when registering for the first time online; you will receive your ARN during your initial advising session. In addition, make sure to obtain permission to register for courses outside of your discipline. Registration overrides for these courses will enable you to web register.

(3) Provide proof of immunization for mumps, measles, and rubella (MMR) and submit the meningitis information response form to the Student Health Center. For more information and to download the appropriate forms, please visit the Student Health Center's website at: http://www.newpaltz.edu/healthcenter/privacy.html.

At the end of this letter, you will find directions for contacting your advisor. If you should encounter any difficulty reaching your advisor, please contact The Graduate School at gradschool@newpaltz.edu or 845-257-3947.

Once more, congratulations on your acceptance to the Graduate School. Good luck in your studies. Please do not hesitate to contact the Graduate School office at (257-3947) for further assistance, if needed.

Sincerely,

Laurel M. Garrick Duhaney
Associate Provost for Academic Affairs
Dean of the Graduate School

Advisor:  Your advisor will be available under "my.advisors" on the Student Services tab in my.newpaltz.edu once you confirm
your intention to enroll.



| | |
|---|---|
| **Title:** | **Online Session II - Inclusion: Education for All K-12 - Section 1(UNY 729 Adelphi)** |
| Registration ID: | 33007748 |
| Location: | Online Courses |
| Meeting Dates: | #1: 10/7/2013 9:00 am - 9:00 pm at N/A - 10 Week Online Course |
| | #2: 12/13/2013 9:00 am - 9:00 pm at N/A - 10 Week Online Course |
| Presenter: | Lauren Nichols |
| Enrollment: | 3 Graduate Credit-Adelphi |
| Participant: | Amadou Konteye |
| | Home: 2128621653 Work: (212) 491-4107 |
| District: | A-OTHER (FOR DISTRICTS NOT LISTED) |

**Payment Summary**

| | |
|---|---|
| Cost: | $ 665 |
| Amount Paid: | $ 665 Paid on 9/23/2013 4:14:02 PM via Credit Card (031416) |

## PAID IN FULL

10/10/2018



| | |
|---|---|
| **Title:** | **Online Session II - Reading and Writing Across the Content Areas Grades K-12 - Section 1(UNY 801 Adelphi)** |
| Registration ID: | 33336652 |
| Location: | Online Courses |
| Meeting Dates: | #1:  10/7/2013 9:00 am  -  9:00 pm  at  N/A - 10 Week Online Course |
| | #2:  12/13/2013 9:00 am  -  9:00 pm  at  N/A - 10 Week Online Course |
| Presenter: | Helene Alalouf |
| Enrollment: | 3 Graduate Credit-Adelphi |
| Participant: | Amadou Konteye |
| | Home: 2128621653  Work: (212) 491-4107 |
| District: | A-OTHER (FOR DISTRICTS NOT LISTED) |

**Payment Summary**

| | |
|---|---|
| Cost: | $ 665 |
| Amount Paid: | $ 665   Paid on 9/23/2013 4:34:09 PM via Credit Card (003416) |

### PAID IN FULL


# ADELPHI UNIVERSITY

UNIVERSITY COLLEGE
CONTINUING EDUCATION

T 516.877.3403
F 516.877.4150
ADELPHI.EDU

October 9, 2014

To Whom It May Concern:

This letter is to inform you that Amadou Konteye took the following NYSUT courses
through Adelphi University:

- Inclusion: Education for All Pre K-12 (Fall 2013)

- Reading & Writing Across the Content Areas Grades K-12 (Fall 2013)

If you should need further information, please contact me at (516) 877-4554,
pappas@adelphi.edu.

Sincerely,

Karen S. Pappas, RN
Director of Continuing Education
& Professional Development
Adelphi University



**Education & Learning Trust**

| | |
|---|---|
| **Title:** | **Approaches to Literacy Instruction in Early Childhood Through Adolescence(EDUC 507M MERCY E16.1)** |
| Registration ID: | 32932781 |
| Location: | UFT Bronx |
| Meeting Dates: | #1: 9/25/2013 4:30 pm - 7:45 pm  at  TBA |
| | #2: 10/2/2013 4:30 pm - 7:45 pm  at  TBA |
| | #3: 10/9/2013 4:30 pm - 7:45 pm  at  TBA |
| | #4: 10/16/2013 4:30 pm - 7:45 pm  at  TBA |
| | #5: 10/23/2013 4:30 pm - 7:45 pm  at  TBA |
| | #6: 10/30/2013 4:30 pm - 7:45 pm  at  TBA |
| | #7: 11/6/2013 4:30 pm - 7:45 pm  at  TBA |
| | #8: 11/13/2013 4:30 pm - 7:45 pm  at  TBA |
| | #9: 11/20/2013 4:30 pm - 7:45 pm  at  TBA |
| | #10: 12/4/2013 4:30 pm - 7:45 pm  at  TBA |
| | #11: 12/11/2013 4:30 pm - 7:45 pm  at  TBA |
| | #12: 12/18/2013 4:30 pm - 7:45 pm  at  TBA |
| | #13: 1/8/2014 4:30 pm - 7:45 pm  at  TBA |
| Presenter: | Rose Spano |
| Enrollment: | 3 Graduate Credit-Mercy |
| Participant: | Amadou Konteye |
| | Home: 2128621653  Work: (212) 491-4107 |
| District: | A-OTHER (FOR DISTRICTS NOT LISTED) |

**Payment Summary**

| | |
|---|---|
| Cost: | $ 645 |
| Amount Paid: | $ 645   Paid on 9/13/2013 11:41:19 AM via Credit Card (004111) |

## PAID IN FULL



**Education &**
**Learning Trust**

| | |
|---|---|
| **Title:** | **Online Session II - Curricular Assessment and Behavior Management for Students with Disabilities - Section 1(EDUC 516M Mercy)** |
| Registration ID: | 32932616 |
| Location: | Online Courses |
| Meeting Dates: | #1:  10/7/2013 9:00 am  -  9:00 pm  at  N/A - 10 week online course |
| | #2:  12/13/2013 9:00 am  -  9:00 pm  at  N/A - 10 week online course |
| Presenter: | Lia Council |
| Enrollment: | 3 Graduate Credit-Mercy |
| Participant: | Amadou Konteye |
| | Home: 2128621653  Work: (212) 491-4107 |
| District: | A-OTHER (FOR DISTRICTS NOT LISTED) |

**Payment Summary**

| | | |
|---|---|---|
| Cost: | $ 665 | |
| Amount Paid: | $ 665 | Paid on 9/23/2013 4:03:47 PM via Credit Card (080316) |

## PAID IN FULL

10/10/2018



**M**ERCY
**C**OLLEGE

555 Broadway | 1-877-MERCY-GO
Dobbs Ferry, NY 10522 | www.mercy.edu

# Office of the Registrar

October 9, 2014

**RE: Amadou Konteye**
**CWID: 20145591**

To Whom It May Concern:

Please be advised that the above-named student completed the following courses through NYSUT Education and Learning Trust with Mercy College granting credit for the Fall 2013 semester:

| | |
|---|---|
| EDUC 507 | Approaches to Literacy Instruction in Early Childhood-Adolescence |
| EDUC 516 | Curricular Assessment and Behavior Management for Students with Special Needs |

Enclosed please find copies of the course descriptions.

We hope that this information is helpful.  If you have any questions, please contact our office at 914-674-3075.

Sincerely,

Debra A. Kenney, Registrar

Debra Kenney
Registrar

Enclosure

---

**MAIN CAMPUS - DOBBS FERRY** | BRONX | MANHATTAN | YORKTOWN HEIGHTS



**Education & Learning Trust**

| | |
|---|---|
| **Title:** | **Online Session II - Middle Level Education: Curriculum, Instruction and Assessment - Section 2(EDC 680 CSR)** |
| Registration ID: | 33563288 |
| Location: | Online Courses |
| Meeting Dates: | #1:  10/7/2013 9:00 am  -  9:00 pm  at  N/A - 10 Week Online Course |
| | #2:  12/13/2013 9:00 am  -  9:00 pm  at  N/A - 10 Week Online Course |
| Presenter: | Janice Strauss |
| Enrollment: | 3 Graduate Credit-CSR |
| Participant: | Amadou Konteye |
| | Home: 2128621653  Work: (212) 491-4107 |
| District: | A-OTHER (FOR DISTRICTS NOT LISTED) |

---

**Payment Summary**

| | |
|---|---|
| Cost: | $ 665 |
| Amount Paid: | $ 665   Paid on 9/23/2013 4:31:14 PM via Credit Card (053116) |

### PAID IN FULL



The College of Saint Rose

432 Western Avenue, Albany, NY 12203-1490
1.800.637.8556

**www.strose.edu**

*Tel: (518) 454-5369*
*Fax: (518) 454-2012*

10/10/2014

To Whom It May Concern:

This letter is to confirm that Amadou Konteye (ID#740543510) was enrolled as a non-matriculated student in the following professional development course:

**Fall 2013**

EDC 680 Mid-Lvl Ed: Curric, Instr, Assess                                    3.00 Credits

**Total:**
**9+ credits        =Full Time**
**6-8 credits       =Half Time**
**0-5 credits       =Less than Half Time**

Sincerely,

*B. Corradi*

Briana Corradi
Office Assistant to the Registrar



**the**
City College
of New York

OFFICE OF THE REGISTRAR

Wille Adminstration Bldg, Room 102
160 Convent Avenue
New York, New York 10031

TEL: 212.650.7853
FAX: 212.650.6108
http://www1.ccny.cuny.edu/current/registrar/

October 15, 2014

To Whom It May Concern:

This is to certify that the reverse side of this document is a true and accurate copy taken

from an original City College bulletin. You will find contained herein the description of

the EDUC 20500 taken by Mr. Amadou Konteye at The City College of New York. Mr.

Konteye enrolled in EDUC 20500 in the Fall 2013 semester.

Respectfully,

Daniel Matos
Senior Registrar

DM:  maa

**************************THE CITY COLLEGE****************************

# SUMMER 2013

**NEW!!**
- ELT Courses now aligned with NYS Teaching Standards!
- Check out our new course offerings available both online & on-ground!





nysut.org/elt • 800-528-6206

# REGISTRATION INFORMATION

To register for a course, please visit our website at www.nysut.org/elt. Most courses can be taken for Graduate or Inservice (professional development) Credit.

| Courses | Site Based | Online/CD |
|---|---|---|
| Three Graduate Credit | $645 | $665 |
| 45-hour Inservice Credit | $375 | $445 |
| Three Graduate Credit (CD Course) | N/A | $545 |
| Three Undergraduate Credit (CD Course) | N/A | $375 |
| Two Graduate Credit (CD Course) | N/A | $350 |
| Two Undergraduate Credit (CD Course) | N/A | $280 |
| One Graduate Credit | $198 | N/A |
| 15-hour Inservice Credit | $125 | N/A |

*Tuition prices in effect until 8/31/2013.*

NOTICE ON NON-DISCRIMINATORY POLICY AS TO STUDENTS: the NYSUT Education and Learning Trust admits students of any race, color, national and ethnic origin to all the rights, privileges, programs and activities generally accorded or made available to students in its courses and programs. It does not discriminate on the basis of race, color, sex, national or ethnic origin in administration of its educational policies, admissions policies and other trust administered programs.

Students will now purchase the Required Text(s) for ELT courses directly via their own personal, favorite bookstore.   Please see Course Descriptions for required text(s) or visit us at www.nysut.org/elt.   Students are required to have the proper text(s)** by the class start date.

Kindle Readers! Amazon is offering a Kindle Textbook Rental. Visit www.amazon.com for details.

To register for a course, please visit our website at www.nysut.org/elt.

Tuition is charged in full two weeks prior to the course start date.

Participants must have a Bachelor's degree to receive graduate credit.

For current MLP users, please register online at www.nysut.org/elt.

For registration assistance or questions, please call 800-528-6208 or email eltmail@nysutmail.org

*includes $50 non-refundable deposit

**correct titles and editions are required in order to complete the course.

## REFUND POLICY:

If course is canceled by the Trust, all paid tuition is 100% refundable

## For Classroom Courses:

Paid tuition, less the $50 non-refundable deposit, is refunded PRIOR to the first class.

All cancellations must be in writing and sent to either eltmail@nysutmail.org or by fax 518-213-6456.

Log onto *www.nysut.org/elt* for complete refund policy.

*No refunds after class start date.*

## For Online Courses:

Paid tuition, less the $50 non-refundable deposit, is refunded PRIOR to first session.

*No refunds after class start date.*

## For CD Courses

*No refunds given for CD-based courses.*

*ELT is not responsible for reimbursement of tuition for students who register for the same course twice.*

# ELT Courses That Fulfill Certification Requirements

The following courses have been reviewed and approved by the NYS Education Department, Office of Teaching Initiatives, as specified here. As certification requirements may change, please check our website for the most current listing of approved courses.

## *Literacy*

### *For Certificate Titles that Require 6 Semester Hours in Literacy:*

- **Teaching Literacy Skills Methods:**
  UNY 717: Beginning Reading, Grades PreK-3 Online
  UNY 802: Enhancing Literacy for All Students
  RDG 663: Creating a Balanced Reading & Writing Program

- **Teaching Literacy Skills:**
  UNY 728: Writing as Learning
  UNY 801: Reading & Writing Across Content Areas
  EDU 661110: Reading Across the Curriculum

### *For Literacy Certification:*

- **Literacy Instruction and Assessment:**
  UNY 717: Beginning Reading, Grades PreK-3 Online
  UNY 802: Enhancing Literacy for All Students
  RDG 663: Creating a Balanced Reading & Writing Program

## *Students with Disabilities (SWD):*

*Certified teachers, who seek an additional certification in Students with Disabilities at the same developmental level, can take one course under each of the four competency areas, for a total of 12 semester hours, to satisfy the requirement under additional pedagogy.*

- **Assessment, Diagnosis and Evaluation:**
  EDUC 516M: Curricular Assessment and Behavior Management

- **Curriculum Instruction:**
  EDUC 503M: Methods & Materials Students with Disabilities*
  SED 661: Cooperative Learning for Students with Special Needs

- **Foundations of Special Education:**
  UNY 729: Inclusion: Education for All, PreK-12
  EDUC 502M: Foundations in Education for Students with Disabilities

- **Managing Environment:**
  EDUC 503M: Methods & Materials Students with Disabilities*

If you choose to take EDUC 503M Methods and Materials for Students with Disabilities*, you will fulfill two of the four competency areas. You may then take SED 672: Multiple Intelligences Theory & Practice, to use toward the 12 semester hour requirement.

*Individuals pursuing this additional certificate will apply on their own to the State Education Department, must pass the Content Specialty Test for Students with Disabilities as well as complete the three-hour autism workshop. (ELT is an approved provider for the mandated three-hour autism workshop. To find available seminars near you, go to www.nysut.org/elt.)*

**\*Course applicable for NYSED Certification.  See pages 3-5 for additional information.**

4   **Certification Courses**

## *Various Certificate Titles:*

- **Early Childhood Developmental Level**
  UNY 717: Beginning Reading, Grades PreK-3
  EDUC 513M: Introduction to Early Childhood

- **5-6, 7-9 Extensions**
  EDC 679: Middle Level Education: Foundations for Middle Years
  EDC 680: Middle Level Education: Curriculum, Instruction, and Assessment
  EDC 686: Increasing Middle Level Math

- **Guidance (Approved for the 60 required credits)**
  EDU 664: Cooperative Discipline
  EDU 671: Encouraging Student Responsibility and Discipline
  EDU 691: Successful Teaching for Acceptance of Responsibility
  UNY 704 & EDN 663: Building Communication and Teamwork in Schools
  UNY 701 & EDN 660: Designing Motivation for All Learners
  UNY 678: Proactive Strategies for All Students
  UNY 714: Brain Compatible Learning
  UNY 729: Inclusion: Education for All, PreK-12
  SED 661: Cooperative Learning Students w/ Special Needs
  UNY 705: Brain Based Ways We Think and Learn
  SED 672: Multiple Intelligences: Theory and Practice
  UNY 807: Applied Behavior Analysis
  UNY 811: Cultural Proficiency
  UNY 812: Autism Spectrum Disorder
  UNY 809: Cyber Bullying
  UNY 706: Creative Controversy
  EDU 661100 & UNY 824: Bullying: Preventing the Problem
  EDU 661107: Using Response to Intervention (RTI) for School Improvement
  EDU 661101: Building Positive Connections with Diverse Families and Communities
  UNY 825: Teaching Through Learning Channels
  EDU 661109: The 21st Century Classroom
  UNY 823: Teaching Students to be Peacemakers
  EDU 599-30: Understanding Aggression
  EDU 599-37: Drugs & Alcohol in Schools: Understanding Substance Abuse and Use
  EDU 599-41: Harassment, Bullying and Cyber-Intimidation
  EDU 599-35: Traumatized Child: The Effects of Stress, Trauma & Violence on Student
  Learning

- **Human Development & Learning**
  SED 672: Multiple Intelligences Theory & Practice
  ED 134: Human Development in the Educational Content (Undergraduate Credit)

- **Childhood Developmental Level, Pedagogical Core**
  EDC 670: Enhancing English Language Learning in Elementary Classroom

- **Childhood/Adolescent Literature**
  UNY 820: Multicultural Children's Literature

- **Literacy in the Content Areas**
  UNY 801: Reading & Writing Across Content Areas
  EDU 661110: Reading Across the Curriculum

- **Professional Certification – 12 Credits in Content**
  EDC 686: Increasing Middle Level Math

- **Bilingual Extension**
  EDUC 505: Teaching English as a Second Language (ESL Methods course)

  EDUC 509: Linguistics and Language Development (Sociolinguistics)

  EDUC 504: Cultural Perspectives: The Teaching and Learning Process

- **Teaching Students with Disabilities and Special Health Care Needs**
  ED 210: Introduction to Exceptionalities (Undergraduate Credit)

- **English Language Arts of Communication Skills**
  CM 110: Introduction to Human Communication (Undergraduate Credit)

- **Curriculum, Instruction and Assessment, Pedagogical Core**
  ED 343 Curriculum Instruction and Assessment (Undergraduate Credit)

- **Foundations of Education**
  ED 102: Foundations of Education (Undergraduate Credit)

Please contact the Office of Teaching Initiatives if you need clarification of your individual certification needs. Beyond the courses listed above, NYSUT cannot advise you as to which courses you should take to fulfill your specific certification requirements.

Select NYSUT Education & Learning Trust (ELT) courses are approved by the New York State Education Department, Office of Teaching Initiatives, as fulfilling certification requirements for specific certification titles.

NYSUT Education & Learning Trust strongly recommends that individuals seeking to fulfill specific certification competency areas consult the State Education Department's Certification Office at www.highered.nysed.gov/tcert when selecting courses to fulfill certification requirements.

All individuals pursuing their first teaching certificate should complete a registered program at an accredited university or college.

NEW YORK STATE EDUCATION DEPARTMENT
Office of Teaching Initiatives

TEACH Home| Search Certification Requirements | Index A-Z | Logout

## Evaluation History

Exhibit 23

### Personal Information

Name :            **AMADOU KONTEYE**          SSN :        **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**

Date of Birth :   **06/06/1989**              Teacher Id:  **3530368**

Gender :          **Male**

### Certificate Information

Certificate :     **Classroom Teacher - Foreign Languages   Initial Certificate   French 7-12**

Status :          **Review Complete - Pending Information**

Effective Date :            Expiration Date:

Change Reason:

### Requirements

- Pathway: Individual Evaluation

| Requirement | Current Status | Evaluated By | Entered Status/Credit | Deficiency | Exemption Status | Comments |
|---|---|---|---|---|---|---|
| _All Requirements must be Completed by 04/30/2014_ | Unmet | OT | | | | |
| _Education - Bachelors Degree_ | Verified Met | OT | | | | |
| _Minimum 2.50 Undergraduate GPA_ | Verified Met | OT | | | | |
| _General Core in Liberal Arts and Sciences - 30 S.H._ | Verified Met | OT | 30 | 0 | | |
| _College Coursework - Artistic Expression_ | Verified Met | OT | | | | |
| _College Coursework - Communication_ | Verified Met | OT | | | | |
| _College Coursework - Information Retrieval_ | Verified Met | OT | | | | |
| _College Coursework - Humanities_ | Verified Met | OT | | | | |
| _College Coursework - Language other than English (including American Sign Language)_ | Verified Met | OT | | | | |
| _College Coursework - Written Analysis and Expression_ | Verified Met | OT | | | | |
| _College Coursework - Concepts in Historical and Social Sciences_ | Verified Met | OT | | | | |
| _College Coursework - Scientific Processes_ | Verified Met | OT | | | | |
| _College Coursework - Mathematical Processes_ | Verified Met | OT | | | | |

| | | | | |
|---|---|---|---|---|
| _Content Core - French - 30 S.H._ | Verified Met | OT | 30 | 0 |
| _Pedagogical Core - 21 S.H._ | Deficient | OT | 15 | 6 |
| _College Coursework at Student Developmental Level - Adolescent - Grades 7-12 - 6 S.H._ | Verified Met | OT | 6 | 0 |
| _College Coursework - Human Development and Learning_ | Verified Met | OT | | |
| _College Coursework - Teaching Students with Disabilities & Special Health-Care Needs_ | Verified Met | OT | | |
| _College Coursework - Teaching Literacy Skills Methods - 3 S.H._ | Verified Met | OT | 3 | 0 |
| _College Coursework - Teaching Literacy Skills - 3 S.H._ | Deficient | OT | | 3 |
| _College Coursework - Curriculum, Instruction, and Assessment_ | Verified Met | OT | | |
| _College Coursework - Foundations of Education_ | Verified Met | OT | | |
| _Student Teaching - French 7-12 - 40 Days_ | Deficient | OT | | 40 |
| _New York State Teacher Certification Exam - Liberal Arts & Science Test (LAST)_ | Verified Met | OT | | |
| _New York State Teacher Certification Exam - Secondary Assessment of Teaching Skills (ATS-W)_ | Verified Met | OT | | |
| _Content Specialty Test (CST) - French_ | Verified Met | OT | | |
| _Workshop - Child Abuse Identification_ | Verified Met | OT | | |
| _Workshop - School Violence Intervention and Prevention_ | Verified Met | OT | | |
| _Workshop - Dignity For All Students Act_ | Verified Met | OT | | |
| _Fingerprint Clearance_ | Verified Met | OT | | |

Previous

Office of Higher Education | Frequently Asked Questions | Disclaimer & CopyrightNotice

Teach System

## Account Information

### Person Information

**Exhibit 26**

| | | | |
|---|---|---|---|
| **Name** | AMADOU KONTEYE | **SSN** | ***-**-0441 |
| **Date of Birth** | 06/06/1989 | **Teacher Id** | 3530368 |
| **Gender** | Male | **Address** | 164 West 147 street, 2D |
| | | | NYC, NY 10039 |
| **Home Phone** | 212-862-1653 | **Email** | akonteye@schools.nyc.gov |
| **Address Created** | 04/07/2012 | | |

We have received your fingerprint information from NYC

### Fingerprint Information

| Application Type | Application Date | Employer Name | Position | Application Status | Status Date |
|---|---|---|---|---|---|
| | | | No Data Found | | |

Exhibit 24

1                    CROSS/KONTEYE
2              JUDGE BLASSMAN:  Let's have the
3      Charging Party say on the record, do
4      you recognize this Respondent's 2?
5              THE WITNESS:  I recognize this,
6      but this is not the updated one.
7         Q.      This is not the updated one?
8         A.      No, it's not.
9         Q.      What is different about this
10     one and the updated one?
11        A.      Because my professional license
12     issue, in terms of the years that is missing
13     from the school.  That is why I'm not
14     receiving my professional license.
15        Q.      When you say professional
16     license, what do you mean by that?
17        A.      Well, you get your initial
18     first.  Your initial is only up for five
19     years.  As you teach for three years then you
20     receive your master, which I did in 2016.
21              Now the State cannot grant me
22     my professional license because they are
23     missing years from the system.
24        Q.      So, what you are saying the
25     initial certificate isn't a full license,

1                          CROSS/KONTEYE

2   that is what you're saying?

3          A.       They are full license.   It's

4   only valid for five years.

5          Q.       And how long is a professional

6   license valid for?

7          A.       For lifetime as you continue

8   teaching.

9                  MR. DRANTCH:  I have no further

10         questions for this witness.

11                 JUDGE BLASSMAN:  Do you move

12         this document into evidence?

13                 MR. DRANTCH:  Yes, I move it

14         into evidence.

15                 MR. SOMER:  I object because

16         the witness just stated it is not

17         accurate.  There is no date as to when

18         this was obtained.  There is no

19         information how it was obtained and the

20         witness testified that it is not

21         accurate so I object to the

22         introduction into evidence.

23                 MR. DRANTCH:  I would say the

24         witness said it is not accurate because

25         it doesn't show it has a professional

Exhibit 33

**Recommendation form for Graduate Study**
**Center for Studies in Creativity, Buffalo State College**

**Do not send or fax this form to the Creative Studies department**
**Return form in sealed envelope to applicant**
**Applicant must collect all materials and submit in 1 package to BSC Graduate Admissions Office**

Applicant Name: _Amadou Konteye_    E-Mail: _AmadouKonteye@yahoo_

Date: _02 / 15 / 2013_    Applying for: _✓_ 6700 M. S. degree
_____ 6701 Degree certificate

Applicant Address: _164 West 147 Street, Apt 2D_
_New York, NY 10039_

**Person Providing Recommendation**

Name: _Torey Williams_

Title/Position: _Dean of Students / Frederick Douglass Academy_

Under present federal law, an enrolled or former student has, with certain exceptions, access to all education records in his or her permanent file. The signing of the statement below is optional and refusal to sign cannot be used negatively in the consideration of your application.

I hereby waive my right of access, under the Family Educational Rights and Privacy Act of 1974, to this recommendation form.

_[signature]_    _Feb 15th 2013_
Signature    Date

**Directions:** The above named person has applied for admission into the graduate program offered by the Center for Studies in Creativity at Buffalo State College. Please review the enclosed information regarding our program and respond to the items below to provide your recommendation. Please feel free to provide any additional information by writing a letter and attaching it to this form. Thank you. Please return this form to the applicant in a signed and sealed envelope.

1. How long and in what capacity have you known the applicant? _During the academic year of 2011-2012, Mr. Konteye assisted in the instructional civil collaborative planning for English language arts for 8th grade students at Frederick Douglass Academy. I have known Mr. Konteye for approximately one year and have mentored him as a substitute teacher of FDA_

2. Does the applicant have any special talents, abilities, attributes, that deserve mention? _As a graduate of the Frederick Douglass Academy, Mr. Konteye possesses a unique talent for articulating to students the realistic expectation that awaits them after graduating middle school, transitioning to High School and going forth along the pathway toward college._

3. Do you have any concerns about this applicant that deserve mention? _None._

Exhibit 34

1                    DIRECT/KONTEYE

2  teaching?

3       A.         When I left out of college I

4  started working at Theodore Roosevelt which

5  is located in Fordham, Bronx, New York as a

6  youth advisor, for at risk youth kids.  And

7  also as a coach.

8                  While being over there, January

9  2012, I also earned my New York City DOE

10  substitute certificate.  January 2012.

11       Q.         What certificate was that?

12       A.         That was a substitute

13  certificate.  In order to earn that --

14                  JUDGE BLASSMAN:  So, was the

15       Theodore Roosevelt School part of the

16       DOE?

17                  THE WITNESS:  Yes, it was part

18       of the DOE.

19       Q.         Go ahead from there.

20       A.         From there I took one of the

21  teacher's exams that you to have take because

22  there are three that are required for to you

23  take.  This one is called the liberal arts

24  and science which is the first one that you

25  have to take.  I took this I believe it was

Exhibit 36



THE FREDERICK DOUGLASS A[...]

Phone: (212) 491-4107
www.FDА1.org

A College Preparatory School

Joseph D. Gates, Principal

Fax: (212) 491-4414
JGates@schools.nyc.gov

2581 Adam Clayton Powell Jr. Blvd, New York, NY 10039

**Katrina Billy-Wilkinson**
*Assistant Principal of Middle School*
Kbillyw@schools.nyc.gov


Katrina Billy-Wilkinson
2581 Adam Clayton Powell Jr. Blvd
New York, NY 10039

October 14, 2014

The City College of New York
City University of New York
Graduate Admissions
New York, NY 10031

To Whom It May Concern:

My name is Katrina Billy-Wilkinson, and I am the Assistant Principal of the Frederick Douglass Academy Middle School. It is with great pleasure that I recommend Amadou Konteye for admission into your Administrative Program. I have worked with Amadou for three years and seen his growth professionally.

Amadou has always displayed a high degree of integrity, responsibility, and ambition. He is definitely a leader rather than a follower, which is evident in his work ethic. He currently teaches French to middle school students in grades 7 and 8. He is also the coach of our middle school basketball team, which is a volunteer position.

In addition to Amadou's excellent scholastic accomplishments, he has proven his leadership ability by organizing the Frederick Douglass Academy Middle School's 2013-2014 field day activities for grades 6, 7 and 8. A feat many run away from in which thanks to Amadou was a huge success.

He is a dependable team player. His good judgment and mature outlook ensures a logical and practical approach to his endeavors. Mr. Amadou Konteye would be an asset to any University, and I highly recommend and give him my wholehearted endorsement.

Sincerely,

Ms. Katrina Billy- Wilkinson
Assistant Principal
Frederick Douglass Academy Middle School

Exhibit 37

1                          CROSS/GATES

2          Q.        Mr. Gates, are you familiar

3    with a person by the name of Thomas

4    Ajibola?

5          A.        Yes.

6          Q.        Is he an employee of your

7    school?

8          A.        Yes, he is.

9          Q.        What is his position with the

10   school?

11         A.        He is an assistant principal.

12         Q.        Is he also a chairman of any

13   department?

14         A.        He is chairman of the foreign

15   language department.

16         Q.        Do you know if Mr. Ajibola was

17   present on February 9, 2016 with a meeting

18   that you held with Mr. Konteye?

19         A.        I do not know.

20         Q.        You said that Mr. Konteye

21   picked up his check on February 12, 2016.  Do

22   you know when Mr. Konteye picked up check?

23         A.        I wasn't there to know if he

24   picked up his check.   I know that he was

25   released from the building to pick up a

Exhibit 37

```
 1                      CROSS/GATES
 2          Q.         Mr. Gates, are you familiar
 3   with a person by the name of Thomas
 4   Ajibola?
 5          A.         Yes.
 6          Q.         Is he an employee of your
 7   school?
 8          A.         Yes, he is.
 9          Q.         What is his position with the
10   school?
11          A.         He is an assistant principal.
12          Q.         Is he also a chairman of any
13   department?
14          A.         He is chairman of the foreign
15   language department.
16          Q.         Do you know if Mr. Ajibola was
17   present on February 9, 2016 with a meeting
18   that you held with Mr. Konteye?
19          A.         I do not know.
20          Q.         You said that Mr. Konteye
21   picked up his check on February 12, 2016.  Do
22   you know when Mr. Konteye picked up check?
23          A.         I wasn't there to know if he
24   picked up his check.  I know that he was
25   released from the building to pick up a
```

Exhibit 38

# THE FREDERICK DOUGLASS ACADEMY MINI-OBSERVATION FORM

Teacher Name: AMADU KONTEYE

Period: ①  2  3  4  5  7  8  Ext Day

Class: 804 (French 1)

Type of Class: ⓖE   SE   ITT   ELL/ESL   OTHER

Teaching Experience: 1

Lesson Portion Viewed:   Beginning   (Middle)   End

Date: 11/7/12

Observer: Mr. Thomas Ajibola

## ANECDOTAL EVIDENCE: LOW INFERENCE OBSERVATION

| What is the Teacher Doing? | What are the Students Doing? |
|---|---|
| You were facilitating the class translation of a passage on "self introduction". You guided the students until the translation was completed. The students were asked to read the whole passage in French after the translation.<br><br>Using the sampler, you asked the students to introduce themselves in French.<br><br>You consistently provided encouragement to the students and they were reminded to use context clues to help them with the translations and comprehension. | The students were translating each word in the passage on "self introduction". After the translation of each word in the sentence, the class expressed the meaning of each sentence. At the end of the passage translation the student read the whole passage together for comprehension.<br><br>They self-correct and referred to previous lessons. They were excited about participating in the lesson activities.<br><br>The students were asked to introduce themselves in French. |

| ✓ Behavioral Objective Posted | ✓ Common Core Standards Posted | ✓ Essential Questions Posted | ✓ Key Vocabulary Posted |
|---|---|---|---|
| Les Eleves Pourront Comprendre et savoir faire les activités du weekend | 1·1 | Comment se presenter ? | Ou Nous Elle Il |



# THE FREDERICK DOUGLASS ACADEMY

## Classroom Observation Checklist

Teacher: AMADU KONTEYE   Subject: FRENCH   Date: 11/19/13

Grade/Section: 8   Period: 4

| It was observed that.......<br>**Instructional Management** | Highly Evident | Evident | Work in Progress | Not Evident | Not Applicable |
|---|---|---|---|---|---|
| The Lesson has an annotated AGENDA that clearly articulates how time will be utilized. | – | ✓ | | | |
| The AGENDA is posted in a visible location. | | ✓ | | | |
| The teacher has a lesson plan for the lesson being taught. | | ✓ | | | |
| Lesson is well structured and demonstrates evidence that teacher has:<br>• A desired outcome<br>• Has determined evidence of student understanding and proficiency that s/he will accept. | | ✓ | | | |
| The lesson has an Aim/Objective and a 'Do-Now'. Math classes have a Learning Objective.<br>• Aim observes Bloom's Taxonomy of questioning.<br>• The Do-Now is timed. | ✓ | | | | |
| The lesson is structured to facilitate and encourage effort. | | ✓ | | | |
| There is a Mini-Lesson during which the teacher describes and/or models a critical skill or presents a strategy to students that will be used during the independent and/or collaborative work time. | | ✓ | | | |
| During the Independent/small group work time the teacher makes use of a variety of instructional strategies.<br>• Individual/small group conferences<br>• Helps students to make connections to skill and/or concept embedded in the Mini-Lesson.<br>• Establishes high expectations for work standards.<br>• Establishes high expectations for group functioning during collaborative/small group work time. | | ✓ | | | |
| The teacher employs effective questioning techniques.<br>• Questions are well-framed using Bloom's Taxonomy.<br>• Makes use of essential questions<br>• Pauses for student responses<br>• Encourages discourse and debate<br>• Establishes clear expectations and norms for classroom discussions. | | | ✓ | | |
| Teacher monitors student understanding at various points during the lesson either formally or informally. | | ✓ | | | |
| Lesson is academically rigorous. | | ✓ | | | |

**Frederick Douglass Academy I**

## ANNUAL PROFESSIONAL PERFORMANCE REVIEW (APPR) EVALUATOR FORM

**Teacher ID:**        **Teacher Name:**  Amadu Konteye

**School Year:** 2014-2015     **School Name/DBN:** 05M499 - FDA I

## CLASSROOM OBSERVATION:

In each observation, all components for which there is observed evidence must be rated. Each form must contain lesson-specific evidence for each of the components observed during a classroom observation.

This observation was: (check one)
_____ **Formal Observation (full period)**   _X_ **Informal Observation (15 minute minimum)**

Date of Observation: 12/16/14      Time/Period:  9:42 - 10:29 am / Period 2

**Component/Rationale for Score**

| | |
|---|---|
| *1a (obs): Demonstrating knowledge of content and pedagogy* | *n/a* |
| *1e (obs): Designing coherent instruction* | *n/a* |
| *2a: Creating an environment of respect and rapport*<br><br>Classroom interactions between the teacher and students and among students are highly respectful, reflecting genuine warmth, caring, and sensitivity to students as individuals. This is evident in the way the teacher encouraged a female student to support a shy neighbor during the pair and share activity by stating "make her feel that she can open up to you". The net result is an environment where all students feel valued and are comfortable taking intellectual risks. | *4 – Highly Effective* |
| *2d: Managing student behavior*<br><br>Student behavior is generally appropriate. | *3 - Effective* |
| *3b: Using questioning and discussion techniques* | *n/a* |
| *3c: Engaging students in learning*<br><br>The learning tasks and activities are fully aligned with the instructional outcomes and are designed to challenge student thinking, inviting students to make their thinking visible. Students were asked to write in target language a 6-paragraph essay about | *3 - Effective* |

**Additional Evaluator Notes (please attach more pages, as necessary):**

Mr. Konteye, thank you for meeting with me during the 9th period on Tuesday, December 16, to discuss your grade 8(03), term 1, French lesson.

I really appreciate how you allow students to struggle with writing and reading in the target language.

One priority area that we highlighted was:
The need to get the students to be more spontaneous and creative in the presentation of their work. (3c – Engaging students in learning).

The resource(s)/strategies that we discussed include:
     Exploring with students varieties of ways through which the same piece of work
     could be presented to capture the interest of a diverse audience

I look forward to working with you and seeing this idea implemented in future lessons.

**Teacher's signature:** _____   **Date:** 12 / 18 / 14
*(I have read and received a copy of the above and understand that a copy will be placed in my file.)*

**Evaluator's name (print):** THOMAS AJIBOLA

**Evaluator's signature:** _____   **Date:** 12/18/14

**Frederick Douglass Academy I**

**ANNUAL PROFESSIONAL PERFORMANCE REVIEW (APPR) EVALUATOR FORM**

**Teacher ID:**              **Teacher Name:**   Amadu Konteye

**School Year:** 2015-2016     **School Name/DBN:** 05M499 - FDA I

## CLASSROOM OBSERVATION:

In each observation, all components for which there is observed evidence must be rated. Each form must contain lesson-specific evidence for each of the components observed during a classroom observation.

This observation was: (check one)
_____ Formal Observation (full period)    _X__ Informal Observation (15 minute minimum)

Date of Observation: 12/17/15        Time/Period:  8:49 - 9:39 am / Period 2

**Component/Rationale for Score**

| | |
|---|---|
| *1a (obs): Demonstrating knowledge of content and pedagogy*<br><br>The teacher displays solid knowledge of the important concepts in the discipline and how these relate to one another.  For example, appropriate conjugation of verbs is important to proper formation of sentences required to create a paragraph. The accurate understanding of these prerequisite relationships among topics and how the teacher scaffold the activities reflects the teacher's familiarity with a wide range of effective pedagogical approaches in the subject. | *3 - Effective* |
| *1e (obs): Designing coherent instruction*<br><br>The lesson is well structured and most of the learning activities, involving free writing of paragraphs using conjugated verbs and other resources available to the students, are aligned with the instructional outcomes, involving "Escrivez un paragraphe de en utilisant les verbes pronominaux de vos devoirs pour ecrire le paragraphe", and follow an organized progression, involving individual work, pair exchange and whole class feedback. The teacher provides a variety of appropriately challenging materials and resources. Instructional student groups are organized thoughtfully to maximize learning and build on students' strengths. | *3 - Effective* |
| *2a: Creating an environment of respect and rapport* | *3 - Effective* |

Exhibit 39

# NYC Department Of Education
## Department of Education
### Scholarship Teacher - Mark Analysis

School DBN: **05M499**  School Year: **2013**  Term ID : **1**  School Name: **FREDERICK DOUGLASS ACADEMY**

Marking Period: 1  Sort Option: **Course Code**  Search Option: **Teacher**

| Course | Sec | Course Name | Subject Area | Teacher | #Of Grades | 90-100 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 | Total Failing | Other/ Not Defined | Other Passing | %Total Passing |
|--------|-----|-------------|--------------|---------|-----------|--------|-------|-------|-------|-------|-------|---------------|--------------------|---------------|----------------|
| FFSM8 | 1 | FRENCH 8GR | 5 | VK FLL | 25 | 2 | 0 | 1 | 0 | 0 | 0 | 3 | 0 | 19 | 88.00 |
| FFSM8 | 2 | FRENCH 8GR | 5 | VK FLL | 26 | 2 | 2 | 6 | 0 | 0 | 0 | 4 | 0 | 12 | 84.62 |
| FFSM8 | 3 | FRENCH 8GR | 5 | VK FLL | 25 | 2 | 3 | 4 | 0 | 0 | 0 | 2 | 0 | 14 | 92.00 |
| FFSM8 | 4 | FRENCH 8GR | 5 | VK FLL | 26 | 3 | 4 | 4 | 0 | 0 | 0 | 1 | 0 | 14 | 96.15 |
| FFSM8 | 7 | FRENCH 8GR | 5 | VK FLL | 8 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 5 | 87.50 |
| | | | | Totals: | 110 | 9 | 10 | 16 | 0 | 0 | 0 | 11 | 0 | 64 | 90.00 |

© 2013 Copyright NYC Department Of Education

# NYC Department Of Education
## Scholarship Teacher - Mark Analysis

**Department of Education**
*Carmen Fariña, Chancellor*

School DBN: 05M499　　School Year: 2014　　Term ID : 2　　School Name: FREDERICK DOUGLASS ACADEMY

Marking Period: 1　　Sort Option: Teacher Name　　Search Option: Entire School

**Teacher Name: VFRENCH KON**

| Course | Sec | Course Name | Subject Area | Teacher | #Of Grades | 90-100 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 | Total Failing | Other/Not Defined | Other Passing | %Total Passing |
|--------|-----|-------------|--------------|---------|-----------|--------|-------|-------|-------|-------|-------|---------------|-------------------|---------------|----------------|
| FFS62 | 1 | FRENCH 1 2 OF 2 | 5 | VFRENCH KON | 25 | 3 | 3 | 1 | 2 | 1 | 2 | 13 | 0 | 0 | 48.00 |
| FFS62 | 6 | FRENCH 1 2 OF 2 | 5 | VFRENCH KON | 25 | 4 | 1 | 9 | 5 | 1 | 2 | 3 | 0 | 0 | 88.00 |
| FFSM7 | 1 | VFRENCH 7GR | 5 | VFRENCH KON | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 100.00 |
| FFSM7 | 2 | FRENCH 7GR | 5 | VFRENCH KON | 23 | 0 | 1 | 4 | 1 | 6 | 10 | 0 | 0 | 0 | 95.65 |
| FFSM7 | 3 | FRENCH 7GR | 5 | VFRENCH KON | 23 | 2 | 3 | 2 | 5 | 9 | 1 | 1 | 0 | 0 | 95.65 |
| FFSM7 | 4 | FRENCH 7GR | 5 | VFRENCH KON | 28 | 8 | 8 | 3 | 4 | 4 | 0 | 1 | 0 | 0 | 96.43 |
| FFSM8 | 1 | FRENCH 8GR | 5 | VFRENCH KON | 23 | 0 | 2 | 4 | 1 | 8 | 8 | 0 | 0 | 0 | 100.00 |
| FFSM8 | 2 | FRENCH 8GR | 5 | VFRENCH KON | 24 | 0 | 1 | 2 | 2 | 9 | 6 | 5 | 0 | 0 | 79.17 |
| FFSM8 | 3 | FRENCH 8GR | 5 | VFRENCH KON | 22 | 1 | 2 | 3 | 3 | 7 | 5 | 1 | 0 | 0 | 95.45 |
| FFSM8 | 4 | FRENCH 8GR | 5 | VFRENCH KON | 30 | 7 | 2 | 12 | 2 | 5 | 2 | 0 | 0 | 0 | 100.00 |
| | | | | Totals: | 243 | 25 | 23 | 39 | 25 | 50 | 36 | 25 | 0 | 20 | 89.71 |

© 2015 Copyright NYC Department Of Education

 

**NYC Department Of Education**
**Scholarship Teacher – Mark Analysis**

Department of Education
Carmen Fariña, Chancellor

School DBN: **05M499**       School Year: **2015**   Term ID : **1**   School Name: **FREDERICK DOUGLASS ACADEMY**

Marking Period: **2**       Sort Option: **Course Code**       Search Option: **Teacher**

| Course | Sec | Course Name | Subject Area | Teacher | #Of Grades | 90-100 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 | Total Failing | Other/ Not Defined | Other Passing | %Total Passing |
|--------|-----|-------------|--------------|---------|------------|--------|-------|-------|-------|-------|-------|---------------|--------------------|---------------|----------------|
| FFS61QQ | 1 | FRENCH 1 | 5 | VKONTEYE | 9 | 1 | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 0 | 33.33 |
| | | | | Totals: | 9 | 1 | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 0 | 33.33 |
| FFS62QQ | 1 | FRENCH 2 | 5 | VKONTEYE | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100.00 |
| | | | | Totals: | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100.00 |
| FFSM7 | 1 | FRENCH 7GR | 5 | VKONTEYE | 21 | 2 | 6 | 2 | 4 | 4 | 2 | 1 | 0 | 0 | 95.24 |
| FFSM7 | 2 | FRENCH 7GR | 5 | VKONTEYE | 18 | 2 | 1 | 5 | 7 | 2 | 1 | 0 | 0 | 0 | 100.00 |
| FFSM7 | 4 | FRENCH 7GR | 5 | VKONTEYE | 27 | 7 | 2 | 8 | 0 | 7 | 2 | 1 | 0 | 0 | 96.30 |
| | | | | Totals: | 66 | 11 | 9 | 15 | 11 | 13 | 5 | 2 | 0 | 0 | 96.97 |
| FFSM8 | 1 | FRENCH 8GR | 5 | VKONTEYE | 19 | 0 | 0 | 11 | 3 | 3 | 2 | 0 | 0 | 0 | 100.00 |
| FFSM8 | 2 | FRENCH 8GR | 5 | VKONTEYE | 20 | 0 | 1 | 6 | 0 | 5 | 7 | 1 | 0 | 0 | 95.00 |
| FFSM8 | 3 | FRENCH 8GR | 5 | VKONTEYE | 25 | 3 | 2 | 6 | 3 | 11 | 0 | 0 | 0 | 0 | 100.00 |
| FFSM8 | 4 | FRENCH 8GR | 5 | VKONTEYE | 30 | 4 | 7 | 12 | 5 | 2 | 0 | 0 | 0 | 0 | 100.00 |
| FFSM8 | 7 | FRENCH 8GR | 5 | VKONTEYE | 8 | 0 | 0 | 1 | 4 | 1 | 0 | 2 | 0 | 0 | 75.00 |
| | | | | Totals: | 102 | 7 | 10 | 36 | 15 | 22 | 9 | 3 | 0 | 0 | 97.06 |

© 2016 Copyright NYC Department Of Education

  NYC Department Of Education
**Scholarship Teacher - Mark Analysis**  

School DBN: **05M499**     School Year: **2015**   Term ID : **1**   School Name: **FREDERICK DOUGLASS ACADEMY**

Marking Period: **3**     Sort Option: **Course Code**     Search Option: **Teacher**

| Course | Sec | Course Name | Subject Area | Teacher | #Of Grades | 90-100 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 | Total Failing | Other/ Not Defined | Other Passing | %Total Passing |
|--------|-----|-------------|--------------|---------|-----------|--------|-------|-------|-------|-------|-------|---------------|-------------------|---------------|----------------|
| FFS61QQ | 1 | FRENCH 1 | 5 | VKONTEYE | 10 | 1 | 0 | 1 | 0 | 0 | 1 | 7 | 0 | 0 | 30.00 |
| | | | | Totals: | 10 | 1 | 0 | 1 | 0 | 0 | 1 | 7 | 0 | 0 | 30.00 |
| FFS62QQ | 1 | FRENCH 2 | 5 | VKONTEYE | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100.00 |
| | | | | Totals: | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100.00 |
| FFSM7 | 1 | FRENCH 7GR | 5 | VKONTEYE | 24 | 0 | 3 | 4 | 4 | 2 | 6 | 5 | 0 | 0 | 79.17 |
| FFSM7 | 2 | FRENCH 7GR | 5 | VKONTEYE | 19 | 0 | 3 | 3 | 5 | 5 | 3 | 0 | 0 | 0 | 100.00 |
| FFSM7 | 4 | FRENCH 7GR | 5 | VKONTEYE | 28 | 4 | 4 | 7 | 4 | 7 | 1 | 1 | 0 | 0 | 96.43 |
| | | | | Totals: | 71 | 4 | 10 | 14 | 13 | 14 | 10 | 6 | 0 | 0 | 91.55 |
| FFSM8 | 1 | FRENCH 8GR | 5 | VKONTEYE | 19 | 0 | 3 | 1 | 6 | 4 | 4 | 1 | 0 | 0 | 94.74 |
| FFSM8 | 2 | FRENCH 8GR | 5 | VKONTEYE | 20 | 1 | 4 | 3 | 4 | 5 | 3 | 0 | 0 | 0 | 100.00 |
| FFSM8 | 3 | FRENCH 8GR | 5 | VKONTEYE | 25 | 4 | 2 | 5 | 10 | 4 | 0 | 0 | 0 | 0 | 100.00 |
| FFSM8 | 4 | FRENCH 8GR | 5 | VKONTEYE | 31 | 8 | 9 | 10 | 1 | 2 | 0 | 1 | 0 | 0 | 96.77 |
| FFSM8 | 7 | FRENCH 8GR | 5 | VKONTEYE | 8 | 0 | 0 | 2 | 2 | 2 | 1 | 1 | 0 | 0 | 87.50 |
| | | | | Totals: | 103 | 13 | 18 | 21 | 23 | 17 | 8 | 3 | 0 | 0 | 97.09 |

© 2016 Copyright NYC Department Of Education

Scholarship Teacher - Mark Analysis



*Page 1 of 1*

# NYC Department Of Education
## Scholarship Teacher – Mark Analysis

School DBN: **05M499**          School Year: **2015**   Term ID : **1**   School Name: **FREDERICK DOUGLASS ACADEMY**

Marking Period: **2**          Sort Option: **Course Code**          Search Option: **Teacher**

| Course | Sec | Course Name | Subject Area | Teacher | #Of Grades | 90-100 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 | Total Failing | Other/ Not Defined | Other Passing | %Total Passing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FFS61QQ | 1 | FRENCH 1 | 5 | VKONTEYE | 9 | 1 | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 0 | 33.33 |
| | | | | Totals: | 9 | 1 | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 0 | 33.33 |
| FFS62QQ | 1 | FRENCH 2 | 5 | VKONTEYE | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100.00 |
| | | | | Totals: | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100.00 |
| FFSM7 | 1 | FRENCH 7GR | 5 | VKONTEYE | 21 | 2 | 6 | 2 | 4 | 4 | 2 | 1 | 0 | 0 | 95.24 |
| FFSM7 | 2 | FRENCH 7GR | 5 | VKONTEYE | 18 | 2 | 1 | 5 | 7 | 2 | 1 | 0 | 0 | 0 | 100.00 |
| FFSM7 | 4 | FRENCH 7GR | 5 | VKONTEYE | 27 | 7 | 2 | 8 | 0 | 7 | 2 | 1 | 0 | 0 | 96.30 |
| | | | | Totals: | 66 | 11 | 9 | 15 | 11 | 13 | 5 | 2 | 0 | 0 | 96.97 |
| FFSM8 | 1 | FRENCH 8GR | 5 | VKONTEYE | 19 | 0 | 0 | 11 | 3 | 3 | 2 | 0 | 0 | 0 | 100.00 |
| FFSM8 | 2 | FRENCH 8GR | 5 | VKONTEYE | 20 | 0 | 1 | 6 | 0 | 5 | 7 | 1 | 0 | 0 | 95.00 |
| FFSM8 | 3 | FRENCH 8GR | 5 | VKONTEYE | 25 | 3 | 2 | 6 | 3 | 11 | 0 | 0 | 0 | 0 | 100.00 |
| FFSM8 | 4 | FRENCH 8GR | 5 | VKONTEYE | 30 | 4 | 7 | 12 | 5 | 2 | 0 | 0 | 0 | 0 | 100.00 |
| FFSM8 | 7 | FRENCH 8GR | 5 | VKONTEYE | 8 | 0 | 0 | 1 | 4 | 1 | 0 | 2 | 0 | 0 | 75.00 |
| | | | | Totals: | 102 | 7 | 10 | 36 | 15 | 22 | 9 | 3 | 0 | 0 | 97.06 |

© 2016 Copyright NYC Department Of Education

EXHIBIT 41

## The City of — Payroll Management System

| ITEM # | PAY PERIOD | PAY DATE | DIRECT DEPOSIT ADVICE | PAYROLL # | WORK UNIT | ADVICE NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| 414268 | 01/16/14 01/31/14 | 02/20/14 | | 746 | 9999 | Z 41426894 | 2595157 |

| PENSION # | ELECTRONIC FUNDS TRANSFER INFORMATION | JSN | FEDERAL MS EX | STATE MS EX | REFERENCE # | C.D. | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|
| | 21000021 ABA NUMBER | 1 | A 09 | A 09 | 0975820 | 3 | KONTEYE    AMADOU |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2490.48 | 116.78 | 153.73 | 35.95 | 102.52 | | | 434.31 |
| YEAR TO DATE | 2490.48 | 116.78 | 153.73 | 35.95 | 102.52 | | | NET PAY |
| | | | | | | | | 2056.17 |

| SCHOOL ASSIGND | EARNED PERIOD | DAYS WRK'D | HH:MM | RATE/ADJ TYPE | AMT EARNED FOR PER. | LEAVE BALANCE AS OF: | 02/07/14 | | |
|---|---|---|---|---|---|---|---|---|---|
| M499 | 01/31/14 | 4 | 3:25 | 154.97 | 697.37 | DESCRIPTION | BAL. AVAILABLE HH:MM/DDD | DESCRIPTION | BAL. AVAILABLE HH:MM/DDD |
| M499 | 01/15/14 | 5 | 0:00 | 154.97 | 774.85 | | | | |
| → M499 | 11/30/13 | 1 | 0:00 | 154.97 | 154.98 | → only one day pay — on November 2013 | | | |
| M499 | 10/31/13 | 3 | 0:00 | 154.97 | 464.94 | Missing days | | | |
| M499 | 10/15/13 | 2 | 3:25 | 154.97 | 387.45 | | | | |
| | 10/15/13 | | | INT | 10.89 | | | | |

### EARNINGS DATA

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT # | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT # | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| UFT | 25.33 | | | | | | |

### OTHER ITEMIZED DEDUCTIONS

REVISED 4/09

---

## The City of New York — EMPLOYEE DIRECT DEPOSIT ADVICE — Payroll Management System

| ITEM # | PAY PERIOD | PAY DATE | | PAYROLL # | WORK UNIT | ADVICE NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| 416612 | 02/01/14 02/15/14 | 03/11/14 | | 746 | 9999 | Z 41661214 | 2595157 |

| PENSION # | ELECTRONIC FUNDS TRANSFER INFORMATION | JSN | FEDERAL MS EX | STATE MS EX | REFERENCE # | C.D. | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|
| | 21000021 ABA NUMBER | 1 | A 09 | A 09 | 0975820 | 3 | KONTEYE    AMADOU |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2479.52 | 116.77 | 153.73 | 35.96 | 102.51 | | | 434.30 |
| YEAR TO DATE | 4970.00 | 233.55 | 307.46 | 71.91 | 205.03 | | | NET PAY |
| | | | | | | | | 2045.22 |

| SCHOOL ASSIGND | EARNED PERIOD | DAYS WRK'D | HH:MM | RATE/ADJ TYPE | AMT EARNED FOR PER. | LEAVE BALANCE AS OF: | 02/26/14 | | |
|---|---|---|---|---|---|---|---|---|---|
| M499 | 02/15/14 | 10 | 0:00 | 154.97 | 1549.70 | DESCRIPTION | BAL. AVAILABLE HH:MM/DDD | DESCRIPTION | BAL. AVAILABLE HH:MM/DDD |
| M499 | 01/31/14 | 6 | 0:00 | 154.97 | 929.82 | | | | |

### EARNINGS DATA

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT # | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT # | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| UFT | 25.33 | | | | | | |

### OTHER ITEMIZED DEDUCTIONS

REVISED 4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

AMADOU KONTEYE,

                            Plaintiff,

        -against-

NEW YORK CITY DEPTARMENT OF EDUCATION;
JOSEPH D. GATES

                            Defendants.

-------------------------------------------------------------------X

**Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment**

Civil Action No.:  1:17-cv-02876

 

Plaintiff, Amadou Konteye, specifically responds to each numbered paragraph set forth in Defendant's Local Civil Rule 56.1 statement in the corresponding numbered paragraphs below and sets forth additional undisputed material facts in the subsequently numbered paragraphs:[1]

1. Plaintiff disputes. Such Employees serving as needed on day-to-day basis are referred as to occasional per diem substitute. *See* Konteye Decl. Ex. 1.

   There are various types of substitute teachers.

2. Plaintiff disputes. An occasional per diem means a person employed to replace an absent staff member who is expected to return. *See* Konteye Decl. Ex. 1.

   There is a limitation that occasional per diem substitutes can only work for "intermittent or short-term basis." *See* Konteye Decl. Ex. 2.

3. Plaintiff disputes. There is no negotiated contract for Occasional Per Diem. The reason being the UFT does not recognize occasional per diem substitutes. *See* Konteye Decl. Ex. 3.

4. Plaintiff dispute. Only there is "a flat rate" for occasional per diem. *See* Konteye Decl.

---

[1]      This document was prepared with the assistance of the New York Legal Assistance Group Legal Clinic for Pro Se Litigants in the SDNY.

Ex. 1.

Occasional per diem gets a "fixed rate." *See* <u>Konteye Decl. Ex. 4.</u>

5. Plaintiff disputes. Occasional Per Diem is a person employed to replace an absent staff member who is expected to return. *See* <u>Konteye Decl. Ex. 1.</u>

Full term regular substitutes and long term per diem substitutes are paid on the regular payroll. *See* <u>Konteye Decl. Ex. 5.</u>

The vacancy held by the per diem substitute in which there is no appointed teacher, such per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See* <u>Konteye Decl. Ex. 6.</u>

6. Plaintiff disputes. Only long term per diem substitute teachers and regular substitute teachers are paid through the regular payroll and receive a higher rate of pay. *See* <u>Konteye Decl. Ex. 5.</u>

The vacancy held by the per diem substitute in which there is no appointed teacher, such per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See* <u>Konteye Decl. Ex. 6.</u>

7. Plaintiff disputes. Only long term per diem substitute teachers and regular substitute teachers are paid through the regular payroll and receive a higher rate of pay. *See* <u>Konteye Decl. Ex. 5.</u>

The vacancy held by the per diem substitute in which there is no appointed teacher, such per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See* <u>Konteye Decl. Ex. 6.</u>

8. Plaintiff disputes. Only long term per diem substitute teachers and regular substitute teachers are paid through the regular payroll and receive a higher rate of pay. *See*

Konteye Decl. Ex. 5.

The vacancy held by the per diem substitute in which there is no appointed teacher, such per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See* Konteye Decl. Ex. 6; Konteye Decl. Ex. 7.

9.  Plaintiff disputes. Only long term per diem substitute teachers and regular substitute teachers are paid through the regular payroll and receive a higher rate of pay. *See* Konteye Decl. Ex. 5.

The vacancy held by the per diem substitute in which there is no appointed teacher, such per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See* Konteye Decl. Ex. 6.

Q-Bank: Payroll bank includes: "Teachers, Principals, Assistant Principals, Guidance counselors, school social workers, School Psychologists, School payroll Secretaries, Laboratory Specialists, Regularly Appointed Substitute Teachers, Pedagogic Managers, School supervisors, Teacher-assigned, Principal-assigned, Assistant Principal-assigned, Education Administrators not staffed at a CFN, and CFN-based Education Administrators." *See* Konteye Decl. Ex. 8.

10. Plaintiff disputes. An encumbered vacancy does not exist in the Teacher's Contract. Instead there are various types of leave: sick leave, annual leave, sabbatical leave, maternity leave and leave of absence with pay and without pay. *See* Konteye Decl. Ex. 9; Konteye Decl. Ex. 10; Konteye Decl. Ex. 11.

According to the New York City Department of Education, there are anticipated teacher vacancies, which also includes 'carryover' vacancies, and unanticipated teacher vacancies. *See* Konteye Decl. Ex. 12.

3

The Teacher Contract stated that, "a vacancy is defined as an unencumbered position, an anticipated vacancy, or a position currently held by a substitute." *See* <u>Konteye Decl. Ex. 13.</u>

In addition, the unencumbered vacancy is unfilled due to teacher transferring, getting promoted. In case of resignation, retirement, or death of the teacher. *See* <u>Konteye Decl. Ex. 14.</u>

11. Plaintiff disputes. Only substitutes that are long term per diem substitute teachers and regular substitute teachers are paid through the regular payroll and receive a higher rate of pay. *See* <u>Konteye Decl. Ex. 5.</u>

The vacancy held by the per diem substitute in which there is no appointed teacher, such per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See* <u>Konteye Decl. Ex. 6; Konteye Decl. Ex. 7.</u>

This change from O-status to Q-status is though the principal's decision. The principal is in charge of the school base budget (Galaxy), and it all depends on the classification and code the principal enter for the teacher, which includes teacher's name, I.D. number and the subject that the teacher will be teaching. *See* <u>Konteye Decl. Ex. 15.</u>

12. Plaintiff disputes. In either case, there is a 40 days limitation such that if you are certified or seeking certification and have worked 40 days or more, you must be employed in that position. *See* <u>Konteye Decl. Ex. 16.</u>

13. Plaintiff disputes. In either case, employment is limited to 40 days, and if it passed the 40 days, the persons will be employed in that area for which they are certified or seeking certification. *See* <u>Konteye Decl. Ex. 16; Konteye Decl. Ex. 17.</u>

14. Plaintiff disputes. The limit of employment is 40 days, and if it passed the 40 days, the

persons will be employed in that area for which they are certified or seeking certification. *See* <u>Konteye Decl. Ex. 16</u>; <u>Konteye Decl. Ex. 17.</u>

The vacancy held by the per diem substitute in which there is no appointed teacher, such per diem substitute is pay on the regular payroll, which is also know as the Q payroll. *See* <u>Konteye Decl. Ex. 6</u>; <u>Konteye Decl. Ex. 7.</u>

15. Plaintiff disputes. The final decision rest with the principal after the teacher completed all state certifications, submitted the application for professional license, and had a satisfactory service in the academic subject the teacher taught. I am entitled to Jarema Credit, and it has to be signed by Principal Joseph D. Gates. *See* <u>Konteye Decl. Ex. 18.</u>

16. Plaintiff disputes. The limit of employment is 40 days, and if it passed the 40 days, the persons will be employed in that area for which they are certified or seeking certification. *See* <u>Konteye Decl. Ex. 16</u>; <u>Konteye Decl. Ex. 17.</u>

New York City Department of Education has its own alternative teacher certification program called New York City Teaching Fellows. The individuals selected by New York City Department of Education's alternative program are given a Transitional B certificate, then placed in a subsidized Master's degree program, and received regular teacher's salary and benefits at the school in which they are hired by the principal. Furthermore the individuals with the Transitional B are given an extension of 3 years to complete New York State Initial Certification. *See* <u>Konteye Decl. Ex. 19.</u>

While teaching French full time at Frederick Douglass Academy, I applied for the New York City Teaching Fellows and was rejected by New York City Department of Education. *See* <u>Konteye Decl. Ex. 20.</u>

For the individuals to be granted an internship certificate by New York State, they shall

be enrolled in a collegiate program, and I was approved by New Paltz University Graduate School's Master of Arts French Teaching program; however, I could not afford the tuition. *See* Konteye Decl. Ex. 21.

Finally, I took online classes and one Saturday class in the fall of 2013 while teaching French full time at Frederick Douglass Academy. *See* Konteye Decl. Ex. 22.

I was able to obtain my New York State initial certification through the Pathway: Individual Evaluation within two years. *See* Konteye Decl. Ex. 23.

The New York State Initial Certification is valid for 5 years. However, to avoid loosing the teaching certification, the teacher with the initial certification is mandated to get a master degree leading to the professional certificate. *See* Konteye Decl. Ex. 24.

17. Plaintiff disputes. Principal Joseph D. Gates constantly discriminated me due to my national origin. Principal Joseph D. Gates intentionally singled me out, and treated me worse by not giving me the same opportunity as other teachers. *See* Konteye Decl. Ex. 25.

18. Plaintiff disputes. The active New York City Department of Education pedagogical personnel was fingerprinted and went through the back background checks before any commencement of teaching service within the New York City Department of education. The principal would enter the name of the pedagogical personnel and the nomination of the academic subject to be taught by the pedagogical personnel in Galaxy. *See* Konteye Decl. Ex. 15.

I was fingerprinted; New York State Department of Education Office of Teaching Initiatives got it from New York City Department of Education. *See* Konteye Decl. Ex. 26.

6

19. Plaintiff disputes. Principal Joseph Gates served as the Principal of the Fredrick Douglass Academy, located at 2581 Adam Clayton Powell Jr. Boulevard, New York, NY 10039 from November 2011 until July 2017. *See* <u>Konteye Decl. Ex. 27.</u>

20. Plaintiff partially disputes. The school code has appeared different ways in the DOE system: 05M499, or M499. *See* <u>Konteye Decl. Ex. 28.</u>

21. Plaintiff disputes. I was not hired as a student teacher for the Fredrick Douglass Academy. I attended Frederick Douglass Academy as a student from grades 7-12 from 2001 until 2007. During my sophomore year in 2005 until my senior year 2007, Teacher/Coach Patrick Mangan and Principal Dr. Gregory Hodge selected me to become a student leader in Frederick Douglass Academy's Schwartz Program. *See* <u>Konteye Decl. Ex. 29.</u>

22. Plaintiff disputes. The Frederick Douglass Academy's Schwartz Program was designed for honor students like myself to provide assistance for teachers, such as Ms. Bell and Mr. Patrick Mangan in tutoring incoming students, and in sports on Saturdays. Mr. Patrick Mangan, who is also a teacher and the Athletic Director of Frederick Douglass Academy, still working at Frederick Douglass Academy. School phone number is (212) 491-4107.

In my service file years 2005-2007 coded as, "COOPN" is Cooperative Student ("co-op"). *See* <u>Konteye Decl. Ex. 30; Konteye Decl. Ex. 31.</u>

23. Plaintiff disputes. Ms. Katerina Souliopoulos' Ex. 'E' indicated, "For Office Use Only" and the dates have been crossed out. In addition I never met or communicated with Peter Ianniello.

Before joining New York City Department of Education, as a teacher, I took the first required New York State Teacher Certification Examinations: 001 Liberal Arts And Sciences Test dated February 18, 2012. On April 7, 2012 I initiated the application for New York State teacher certification, and I took the rest of the teacher examinations while teaching full time French. *See* <u>Konteye Decl. Ex. 32</u>.

School year 2011-2012, specifically on April 2012, Principal Joseph D. Gates called me to come work for him at Frederick Douglass Academy to cover Mr. Torey Williams' 8th grade class from April 2012 until June 27, 2012. *See* <u>Konteye Decl. Ex. 33.</u>

24. Plaintiff disputes. I did not work as an occasional per diem substitute teacher at various DOE schools. *See* <u>Konteye Decl. Ex. 34.</u>

I worked at the Frederick Douglass Academy as a full time substitute teacher in April of 2012 until June 27, 2012 for the school year 2011-2012 covering Mr. Torey Williams' 8th grade classes. *See* <u>Konteye Decl. Ex. 33.</u>

25. Plaintiff disputes. Principal Joseph D. Gates and New York City Department of Education coded me as a Social Studies occasional per diem substitute teacher, but Principal Joseph D. Gates gave me a French program in which I served in that French vacancy as a full time French teacher beginning September 2012 until February 12, 2016. *See* <u>Konteye Decl. Ex. 35; Konteye Decl. Ex. 36.</u>

26. Plaintiff disputes. I was seeking these New York State certifications starting February 2012. While working as a full time French teacher at Frederick Douglass Academy starting September 2012. New York State issued me French and Social Studies initial certifications on March 18, 2015. *See* <u>Konteye Decl. Ex. 32</u>.

I was not an occasional per diem, Principal Joseph D. Gates gave me a French teaching

8

program, which I taught and was evaluated every school years: 2012-2013, 2013-2014,2014-2015, and 2015-2016 by Mr. Thomas Ajibola, the Supervisor for the Department of Foreign language at Frederick Douglass Academy. *See* <u>Konteye Decl. Ex. 37; Konteye Decl. Ex. 38.</u>

27. Plaintiff disputes. I was seeking certification from the State of New York starting February 2012. I had worked at Frederick Douglass Academy under Principal Joseph D. Gates for over 40 days and I had filled the French vacancy starting September 2012 until February 12, 2016. *See* <u>Konteye Decl. Ex. 39.</u>

28. Plaintiff disputes. I was not compensated accordingly. Principal Joseph D. Gates kept me at lowest pay rate 746 Per Diem Payroll while I filled the French vacancy starting September 2012 until February 12, 2016. Despite teaching French full time, days and months have been taking off my paychecks. I was able to make a copy of my time card in the month of January 2014, and it shows the pay discrepancies between the time card and the pay stub, which shows 11 days unpaid out of January 2014. *See* <u>Konteye Decl. Ex. 40; Konteye Decl. Ex. 41.</u>

Principal Joseph D. Gates did not intend to include me in the regular payroll, because he said I served at his "pleasure." *See* <u>Konteye Decl. Ex. 42; Konteye Decl. Ex. 43.</u>

School year 2015-2016, on September 2015 until February 12, 2016, Principal Joseph D. Gates waited until the deadline of the pay period passed and then made me resort to get emergency checks. Principal Joseph D. Gates ignored me when I send him emails regarding pay issues. *See* <u>Konteye Decl. Ex. 44.</u>

29. Plaintiff disputes. I was told by New York City Department of Education to get the nomination letter from Principal Gates in order for them to process the French position on

September 22, 2014. *See* Konteye Decl. Ex. 45; Konteye Decl. Ex.46; Konteye Decl. Ex. 47; Konteye Decl. Ex. 48.

I asked Principal Joseph D. Gates to complete OT 11 Form on September 16, 2014. This not a nomination letter but a form completed by Principal Joseph D. Gates and New York City Department of Education Deputy Network Leader, Michelle Lee as New York State Department of Education Office of Teaching Initiatives requested it. *See* Konteye Decl. Ex. 49.

30. Plaintiff disputes. Plaintiff disputes. I argue these were fabricated because Principal Joseph D. Gates cannot nominate a teacher for multiple positions at the same time and the letters do not have an official school stamp. *See* Ms. Katerina Souliopoulos' Ex. "C," Gates Aff.; Ex. "F."

31. Plaintiff dispute. While working as a full time French teacher at Frederick Douglass Academy starting September 2012, I fulfilled all the teacher requirements by August 2014. On September 19, 2014, and on September 25, 2014, I send the OT 11 form to New York State Department of Education Office of Teaching Initiatives. *See* Konteye Decl. Ex. 50 Konteye Decl. Ex. 51; Konteye Decl. Ex. 52.

When I received my initial teaching license on March 18, 2015, I went to Principal Joseph D. Gates and provided him a copy.

It takes New York State Office of Teaching Initiatives to process application. New York State Department of Education issued me the French 7-12 and Social Studies 7-12 initial certifications on March 18, 2015. *See* Konteye Decl. Ex. 53.

32. Plaintiff dispute. Register projections are due in the spring. *See* Konteye Decl. Ex. 54. There is a contradiction because Principal Joseph D. Gates stated summer of 2015. *See*

Konteye Decl. Ex. 55.

33. Plaintiff disputes. The principal is in charge of the school base budget. *See* Konteye Decl. Ex. 56; Konteye Decl. Ex. 57.

34. Plaintiff disputes. The number of French classes I taught increased from 8 to 9 every school year 2012-2016, which surpassed the Maximum of 25 periods required by UFT and NYC DOE Teacher's contract. Out of the entire 112 teachers, I was the only middle school French teacher with 9 total French classes. In addition the number of students I taught increased every school year. *See* Konteye Decl. Ex. 58.

Foreign language is an academic subject, and not non-essential programing. *See* Konteye Decl. Ex. 59; Konteye Decl. Ex. 60.

35. Plaintiff disputes. For fifteen plus years, Principal Joseph D. Gates has been a principal employed by the New York City Department of Education; however, he does not keep records. *See* Konteye Decl. Ex. 61.

Principal Joseph D. Gates is unsure of the number of social studies or French teachers he has. *See* Konteye Decl. Ex. 62; Konteye Decl. Ex. 63; Konteye Decl. Ex. 64.

36. Plaintiff disputes. I filled only a French vacancy position as a full time teacher. *See* Konteye Decl. Ex. 58; Konteye Decl. Ex. 36; Konteye Decl. Ex. 38; Konteye Decl. Ex. 39.

Foreign language is an academic subject, and not non-essential programing. *See* Konteye Decl. Ex. 59; Konteye Decl. Ex. 60.

37. Plaintiff disputes. The DOE central offices are broad. The principal is charge of the school budget. *See* Konteye Decl. Ex. 56; Konteye Decl. Ex. 57.

38. Plaintiff disputes Principal Gates did not inform me that the French vacancy would be cut

as non-essential. Principal Joseph D. Gates gave me a French program, while he coded

me in the system as Social Studies occasional per diem. *See* <u>Konteye Decl. Ex. 35.</u>

39. Plaintiff disputes. Principal Gates did not offer me a full-time teaching position in social

studies for the 2015-2016 school year. *See* <u>Konteye Decl. Ex. 65.</u>

On September 4, 2015, Principal Joseph D. Gates asked me, what grades I wanted to

teach, and my respond was "it does not matter if it is middle school or high school,

although I had more experience with teaching the middle school." *See* <u>Konteye Decl. Ex.</u>

<u>66.</u>

40. Plaintiff disputes. Principal Joseph D. Gates hired David Neville before me; the reason

being David Neville was teaching at the school during the summer of 2015. Kim Aime is

Jackie Kim; she was the 6th grade social studies teacher. *See* <u>Konteye Decl. Ex. 68.</u>

Principal Joseph D. Gates is unsure of the number of social studies or French teachers he

has. *See* <u>Konteye Decl. Ex. 62; Konteye Decl. Ex. 63; Konteye Decl. Ex. 64.</u>

41. Plaintiff disputes. The principal is charge of the school budget. *See* <u>Konteye Decl. Ex. 56;</u>

<u>Konteye Decl. Ex. 57.</u>

Budget Division of the Manhattan Field Support Office does not pertained me because

Budget Division of the Manhattan Field Support Office was created after I had served

consecutive years as a full time French teacher that is licensed in that academic subject

area.

42. Plaintiff disputes. The principal is charge of the school budget. *See* <u>Konteye Decl. Ex. 56;</u>

<u>Konteye Decl. Ex. 57.</u>

Ms. Sharon Boonshoft and Mr. Thomas Croft are not mentioned as Budget personnel. *See*

<u>Konteye Decl. Ex. 69.</u>

Ms. Boonshoft and Mr. Croft have different titles and work location. *See* <u>Konteye Decl.</u>

<u>Ex. 70.</u>

The correspondence from Ms. Boonshoft and Mr. Croft was fabricated as a cover-up to

the real reason Principal Joseph D. Gates denied me my position, salary and benefits.

Principal Joseph D. Gates discriminated me by classifying me as occasional social studies

per diem. *See* <u>Konteye Decl. Ex. 35.</u>

43. Plaintiff disputes. The principal is charge of the school budget. *See* <u>Konteye Decl. Ex. 56;</u>

<u>Konteye Decl. Ex. 57.</u>On February 3, 2016, I did not get my paycheck; therefore, I

emailed Principal Joseph D. Gates regarding the pay issues. *See* <u>Konteye Decl. Ex. 44.</u>

While I was a full time French teacher, Principal Joseph D. Gates coded me as an

occasional per diem and he discriminated me because of my national origin. *See* <u>Konteye</u>

<u>Decl. Ex. 37; Konteye Decl. Ex. 38.</u>

44. Plaintiff disputes. The principal is charge of the school budget. *See* <u>Konteye Decl. Ex. 56;</u>

<u>Konteye Decl. Ex. 57.</u>

I was a full time French teacher, *See* <u>Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.</u>

Principal Joseph D. Gates did not know the number of social studies or French teachers

he had. *See* <u>Konteye Decl. Ex. 62; Konteye Decl. Ex. 63; Konteye Decl. Ex. 64.</u>

Principal Joseph D. Gates violated my rights. He did not give me notice. *See* <u>Konteye</u>

<u>Decl. Ex. 71.</u>

My service record said, "termination" and it meant a separation of service from New

York City Department of Education. *See* <u>Konteye Decl. Ex. 72; Konteye Decl. Ex. 73.</u>

Principal Joseph D. Gates discriminated me by not following the proper procedural of

excessing, and he violated my contractual rights. I was a pedagogical personnel with

license and I had seniority over all of the new teachers and uncertified teachers he hired

over me. *See* Konteye Decl. Ex. 71.

45. Plaintiff disputes. I provided New York City Department of Education my home phone

number as well (212) 862-1653. Due to financial burden I couldn't afford my phone bills,

I stop using the old number and my mother gave me her phone.

I am not an occasional per diem. Despite being a fully license teacher, New York City

Department of Education discriminated me by taking me off the Teacher Finder network

on September 13, 2016, which prevented me from getting access to full time openings

school year 2016-2017. *See* Konteye Decl. Ex. 74.

46. Plaintiff disputes. I filed a grievance on October 30, 2015 about my teaching position and

being placed on the correct payroll system. Subsequently, I charged the UFT for not

filing my grievance. *See* Konteye Decl. Ex. 75.

47. Plaintiff disputes. UFT filed anything they wanted to file because of personal conflict of

interest between Principal Joseph D. Gates and Dwayne Clark, Manhattan Borough

Representative, UFT failed to represent me fairly. Subsequently, I charged the UFT for

not filing my grievance. *See* Konteye Decl. Ex. 75.

48. Plaintiff disputes. New York City Department of Education's Office of Labor Relations

(OLR) located at 100 Gold Street, OLR is an office advocating for school principals. I

couldn't get justice in New York City Department of Education OLR. *See* Konteye Decl.

Ex. 76.

Principal Joseph D. Gates was not present in the meetings; instead, Principal Joseph D.

Gates called via telephone and continued lying about the teaching service I provided in

one academic subject, which was French for four and half years. Principal Joseph D.

Gates said that, I only worked in the French vacancy from 9/8/15 through 2/12/16, which was a lie. Principal Joseph D. Gates lied about my actual duty as a full time teacher that provided French instructions to grades 7-12 for four and a half years. *See* Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.

49. Plaintiff disputes. The grievance is ongoing until Principal Joseph D. Gates tells the truth as to my duty as a full time French teacher under his leadership for four and a half years. *See* Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.

50. Plaintiff disputes. Principal Joseph D. Gates said that, I only worked in the French vacancy from 9/8/15 through 2/12/16, which was a lie. Principal Joseph D. Gates lied about my actual duty as a full time teacher that provided French instructions to grades 7-12 for four and a half years. *See* Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.

51. Plaintiff disputes. Principal Joseph D. Gates fired me on February 12, 2016 and he kept me in the system and generated checks under my name from April 2016 through August 2016, which is fraud. I did not received $14, 933. 911, Principal Joseph D. Gates committed fraud by generating checks under my name after he had fired me on February 12, 2016. *See* Konteye Decl. Ex. 77.

52. Plaintiff disputes. I filed the grievance on March 28, 2016, and it was not looked at until April 1, 2016. *See* Konteye Decl. Ex. 78.

53. Plaintiff disputes. UFT filed anything they wanted to file because of personal conflict of interest between Principal Joseph D. Gates and Dwayne Clark, Manhattan Borough Representative, UFT amended the grievance Articles. I charged the UFT for not filing my grievance. *See* Konteye Decl. Ex. 75.

54. Plaintiff dispute. The grievance is ongoing until Principal Joseph D. Gates tells the truth

as to my duty as a full time French teacher under his leadership for four and a half years. *See* <u>Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.</u>

55. Plaintiff disputes. The grievance is ongoing until Principal Joseph D. Gates tells the truth as to my duty as a full time French teacher under his leadership for four and a half years. *See* <u>Konteye Decl. Ex. 36; Konteye Decl. Ex. 38.</u>

56. Plaintiff disputes. The grievance is pending to go to arbitration. *See* <u>Konteye Decl. Ex. 79; Konteye Decl. Ex. 80.</u>

57. Plaintiff disputes. The grievance is pending to go to arbitration. *See* <u>Konteye Decl. Ex. 79; Konteye Decl. Ex. 80.</u>

58. Plaintiff partially disputes. While the Grievance Decision concludes this, that is not the case. Plaintiff is unaware of what Q-status is and cannot base a conclusion as to whether is merely a payroll status or if means something more. *See* <u>Konteye Decl. Ex. 79; Konteye Decl. Ex. 80.</u>

59. Plaintiff disputes. The grievance is pending to go to arbitration. *See* <u>Konteye Decl. Ex. 79; Konteye Decl. Ex. 80.</u>

60. Plaintiff dispute. Defendants' attorney, Ms. Katerina Souliopoulos falsified my statement. *See* <u>Konteye Decl. Ex. 81.</u>

61. Plaintiff does not dispute. I was advice by the federal agency, the United States Equal Employment Opportunity Commission (EEOC) located at 33 Whitehall Street, New York, NY 10004 to withdraw from the Human Right Division in order to filled with them. On April 15, 2016, I filed a discrimination based on national origin and retaliation with EEOC.

62. Plaintiff disputes. I only reached out to the New York City Department of Education's

16

Office of Equal Opportunity & Diversity Management, and I never filed an internal

complaint. *See* Ms. Katerina Souliopoulos Ex. "U" Email from Konteye Amadou to

Paver Stacy. I reached out to New York City Department of Education Chancellor

Carmen D. Farina on February 15, 2016 and I did not receive any response regarding my

adverse employment discrimination. *See* <u>Konteye Decl. Ex. 82.</u>

63. Plaintiff disputes. On May 27, 2016, I filed an Improper Practice Charge with the State of

New York Public Employer Relations Board (PERB) against the New York City

Department of Education and the United Federation of Teachers alleging discrimination

because of my national origin. However, a letter was sent by PERB on June 3, 2016

advising me to put the appropriate amendments because PERB does not deal with

discrimination. *See* <u>Konteye Decl. Ex. 75</u>.

64. Plaintiff dispute. Refer back to Plaintiff response to 64, as I stated PERB does not deal

with discrimination. Plaintiff was advised on June 3, 2016 to put the appropriate

amendments. *See* <u>Konteye Decl. Ex. 75</u>.

65. Plaintiff does not dispute.

66. Plaintiff does not dispute. As I mentioned it to Ms. Katerina Souliopoulos at her

deposition, there is no decision rendered regarding New York City Department of

Education and Principal Joseph D. Gates. However, my PERB charge against the United

Federations of Teachers Union is still pending at PERB. Since filling the PERB charge,

the United Federation of Teachers Union started working on my case.

67. Plaintiff disputes. On April 15, 2016, I filed a discrimination based on national origin and

retaliation with the United States Equal Employment Opportunity Commission (EEOC).

*See* <u>Konteye Decl. Ex. 83.</u>

17

68. Plaintiff partially disputes. The EEOC charge number you listed "520-2015-02081" does not correspond with my EEOC charge number, which is 520-2016-02081. In addition, I filed a discrimination based on national origin and retaliation with EEOC on April 15, 2016. *See* Konteye Decl. Ex. 83.

69. Plaintiff does not dispute.

70. Plaintiff partially disputes. I filed Employment Discrimination Complaint in the United States Courthouse, Southern District of New York on April 19, 2017. *See* Konteye Decl. Ex. 25.

71. Plaintiff disputes. "Among other things" and "individuals" are vague. *See* Konteye Decl. Ex. 25.

72. Plaintiff disputes. I listed all the teachers: Principal Joseph D. Gates' former teachers, friends, relatives, and the New York City Department of Education's Teaching Fellows, along with uncertified teachers that Principal Joseph D. Gates hired over me starting from 2012 through 2016. Despite teaching for four years and a half as a full time French teacher at Frederick Douglass Academy, Principal Joseph D. Gates gave the new teachers tenure and discriminated me because of my national origin. I have been teaching full time at Frederick Douglass Academy before all of the teachers that Principal Joseph D. Gates gave tenure. *See* Konteye Decl. Ex. 84.

73. Plaintiff disputes. I argued he hired other teachers over me in general, not just for the specific French or foreign language vacancies. *See* Konteye Decl. Ex. 25.

74. Plaintiff disputes. I was certified to teach French and/ or Social Studies grades 7-12. However, Principal Joseph D. Gates coded me as Social Studies occasional per diem, while he had used me as a full time French teacher. *See* Konteye Decl. Ex. 35; Konteye

Decl. Ex.36; Konteye Decl. Ex. 37; Konteye Decl. Ex. 38.

In the summer of 2014, Principal Joseph D. Gates contacted me and told me to give him a favor and teach History to high school students for six weeks because all of his 15 social studies teachers went on vacation and I agreed. Despite Principal Joseph D. Gates had withheld my salary and benefits including vacation pay, I canceled all of my summer plans and provided him the service of teaching the summer 2014 he requested. Summer 2014 was the only time, Principal Joseph D. Gates asked me to teach Social Studies. *See* Konteye Decl. Ex. 85.

75. Plaintiff disputes. Defendants' attorney, Ms. Katrina Souliopoulos asked for an extension to investigate about the race of the twenty-seven teachers that Principal Joseph D. Gates hired over me. *See* Konteye Decl. Ex. 86.

At the deposition held at Ms. Katrina Souliopoulos' office on May 15, 2018, she does not know the distinction of race and national origin. *See* Konteye Decl. Ex. "87," Deposition of May 15, 2018, at 55: 1-25, 56: 1-25, 57: 1-25, 58: 1-25, 59:at 1-25.

Again at the deposition held at Ms. Katrina Souliopoulos' office on May 29, 2018, she was not satisfied with the responses I provided her regarding the teachers' positions. As I stated, the twenty-seven teachers' national origin is not Senegal like I am. Principal Joseph D. Gates placed inaccurate codes in my file, Ms. Katrina Souliopoulos shall ask Principal Joseph D. Gates. *See* Konteye Decl. Ex. "88," Deposition of May 29, 2018, at 198: 1-25.

Principal Joseph D. Gates stated that he does not look and examine teacher licenses, and he had hired other teachers over me. *See* Konteye Decl. Ex. 89.

76. Plaintiff disputes. Principal Joseph D. Gates refused to rectify the inaccurate codes he

placed in my file, and New York City Department of Education refused to sign my OT-37 form. Principal Joseph D. Gates and New York City Department of Education are preventing me from obtaining my professional teaching license. Konteye Decl. Ex. 35; Konteye Decl. Ex. 36; Konteye Decl. Ex. 38; Konteye Decl. Ex. 39; Konteye Decl. Ex. 58.

77. Plaintiff disputes. I was teaching French for four and half years under Principal Joseph D. Gates leadership; however Principal Joseph D. Gates and New York City Department of Education refused to sign my OT37 Form for a service I provided from September 2012 until February 12, 2016. *See* Konteye Decl. Ex. 90.

78. Plaintiff disputes. I spoke with a Community Superintendent and the Director of the DOE's Human Resources Division; both stated that, Principal Gates must indicate I was a full time French teacher starting September 2012 until February 12, 2016. As you can see, I exhausted all of the chain of command regarding my New York State professional teaching license.

After the second conference held at New York City Department of Education's OLR at 100 Gold Street on November 28, 2016, I followed the advice of Mr. Alan Litchenstein, Chancellor's Representative Office of Labor Relations. I contacted Principal Joseph D. Gates via email regarding the French teaching service I provided from September 2012 until February 12, 2016. However, Principal Joseph D. Gates did not respond. *See* Konteye Decl. Ex. 91.

The Attorney, Mr. Lloyd Somer who represented with my PERB case also contacted the New York City Department of Education's attorney, Mr. Todd Drantch by email regarding my professional license issues. *See* Konteye Decl. Ex. 92.

The final correspondences show that I have exhausted all the administrative remedies within the New York City Department of Education; however, Principal Joseph D. Gates and New York City Department continued discriminating me because of my national origin. *See* Konteye Decl. Ex. 92.

Exhibit 40

No. 2595157
Name Konteye

MONTH ENDING January ____ 20 14

| | MORN IN | NOON OUT | NOON IN | NIGHT OUT | EXTRA IN | EXTRA OUT |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | 7:45 | 2:50 | | | | |
| 3 | | | | AK | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | 06 6:28 | 3:13 | | | | |
| 7 | 07 7:54 | 3:31 | | | | |
| 8 | 08 7:43 | 2:51 | | | | |
| 9 | 09 7:55 | 7:00 | | | | |
| 10 | 10 7:59 | 3:27 | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | 13 7:46 | 4:18 | | | | |
| 14 | 14 7:53 | 5:52 | | | | |
| 15 | 15 8:04 | 3:49 | 15 3:49 | | | |

| | MORNING IN | NOON OUT | NIGHT OUT | EXTRA OUT |
|---|---|---|---|---|
| 16 | 16 7:56 | 4:50 | | |
| 17 | 17 7:54 | 4:37 | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | 21 8:06 | 2:56 | | |
| 22 | 22 7:56 | 4:13 | | |
| 23 | 23 8:04 | 5:05 | | |
| 24 | 24 7:56 | 4:23 | | |
| 25 | | | | |
| 26 | | | | |
| 27 | 27 8:05 | 3:28 | | |
| 28 | 28 8:03 | 4:37 | | |
| 29 | 29 8:04 | 3:17 | | |
| 30 | 30 8:04 | 3:35 | | |
| 31 | 31 7:52 | 4:22 | | |

Name Konteye
2595157

9 days out of
20 days paid
11 days unpaid

25-2665.00.8 (1000PKG) 5/93
CINCINNATI TIME RECORDER 90? BWAY NYC (212) 777-311

Signature

```
1                     CROSS/GATES
2         A.         Me personally, no.
3         Q.         Did he ever contact you and
4    said I wasn't getting proper pay?
5         A.         Yes.
6         Q.         Isn't it a fact, sir, that on
7    February 9, 2016 when Mr. Konteye met with
8    you --
9              JUDGE BLASSMAN:  When you said
10        me, no, I didn't have a problem with
11        your pay.
12        A.         I never had a problem with Mr.
13   Konteye's pay.  It is not something that I,
14   like I explained earlier that is --
15             JUDGE BLASSMAN:  I was just
16        clarifying what you said.
17        A.         More the payroll secretary and
18   the budget persons takes care of it.
19        Q.         Isn't it a fact that on
20   February 9, 2016 that you met with Mr.
21   Konteye?
22        A.         I'm not sure about that date.
23        Q.         Isn't it a fact that you
24   actually screamed at him and you said the
25   following quote, "why did you get the union
```

1               DIRECT/KONTEYE

2               MR. DRANTCH:  I have no

3       objection to that.

4               JUDGE BLASSMAN:  Charging Party

5       Exhibit 1 is now in evidence.

6               I'm marking as Charging Party

7       Exhibit 2, two letters by Principal

8       Gates that the Charging Party

9       characterizes as nomination letters.

10              Those two are marked for

11      identification as Charging Party 2.

12              Does the Respondent, do you

13      have an objection?

14              MR. DRANTCH:  To these two

15      letters, no, no objection.

16              JUDGE BLASSMAN:  So, Charging

17      Party 2 is now in evidence.

18              I hand Charging Party 2 to the

19      witness.

20          Q.      Mr. Konteye, I would like you

21      to testify with regard to both of the letters

22      which have now been introduced and marked as

23      Charging Party 2.

24          A.      Because when I called the state

25      in order for them to speed up the process,

Page 31

1                    DIRECT/KONTEYE
2     the state told me I have to go to the New
3     York City Department of Education Human
4     Resources Offices of Licenses.  I went
5     there.
6                    They told me I had to get the
7     letters from the principal, the Principal
8     Joseph D. Gates in order for them to know
9     what he will nomimate for me to teach.  I
10    went and got the letter from him.
11                   So, this letter for the state
12    to speed up the process because the State
13    usually takes a look at over 12,000
14    applications of teachers.
15                   So, there are a lot of teachers
16    that are applying in order for them to get
17    their license.  It took me about on the
18    following school year.  The following school
19    year of September 2014/15 I was called back
20    again to teach French, in the French
21    vacancy.
22                   This time again I had nine
23    classes that were given to me.  So, four
24    seventh graders, four eighth graders and one
25    high school class again.

Exhibit 49

# THE FREDERICK DOUGLASS ACADEMY



Phone: (212) 491-4107
www.FDA1.org

Fax: (212) 491-4414
JGates@schools.nyc.gov

A College Preparatory School

2581 Adam Clayton Powell Jr. Blvd, New York, NY 10039

### Joseph D. Gates, Principal

June 22, 2014

New York City Department of Education
Division of Human Resources (DHR)
65 Court Street, Room 102
Brooklyn, NY 11201
(718) 935-4000

To Whom It May Concern:

This letter is to nominate Mr. AmadouKonteye (File # 2595157; SS # 096840441) for a French Foreign Language Teaching position at the Frederick Douglass Academy I (05M499). He has submitted all the required documentation to the New York State Education Department and waiting for his license to be issued. Kindly assist in processing his so that he may start the 2014/2015 school year with our school.

Thank you for your assistance and cooperation in this matter.

Best Regards,

Joseph Gates
Principal

What is the difference between a state certificate and a city license?

 **United Federation of Teachers**
*A Union of Professionals*

From UFT.org (http://www.uft.org)

# What is the difference between a state certificate and a city license?

You must have New York State certification to be hired for a full-time teaching position in New York City. The position must match the state certificate. New York City no longer issues a separate paper license, but there is still a license/appointment process that must take place in the DOE computer system once someone is hired. This determines your tenure track and your seniority for excessing and layoff.

**Source URL:** http://www.uft.org/faqs/what-difference-between-state-certificate-and-city-license

5/3/2018                          Certification - Certification - New York City Department of Education

**NYC**

**Department of Education**
Chancellor Richard A. Carranza

search:

Select Language ▼

Parents and Families        Students        Employees        Community and Partners

DOE Home Page > Employees > Teachers > Your Career > Certification

Home    Your Career    Job Opportunities    Professional Learning    New Teacher Support    Substitutes & Per Diems

# Certification

## Prospective Employees

If you are interested in a career as a teacher in New York City's public schools, visit TeachNYC.net for information on applying to the DOE, New York State Certification types and requirements, salary and benefits, and more.

## Current Employees

### Maintaining Your Certificate
All NYCDOE pedagogical employees, including teachers and school administrators, must maintain valid certification to remain employed.

- If you are a current employee and hold an **Initial, Provisional, Internship, Transitional B, Conditional Initial,** or **Transitional A** certificate, you are given a specific number of years before your New York State certification expires and you must progress to the next level of certification based on your completion of the requirements.
- Beginning July 1, 2016, if you hold one of the following certificates, you must register your teaching license with the New York State Education Department (NYSED) every five years:
  - **Permanent or professional teaching certificate** in the classroom teaching service
  - **Permanent or professional leader certificate** in the educational leadership service (i.e., school building leader, school district leader, school district business leader), or
  - **Level III Teaching Assistant certificate**

  **Failure to register will result in discontinuance of your license.** Additionally, if you hold a professional certificate in the classroom teaching service or educational leadership service or a Level III Teaching Assistant certificate, you must complete **100 hours of Continuing Teacher and Leader Education (CTLE)** during each five-year registration period (if you hold a permanent certificate, this CTLE requirement does not apply to you).

  Read more about the new registration and CTLE requirements, including when and how to register, here.

### Extensions
If you have not yet met requirements to progress to your next level of certification, please refer to the New York State Education Department website for more information about the requirements and process to obtain an extension on an expiring certificate.

### Licenses
A New York City license is automatically generated for you when you are hired. Your license depends on your New York State certificate and the grade level of your NYC teaching assignment; it also specifies your area for DOE seniority.

### Questions?
If you have any questions about maintaining your certificate or progressing to the next level of certification, you can contact the Certification Office between the hours of 9:00 a.m. and 5:00 p.m. at (718) 935-2473. You can find additional information about certification on the New York State Education Department website.

## Types of Certificate

**Initial:** The Initial certificate is the entry-level teaching certificate and is issued for a specific subject and grade level. It is valid for five years (with the possibility of a time extension if you are eligible). During this five-year period, you must obtain a Professional certificate, which requires a minimum of three years of experience and a Master's degree.

**Conditional Initial:** This is the first-level certificate for teachers who hold a certificate in the same or equivalent title from another state, but who have not yet met the NYS testing requirement. The Conditional Initial certificate allows the holder up to two years to meet the testing requirements to qualify for an Initial certificate.

**Professional:** The Professional certificate is the second-level teaching certificate. A holder of an Initial certificate must apply to the New York State Department of Education for the Professional certificate upon completion of requirements. Note that there are new registration and continuing education requirements for Professional certificate holders.

**Internship:** To obtain this certificate, students must have a recommendation from a college/university, have completed 50% of an approved graduate teacher education program, and have a job commitment where they can serve their internship. Colleges may require one or more certification exams for this certificate. The Internship certificate is valid for two years and may not be renewed or extended; after two years, you are expected to have completed all requirements, and your college will recommend you for the Initial certificate. The Internship certificate becomes void if you leave or fail to graduate from the program.

**Transitional B:** This certificate is for individuals enrolled in an alternative certification program, such as New York City Teaching Fellows and Teach for America. This certificate is valid for three years, during which the teacher must meet all requirements for the Initial or Professional certificate through an approved university program. The Transitional B certificate is not transferable between districts and becomes void if you leave employment or do not maintain good standing or fail to graduate from the university program.

**Transitional A:** This certificate is available to career and technical education (CTE) teachers who are requested for a shortage area (in agriculture, health trades, or a trade subject) by a principal. The teacher must have the required educational and occupational experience to qualify for the certificate. Requirements for an Initial certificate must be completed within three years.

---

contact    vendors    MWBE    privacy policy    DOE login    site map

© 2018 The New York City Department of Education

residents    business
visitors    government

Exhibit 49

# Substitution of Experience for College Supervised Student Teaching Form

This form is only to be used for those who also submit an Application for Certificate OTAPP-INIT/PROF and who do **not** already hold a New York State Classroom Teaching Certificate.

This candidate for certification has not completed supervised fieldwork as part of an approved pre-service educational program of teacher preparation. To consider substituting paid experience for this requirement, the Office of Teaching Initiatives requires completion of this form by the superintendent/chief school officer

- validating forty days of full-time, paid satisfactory experience in the subject area and grade level range of the certificate sought.
- Eighty days of half-time experience will also be considered. **Attach additional forms for each school district where employment occured.**

| First Name Amadou | Last Name Konteye | Middle Initial: |
|---|---|---|

| Street Address: 164 West 147 Street | City: New York | State: NY | Zip Code: 10039 |
|---|---|---|---|

| Maiden Name: | Date of Birth: 06/06/89 | Social Security Number: 096840441 |
|---|---|---|

## To be Completed by School Superintendent ONLY*

1. The candidate named above served as a ☒ Full-time ☐ Part-time: _____ %]
(Do not complete this form unless 50% or greater)

Teacher of: French
                    subject(s)

Grades 9-12    Date from 02 / 04 / 2013 to 04 / 26 / 2013
                                    mo.   day   yr.      mo.  day   yr.

At: The Fredrick Douglass Academy    ☒ Public ☐ Non-Public
                    School name

School Address 2581 Adam Clayton Powell Jr. Blvd. NY 10039

2. The performance of the candidate [☒ was ☐ was not] satisfactory.

Signature of Chief School Officer _[signature]_    Date 09 / 16 / 2014
                                                                    mo.  day   yr.

| Please Print Administrator's Name: Michelle Lee | *Administrative Title: CFN 536 HR Director |
|---|---|

Name of School District/Non-Public School: NYC DOE CFN536

| Street Address: 82-01 Rockaway Blvd | City: Ozone Park | State: NY | Zip Code: 11416 |
|---|---|---|---|

*If experience was earned in a public school the form must be signed by the **superintendent of schools.** For experience earned in other than a public school, the **chief school officer** of the school must sign this form.

**Please Note The Following:**

1. The Office of Teaching Initiatives will determine the appropriateness of professional education experience offered in lieu of the fieldwork required for the certificate.

2. Substitution of employment will be considered for the fieldwork requirement only on the basis of appropriate experience in which the applicant is legally employed according to current Regulations of the Commissioner of Education.

3. This completed form must be shown to the applicant if requested.

**OT-11 for OTAPP - INIT/PROF, February 2006**

Exhibit 50

## Substitution of Experience for College Supervised Student Teaching Form

This form is only to be used for those who also submit an Application for Certificate
OTAPP-INIT/PROF and who do **not** already hold a New York State Classroom Teaching Certificate.

This candidate for certification has not completed supervised fieldwork as part of an approved pre-service educational program of teacher preparation. To consider substituting paid experience for this requirement, the Office of Teaching Initiatives requires completion of this form by the superintendent/chief school officer

- validating forty days of full-time, paid satisfactory experience in the subject area and grade level range of the certificate sought.
- Eighty days of half-time experience will also be considered. **Attach additional forms for each school district where employment occured.**

| First Name | Last Name | Middle Initial: |
|---|---|---|
| AMADOU | KONTEYE | |

| Street Address: | City: | State: | Zip Code: |
|---|---|---|---|
| 164 west 147 street | NEW YORK | NY | 10039 |

| Maiden Name: | Date of Birth: | Social Security Number: |
|---|---|---|
| | 06/06/89 | 096840641 |

### To be Completed by School Superintendent ONLY*

1.  The candidate named above served as a [☒ Full-time: ☐ Part-time: _____ %]
    (Do not complete this form unless 50% or greater)

    Teacher of: FRENCH 7 - 12
    subject(s)

    Grades 9-12    Date from 02 / 04 / 2014 to 04 / 07 / 2014
    mo.   day   yr.      mo.   day   yr.

    At: The Frederick Douglass Academy 05M499 ☒ Public ☐ Non-Public
    School name

    School Address 2581 Adam Clayton Powell Jr. Blvd. NY, NY, 10039

2.  The performance of the candidate [☒ was  ☐ was not] satisfactory.

    Signature of Chief School Officer _____ Date 09 / 16 / 2014
    mo.   day   yr.

| Please Print Administrator's Name: | *Administrative Title: |
|---|---|
| Michelle Lee | CFN 536 HR Director |

Name of School District/Non-Public School:
NYC DOE CFN 536

| Street Address: | City: | State: | Zip Code: |
|---|---|---|---|
| 82-01 Rockaway Blvd | Ozone Park | NY | 11416 |

*If experience was earned in a public school the form must be signed by the **superintendent of schools**. For experience earned in other than a public school, the **chief school officer** of the school must sign this form.

### Please Note The Following:

1.  The Office of Teaching Initiatives will determine the appropriateness of professional education experience offered in lieu of the fieldwork required for the certificate.

2.  Substitution of employment will be considered for the fieldwork requirement only on the basis of appropriate experience in which the applicant is legally employed according to current Regulations of the Commissioner of Education.

3.  This completed form must be shown to the applicant if requested.

OT-11 for OTAPP - INIT/PROF, February 2006

 NYSED.gov

Exhibit 53

Office of Teaching Initiatives

## Contact Information

**Important Notice To Read First**

The Office of Teaching Initiatives priority is to process and evaluate completed applications and issue certificates. We receive over 12,000 new applications monthly, in addition to thousands of other pieces of mail sent in for already pending applications. Application processing time may take several weeks dependent upon the volume of applications and pathway of application.

When you send in your supporting documentation, please check your TEACH account to see that it is logged in (go to Account Information, Correspondence). **Note**: Mail processing may take several weeks depending on the volume of mail, especially during peak periods. Sending documents overnight or certified mail will not speed the processing of your documents as these items will be logged in with the rest of the mail received on that day. For tracking purposes, items sent by certified mail will be stamped as 'received' and the green card returned to you; however, these items will be logged to your account with the rest of the mail received on that day and not on the date received.

Before you contact us, please know that staff for email or phone calls is limited. Therefore, we urge you to check out the following resources on our web site purposely designed to help you access helpful information 7 days a week, 24 hours a day. Our experience has been that most questions can be easily answered using our Web site.

- Find your answer in the Frequently Asked Questions
- Use Key Words to search the OTI Web site
- Check Topics A-Z
- Fingerprinting
- Look in Related Links for other information
- Visit Becoming Certified - What's My Next Step?
- Additional Certification Forms
- Teacher Tenure
- How to Apply using  TEACH Online Services
- Questions about how my information appears on TEACH Online Services
- You've read the information and still have questions? Contact Us

**Office of Teaching Initiatives**

New York State Education Department
89 Washington Ave, 5N EB
Albany, New York 12234

**Office of School Personnel Review and Accountability**

New York State Education Department
981 Education Building Annex
Albany, NY 12234

Additional Contact Information